USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/29/2020___

# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH*†
KATHARINE M. FINCH°
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ
MICHELLE A. McLEOD*

J. TED DONOVAN
DORAN I. GOLUBTCHIK
ELI D. RAIDER
SERGIO J. TUERO*
JAY E. SIMENS
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN
BRIAN A.KOHN
BRIAN W. KEMPER
JOHN P. HOGAN
ZACHERY D. KUPERMAN*
NEIL I. ALBSTEIN*
GIDON SHAMIR
JARED STEINBERG*

Kevin J. Nash, Esq.
Direct: 212-301-6944
Facsimile: 212-221-6532
KNash@GWFGlaw.com

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

BENJAMIN C. KIRSCHENBAUM
ROBERT A. KANDEL
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)

**MEMO ENDORSED**

January 29, 2020

> Application GRANTED. The initial conference scheduled for February 6, 2020, is ADJOURNED to **February 25, 2020, at 10:00 a.m.**, in Courtroom 20A. The parties shall submit their joint case management plan no later than **February 18, 2020**. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> January 29, 2020

*Via ECF*
Hon. Barbara Moses
United States District Court
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Re:     Fashion Leaf Garment Co. Ltd. et al. v. Ringerjeans LLC et al.
          Civil Action No. 1:19-CV-03381-AC
          Parties' Request for Adjournment of Pre-trial conference

Dear Magistrate Moses:

          As counsel for the Defendants in the above referenced matter, I write with the consent of counsel for the Plaintiffs to jointly request a two week adjournment of the initial case management conference scheduled for February 6, 2020 and the concomitant one-week prior deadline for submitting a Pre-Conference Schedule, while the parties work out a consensual discovery plan.  No prior request for such adjournment and extension has been made.

                                        Respectfully yours,

                                        Kevin J. Nash

Cc:     Bernard H. Fishman, Esq. (Via e-mail and ECF)