# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH*†
KATHARINE M. FINCH°
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ
MICHELLE A. McLEOD*

J. TED DONOVAN
DORAN I. GOLUBTCHIK
ELI D. RAIDER
SERGIO J. TUERO*
JAY E. SIMENS
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN
BRIAN A. KOHN
BRIAN W. KEMPER
JOHN P. HOGAN
ZACHERY D. KUPERMAN*
NEIL I. ALBSTEIN*
GIDON SHAMIR
JARED STEINBERG♦

J. Ted Donovan, Esq.
Direct: 212-301-6943
Facsimile: 212-221-6532
TDonovan@GWFGlaw.com

(212) 221-5700
TELECOPIER (212) 730-4518

BENJAMIN C. KIRSCHENBAUM
ROBERT A. KANDEL
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)

* ALSO MEMBER OF NEW JERSEY BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
‡ ALSO MEMBER OF FLORIDA AND WASHINGTON DC BAR
° ALSO MEMBER OF CONNECTICUT BAR
♦ ADMITTED IN OHIO AND PENNSYLVANIA ONLY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2020

**MEMO ENDORSED**

February 21, 2020

*Via ECF*
Hon. Barbara Moses
United States District Court
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

> Application GRANTED. The initial conference scheduled for February 25, 2020, is ADJOURNED to **March 11, 2020, at 11:00 a.m.**, in Courtroom 20A. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> February 21, 2020

Re:   Fashion Leaf Garment Co. Ltd. et al. v. Ringerjeans LLC et al.
      Civil Action No. 1:19-CV-03381-AC
      Parties' Request for Adjournment of Pre-trial conference

Dear Magistrate Moses:

As counsel for the Defendants in the above referenced matter, I write at the request of counsel for the Plaintiffs, who seeks a one or two week adjournment of the initial case management conference because his son is undergoing surgery on February 25, 2020. The Defendants consent to the request.

The conference was initially scheduled for February 6, 2020 and previously adjourned on consent of both parties to the current February 25, 2020 date. The parties have already submitted a joint case management plan (ECF #85).

Respectfully yours,

J. Ted Donovan

Cc:   Bernard H. Fishman, Esq. (Via e-mail and ECF)