```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
FASHION LEAF GARMENT CO. LTD. ET          :
AL,                                       :
                                          :
                    Plaintiff,            :
                                          :
            -against-                     :
                                          :           1:19-cv-03381 (ALC)
                                          :
RINGERJEANS LLC ET AL,                    :
                                          :           ORDER
                    Defendants.           :
                                          :
                                          :
                                          :
                                          :
                                          :
------------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/4/20

**ANDREW L. CARTER, JR., United States District Judge:**

The pre-motion conference scheduled for August 5, 2020 is ADJOURNED. The motion for conference is DENIED. Defendant may file an amended complaint by August 17, 2020, and the Court sets the following briefing schedule for Plaintiff-Intervenor's Motion to Dismiss

| | |
|---|---|
| Motion to Dismiss: | September 7, 2020 |
| Opposition: | October 5, 2020 |
| Reply, if any: | October 19, 2020 |

**SO ORDERED.**

**Dated:**  August 4, 2020

    New York, New York

*(signature: Andrew L. Carter)*

                                                    **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**