

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/04/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FASHION LEAF GARMENT CO. LTD., et al.,

        Plaintiffs,

  -against-

RINGER JEANS LLC, et al.,

        Defendants.

19-CV-3381 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during the September 3, 2020 discovery conference, it is hereby ORDERED that:

1. The parties shall submit their stipulated proposed protective order for the Court's approval and signature no later than **September 11, 2020**.

2. The parties shall serve their responses to all previously-served interrogatories no later than **September 11, 2020**, unless the answers require confidential treatment and the Court has not yet signed the stipulated protective order, in which case the answers shall be served promptly after the so-ordered protective order is filed.

3. The parties shall substantially complete the production of documents in response to all previously-served document production requests no later than **September 30, 2020.**

4. The deadline for the competition of fact discovery, including fact depositions, is EXTENDED to **January 15, 2021.**

5. The next telephonic status conference will take place on **December 15, 2020,** at **10:00 a.m.** At that time, the parties shall dial **(888) 557-8511** and enter the access code **7746387**. In advance of the conference, and no later than **December 8, 2020**, the parties shall submit a joint status letter, updating the Court on the progress of discovery, and advising the Court of the need, if any, for judicial intervention in completing the same.

Dated: New York, New York
       September 4, 2020

                      **SO ORDERED**.

                      _____
                      **BARBARA MOSES**
                      **United States Magistrate Judge**