USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/5/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
FASHION LEAF GARMENT CO. LTD. ET AL,

                **Plaintiff,**

                -against-

RINGER JEANS LLC ET AL,

                **Defendants.**

------------------------------------------------------------ x

1:19-cv-3381-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court will conduct a telephone status conference in this action on **October 20, 2020 at 10 a.m**. Plaintiff should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

**Dated:**   October 5, 2020
       New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**