| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>-------------------------------------------------------- x<br>**FASHION LEAF GARMENT CO. LTD ET AL,**<br><br>                      **Plaintiffs,**<br><br>       -against-<br><br>**ESSENTIALS NEW YORK APPAREL LLC, ET AL,**<br><br>                     **Defendants.**<br>-------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: October 14, 2020<br><br><br>**19-cv-3381 (ALC) (BMC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiffs request an adjournment of the October 20, 2020 telephone conference. (ECF No. 133). The Court grants plaintiffs' request to adjourn the conference. The conference previously scheduled for October 20, 2020, is ADJOURNED to October 27, 2020, at 10:00 a.m. Plaintiffs should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

**Dated**:   October 14, 2020
              New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**