USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 2, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

FASHION LEAF GARMENT CO. LTD ET AL,

                **Plaintiffs,**

        -against-

ESSENTIALS NEW YORK APPAREL LLC, ET AL,

                **Defendants.**

------------------------------------------------------------- x

19-cv-3381 (ALC) (BMC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiff CTR Holdings LLC requests a pre-motion conference in anticipation of a motion for partial summary judgment against Defendants Ringer Jeans LLC, Ringer Jeans Apparel LLC, and Gabriel Zeitounti. (ECF No. 141). Defendants shall respond to Plaintiff's request by December 7, 2020.

**SO ORDERED.**

**Dated**:   December 2, 2020
            New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**