```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FASHION LEAF GARMENT CO. LTD., et al.,

        Plaintiffs,

   -against-

RINGER JEANS LLC, et al.,

        Defendants.

19-CV-3381 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during the December 15, 2020 conference, it is hereby ORDERED that:

1. The deadline to complete all fact discovery is hereby EXTENDED to **August 16, 2021**. Depositions of witnesses residing in the United States should commence promptly. The parties should cooperate to plan and execute depositions of witnesses residing in the People's Republic of China as soon as arrangements to do so can be made.

2. The deadline to disclose expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), is hereby EXTENDED to **September 15, 2021**. The deadline to disclose expert evidence intended solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party is hereby EXTENDED to **September 29, 2021**. The deadline to complete expert depositions and to complete all discovery is hereby EXTENDED to **October 29, 2021**.

3. The next telephonic status conference will take place on **February 23, 2021**, **at 10:00 a.m.** At that time, the parties shall dial **(888) 557-8511** and enter the access code **7746387**. In advance of the conference, and no later than **February 16, 2021**, the parties shall submit a joint status letter, updating the Court on the progress of discovery, including the parties' efforts to determine when and how depositions of witnesses in China can be conducted.

Dated: New York, New York
       December 15, 2020

                                  **SO ORDERED**.

                                  _____
                                  **BARBARA MOSES**
                                  **United States Magistrate Judge**