UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| FASHION LEAF GARMENT CO., LTD. and CTR HOLDINGS LLC,<br><br>                  Plaintiffs,<br><br>  -against-<br><br>RINGER JEANS LLC, RINGER JEANS APPAREL LLC, RINGERJEANS LLC, NEW AGE BRANDING LLC, E-Z APPAREL, LLC, ESSENTIALS NEW YORK LLC, ESSENTIALS NEW YORK APPAREL, LLC, LIMITED FASHIONS, LLC, GABRIEL ZEITOUNI and CHARLES AZRAK,<br><br>                  Defendants.<br><br>ANHUI GARMENTS IMPORT & EXPORT CO., LTD.,<br><br>                  Intervenor Plaintiff,<br><br>  -against-<br><br>NEW AGE BRANDING LLC and LIMITED FASHIONS, LLC<br><br>                  Intervenor Defendants. | Case No. 19-cv-03381-ALC |

## ANSWER TO COUNTERCLAIM

Plaintiff, Fashion Leaf Garment Co., Ltd. ("FLG") by and through its attorney, Bernard H. Fishman, Esq., as and for its answer to a counterclaim designated as a counterclaim of defendant Ringerjeans LLC ("RJ") against Fashion Leaf Garment Co., Ltd. alleges as follows:

1. FLG denies each and every allegation contained in paragraphs 25, 26, 28, 29, 30, 33, 34, 37, 38 and 39 of the defendants' Answer to Second Amended Complaint with Counterclaim except admits that RJ placed significant orders in 2018 with FLG for production of TJ Maxx merchandise consisting of women's contemporary jackets, pants and shorts.

2. FLG lacks knowledge or information sufficient to form a belief about the truth of the allegations made in paragraphs 21, 22, 23, 24, 31, 32, 35 and 36 of the defendants' Answer to Second Amended Complaint with Counterclaim.

3. FLG admits the allegations of paragraph 27 of the Answer to second Amended Complaint with Counterclaim.

WHEREFORE, (a) Plaintiffs respectfully demand judgment against the defendants as outlined in the Second Amended Complaint; (b) Plaintiff Fashion Leaf Garment Co., Ltd. respectfully demands judgment dismissing the Counterclaim; and (c) Plaintiffs respectfully demand judgment against defendants granting such other and further relief as this Court deems just and proper.

Dated: Hartsdale, New York
December 17, 2020

    /s/ Bernard A. Fishman
Bernard H. Fishman
Attorney for Plaintiffs
6 Old Farm Lane
Hartsdale, NY 10530
914-946-5043