UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------

FASHION LEAF GARMENT CO. LTD., et al.,

        Plaintiffs,

  -against-

RINGER JEANS LLC, et al.,

        Defendants.

19-CV-3381 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during today's conference, it is hereby ORDERED:

1. No later than **March 9, 2021**, counsel for parties seeking deposition testimony from witnesses who reside in the People's Republic of China (China-Based Witnesses) shall send a list of such witnesses, together with a short description of the matters as to which they seek testimony, to all other counsel in this case.

2. Counsel for the China-Based Witnesses (or for the parties with which the China-Based Witnesses are associated) shall: (a) promptly determine the witnesses' relevant circumstances (including their current residence, employment, regular or planned travel, and ability to travel to the United States or to another location where they can sit for a deposition during the discovery period in this action); and (b) no later than **March 23, 2021**, convey that information in a letter to all other counsel. The letter may also note any other objections (beyond logistical objections) to making the China-Based Witnesses available for deposition.

3. After the exchange of letters required by ¶¶ 1-2 above, counsel for all parties shall promptly meet and confer in good faith to (a) determine the most efficient way to obtain live testimony, if reasonably practicable, from the China-Based Witnesses, and (b) develop a schedule to implement that plan.

4. The next status conference will take place on **April 20, 2021**, **at 10:00 a.m.** Unless the Court orders otherwise, the conference will be telephonic. A few minutes before 10:00 a.m. the parties are to dial **(888) 557-8511** and enter the access code **7746387**. In advance of the conference, and no later than **April 13, 2021**, the parties shall submit a joint status letter updating the Court on the progress of discovery generally and their compliance with ¶¶ 1-3 above specifically, including their plan for obtaining testimony from the China-Based Witnesses.

Dated: New York, New York
       February 23, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**