UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FASHION LEAF FARMENT CO. LTD., et al., <br><br> Plaintiffs, <br><br> -against- <br><br> RINGER JEANS LLC et al., <br><br> Defendants. | 19-CV-3381 (ALC) (BCM) <br><br> **ORDER** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_5/10/21\_

**BARBARA MOSES, United States Magistrate Judge.**

The next status conference is scheduled for **June 21, 2021 at 11:00 a.m.** before Judge Moses. No later than **June 14, 2021**, the parties shall submit a joint status letter updating the Court on the progress of discovery to date, prospect of obtaining depositions of the China-Based Witnesses, and whether and when a formal settlement conference would be productive.

The parties are directed to proceed expeditiously to conclude third-party discovery, if possible, in advance of the June 21 conference.

For the duration of the COVID-19 public health emergency, unless otherwise ordered by the Court; all court conferences and hearings will be conducted by teleconference. The parties are directed to call **(888) 557-8511** on their scheduled date, a few minutes before their scheduled time, and enter the access code **7746387. Please treat the teleconference as you would treat a public court appearance. If a conference or hearing in another matter is ongoing, please be silent (mute your line) until your case is called.**

Dated: New York, New York
      May 10, 2021                                    **SO ORDERED**.

                                                          **BARBARA MOSES**
                                                          **United States Magistrate Judge**