USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FASHION LEAF FARMENT CO. LTD., et al.,

    Plaintiffs,

-against-

RINGER JEANS LLC et al.,

    Defendants.

19-CV-3381 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's telephonic status conference, it is hereby ORDERED that:

1. In light of improving public health conditions, paragraph 3 of the Court's May 10, 2021 order (Dkt. No. 157) is rescinded. Unless the Court orders otherwise, all court proceedings will take place in person in Room 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties should review the Courthouse's COVID-19 entry rules, located at https://www.nysd.uscourts.gov/covid-19-coronavirus, prior to any in person conference with the Court.

2. The Court will conduct a further status conference on **August 24, 2021, at 10:00 a.m.** No later than **August 17, 2021**, the parties shall file a joint letter joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

Dated: New York, New York
      June 21, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**