USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 13, 2021

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FASHION LEAF GARMENT CO., LTD. and CTR HOLDINGS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>RINGER JEANS LLC, RINGER JEANS APPAREL LLC, RINGERJEANS LLC, NEW AGE BRANDING LLC, E-Z APPAREL, LLC, ESSENTIALS NEW YORK LLC, ESSENTIALS NEW YORK APPAREL, LLC, LIMITED FASHIONS, LLC, GABRIEL ZEITOUNI and CHARLES AZRAK,<br><br>Defendants.<br>--------------------------------------------------------<br>ANHUI GARMENTS IMPORT & EXPORT CO., LTD.,<br><br>Intervenor Plaintiff,<br><br>v.<br><br>NEW AGE BRANDING LLC, and LIMITED FASHIONS, LLC<br><br>Intervenor Defendants. | C.A. No. 19-cv-03381-ALC-BCM<br><br>**JURY TRIAL DEMANDED** |

**ANHUI GARMENTS IMPORT & EXPORT CO., LTD.'S NOTICE OF WITHDRAWAL OF ITS MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

On September 4, 2020, Intervenor Plaintiff Anhui Garments Import & Export Co., Ltd. ("Anhui") filed a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion to Dismiss," D.I. 122), which sought dismissal of the Counterclaim Intervenor Defendants New Age Branding LLC and Limited Fashions, LLC ("Intervenor Defendants") asserted against Anhui in D.I. 117.

On June 21, 2021, Intervenor Defendants filed a Stipulation of Discontinuance of Counterclaim (D.I. 159), in which they dismissed, with prejudice, the Counterclaim they asserted against Anhui in D.I. 117. The Court entered the Stipulation of Discontinuance of Counterclaim on June 22, 2021 (D.I. 161).

In view of the foregoing, Anhui respectfully requests that its Motion to Dismiss (D.I. 122) be withdrawn as moot.

Dated: New York, New York
       June 23, 2021

Respectfully submitted,

KING & WOOD MALLESONS LLP

By: ___/s/ Vincent Filardo, Jr.___
       Vincent Filardo, Jr.
500 Fifth Avenue, 50th Floor
New York, NY 10110
(212) 319-4755

*Attorneys for Intervenor Plaintiff*
*Anhui Garments Import & Export Co., Ltd*

SO ORDERED:

/s/ Andrew L. Carter, Jr.

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Anhui Garments Import & Export Co. Ltd.'s motion to dismiss (ECF No. 122) is withdrawn as moot.
July 13, 2021