

500 Fifth Avenue
50th Floor
New York, New York 10110
U.S.A.

T +1 212 319 4755
F +1 917 591 8167

**www.kwm.com**

October 4, 2021

Honorable Barbara Moses
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

Re: *Fashion Leaf Garment Co., Ltd. et al. v. Ringer Jeans LLC et al.*; Case No. 19-cv-03381-ALC-BCM

Dear Magistrate Judge Moses,

Pursuant to the Court's September 20, 2021 Order (D.I. 176), the parties hereby submit this joint letter identifying the party witnesses to be deposed and the mechanism by which each will testify.

### Defendants' Witnesses

Original Plaintiff Fashion Leaf previously served deposition notices on March 9, 2021, pursuant to FRCP 30(b)(1) to the following witnesses identified in defendants' initial disclosures: Charles Azrak, Gabriel Zeitouni, and Nathan Alderson.  Intervenor Plaintiff Anhui served a deposition notice pursuant to FRCP 30(b)(6) on February 12, 2021 directed to Intervenor Defendants New Age and Limited Fashions.  Anhui expects that Intervenor Defendants will be designating Mr. Azrak, Mr. Zeitouni, and Mr. Alderson to testify on their behalf.

Mr. Azrak, Mr. Zeitouni, and Mr. Alderson will appear for deposition via Zoom (or other remote means) from New York.

### Original Plaintiff Fashion Leaf's Witnesses

Defendants served deposition notices on Fashion Leaf for the depositions of Alex Zhao and Zoey Wong.

Both Mr. Zhao and Ms. Wong will appear for deposition via Zoom (or other remote means) from China.  Fashion Leaf's counsel advised defendants' counsel that defendants will need to retain a Chinese interpreter for the depositions of each of these witnesses.

King & Wood Mallesons LLP is a New York registered limited liability partnership.
Member firm of the King & Wood Mallesons network.  See **www.kwm.com** for more information.
Asia Pacific  |  Europe  |  North America  |  Middle East



**Intervenor Plaintiff Anhui's Witnesses**

Intervenor Defendants served deposition notices on Anhui for the depositions of Chunxue (Maggie) Ma, Peng (Tina) Wu, and Shaotian (Harley) Huo.

Both Ms. Ma and Mr. Wu will appear for deposition via Zoom (or other remote means) from Hefei, China.

Ms. Wu no longer works for Anhui and is not currently represented by Anhui's counsel in this case. However, Anhui's counsel has requested information concerning Ms. Wu's availability to testify as a non-party and will provide such information to Intervenor Defendants' counsel if available.

Anhui's counsel advised Intervenor Defendants' counsel that Intervenor Defendants' counsel will need to retain a Chinese interpreter for the depositions of each of these witnesses.

**Third-Party Merchant Factors Corp.'s Witnesses**

On September 24, 2021, Anhui served its subpoena for documents and testimony on defendants' factor, Merchant Factors Corp. ("Merchant Factors"). On October 1, 2021, outside counsel for Merchant Factors called Anhui's counsel to discuss the subpoena. Merchant Factors and Anhui agreed to extend the time for Merchant Factors to respond to the subpoena until October 21, 2021, and if Anhui determines that it still wants a deposition after receiving Merchant Factors' document production, the parties will agree on a mutually convenient date for such deposition.

**Third-Party The TJX Companies, Inc.'s Witnesses**

The parties conducted the deposition of an employee from third-party The TJX Companies, Inc. ("TJX") on August 19, 2021. Defendants have stated their intention to depose one more TJX employee. The Original Plaintiffs and Anhui will participate in that deposition as well. Defendants are working with counsel for TJX to set a date for the deposition that is acceptable to all parties.

Respectfully submitted,

King & Wood Mallesons LLP

By: ___*/s/ Vincent Filardo, Jr.*___
Vincent Filardo, Jr.
Charles Wizenfeld
500 Fifth Avenue, 50th Floor
New York, NY 10110
Telephone: (212) 319-4755
*Attorneys for Intervenor Plaintiff*



Law Offices of Bernard H. Fishman

By:   <u>*/s/ Bernard H. Fishman*</u>
Bernard H. Fishman, Esq.
(BF 1340)
437 Madison Avenue, 24th Floor
New York, NY 10022
Telephone: (212) 922-9191
Fax: (212) 599-5085
*Attorneys for Plaintiffs*

GOLDBERG WEPRIN FINKEL GOLDSTEIN

By:   <u>*/s/ J. Ted Donovan*</u>
J. Ted Donovan
1501 Broadway, 22nd Floor
New York, NY 10036
Telephone: (212) 221-5700
Fax: (212) 221-6532
*Attorneys for Defendants and Intervenor Defendants*