# HOGAN & CASSELL, LLP
### ATTORNEYS & COUNSELORS AT LAW
500 NORTH BROADWAY
SUITE 153
JERICHO, NEW YORK 11753

TELEPHONE: (516) 942-4700
FACSIMILE: (516) 942-4705
www.hogancassell.com

SHAUN K. HOGAN†
MICHAEL D. CASSELL‡
ALYCIA K. BLAESER‡

NEW JERSEY OFFICE
FREEHOLD CENTER
440 ROUTE 9 SOUTH SUITE 1000
FREEHOLD, NEW JERSEY 07728
TELEPHONE: (732) 303-7488

†ALSO ADMITTED IN MASSACHUSSETS
‡ALSO ADMITTED IN NEW JERSEY

May 31, 2022

**VIA ECF**
Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

Re:  Fashion Leaf Garment Co., Ltd. v. Ringer Jeans LLC, et al.
     Case No. 19-cv-03381 (ALC) (BM)

Dear Judge Moses:

This Firm represents the plaintiffs, Fashion Leaf Garment Co., Ltd. and CTR Holdings LLC ("Plaintiffs"), in this matter. This Firm substituted as attorneys for Plaintiffs on May 12, 2022, after the passing of their long-time attorney Mr. Fishman. Since the date that this Firm substituted as attorneys, we have endeavored to get up to speed on this matter as quickly as possible. To date, I have reviewed the depositions transcripts, documents filed on ECF and documentation provided by Plaintiffs. In addition, thanks to the courtesy of co-counsel, I have recently been provided with all of the exchanged discovery in the matter. Given the volume of materials that I still have to review and the fact that I am presently scheduled to handle a trial starting on June 13, 2022, on a matter pending in New York Supreme Court, Commercial Division, I respectfully request a 45-day adjournment of the deadlines set forth in the Court's Memo Endorsed Order in response to Mr. Donovan's March 18, 2022 letter advising the Court of Mr. Fishman's passing (DE 183). I am uncertain of how many prior requests have been made as to the discovery deadlines, other than Mr. Donovan's request. Significantly, all other counsel in this matter has consented to this application.

I thank the Court for its consideration of this matter.

Respectfully submitted,

HOGAN & CASSELL, LLP

*Michael Cassell*

Michael Cassell

cc:  All parties (via ECF)