# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* ✝
KATHARINE M. FINCH◊
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ
MICHELLE A. McLEOD☆

J. TED DONOVAN
DORAN I. GOLUBTCHIK
SERGIO J. TUERO*
JAY E. SIMENS
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN
BRIAN A. KOHN
BRIAN W. KEMPER
JOHN P. HOGAN
ZACHARY D. KUPERMAN*
NEIL I. ALBSTEIN*
GIDON SHAMIR
JARED STEINBERG♦

J. Ted Donovan, Esq.
Direct: 212-301-6943
Facsimile: 212-221-6532
TDonovan@GWFGLaw.com

1501 BROADWAY
22ND FLOOR
NEW YORK, N. Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

*   ALSO MEMBER OF NEW JERSEY BAR
✝   ALSO MEMBER OF MASSACHUSETTS BAR
☆  ALSO MEMBER OF FLORIDA AND WASHINGTON DC BAR
◊   ALSO MEMBER OF CONNECTICUT BAR
♦   ADMITTED IN OHIO AND PENNSYLVANIA ONLY

July 28, 2022

*Via ECF*
Hon. Barbara Moses
United States District Court
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Re:    Fashion Leaf Garment Co. Ltd. et al. v. Ringerjeans LLC et al.
       Civil Action No. 1:19-CV-03381-AC
       Request for Extension of Deadlines

Dear Magistrate Moses:

As counsel for the Defendants in the above referenced matter, I respectfully submit this letter with the consent of all counsel to bring the Court up to date on the parties' discovery and to request a further consensual extension of the fact discovery deadline, which is currently set for August 1, 2022.

Following the untimely death of counsel to the original plaintiffs, new counsel was retained, and we provided copies of prior discovery to insure that there are no gaps in the paper discovery. We had expected to conduct the deposition of Alex Zhao, principal of the plaintiffs, earlier this month, following which my client's principal would sit for deposition, completing fact discovery.

Unfortunately, circumstances arose which prevented us from proceeding as planned. My wife and I are the primary caregivers for my mother-in-law, who is in the late stages of dementia. Both she and my wife contracted Covid-19 during the Fourth of July holiday. While they have now recovered with no apparent long term issues, my care of them created a backlog in my work. On July 14, 2022, my firm suffered a ransomware attack which led to a loss of access to emails and certain files. The problems related to this attack were resolved this past weekend. Fortunately, all of the files for this case have been recovered.

At this point, between the press of matters which were necessarily adjourned into August, and multiple-day hearings in other matters already scheduled for August, I am compelled to request that the deposition of Mr. Zhao be held during the week of September 5, with the deposition of the defendant's representative held during the week of September 19.

I have kept counsel for the original plaintiffs and the intervenor plaintiff up to date on these issues, and they have been very courteous and understanding. They have both consented to the proposed schedule, which will require extending the discovery completion deadline to late September, with a deadline of 45-days thereafter for the filing of dispositive motions.

I also request that the status conference currently scheduled for August 11, 2022 be adjourned to a date convenient to the Court in late September.

Thank for your consideration of the foregoing.

                                          Respectfully yours,

                                          /s/ J. Ted Donovan

cc:      Charles Wizenfeld, Esq. (via ECF)
           Michael Cassell, Esq. (via ECF)