

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FASHION LEAF GARMENT CO., LTD., et al.,

        Plaintiffs,

-against-

RINGER JEANS LLC, et al.,

        Defendants.

19-CV-3381 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiffs' letter-motion, dated July 28, 2022 (Dkt. No. 18) is GRANTED. The parties' discovery deadlines are EXTENDED to the following dates:

    Fact Discovery:    **September 26, 2022**

    Summary Judgment:    **November 10, 2022**

The status conference now scheduled for August 11, 2022 is ADJOURNED to **October 3, 2022,** at **12:00 noon,** in **Courtroom 20A** of the Daniel Patrick Moynihan United States Courthouse. No later than **September 26, 2022**, the parties shall submit a joint status letter outlining the progress of discovery to date and succinctly describing any discovery or scheduling disputes, not previously presented to the Court, that require judicial resolution. If no discovery or scheduling controversies exist at that time, the parties may request that the conference be held telephonically.

The Court notes that the discovery schedule has now been extended at least nine time (*see* Dkts. 110, 121, 166, 176, 179, 181, 183, 187), and the case is now more than three years old. While the Court appreciates that counsel are working cooperatively, and that the challenges they have faced are real, litigation must come to an end someday. To ensure that that day comes apace, **no further discovery extensions will be granted absent compelling circumstances**.

Dated:  New York, New York
        July 29, 2022

                                  **SO ORDERED**.

                                **BARBARA MOSES**
                                **United States Magistrate Judge**