# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* ♦
KATHARINE M. FINCH◦
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ
MICHELLE A. McLEOD☆
___

J. TED DONOVAN
DORAN I. GOLUBTCHIK
SERGIO J. TUERO*
JAY E. SIMENS
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN
BRIAN A. KOHN
BRIAN W. KEMPER
JOHN P. HOGAN
ZACHARY D. KUPERMAN*
NEIL I. ALBSTEIN*
GIDON SHAMIR
JARED STEINBERG♦

J. Ted Donovan, Esq.
Direct: 212-301-6943
Facsimile: 212-221-6532
TDonovan@GWFGLaw.com



ROBERT KANDEL
(OF COUNSEL)
___
EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)
___

\* ALSO MEMBER OF NEW JERSEY BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
☆ ALSO MEMBER OF FLORIDA AND WASHINGTON DC BAR
◦ ALSO MEMBER OF CONNECTICUT BAR
♦ ADMITTED IN OHIO AND PENNSYLVANIA ONLY

November 3, 2022

*Via ECF*
Hon. Barbara Moses
United States District Court
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

**MEMO ENDORSED**

Re:   Fashion Leaf Garment Co. Ltd. et al. v. Ringerjeans LLC et al.
      Civil Action No. 1:19-CV-03381-AC
      Status Report and Request for Extension of Deadlines

Dear Magistrate Moses:

As attorney for the Defendants in the above referenced matter, I respectfully submit this letter on behalf of all counsel to request an adjournment of the status conference scheduled for Monday, November 7, 2022. As set forth in our recent status letter, discovery will be completed shortly with the final production of documents requested at a recent deposition of my clients. The deadline for filing of a summary judgment motion has been fixed at December 12, 2022, and the parties are exploring potential settlement. Accordingly, we respectfully submit that the status conference should be adjourned until early January, 2023.

On behalf of all parties, we thank Your Honor for your consideration of the foregoing.

Respectfully yours,

/s/ J. Ted Donovan

> Application GRANTED to the extent that the status conference scheduled for November 7, 2022 is ADJOURNED to **December 6, 2022 at 11:00 a.m.** SO ORDERED.
>
> Barbara Moses
> United States Magistrate Judge
> November 7, 2022