# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◊
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ
MICHELLE A. McLEOD☆

J. TED DONOVAN
DORAN I. GOLUBTCHIK
SERGIO J. TUERO*
JAY E. SIMENS
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN
BRIAN A. KOHN
BRIAN W. KEMPER
JOHN P. HOGAN
ZACHARY D. KUPERMAN*
NEIL I. ALBSTEIN*
GIDON SHAMIR
JARED STEINBERG♦

J. Ted Donovan, Esq.
Direct: 212-301-6943
Facsimile: 212-221-6532
TDonovan@GWFGLaw.com



ROBERT KANDEL
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

\*   ALSO MEMBER OF NEW JERSEY BAR
†   ALSO MEMBER OF MASSACHUSETTS BAR
☆  ALSO MEMBER OF FLORIDA AND WASHINGTON DC BAR
◊   ALSO MEMBER OF CONNECTICUT BAR
♦   ADMITTED IN OHIO AND PENNSYLVANIA ONLY

December 29, 2022



*Via ECF*
Hon. Barbara Moses
United States District Court
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Re:   Fashion Leaf Garment Co. Ltd. et al. v. Ringerjeans LLC et al.
      Civil Action No. 1:19-CV-03381-AC
      Status Report and Request for Extension of Deadlines

Dear Magistrate Moses:

      As attorney for the Defendants in the above referenced matter, I respectfully submit this letter on behalf of all counsel to advise the Court of the current status of the case, and to request a further extension of certain case deadlines.

      Your Honor recently extended the deadline for filing of a summary judgment motion to January 12, 2023 while the parties continued settlement negotiations, and adjourned the status conference to January 9, 2023.

      I am pleased to advise the Court that the Defendants have reached a settlement in principle with Anhui, subject to being memorialized in a confidential settlement agreement. I am hopeful that this will make it possible for my clients to reach an agreement with Fashion Leaf as well.

      In light of these events, I respectfully request that the summary judgment deadline be extended for a further 30 days, with a similar adjournment of the status conference to early February.

On behalf of all parties, we thank Your Honor for your consideration of the foregoing.

Respectfully yours,

/s/ J. Ted Donovan

cc: Charles Wizenfeld, Esq. (via ECF)
Michael Cassell, Esq. (via ECF)

> Application GRANTED. The deadline for filing summary judgment motions is EXTENDED to **February 14, 2023**. The January 9, 2023 status conference is ADJOURNED to **February 8, 2023, at 11:00 a.m.** The parties shall file their joint status update no later than **February 1, 2023**. SO ORDERED.
>
> _[signature]_
> Barbara Moses
> United States Magistrate Judge
> December 30, 2022