**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 01/05/2023

December 21, 2022
Honorable Andrew L. Carter, Jr.
U.S. District Court Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *Fashion Leaf Garment Co., Ltd. et al v. Ringer Jeans LLC et al.*; Case No. 19-cv-03381-ALC-BCM

Dear Judge Carter:

Intervenor Plaintiff Anhui Garments Import & Export Co., Ltd. ("Anhui") submits this letter in connection with its December 16, 2022 letter request for a pre-motion conference ("December 16 Letter," D.I. 204) regarding the counterclaim improperly asserted by intervenor defendants Ringer Jeans LLC ("RJ"), New Age Branding LLC ("New Age"), and Limited Fashions, LLC ("Limited Fashions") (collectively, "Defendants") in their December 12, 2022 answer (D.I. 203 ¶¶ 21-42).

On December 20, 2022, Defendants agreed to withdraw the counterclaim at issue (D.I. 206) and filed an amended answer superseding the December 12, 2022 answer that no longer includes the improper counterclaim. D.I. 205. In view of Defendants' withdrawal of the counterclaim, Anhui respectfully requests that its request for a pre-motion conference and associated relief in its December 16 Letter be withdrawn as moot.

Respectfully,

/s/ Vincent Filardo, Jr.
Vincent Filardo, Jr.

The Clerk of Court is respectfully requested to terminate the pending motion at ECF No. 204 as moot.

SO ORDERED:

*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

01/05/2023

cc:    Kevin Nash, Esq. (via ECF)
        J. Ted Donovan, Esq. (via ECF)
        Michael Cassell, Esq. (via ECF)
        Shaun Kerry Hogan, Esq. (via ECF)
        Charles Wizenfeld, Esq. (via ECF)

1