# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◊
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ
MICHELLE A. McLEOD☆

J. TED DONOVAN
DORAN I. GOLUBTCHIK
SERGIO J. TUERO*
JAY E. SIMENS
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN
BRIAN A. KOHN
BRIAN W. KEMPER
JOHN P. HOGAN
ZACHARY D. KUPERMAN*
NEIL I. ALBSTEIN*
GIDON SHAMIR
JARED STEINBERG♦

J. Ted Donovan, Esq.
Direct: 212-301-6943
Facsimile: 212-221-6532
TDonovan@GWFGLaw.com

125 PARK AVNUE
12th FLOOR
NEW YORK, N. Y. 10017
(212) 221-5700
TELECOPIER (212) 730-4518

BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

\* ALSO MEMBER OF NEW JERSEY BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
☆ ALSO MEMBER OF FLORIDA AND WASHINGTON DC BAR
◊ ALSO MEMBER OF CONNECTICUT BAR
♦ ADMITTED IN OHIO AND PENNSYLVANIA ONLY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/23

February 9, 2023

*Via ECF*
Hon. Barbara Moses
United States District Court
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

**MEMO ENDORSED**

Re:   Fashion Leaf Garment Co. Ltd. et al. v. Ringerjeans LLC et al.
      Civil Action No. 1:19-CV-03381-AC
      Request for Extension of Deadlines

Dear Magistrate Moses:

As attorney for the Defendants in the above referenced matter, I respectfully submit this letter on behalf of all counsel to request a further extension of the deadline to file a summary judgment motion, which was previously extended to February 14, 2023

As previously reported, my clients have reached a settlement with Anhui, subject to being memorialized in a confidential settlement agreement. The agreement has been circulated for signature, but since Anhui is headquartered in China, we anticipate that is may take several weeks before the papers are signed and returned. Accordingly, we seek a one-month extension of the motion deadline to March 14, 2023 to preserve all rights.

In the meantime, we continue to explore settlement with Fashion Leaf. Since we are requesting an extension for one plaintiff, we respectfully submit that it makes sense to extend Fashion Leaf's deadline as well to keep the case on a single track for now, and hopefully provide time for my clients to reach an agreement with Fashion Leaf as well before motion practice begins.

On behalf of all parties, we thank Your Honor for your consideration of the foregoing.

Respectfully yours,

/s/ J. Ted Donovan

cc: Charles Wizenfeld, Esq. (via ECF)
Michael Cassell, Esq. (via ECF)

Application GRANTED. SO ORDERED.

Barbara Moses
United States Magistrate Judge
February 10, 2023