UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FASHION LEAF GARMENT CO., LTD.      Case No.: 19-CV-03381-ALC-BCM
and CTR HOLDINGS INC.,

                               Plaintiffs,      **NOTICE OF MOTION**

               -against-

RINGER JEANS LLC, RINGER JEANS
APPAREL LLC, RINGERJEANS LLC, NEW
AGE BRANDING LLC, E-Z APPAREL, LLC,
ESSENTIALS NEW YORK LLC, ESSENTIALS
NEW YORK APPAREL, LLC, LIMITED
FASHIONS, LLC, GABRIEL ZEITOUNI and
CHARLES AZRAK,

                               Defendants.
-----------------------------------------------------------------X
ANHUI GARMENTS IMPORT & EXPORT CO.,
LTD.,

                               Intervenor Plaintiff,

               -against-

NEW AGE BRANDING LLC LIMITED
FASHIONS, LLC, and RINGER JEANS LLC,

                               Intervenor Defendants.
-----------------------------------------------------------------X

       **PLEASE TAKE NOTICE**, that upon the annexed Declaration of Michael Cassell, dated April 23, 2023 and the exhibits attached thereto, Plaintiffs' Statement Pursuant to Local Rule 56.1, Plaintiffs' Memorandum of Law and upon all the proceedings had herein, the undersigned will move this Court, before Honorable Andrew L. Carter, Jr. at the United States Courthouse, located at 40 Foley Square, New York, NY 10007, for an Order pursuant to Rule 56(a) of the Federal Rules of Civil Procedure granting Plaintiffs' motion seeking summary judgment solely as to liability against the defendants Ringer Jeans LLC ("Ringer Jeans") and Gabriel Zeitouni ("Zeitouni")

2

("Defendants") solely as to the first and third counts in the Second Amended Complaint (the "Complaint") and that the Court award Plaintiffs such further and other relief as the Court may deem just and proper.

**PLEASE TAKE NOTICE** that pursuant to the briefing schedule Ordered by the Court, Defendants' opposition is required to be served on or before May 23, 2023 and Plaintiffs' reply papers are required to be served on or before June 6, 2023.

Dated:  April 23, 2023

Respectfully submitted,

HOGAN & CASSELL, LLP
Attorneys for Plaintiffs

By: /s/ Michael Cassell
Michael Cassell
500 North Broadway, Suite 153
Jericho, New York 11753
Tel.  (516) 942-4700
Fax  (516) 942-4705
Email  mcassell@hogancassell.com

2