```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FASHION LEAF GARMENT CO., LTD.          Case No.: 19-CV-03381-ALC-BM
and CTR HOLDINGS INC.,

                    Plaintiffs,
                                        DECLARATION OF
        -against-                       MICHAEL CASSELL

RINGER JEANS LLC, RINGER JEANS
APPAREL LLC, RINGERJEANS LLC, NEW
AGE BRANDING LLC, E-Z APPAREL, LLC,
ESSENTIALS NEW YORK LLC, ESSENTIALS
NEW YORK APPAREL, LLC, LIMITED
FASHIONS, LLC, GABRIEL ZEITOUNI and
CHARLES AZRAK,

                    Defendants.
----------------------------------------------------------------X
ANHUI GARMENTS IMPORT & EXPORT CO.,
LTD.,

                    Intervenor Plaintiff,

        -against-

NEW AGE BRANDING LLC LIMITED
FASHIONS, LLC, and RINGER JEANS LLC,

                    Intervenor Defendants.
----------------------------------------------------------------X
```

MICHAEL CASSELL, ESQ., an attorney admitted to practice before the Bar of the United States District Court of the Southern District of New York, affirms the following under penalties of perjury:

1. I am a partner in the law firm of Hogan & Cassell, LLP, attorneys for the plaintiffs, Fashion Leaf Garment Co., Ltd. ("Fashion Leaf") and CTR Holdings LLC ("CTR") (collectively "Plaintiffs"). I submit this declaration in order to place before the Court certain documents that are relevant to Plaintiffs' motion for summary judgment.

2. Specifically, attached hereto as Exhibit 1 is the original Complaint.

3. Attached hereto as Exhibit 2 is the Second Amended Complaint.

4. Attached hereto as Exhibit 3 are relevant invoices.

5. Attached hereto as Exhibit 4 are Declarations of quality conformity of clothing textiles for export.

6. Attached hereto as Exhibit 5 is the Declaration of Fashion Leaf's principal, Alex Zhao ("Zhao").

7. Attached hereto as Exhibit 6 is the Asset Purchase Agreement.

8. Attached hereto as Exhibit 7 is the Ringer Jeans Apparel, LLC Limited Liability Company Agreement.

9. Attached hereto as Exhibit 8 is Defendants' Answer.

10. Attached hereto as Exhibit 9 is the October 7, 2022 deposition transcript of Zhao.

11. Attached hereto as Exhibit 10 is the October 10, 2022 deposition transcript of Zhao.

12. Attached hereto as Exhibit 11 is the October 14, 2022 deposition transcript of Charles Azrak.

13. Attached hereto as Exhibit 12 is the October 20, 2022 deposition transcript of Charles Azrak.

14. Attached hereto as Exhibit 13 is the liquidation analysis.

15. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 23, 2023

                                          Respectfully submitted,

                                          HOGAN & CASSELL, LLP
                                          Attorneys for Plaintiffs

                                          By: /s/ Michael Cassell
                                             Michael Cassell
                                             500 North Broadway, Suite 153
                                             Jericho, New York 11753
                                             (516) 942-4700
                                             email: mcassell@hogancassell.com