# FASHIONLEAF GARMENT CO.,LTD

ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET 10TH FLOOR
NEW YORK, USA
NY-10018

## COMMERCIAL INVOICE

NO.         AG18ZCDF160039A
PAYMENT:    T/T NET 60 DAYS
DATE:       11/14/2018

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| JACKET | | 770 | X418THY66J | 1776 | $13.30 | $23,620.80 |
| JACKET | | 797 | X117THG09J | 4350 | $17.00 | $73,950.00 |
| JACKET | | 785 | X117THG09J | 606 | $17.00 | $10,302.00 |
| JACKET | | 802 | X117THG09J | 4824 | $17.00 | $82,008.00 |
| JACKET | | 797 | X117THG09J | 120 | $14.50 | $1,740.00 |
| | | | Sub Total | 11676 | | **$191,620.80** |
| | | | | | PAID | **$85,300.10** |
| | | | | | REDUCE | **$10,302.00** |
| | | | | | TOTAL: | **$96,018.70** |

Price Terms:          DDP
Total Amount:    US DOLLAR NINETY SIX THOUSAND AND EIGHTEEN AND SEVENTY CENTS
ONLY.
Port of Loading/Export: SHANGHAI,CHINA
Destination:     LOS ANGELS, USA
Shipment Mode:
☑ BY SEA          ☐ BY AIR

Packing:          PACKED INTO 382 CARTONS
Total Gross Weight:    8136.5     KGS
Total Net Weight:      7769       KGS
Total Measurements:    37.19      CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

**FASHION LEAF GARMENT CO., LTD**

ROOM 1004,10/F,XING HUA CENTRE,433 SHANGHAI STREET MONGKOK,KOWLOON,HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET 10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL
# INVOICE

NO.       18JSMN2019
PAYMENT:  T/T NET 60 DAYS
DATE:     11/28/2018

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| DRAPE COLLAR LONG JACKET | | 797 | X317THK72J | 2256 | $17.40 | $39,254.40 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | | | | 2256 | | **$39,254.40** |

Price Terms: DDP
Total Amount: US DOLLAR THIRTY NINE THOUSAND TWO HUNDRED AND FIFTY FOUR AND FORTY CENTS ONLY.

Port of Loading/Export: SHANGHAI,CHINA
Destination: LOS ANGELS, USA
Shipment Mode:
☐ BY SEA  ☑ BY AIR

Packing: PACKED INTO 376 CARTONS
Total Gross Weight: 1579.2   KGS
Total Net Weight: 1428.8   KGS
Total Measurements: 6.77   CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

# FASHION LEAF GARMENT CO., LTD

ROOM 1004,10/F,XING HUA CENTRE,433 SHANGHAI STREET MONGKOK,KOWLOON,HONGKONG

TO:
RINGER JEANS L.L.C
148W  37TH STREET  10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL INVOICE

| NO. | 18JSMN2008 |
|---|---|
| PAYMENT: | T/T NET 60 DAYS |
| DATE: | 11/20/2018 |

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 4 1/2"INSEAM INDIGO TENCEL TROUSER SHORT | | 800 | X218TLY24S | 3890 | $7.00 | $27,230.00 |
| 4 1/2"INSEAM INDIGO TENCEL TROUSER SHORT | | 800 | X218TLY24S | 1200 | $6.90 | $8,280.00 |
| 29"INSEAM INDIGO TENCEL PULL ON PANT W/ SELF BELT | | 800 | X119TIAL7P | 3258 | $8.70 | $28,344.60 |
| 29"INSEAM INDIGO TENCEL PULL ON PANT W/ SELF BELT | | 800 | X119TIAL7P | 1260 | $9.50 | $11,970.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | | | | 9608 | | **$75,824.60** |

Price Terms:    LDP
Total Amount:  US DOLLAR SEVENTY FIVE THOUSAND EIGHT HUNDRED AND TWENTY FOUR AND SIXTY CENTS ONLY.

Port of Loading/Export: SHANGHAI,CHINA
Destination:              LOS ANGELS, USA
Shipment Mode:        ☑ BY SEA          ☐ BY AIR

Packing:                   PACKED INTO 165 CARTONS
Total Gross Weight:   2904        KGS
Total Net Weight:     2497.5     KGS
Total Measurements:  4.50        CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

**FASHIONLEAF GARMENT CO.,LTD**

ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W  37TH STREET  10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL INVOICE

| NO. | 18JSMN2017 |
|---|---|
| PAYMENT: | T/T NET 60 DAYS |
| DATE: | 11/23/2018 |

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| DRAPE COLLAR LONG JACKET | | 797 | X317THQ67J | 540 | $14.50 | $7,830.00 |
| DRAPE COLLAR LONG JACKET | | 802 | X317THQ67J | 3414 | $14.50 | $49,503.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | | | | 3954 | | **$57,333.00** |

Price Terms:   LDP
Total Amount:   US DOLLAR FIVETY SEVEN THOUSAND THREE HUNDRED AND THIRTY THREE ONLY.

Port of Loading/Export: SHANGHAI,CHINA
Destination:   LOS ANGELS, USA
Shipment Mode:   ☑ BY SEA          ☐ BY AIR

Packing:   PACKED INTO 111 CARTONS
Total Gross Weight:   2442   KGS
Total Net Weight:   1998   KGS
Total Measurements:   12.21   CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

**FASHION LEAF GARMENT CO., LTD**

ROOM 1004,10/F,XING HUA CENTRE,433 SHANGHAI STREET MONGKOK,KOWLOON,HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET  10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL
# INVOICE

NO.          18JSMN2018A
PAYMENT:     T/T NET 60 DAYS
DATE:        11/28/2018

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 29"INSEAM INDIGO TENCEL PULL ON PANT W/ SELF BELT | | 800 | X119TLAL7P | 5748 | $9.50 | $54,606.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | | | | 5748 | | **$54,606.00** |

Price Terms:        FOB
Total Amount:       US DOLLAR FIFTY FOUR THOUSAND SIX HUNDRED AND SIX ONLY.

