# Declaration of conformity of quality conformity of clothing textiles for export

The declaration for the following items:

Po 833   Style No :X218TLY24S/X118TL543S   Po 844   Style No: X119THAR4V

Po 797   X317THK72J   Po 802   X317THK72J   Po 814   X317THK72J
Po 800   X116TH552P/X119TLAL7P/X119TIAL7P/X218TLY24S/X218TIY24S
X118TL543S/X118TI543S/X119TLAK8S/X118TL001P

Po 768   X117THG09J   X317THQ67J   X418THAH8J   X418THY66J
Po 770   X418TIG09J   X418THY66J   X418TIY66J
Po 785   X117THG09J   TC18-1509
Po 797   X117THG09J   Po 802   X117THG09J
Po 809   X117THG09J   Po 814   X117THG09J
Po 818   X117THG09J   X317THQ67J   X418THY66J   X116TH897V X119THAQ3V
Po 828   X117THG09J   Po 849   X117THG09J   X116TH897V
Po 825   TC18-1415P   TC18-1425P   TC19-1705P   TC19-1706P

Item description: Women tencel short/Pants/Vest/Jacket.

1. All the goods shipped to RingerJeans fromFashionleaf have been inspected by QC Team.

2. All the goods passed the inspection according to the requirements of International Universal Standards AQL (Acceptance Quality Limit) AQL 2.5.

3. In the sale of the above-mentioned textiles and clothing products, ensure that they comply with the mandatory requirements of the Instructions for the use of consumer goods and clothing (GB5296.4), the National technical code for the basic safety of textile products (GB18401) and other national technical specification.

Company: Fashionleaf Gaerment Co.,LTD
Company position: Qc Department Manager

Signature: For and on behalf of
Fashion Leaf Garment Co., Ltd
香港嘉叶服饰有限公司

……………………………
Authorized Signature(s)

Date: 2019/3/20

# Declaration of conformity of quality conformity of clothing textiles for export

The declaration for the following items:

| | | | | | |
|---|---|---|---|---|---|
| Po 768 | X117THG09J | X317THQ67J | X418THAH8J | X418THY66J | |
| Po 770 | X418TIG09J | X418THY66J | X418TIY66J | | |
| Po 785 | X117THG09J | TC18-1509 | | | |
| Po 797 | X117THG09J | Po 802 | X117THG09J | | |
| Po 809 | X117THG09J | Po 814 | X117THG09J | | |
| Po 818 | X117THG09J | X317THQ67J | X418THY66J | X116TH897V | X119THAQ3V |
| Po 828 | X117THG09J | Po 849 | X117THG09J | X116TH897V | |
| Po 825 | TC18-1415P | TC18-1425P | TC19-1705P | TC19-1706P | |

Item description: Women tencel Vest/Jacket/Pants.

1. All the goods shipped to Ringer Jeans through Fashionleaf have been inspected by QC Team.

2. All the products have been inspected by our QC team and pass the International Universal Standards AQL 2.5.

3. All the goods Meet the technical requirements of the contract, agreement, etc.

4. In the sale of the above-mentioned textiles and clothing products, ensure that they comply with the mandatory requirements of the Instructions for the use of consumer goods and clothing (GB5296.4), the National technical code for the basic safety of textile products (GB18401) and other national technical specification.

We guarantee that the above information is correct and true, and are responsible for the statement.

安徽省服装进出口股份有限公司
ANHUI GARMENTS IMP.AND EXP CO.,LTD.

Company: Anhui Garments Imp. & Exp. Co., Ltd.

Company position: Qc Department Manager

Signature:

Date: 219.08.1

## Declaration of conformity of quality conformity of clothing textiles for export

The declaration for the following items:

Po 844    Style No: X119THAR4V

Item description: Women tencel Vest.

1. All the goods shipped to Ringer Jeans through Fashionleaf have been inspected by QC Team.

2. All the goods passed the inspection according to the requirements of International Universal Standards AQL (Acceptance Quality Limit) AQL 2.5.

3. All the goods Meet the technical requirements of the contract, agreement, etc.

4. The national technical specification for basic safety of textile products (GB18401) and other national technical specifications are mandatory and in accordance with the relevant laws and regulations of the People's Republic of China.

We guarantee that the above information is correct and true, and are responsible for the statement.

Company: **Jiangsu Guotai Int'l Group Co.,ltd**

Company position: Qc Department Manager

Signature:                                    Date: 2017.7.17

# Declaration of conformity of quality conformity of clothing textiles for export

The declaration for the following items:

Po 833   Style No :X218TLY24S/X118TL543S

Item description: Women tencel shorts.

1. All the goods shipped to Ringer Jeans through Fashionleaf have been inspected by QC Team.

2. All the goods passed the inspection according to the requirements of International Universal Standards AQL (Acceptance Quality Limit) AQL 2.5.

2. In the sale of the above-mentioned textiles and clothing products, ensure that they comply with the mandatory requirements of the Instructions for the use of consumer goods and clothing (GB5296.4), the National technical code for the basic safety of textile products (GB18401) and other national technical specification.

We guarantee that the above information is correct and true, and are responsible for the statement.

江苏苏豪轻纺有限公司
JIANGSU SOHO SILK & TEXTILE CO., LTD.

Company: Jiangsu SOHO SILK &TEXTILE CO.,LTD

LIN HUA WEI
PRESIDENT

Company position: Qc Department Manager

Signature:                                                  Date: 2019.7.20

## Declaration of conformity of quality conformity of clothing textiles for export

The declaration for the following items:

Po 797    X317THK72J
Po 802    X317THK72J
Po 814    X317THK72J
Po 800
X116TH552P/X119TLAL7P/X119TIAL7P/X218TLY24S/X218TIY24S
X118TL543S/X118TI543S/X119TLAK8S/X118TL001P

Item description: Women tencel shorts/Pants/Jacket

1. The original and auxiliary materials of the enterprise come from the qualified supplier and meet the requirements of the regulations and technical standards of the importing country or region.

2. The above products exported are inspected and qualified, in accordance with the laws and regulations and technical standards of the importing country or region, and the basic requirements of the inspection and quarantine departments and customers.

3. All the products have been inspected by our QC team and pass the International Universal Standards AQL 2.5.

4. All the goods shipped to Ringer Jeans through Fashionleaf have been inspected by QC Team.

江苏曼诺进出口有限公司
JIANGSU MANA CO., LTD.

Company: Jiangsu Mana Co., LTD

Company position: QC Department Manager

Signature: _____    Date: 2019.07.12.