UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FASHION LEAF GARMENT CO., LTD. and CTR HOLDINGS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>RINGER JEANS LLC, RINGER JEANS APPAREL LLC, RINGERJEANS LLC, NEW AGE BRANDING LLC, E-Z APPAREL, LLC, ESSENTIALS NEW YORK LLC, ESSENTIALS NEW YORK APPAREL, LLC, LIMITED FASHIONS, LLC, GABRIEL ZEITOUNI and CHARLES AZRAK,<br><br>Defendants.<br><br>ANHUI GARMENTS IMPORT & EXPORT CO., Ltd.,<br><br>Intervenor Plaintiff,<br><br>v.<br><br>NEW AGE BRANDING LLC, and LIMITED FASHIONS, LLC<br><br>Intervenor Defendants. | C.A. No. 19-cv-03381-ALC-BCM<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ALEX ZHAO**

I, Alex Zhao, hereby declare that:

1. I am the owner of Fashion Leaf Garment Co., Ltd. ("Fashion Leaf"). I am familiar with the facts set forth herein, and if called as a witness, I could and would testify competently to those facts under oath.

2. Fashion Leaf is engaged in the business of selling garments to wholesalers.

3. I am familiar with Fashion Leaf's practices of invoicing and shipping of garments to its customers.

4. Between early 2018 and early 2019, Fashion Leaf was involved in a series of garment sales to defendants Ringerjeans LLC ("Ringer") and its affiliates New Age Branding LLC ("New Age") and Limited Fashions, LLC ("Limited Fashions") (together, "Intervenor Defendants"). Fashion Leaf sourced those garments from multiple sellers, including the Intervenor Plaintiff, Anhui Garments Import & Export Co., Ltd. ("Anhui").

5. The invoices identified by Anhui in paragraphs 21 and 26 of its Complaint in Intervention in this action (D.I. 102) represent garments that were actually sold by Anhui to New Age and Limited Fashions, respectively, and shipped by Fashion Leaf to those companies.

6. The following chart shows the invoices identified by Anhui in its Complaint in Intervention, further broken down with a description of the invoiced garments, the number of pieces of each garment type delivered to Limited Fashions, and the purchase order number by which Limited Fashions ordered those garments.

2

| Customer | Invoice Number | PO# | Description of goods | Units | Invoiced Amount |
|---|---|---|---|---|---|
| Limited Fashions, LLC | AG18ZCDF160050BGZ | 809 | Lady's jacket X117THG09J | 5760 | $97,920.00 |
| | AG18ZCDF160050BGZ | 802 | Lady's jacket X117THG09J | 2910 | $49,470.00 |
| | AG18ZCDF160050C | 809 | Lady's jacket X117THG09J | 5598 | $95,166.00 |
| | AG18ZCDF160050C | 802 | Lady's jacket X117THG09J | 696 | $11,832.00 |
| | AG18ZCDF160050E | 809 | Lady's jacket X117THG09J | 2760 | $46,920.00 |
| | AG18ZCDF160053BGZ | 818 | Lady's jacket X117THG09J | 9120 | $155,040.00 |
| | AG18ZCDF160053CGZ | 818 | Lady's jacket X117THG09J | 2538 | $43,146.00 |
| | AG18ZCDF160053DGZ | 818 | Lady's VestX119THAQ3V | 3888 | $50,544.00 |
| | AG18ZCDF160053GZ | 818 | Lady's vest X116TH897V | 1344 | $15,456.00 |
| | AG18ZCDF160053GZ | 809/2 | Lady's jacket X117THG09J | 3810 | $64,770.00 |
| | AG19ZCDF160003AGZ | 825 | Lady's pant TC18-1415p | 2388 | $23,880.00 |
| | AG19ZCDF160003AGZ | 825 | Lady's pant TC18-1425p | 2980 | $28,906.00 |
| | AG19ZCDF160003AGZ | 825 | Lady's pant TC19-1706p | 3560 | $36,312.00 |
| | AG19ZCDF160003AGZ | 818 | Lady's vest X119THAQ3V | 3492 | $45,396.00 |
| | AG19ZCDF160003AGZ | 818 | Lady's jacket X119THAQ67J | 2340 | $33,930.00 |
| | AG19ZCDF160003GZ | 825 | Lady's pant TC19-1705p | 2376 | $24,948.00 |
| | | | TOTAL | 55,560 | $823,636.00 |

3

7. All of the foregoing garments, which were identified amongst the invoices in Anhui's Complaint in Intervention, were shipped by Fashion Leaf to Limited Fashions.