Port of Loading/Export:  SHANGHAI,CHINA
Destination:             LOS ANGELS, USA
Shipment Mode:

☑ BY SEA              ☐ BY AIR

Packing:                PACKED INTO 122 CARTONS
Total Gross Weight:     1687      KGS
Total Net Weight:       1502      KGS
Total Measurements:     22.66     CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

# FASHION LEAF GARMENT CO., LTD
## ROOM 1004,10/F,XING HUA CENTRE,433 SHANGHAI STREET MONGKOK,KOWLOON,HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET 10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL INVOICE

NO.: 18JSMN2018B
PAYMENT: T/T NET 60 DAYS
DATE: 11/28/2018

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| GARMENT DYED TENCEL HOODED ANORAK JACKET | | 797 | X317THK72J | 504 | $17.40 | $8,769.60 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | | | | 504 | | **$8,769.60** |

Price Terms: FOB
Total Amount: US DOLLAR EIGHT THOUSAND SEVEN HUNDRED AND SIXTY NINE  AND SIXTY CENTS ONLY.

Port of Loading/Export: SHANGHAI,CHINA
Destination: LOS ANGELS, USA
Shipment Mode:
☑ BY SEA          ☐ BY AIR

Packing: PACKED INTO 14 CARTONS
Total Gross Weight: 308 KGS
Total Net Weight: 252 KGS
Total Measurements: 1.67 CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

**FASHIONLEAF GARMENT CO.,LTD**

ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET 10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL
# INVOICE

NO.      18JSMN2021
PAYMENT:    T/T NET 60 DAYS
DATE:      11/29/2018

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| DRAPE COLLAR LONG JACKET | | 809 | X317THQ67J | 4278 | $14.50 | $62,031.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | | | | 4278 | | **$62,031.00** |

Price Terms:    LDP
Total Amount:    US DOLLAR SIXTY TWO THOUSAND AND THIRTY ONE ONLY.

Port of Loading/Export: SHANGHAI,CHINA
Destination:    LOS ANGELS, USA
Shipment Mode:    ☑ BY SEA        ☐ BY AIR

Packing:    PACKED INTO 119 CARTONS
Total Gross Weight:    2618    KGS
Total Net Weight:    2142    KGS
Total Measurements:    13.24    CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

**FASHION LEAF GARMENT CO.,LTD**

ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET 10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL INVOICE

NO.          18JSMN2022
PAYMENT:     T/T NET 60 DAYS
DATE:        12/5/2018

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| GARMENT DYED TENCEL HOODED ANORAK JACKET | | 802 | X317THK72J | 1512 | $17.40 | $26,308.80 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | | | | 1512 | | **$26,308.80** |

Price Terms:          LDP
Total Amount:         US DOLLAR TWENTY SIX THOUSAND THREE HUNDRED AND EIGHT  AND EIGHTY CENTS ONLY.

Port of Loading/Export: SHANGHAI,CHINA
Destination:          LOS ANGELS, USA
Shipment Mode:        ☑ BY SEA          ☐ BY AIR

Packing:              PACKED INTO 42 CARTONS
Total Gross Weight:   924      KGS
Total Net Weight:     756      KGS
Total Measurements:   5.00     CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

# FASHION LEAF GARMENT CO.,LTD

ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET 10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL INVOICE

| | |
|---|---|
| NO. | 18JSMN2023 |
| PAYMENT: | T/T NET 60 DAYS |
| DATE: | 12/7/2018 |

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| GARMENT DYED TENCEL HOODED ANORAK JACKET | | 802 | X317THK72J | 756 | $17.40 | $13,154.40 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | | | | 756 | | **$13,154.40** |

Price Terms:    LDP
Total Amount:   US DOLLAR THIRTEEN THOUSAND ONE HUNDRED AND FIFTY FOUR AND FORTY CENTS ONLY.

Port of Loading/Export: SHANGHAI,CHINA
Destination:    LOS ANGELS, USA
Shipment Mode:
☑ BY SEA          ☐ BY AIR

Packing:         PACKED INTO 21 CARTONS
Total Gross Weight:    462      KGS
Total Net Weight:      378      KGS
Total Measurements:    2.50     CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

# FASHIONLEAF GARMENT CO.,LTD

ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET 10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL INVOICE

NO.  AG18ZCDF160050
PAYMENT:  T/T NET 60 DAYS
DATE:  12/12/2018

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| JACKET | | 814 | X117THG09J | 3888 | $17.00 | $66,096.00 |
| VEST | | 818 | X116TH897V | 3248 | $11.50 | $37,352.00 |
| | | | Sub Total | 7136 | | **$103,448.00** |
| | | | | | REDUCE | **$46,920.00** |
| | | | | | Total | **$56,528.00** |

Price Terms:   DDP
Total Amount:   US DOLLAR FIFTY SIX THOUSAND FIVE HUNDRED AND TWENTY EIGHT ONLY

Port of Loading/Export: SHANGHAI,CHINA
Destination:   LOS ANGELS, USA
Shipment Mode:
☑ BY SEA          ☐ BY AIR

Packing:   PACKED INTO 212 CARTONS
Total Gross Weight:   4254   KGS
Total Net Weight:   3970   KGS
Total Measurements:   23.67   CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