8. The following chart shows the invoices identified by Anhui in its Complaint in Intervention, further broken down with a description of the invoiced garments, the number of pieces of each garment type delivered to New Age, and the purchase order number by which New Age ordered those garments.

| Customer | Invoice Number | PO# | Description of goods | Units | Invoiced Amount |
|---|---|---|---|---|---|
| NEW AGE BRANDING LLC | AG18ZCDF160038E | 768 | Lady's jacket X418THAH8J | 1152 | $17,164.80 |
| | AG18ZCDF160038F | 768 | Lady's jacket X117THG09J | 1770 | $30,090.00 |
| | AG18ZCDF160038F | 768 | Lady's jacket X418THAH8J | 1146 | $17,075.40 |
| | AG18ZCDF160038F | 768 | Lady's jacket X418THY66J | 1800 | $23,940.00 |
| | AG18ZCDF160038F | 768 | Lady's jacket X317THQ67J | 1746 | $25,317.00 |
| | AG18ZCDF160038G | 768 | Lady's jacket X117THG09J | 1770 | $30,090.00 |
| | AG18ZCDF160038G | 768 | Lady's jacket X117THG09J | 3432 | $58,344.00 |
| | AG18ZCDF160038G | 785 | Lady's jacket X117THG09J | 3342 | $56,814.00 |
| | AG18ZCDF160038H | 768 | Lady's jacket X418THAH8J | 1176 | $17,522.40 |
| | AG18ZCDF160038H | 785 | Lady's jacket X117THG09J | 3270 | $55,590.00 |
| | AG18ZCDF160039A | 785 | Lady's jacket X117THG09J | 606 | $10,302.00 |

4

| | | | | | |
|---|---|---|---|---|---|
| | AG18ZCDF160039B | 785 | Lady's jacket X117THG09J | 1200 | $20,400.00 |
| | AG18ZCDF160039 | 785 | Lady's Jacket X117THG09J | 1200 | $20,400.00 |
| | AG18ZCDF160044A | 770 | Lady's jacket X418TIY66J | 1200 | $15,960.00 |
| | AG18ZCDF160044A | 770 | Lady's jacket | 1794 | $23,860.20 |
| | AG18ZCDF160044B | 770 | Lady's jacket X418THY66J | 1176 | $15,640.80 |
| | AG18ZCDF160044B | 770 | Lady's jacket X418THY66J | 1800 | $23,940.00 |
| | AG18ZCDF160044B | 770 | Lady's jacket X418TIG09J | 1200 | $19,200.00 |
| | FEDEX#464386441522 | 785 | TC18-1509 | 60 | $780.00 |
| | | | TOTAL | 30,840 | $482,430.60 |

9. All of the foregoing garments, which were identified amongst the invoices in Anhui's Complaint in Intervention, were shipped by Fashion Leaf to New Age.

10. On November 10, 2020, with the Court's leave, Fashion Leaf filed a Second Amended Complaint to clarify that the garments identified in Paragraphs 6 and 8 above were sold by Anhui to New Age and Limited Fashions, respectively, and to formally withdraw its claims for relief concerning those garments in light of Anhui's complaint in intervention asserting those same claims against New Age and Limited Fashions.

11. In addition, Fashion Leaf has assigned to Anhui any and all claims it has, had or may have had against New Age and Limited Fashion regarding the garments identified in Paragraphs 6 and 8 above.

12. None of the defendants, including Ringer, New Age, and Limited Fashions ever advised Fashion Leaf that they failed to receive any of the garments they ordered, including those garments sold by Anhui.

13. None of the defendants, including Ringer, New Age, and Limited Fashions have made any payments to Fashion Leaf for the garments identified in Paragraphs 6 and 8 above, or returned any of those garments to Fashion Leaf.

14. None of the defendants rejected the garments upon delivery or within a reasonable time thereafter. It was only in response to this action that the defendants asserted that all the garments accepted by them months before were defective and that they would not pay for them.

15. Neither Ringer, New Age, Limited Fashions or any of the defendants ever identified any alleged defective merchandise to have been Anhui-sourced garments.

16. I declare under the penalty of perjury under the laws of the United States that to the best of my knowledge and recollection the foregoing is true and correct.

[SIGNATURE]

Executed this 17 day of November 2021.