**FASHION LEAF GARMENT CO.,LTD**

ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET 10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL INVOICE

| | |
|---|---|
| NO. | 18JSMN2024 |
| PAYMENT: | T/T NET 60 DAYS |
| DATE: | 12/14/2018 |

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| DRAPE COLLAR LONG JACKET | | 809 | X317THQ67J | 60 | $14.50 | $870.00 |
| DRAPE COLLAR LONG JACKET | | 809 | X317THQ67J | 60 | $14.50 | $870.00 |
| DRAPE COLLAR LONG JACKET | | 809 | X317THQ67J | 1896 | $14.50 | $27,492.00 |
| DRAPE COLLAR LONG JACKET | | 809 | X317THQ67J | 1848 | $14.50 | $26,796.00 |
| DRAPE COLLAR LONG JACKET | | 809 | X317THQ67J | 348 | $14.50 | $5,046.00 |
| | | | | | | |
| Total | | | | 4212 | | **$61,074.00** |

Price Terms: LDP

Total Amount: US DOLLAR SIXTY ONE THOUSAND AND SEVENTY FOUR ONLY.

Port of Loading/Export: SHANGHAI,CHINA

Destination: LOS ANGELS, USA

Shipment Mode: ☑ BY SEA          ☐ BY AIR

Packing: PACKED INTO 119 CARTONS

Total Gross Weight: 2618 KGS

Total Net Weight: 2142 KGS

Total Measurements: 13.50 CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

**FASHION LEAF GARMENT CO.,LTD**

ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:

RINGER JEANS L.L.C
148W 37TH STREET 10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL INVOICE

| NO. | 18JSMN2026 |
|---|---|
| PAYMENT: | T/T NET 60 DAYS |
| DATE: | 12/17/2018 |

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| DRAPE COLLAR LONG JACKET | | 802 | X317THQ67J | 546 | $14.50 | $7,917.00 |
| DRAPE COLLAR LONG JACKET | | 809 | X317THQ67J | 3618 | $14.50 | $52,461.00 |
| | | | | | | |
| | | | | | | |
| Total | | | | 4164 | | **$60,378.00** |

Price Terms:   LDP

Total Amount:  US DOLLAR SIXTY THOUSAND THREE HUNDRED AND SEVENTY EIGHT ONLY.

Port of Loading/Export: SHANGHAI,CHINA
Destination:   LOS ANGELS, USA
Shipment Mode:   [✓] BY SEA        [ ] BY AIR

Packing:  PACKED INTO 118 CARTONS
Total Gross Weight:   2596   KGS
Total Net Weight:   2124   KGS
Total Measurements:   13.10   CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

# FASHIONLEAF GARMENT CO.,LTD

### ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET 10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL
# INVOICE

NO.            AG18ZCDF160053
PAYMENT:    T/T NET 60 DAYS
DATE:         12/19/2018

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| JACKET | | 802 | X117THG09J | 1500 | $17.00 | $25,500.00 |
| JACKET | | 809 | X117THG09J | 2310 | $17.00 | $39,270.00 |
| VEST | | 818 | X116TH897V | 11800 | $11.50 | $135,700.00 |
| | | | Sub Total | 15610 | | **$200,470.00** |
| | | | | | REDUCE | **$80,226.00** |
| | | | | | TOTAL: | **$120,244.00** |

Price Terms:    DDP
Total Amount:   US DOLLAR ONE HUNDRED AND TWENTY THOUSAND TWO HUNDRED AND FORTY FOUR ONLY

Port of Loading/Export: SHANGHAI,CHINA
Destination:            LOS ANGELS, USA
Shipment Mode:

☑ BY SEA            ☐ BY AIR

Packing:              PACKED INTO 422 CARTONS
Total Gross Weight:   7809        KGS
Total Net Weight:     7092        KGS
Total Measurements:   52.54       CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

## FASHION LEAF GARMENT CO.,LTD
ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET  10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL INVOICE

NO.: 18JSMN2025-1
PAYMENT: T/T NET 60 DAYS
DATE: 12/16/2018

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 4 1/2"INSEAM PIECE DYED TENCEL ZIPPED TENCEL SHORT | 800 | 30-503330 | X118TL543S | 480 | $6.30 | $3,024.00 |
| | 800 | 30-503330 | X118TI543S | 480 | $6.20 | $2,976.00 |
| Total | | | | 960 | | **$6,000.00** |

Price Terms: FOB
Total Amount: US DOLLAR SIX THOUSAND ONLY.

Port of Loading/Export: SHANGHAI,CHINA
Destination: LOS ANGELS, USA
Shipment Mode: ☑ BY SEA          ☐ BY AIR

Packing: PACKED INTO 160 CARTONS
Total Gross Weight: 240 KGS
Total Net Weight: 192 KGS
Total Measurements: 1.88 CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

**FASHION LEAF GARMENT CO.,LTD**

ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET  10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL
# INVOICE

| | |
|---|---|
| NO.: | 18JSMN2025-2 |
| PAYMENT: | T/T NET 60 DAYS |
| DATE: | 12/16/2018 |

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 4 1/2"INSEAM PIECE DYED TENCEL ZIPPED TENCEL SHORT | 800 | 30-503335 | X118TL543S | 180 | $6.30 | $1,134.00 |
| | 800 | 30-503335 | X118TI543S | 78 | $6.20 | $483.60 |
| Total | | | | 258 | | **$1,617.60** |

Price Terms:     FOB
Total Amount:   US DOLLAR ONE THOUSAND SIX HUNDRED AND SEVENTEEN AND CENTS SIXTY ONLY.

Port of Loading/Export: SHANGHAI,CHINA
Destination:              LOS ANGELS, USA
Shipment Mode:        ☑ BY SEA              ☐ BY AIR

Packing:                  PACKED INTO 43 CARTONS
Total Gross Weight:   64.5       KGS
Total Net Weight:      51.6       KGS
Total Measurements:  0.50       CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

**FASHION LEAF GARMENT CO.,LTD**

ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET 10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL INVOICE

NO.: 18JSMN2025-3
PAYMENT: T/T NET 60 DAYS
DATE: 12/16/2018

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 4 1/2"INSEAM PIECE DYED TENCEL ZIPPED TENCEL SHORT | 800 | 30-503333 | X118TI543S | 480 | $6.20 | $2,976.00 |
| 4 1/2"GARMENT DYED TENCEL SLANT PATCH PKT SHORT | 800 | 30-503333 | X119TLAK8S | 240 | $6.20 | $1,488.00 |
| Total | | | | 720 | | **$4,464.00** |

Price Terms: FOB
Total Amount: US DOLLAR FOUR THOUSAND FOUR HUNDRED AND SIXTY FOUR ONLY.

Port of Loading/Export: SHANGHAI,CHINA
Destination: LOS ANGELS, USA
Shipment Mode: ☑ BY SEA        ☐ BY AIR

Packing: PACKED INTO 120 CARTONS
Total Gross Weight: 180 KGS
Total Net Weight: 144 KGS
Total Measurements: 1.41 CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

**FASHION LEAF GARMENT CO.,LTD**

ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W  37TH STREET  10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL INVOICE

| | |
|---|---|
| NO.: | 18JSMN2025-4 |
| PAYMENT: | T/T NET 60 DAYS |
| DATE: | 12/16/2018 |

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 4 1/2"INSEAM PIECE DYED TENCEL ZIPPED TENCEL SHORT | 800 | 30-503340 | X118TI543S | 78 | $6.20 | $483.60 |
| 4 1/2"GARMENT DYED TENCEL SLANT PATCH PKT SHORT | 800 | 30-503340 | X119TLAK8S | 96 | $6.20 | $595.20 |
| Total | | | | 174 | | **$1,078.80** |

Price Terms:       FOB
Total Amount:    US DOLLAR ONE THOUSAND AND SEVENTY EIGHT AND CENTS EIGHTY ONLY.

Port of Loading/Export:  SHANGHAI,CHINA
Destination:                    LOS ANGELS, USA
Shipment Mode:

☑ BY SEA                    ☐ BY AIR

Packing:                        PACKED INTO 29 CARTONS
Total Gross Weight:        43.5        KGS
Total Net Weight:           34.8        KGS
Total Measurements:      0.34        CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

**FASHION LEAF GARMENT CO.,LTD**

ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
NEW AGE BRANDIMG LLC
14020 183RD STREET
LA PALMA   CA 90623

# COMMERCIAL INVOICE

| NO. | 18JSMN2025-5 |
|---|---|
| PAYMENT: | T/T NET 60 DAYS |
| DATE: | 12/16/2018 |

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| DRAPE COLLAR LONG JACKET | 797 | 30-503364 | X317THQ67J | 528 | $13.55 | $7,154.40 |
| | 809 | 30-503364 | X317THQ67J | 600 | $13.55 | $8,130.00 |
| | | | | | | |
| | | | | | | |
| Total | | | | 1128 | | **$15,284.40** |

Price Terms: FOB
Total Amount: US DOLLAR FIFTEEN THOUSAND TWO HUNDRED AND EIGHTY FOUR AND CENTS FORTY ONLY.

Port of Loading/Export: SHANGHAI,CHINA
Destination: LOS ANGELS, USA
Shipment Mode:   ☑ BY SEA      ☐ BY AIR

Packing: PACKED INTO 188 CARTONS
Total Gross Weight: 658 KGS
Total Net Weight: 564 KGS
Total Measurements: 3.05 CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

**FASHION LEAF GARMENT CO.,LTD**

ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
NEW AGE BRANDIMG LLC
14020 183RD STREET
LA PALMA   CA 90623

# COMMERCIAL
# INVOICE

| NO.: | 18JSMN2025-6 |
|---|---|
| PAYMENT: | T/T NET 60 DAYS |
| DATE: | 12/16/2018 |

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | TWO | Amount |
|---|---|---|---|---|---|---|
| DRAPE COLLAR LONG JACKET | 797 | 30-503369 | X317THQ67J | 192 | $13.55 | $2,601.60 |
| | 809 | 30-503369 | X317THQ67J | 240 | $13.55 | $3,252.00 |
| | | | | | | |
| | | | | | | |
| Total | | | | 432 | | **$5,853.60** |

Price Terms:      FOB

Total Amount:    US DOLLAR FIVE THOUSAND EIGHT HUNDRED AND FIFTY THREE AND CENTS SIXTY ONLY.

Port of Loading/Export: SHANGHAI,CHINA

Destination:      LOS ANGELS, USA

Shipment Mode:

☑ BY SEA          ☐ BY AIR

Packing:          PACKED INTO 72 CARTONS

| Total Gross Weight: | 252 | KGS |
|---|---|---|
| Total Net Weight: | 216 | KGS |
| Total Measurements: | 1.17 | CBMs |

YOUR COMPANY NAME & COMPANY STAMP CHOP

# FASHIONLEAF GARMENT CO.,LTD

### ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET 10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL INVOICE

NO. AG18ZCDF160050B
PAYMENT: T/T NET 60 DAYS
DATE: 12/26/2018

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| JACKET | | 809 | X117THG09J | 5760 | $17.00 | $97,920.00 |
| JACKET | | 802 | X117THG09J | 2910 | $17.00 | $49,470.00 |
| JACKET | | 814 | X117THG09J | 180 | $17.00 | $3,060.00 |
| | | | SUB Total | 8850 | | **$150,450.00** |
| | | | | | REDUCE | **$147,390.00** |
| | | | | | Total: | **$3,060.00** |

Price Terms: DDP
Total Amount: US DOLLAR THREE THOUSAND AND SIXTY ONLY

Port of Loading/Export: SHANGHAI,CHINA
Destination: LOS ANGELS, USA
Shipment Mode:
☑ BY SEA        ☐ BY AIR

Packing: PACKED INTO 295 CARTONS
Total Gross Weight: 6490 KGS
Total Net Weight: 6195 KGS
Total Measurements: 31.69 CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

# FASHION LEAF GARMENT CO.,LTD

### ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W  37TH STREET  10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL INVOICE

| NO. | 18JSMN2027 |
|---|---|
| PAYMENT: | T/T NET 60 DAYS |
| DATE: | 12/26/2018 |

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| GARMENT DYED TENCEL HOODED ANORAK JACKET | | 802 | X317THK72J | 6372 | $17.40 | $110,872.80 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | | | | 6372 | | **$110,872.80** |

Price Terms: LDP

Total Amount: US DOLLAR ELEVEN THOUSAND EIGHT HUNDRED AND SEVENTY TWO AND EIGHTY CENTS ONLY.

Port of Loading/Export: SHANGHAI,CHINA
Destination: LOS ANGELS, USA
Shipment Mode:
☑ BY SEA          ☐ BY AIR

Packing:          PACKED INTO 177 CARTONS
Total Gross Weight:    3894      KGS
Total Net Weight:     3186      KGS
Total Measurements:    21.08     CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

# FASHIONLEAF GARMENT CO.,LTD

ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET 10TH FLOOR
NEW YORK, USA
NY-10018

## COMMERCIAL
## INVOICE

NO.        AG18ZCI
PAYMENT:   T/T NET
DATE:        1/3,

| Description of Commodity | GH.NO. | P.O. Number | Style Number | | Quantity | Unit Price |
|---|---|---|---|---|---|---|
| JACKET | | 818 | X418THY66J | MUSTARD | 1212 | $13.30 |
| VEST | | 844 | X418THY66J | VETIVER | 1200 | $13.30 |
| JACKET | | 802 | X418THY66J | LT.ALMOND | 1200 | $13.30 |
| | | | X418THY66J | VALLEY OF FIRE | 1152 | $13.30 |
| | | | X119THAR4V | OLIVINE | 960 | $12.50 |
| | | | X117THG09J | BLACK IRIS | 1650 | $17.00 |
| | | | X117THG09J | TOAST | 1110 | $17.00 |
| | | | | Sub Total | 8484 | |
| | | | | | | Reduce |
| | | | | | | Total |

Price Terms:        DDP
Total Amount:      US DOLLAR EIGHTY SEVEN THOUSAND EIGHT HUNDRED AND SEVENTY TWO AND SIXTY CENTS ONLY

Port of Loading/Export: SHANGHAI,CHINA
Destination:          LOS ANGELS, USA
Shipment Mode:
☑ BY SEA          ☐ BY AIR

Packing:          PACKED INTO 258 CARTONS
Total Gross Weight:    5073    KGS
Total Net Weight:      4815    KGS
Total Measurements:    23.32    CBMs

YOUR COMPANY NAME & COMPANY STAMP CHO

**FASHIONLEAF GARMENT CO.,LTD**
231 W 39th Street,Suite 818,NY NY10018

TO:
RINGER JEANS L.L.C
148W  37TH STREET  10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL
# INVOICE

| | |
|---|---|
| NO. | 18JSMN2028 |
| PAYMENT: | T/T NET 60 DAYS |
| DATE: | 1/2/2019 |

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| GARMENT DYED TENCEL HOODED ANORAK JACKET | | 802 | X317THK72J | 1620 | $17.40 | $28,188.00 |
| Total | | | | 1620 | | **$28,188.00** |

Price Terms:        LDP
Total Amount:      US DOLLAR TWENTY EIGHT THOUSAND ONE HUNDRED AND EIGHTY EIGHT ONLY.

Port of Loading/Export:  SHANGHAI,CHINA
Destination:             LOS ANGELS, USA
Shipment Mode:          ☑ BY SEA            ☐ BY AIR

Packing:              PACKED INTO 45 CARTONS
Total Gross Weight:   990          KGS
Total Net Weight:     810          KGS
Total Measurements:   5.40         CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

# FASHIONLEAF GARMENT CO.,LTD

### ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET 10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL INVOICE

| NO. | AG18ZCDF160053B |
|---|---|
| PAYMENT: | T/T NET 60 DAYS |
| DATE: | 1/10/2019 |

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| VEST | | 849 | X116TH897V | 1600 | $11.50 | $18,400.00 |
| VEST | | 844 | X119THAR4V | 780 | $12.50 | $9,750.00 |
| JACKET | | 818 | X117THG09J | 9120 | $17.00 | $155,040.00 |
| | | | Sub Total | 11500 | | **$183,190.00** |
| | | | | Reduce | | $155,040.00 |
| | | | | Total | | **$28,150.00** |

Price Terms: DDP
Total Amount: US DOLLAR TWENTY EIGHT THOUSAND ONE HUNDRED AND FIFTY ONLY

Port of Loading/Export: SHANGHAI,CHINA
Destination: LOS ANGELS, USA
Shipment Mode:

☑ BY SEA          ☐ BY AIR

Packing: PACKED INTO 378 CARTONS
Total Gross Weight: 7960 KGS
Total Net Weight: 7503 KGS
Total Measurements: 40.01 CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

**FASHIONLEAF GARMENT CO.,LTD**

ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET 10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL INVOICE

| NO. | 91816162537H |
|---|---|
| PAYMENT: | T/T NET 60 DAYS |
| DATE: | 1/10/2019 |

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Color | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| SHORT | | 833 | X118TL543S | HARBOR MIST | 2520 | $7.00 | $17,640.00 |
| | | 833 | X118TL543S | MEDAL BRONZE | 2514 | $7.00 | $17,598.00 |
| | | 833 | X118TL543S | MUSTARD | 2520 | $7.00 | $17,640.00 |
| | | 833 | X118TL543S | OLIVUNE | 2484 | $7.00 | $17,388.00 |
| | | 833 | X118TL543S | OMBRE BLUE | 2484 | $7.00 | $17,388.00 |
| | | 833 | X118TL543S | ROSE SMOKE | 2520 | $7.00 | $17,640.00 |
| | | 833 | X118TL543S | SAFARI | 2520 | $7.00 | $17,640.00 |
| | | 833 | X118TL543S | STRING | 2484 | $7.00 | $17,388.00 |
| | | 833 | X118TL543S | TOAST | 2496 | $7.00 | $17,472.00 |
| | | 833 | X118TL543S | VETIVER | 1836 | $7.00 | $12,852.00 |
| JACKET | | 814 | X317THK72J | MATINI OLIVE | 1716 | $17.40 | $29,858.40 |
| | | 814 | X317THK72J | RAVEN | 1776 | $17.40 | $30,902.40 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Total | | | | | 27870 | | **$231,406.80** |

| | |
|---|---|
| Price Terms: | DDP |
| Total Amount: | US DOLLAR TWO HUNDRED AND THIRTY ONE THOUSAND FOUR HUNDRED AND SIX AND EIGHTY CENTS ONLY |
| Port of Loading/Export: | SHANGHAI,CHINA |
| Destination: | LOS ANGELS, USA |
| Shipment Mode: | ☑ BY SEA      ☐ BY AIR |

| | | |
|---|---|---|
| Packing: | PACKED INTO 439 CARTONS | |
| Total Gross Weight: | 9153.6 | KGS |
| Total Net Weight: | 8358.4 | KGS |
| Total Measurements: | 52.98 | CBMs |

YOUR COMPANY NAME & COMPANY STAMP CHOP

# FASHIONLEAF GARMENT CO.,LTD

ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET 10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL INVOICE

NO.        AG18ZCDF160053C
PAYMENT:   T/T NET 60 DAYS
DATE:      1/18/2019

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| VEST | | 849 | X116TH897V | 2880 | $11.50 | $33,120.00 |
| VEST | | 844 | X119THAR4V | 1170 | $12.50 | $14,625.00 |
| JACKET | | 818 | X117THG09J | 2538 | $17.00 | $43,146.00 |
| JACKET | | 828 | X117THG09J | 2250 | $17.00 | $38,250.00 |
| JACKET | | 814 | X317THK72J | 3396 | $17.40 | $59,090.40 |
| JACKET | | 849 | X117THG09J | 2250 | $17.00 | $38,250.00 |
| | | | | | | |
| | | | Sub Total | 14484 | | **$226,481.40** |
| | | | | | Reduce | **$43,146.00** |
| | | | | | Total | **$183,335.40** |

Price Terms:          DDP
Total Amount:         US DOLLAR ONE HUNDRED AND EIGHTY THREE THOUSAND THREE HUNDRED AND THIRTY FIVE AND FORTY CENTS ONLY
Port of Loading/Export:   SHANGHAI,CHINA
Destination:          LOS ANGELS, USA
Shipment Mode:        ☑ BY SEA          ☐ BY AIR

Packing:              PACKED INTO 441 CARTONS
Total Gross Weight:   9104          KGS
Total Net Weight:     8259.5        KGS
Total Measurements:   48.65         CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

**FASHION LEAF GARMENT CO.,LTD**
ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET 10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL
# INVOICE

| NO. | 918303507H |
|---|---|
| PAYMENT: | T/T NET 60 DAYS |
| DATE: | 1/10/2019 |

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| SHORT | | 833 | X218TLY24S | 11860 | $7.00 | $83,020.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | | | | 11860 | | **$83,020.00** |

Price Terms:    DDP
Total Amount:   US DOLLAR EIGHTY THREE AND TWENTY ONLY

Port of Loading/Export: SHANGHAI,CHINA
Destination:            LOS ANGELS, USA
Shipment Mode:
☑ BY SEA                    ☐ BY AIR

| Packing: | PACKED INTO 150 CARTONS | |
|---|---|---|
| Total Gross Weight: | 3041.12 | KGS |
| Total Net Weight: | 2870.12 | KGS |
| Total Measurements: | 19.14 | CBMs |

YOUR COMPANY NAME & COMPANY STAMP CHOP

# FASHION LEAF GARMENT CO.,LTD

### ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET 10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL INVOICE

| NO. | 91816162531H |
|---|---|
| PAYMENT: | T/T NET 60 DAYS |
| DATE: | 12/28/2018 |

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| SHORT | | 30-564754 | X118TL543S | 480 | $6.30 | $3,024.00 |
| SHORT | | 30-564752 | X118TL543S | 180 | $6.30 | $1,134.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | | | | 660 | | $4,158.00 |

| | |
|---|---|
| Price Terms: | FOB |
| Total Amount: | US FOUR THOUSAND ONE HUNDRED AND AND FIFTY EIGHT ONLY |

| | |
|---|---|
| Port of Loading/Export: | SHANGHAI,CHINA |
| Destination: | VANCOUVER, Canada |
| Shipment Mode: | ☑ BY SEA      ☐ BY AIR |

| | | |
|---|---|---|
| Packing: | PACKED INTO 110 CARTONS | |
| Total Gross Weight: | 187 | KGS |
| Total Net Weight: | 137.5 | KGS |
| Total Measurements: | 0.99 | CBMs |

YOUR COMPANY NAME & COMPANY STAMP CHOP

**FASHION LEAF GARMENT CO.,LTD**

ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET 10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL INVOICE

NO.         91816162556H
PAYMENT:    T/T NET 60 DAYS
DATE:       1/22/2019

| Description of Commodity | GH.NO. | P.O. Number | Style Number | | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| SHORT | | 833 | X218TLY24S | NAVY | 2530 | $7.00 | $17,710.00 |
| | | | X218TLY24S | SHARK | 2180 | $7.00 | $15,260.00 |
| | | | X218TLY24S | ELEPHANT | 2520 | $7.00 | $17,640.00 |
| | | | X218TLY24S | ROSETTE | 2520 | $7.00 | $17,640.00 |
| | | | X218TLY24S | TEA | 2540 | $7.00 | $17,780.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Total | | | | | 12290 | | **$86,030.00** |

Price Terms:     DDP
Total Amount:    US DOLLAR EIGHTY SIX THOUSAN AND THIRTY ONLY

Port of Loading/Export: SHANGHAI,CHINA
Destination:    LOS ANGELS, USA
Shipment Mode:   ☑ BY SEA              ☐ BY AIR

Packing:            PACKED INTO 156 CARTONS
Total Gross Weight:    3150.88      KGS
Total Net Weight:      2975.29      KGS
Total Measurements:    20.01        CBM

YOUR COMPANY NAME & COMPANY STAMP CHOP

**FASHIONLEAF GARMENT CO.,LTD**

ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W  37TH STREET  10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL
# INVOICE

NO.            GMSY183053061
PAYMENT:    T/T NET 60 DAYS
DATE:          1/22/2019

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| VEST | | 844 | X119THAR4V | 3600 | $13.50 | $48,600.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | | | | 3600 | | $48,600.00 |

Price Terms:    DDP
Total Amount:   US DOLLAR FORTY EIGHT THOUSAND AND SIX HUNDRED ONLY

Port of Loading/Export:  SHANGHAI,CHINA
Destination:                 LOS ANGELS, USA
Shipment Mode:
                 ☐ BY SEA           ☑ BY AIR

Packing:                       PACKED INTO 120 CARTONS
Total Gross Weight:     1920      KGS
Total Net Weight:        1620      KGS
Total Measurements:    10.14     CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

# FASHIONLEAF GARMENT CO.,LTD

ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET 10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL
# INVOICE

NO.        AG18ZCDF160053D
PAYMENT:   T/T NET 60 DAYS
DATE:      1/25/2019

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| VEST | | 818 | X119THAQ3V | 3888 | $13.00 | $50,544.00 |
| JACKET | | 828 | X117THG09J | 6672 | $17.00 | $113,424.00 |
| JACKET | | 849 | X117THG09J | 7098 | $17.00 | $120,666.00 |
| | | | Sub Total | 17658 | | **$284,634.00** |
| | | | | | Reduce | **$50,544.00** |
| | | | | | Total | **$234,090.00** |

Price Terms:    DDP
Total Amount:   US DOLLAR TWO HUNDRED AND THIRTY FOUR THOUSAND AND NINETY ONLY

Port of Loading/Export: SHANGHAI,CHINA
Destination:            LOS ANGELS, USA
Shipment Mode:

☑ BY SEA          ☐ BY AIR

Packing:              PACKED INTO 569 CARTONS
Total Gross Weight:   12356      KGS
Total Net Weight:     11754.6    KGS
Total Measurements:   63.87      CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

## FASHIONLEAF GARMENT CO.,LTD

ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET 10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL
# INVOICE

NO.       AG18ZCDF160003
PAYMENT:  T/T NET 60 DAYS
DATE:     1/25/2019

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| VEST | | 849 | X116TH897V | 7216 | $11.50 | $82,984.00 |
| JACKET | | 828 | X117THG09J | 2238 | $17.00 | $38,046.00 |
| PANT | | 825 | TC19-1705P | 2376 | $10.50 | $24,948.00 |
| | | | Sub Total | 11830 | | $145,978.00 |
| | | | Reduce | | | $24,948.00 |
| | | | Total | | | $121,030.00 |

Price Terms:     DDP
Total Amount:    US DOLLAR ONE HUNDRED AND TWENTY ONE THOUSAND AND THIRTY ONLY

Port of Loading/Export: SHANGHAI,CHINA
Destination:     LOS ANGELS, USA
Shipment Mode:

☑ BY SEA          ☐ BY AIR

Packing:            PACKED INTO 306 CARTONS
Total Gross Weight: 5717     KGS
Total Net Weight:   5240     KGS
Total Measurements: 36.68    CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

# FASHIONLEAF GARMENT CO.,LTD
ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET 10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL INVOICE

| | |
|---|---|
| NO. | GMSY183053064 |
| PAYMENT: | T/T NET 60 DAYS |
| DATE: | 1/30/2019 |

| Description of Commodity | GH.NO. | P.O. Number | Style Number | | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| VEST | | 844 | X119THAR4V | ELEPHANT | 2280 | $12.50 | $28,500.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Total | | | | | 2280 | | $28,500.00 |

Price Terms: DDP
Total Amount: US DOLLAR TWENTY EIGHT THOUSAND FIVE HUNDRED ONLY

Port of Loading/Export: SHANGHAI,CHINA
Destination: LOS ANGELS, USA
Shipment Mode:  ☑ BY SEA        ☐ BY AIR

Packing: PACKED INTO 76 CARTONS
Total Gross Weight: 1216 KGS
Total Net Weight: 1026 KGS
Total Measurements: 6.42 CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

# FASHIONLEAF GARMENT CO.,LTD

### ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET 10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL INVOICE

NO.          AG18ZCDF160003A
PAYMENT:   T/T NET 60 DAYS
DATE:        2/1/2019

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| VEST | | 849 | X116TH897V | 1040 | $11.50 | $11,960.00 |
| JACKET | | 849 | X117THG09J | 4410 | $17.00 | $74,970.00 |
| JACKET | | 818 | X317THQ67J | 2340 | $14.50 | $33,930.00 |
| VEST | | 818 | X119THAQ3V | 3492 | $11.00 | $38,412.00 |
| PANT | | 825 | TC18-1415P | 2388 | $10.00 | $23,880.00 |
| PANT | | 825 | TC18-1425P | 2980 | $9.70 | $28,906.00 |
| PANT | | 825 | TC19-1706P | 3560 | $10.20 | $36,312.00 |
| | | | Sub Total | 20210 | | **$248,370.00** |
| | | | | | Reduce | **$168,424.00** |
| | | | | | Total: | **$79,946.00** |

Price Terms:     DDP
Total Amount:   US DOLLAR SEVENTY NINE THOUSAND NINE HUNDRED AND FORTY SIX ONLY.

Port of Loading/Export: SHANGHAI,CHINA
Destination:      LOS ANGELS, USA
Shipment Mode:
☑ BY SEA          ☐ BY AIR

Packing:          PACKED INTO 550 CARTONS
Total Gross Weight:   10691.1   KGS
Total Net Weight:    8070.6    KGS
Total Measurements:  46.75     CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

# FASHIONLEAF GARMENT CO.,LTD

### ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W  37TH STREET  10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL
# INVOICE

| NO. | KD1901 |
|---|---|
| PAYMENT: | T/T NET 60 DAYS |
| DATE: | 2/6/2019 |

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| JACKET | | 818 | X317THK72J | 11124 | $17.40 | $193,557.60 |
| JACKET | | 828 | X317THQ67J | 5922 | $14.50 | $85,869.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | | | | 17046 | | **$279,426.60** |

Price Terms:   DDP
Total Amount:   US DOLLAR TWO HUNDRED AND SEVENTY NINE THOUSAND FOUR HUNDRED TWENTY SIX AND CENT SIXTY ONLY

Port of Loading/Export:  SHANGHAI,CHINA
Destination:   LOS ANGELS, USA
Shipment Mode:
☑ BY SEA          ☐ BY AIR

Packing:   PACKED INTO 570 CARTONS
Total Gross Weight:   11000.4   KGS
Total Net Weight:   9064.8   KGS
Total Measurements:   56.91   CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

# FASHIONLEAF GARMENT CO.,LTD

### ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W  37TH STREET  10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL INVOICE

NO.            GMSY183053065
PAYMENT:   T/T NET 60 DAYS
DATE:          1/30/2019

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| VEST | | 844 | X119THAR4V | 120 | $13.50 | $1,620.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | | | | 120 | | **$1,620.00** |

Price Terms:      DDP
Total Amount:    US DOLLAR ONE THOUSAND SIX HUNDRED AND TWENTY ONLY

Port of Loading/Export: SHANGHAI,CHINA
Destination:            LOS ANGELS, USA
Shipment Mode:

☐ BY SEA          ☑ BY AIR

Packing:                PACKED INTO 4 CARTONS
Total Gross Weight:     64       KGS
Total Net Weight:       54       KGS
Total Measurements:    0.34      CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP

**FASHIONLEAF GARMENT CO.,LTD**
ROOM 1004, 10/F, XING HUA CENTRE 433 SHANGHAI STREET MONGKOK, KOWLOON, HONGKONG

TO:
RINGER JEANS L.L.C
148W 37TH STREET 10TH FLOOR
NEW YORK, USA
NY-10018

# COMMERCIAL INVOICE

NO. 91916122011H
PAYMENT: T/T NET 60 DAYS
DATE: 1/15/2019

| Description of Commodity | GH.NO. | P.O. Number | Style Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| SHORT | 833 | 30-630501 | X218TLY24S | 300 | $6.30 | $1,890.00 |
| SHORT | 833 | 30-630510 | X218TLY24S | 60 | $6.30 | $378.00 |
| SHORT | 833 | 30-630503 | X218TLY24S | 300 | $6.30 | $1,890.00 |
| SHORT | 833 | 30-630511 | X218TLY24S | 60 | $6.30 | $378.00 |
| SHORT | 833 | 30-630505 | X218TLY24S | 300 | $6.30 | $1,890.00 |
| SHORT | 833 | 30-630513 | X218TLY24S | 60 | $6.30 | $378.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | | | | 1080 | | $6,804.00 |

Price Terms: FOB
Total Amount: US DOLLAR SIX THOUSAND EIGHT HUNDRED AND FOUR ONLY

Port of Loading/Export: SHANGHAI,CHINA
Destination: VANCOUVER, Canada
Shipment Mode:
☑ BY SEA          ☐ BY AIR

Packing: PACKED INTO 15 CARTONS
Total Gross Weight: 278.46 KGS
Total Net Weight: 261.36 KGS
Total Measurements: 1.93 CBMs

YOUR COMPANY NAME & COMPANY STAMP CHOP