Page 1

```
 1
 2                UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
 3
 4    FASHION LEAF GARMENT CO.,        )
      LTD, and CTR HOLDINGS INC.,      )
 5                                     )
                    Plaintiffs,        )
 6                                     )
         v.                            )  Case No.
 7                                     )  19-cv-03381-ALC-BM
                                       )
 8    RINGER JEANS LLC, RINGER         )
      JEANS APPAREL LLC,               )
 9    RINGERJEANS LLC, NEW AGE         )
      BRANDING LLC, E-Z APPAREL,       )
10    LLC, ESSENTIALS NEW YORK         )
      LLC, ESSENTIALS NEW YORK         )
11    APPAREL, LLC, LIMITED            )
      FASHIONS LLC, GABRIEL            )
12    ZEITOUNI and CHARLES AZRAK,      )
                                       )
13                  Defendants.        )
      _____ )
14    ANHUI GARMENTS IMPORT &          )
      EXPORT CO., LTD.,                )
15                                     )
            Intervenor Plaintiff,      )
16                                     )
         v.                            )
17                                     )
      NEW AGE BRANDING LLC and         )
18    LIMITED FASHIONS, LLC            )
                                       )
19        Intervenor Defendants.       )
      _____ )
20
21                               October 7, 2022
                                 9:00 A.M.
22
              REMOTE VIDEO DEPOSITION OF ALEX ZHAO,
23    being located in China, with all participants
      appearing remotely via video, and taken
24    stenographically by Sandra Noel Bartels, a
      stenographic reporter and Notary Public of the
25    State of New York.
```

Page 2

```
 1
 2    A P P E A R A N C E S:
 3
 4    HOGAN & CASSELL
      500 N. Broadway, #153
 5    Jericho, New York 11753
      BY: Michael Cassell, Esq.
 6
 7

      KING & WOOD MALLESONS
 8    500 Fifth Avenue, 50th Floor
      New York, New York 10110
 9    BY: Vincent Filardo, Esq.
          Charles Wizenfeld, Esq.
10
11
      GOLDBERG WEPRIN FINKEL GOLDSTEIN, LLP
12    1501 Broadway, 22nd Floor
      New York, New York 10036-5601
13    BY: Kevin Nash, Esq.
14
15    ALSO PRESENT:
16    Jessica Ju, Court Certified Mandarin
      Interpreter, Eiber Translations
17
      Corey McMillan,  Concierge, Veritext
18
19
20
21
22
23
24
25
```

1                          ALEX ZHAO

2    J E S S I C A     J U,     was duly sworn to

3         interpret the questions from English

4         into Mandarin, and the answers from

5         Mandarin into English.

6    A L E X     Z H A O,     called as a

7         witness, having been duly sworn by a

8         Notary Public, was examined and

9         testified through the interpreter as

10        follows:

11                    DIRECT EXAMINATION

12   BY MR. NASH:

13        Q.    I am the attorney for Ringer

14   Jeans.  I'll be asking you a series of

15   questions this morning -- actually this

16   evening.  If you don't understand the

17   question please tell the interpret you

18   don't understand the question and I'll

19   repeat it.

20             Did you review any documents?

21        A.    The documents are with the

22   lawyer.

23        Q.    Did you review the documents that

24   your lawyer has at any time?

25        A.    I hand them to my lawyer at the

```
1                    ALEX ZHAO
2  time the incident happened.
3       Q.    That was the last time you saw
4  the documents?
5       A.    Right.  At the beginning of the
6  litigation.
7       Q.    Without telling me what you said,
8  did you speak to your lawyer about the
9  deposition?
10      A.    I mean, the lawyer he told me I
11  need to appear for it.
12      Q.    Did you speak to him about
13  preparing for the deposition, without
14  telling me what you said?
15      A.    No.
16      Q.    What is your understanding as to
17  the basis of the lawsuit?
18      A.    I provided the items to Ringer so
19  they should pay me for it.
20      Q.    What is your understanding as to
21  why the items were not paid for?
22            MR. CASSELL:  Note my objection.
23            THE INTERPRETER:  He asked me to
24      repeat the question.
25            MR. NASH:  My question is what is
```

1                    ALEX ZHAO

2       his understanding as to reasons why

3       the items were not paid for?

4       A.   They are a problem, yes, why are

5    they not paying.

6            MR. NASH:  Does he have an

7       understanding that there was problems

8       with the quality of the goods?

9       A.   We don't have problems with the

10   quality of the goods.

11           MR. NASH:  Let me show the

12       witness Exhibit 1.  Can you put that

13       up on the screen.  Can you show the

14       witness Exhibit 1.

15       A.   What is this?

16           MR. NASH:  Ask him to look at

17       Exhibit 1, please.

18       A.   It is very difficult to so see

19   when you are scrolling like that.  Can you

20   tell me what this is?

21           MR. NASH:  I'm going to ask him

22       to identify the document.  It's the

23       complaint but I'm asking him to

24       identify the document.

25           MR. CASSELL:  You haven't asked

```
 1                      ALEX ZHAO
 2        him how well, if it at all, he can
 3        read English.
 4   BY MR. NASH:
 5        Q.    That's true.  Mr. Zhao, do you
 6   recognize the complaint that was filed?
 7        A.    I don't because my lawyer takes
 8   care of this.
 9        Q.    You've never seen the complaint
10   that was filed in this action?
11        A.    I don't remember.
12        Q.    You have information relating to
13   the claims?  Do you know what the claims
14   are in the action?
15        A.    I don't remember.
16             MR. NASH:  I understand he was a
17        30(b)(c) witness.
18             MR. CASSELL:  He's already
19        testified, you asked him what the
20        claims are.  He's already testified
21        there's monies owed.
22             MR. NASH:  There's more than
23        that.
24   BY MR. NASH:
25        Q.    Is that the only claim in the
```

Page 7

1                    ALEX ZHAO

2     action?

3              THE INTERPRETER:  Are you talking

4        to the witness now?

5              MR. NASH:  Yes.

6              THE WITNESS:  But there was a

7        statement by another counsel.  Should

8        I translate that as well?

9              MR. CASSELL:  Yes, translate

10       everything.

11             THE INTERPRETER:  Can you repeat

12       it?

13   BY MR. NASH:

14       Q.   Is that the only claim in this

15   action, Mr. Zhao?

16       A.   The only claim of what?

17       Q.   That you brought for payment of

18   goods.

19       A.   Right, for the goods that was

20   delivered.

21       Q.   What type of goods did you

22   produce?

23       A.   What they ordered.

24       Q.   Is there a contract to

25   manufacturer and sell these goods to

Page 8

1                    ALEX ZHAO

2    Ringer Jeans?

3        A.   Yes, there was a purchase order.

4        Q.   One purchase order or more than

5    one purchase order?

6        A.   For different styles there are

7    different purchase orders.

8        Q.   Did you produce the purchase

9    orders that you received in discovery?

10            MR. CASSELL:  Objection.  I think

11       you asked did we produce the purchase

12       orders you received in discovery?  It

13       didn't make sense.

14            MR. NASH:  Well, he says he

15       received purchase orders for goods.

16            MR. CASSELL:  He can answer.

17            MR. NASH:  So I asked him, the

18       purchase orders that he received, were

19       they produced during discovery?

20       A.   What does that mean, discovery?

21       Q.   Were you aware that you were

22    required to produce documents in support

23    of your claim during the case?

24       A.   I think -- yeah, I did provide to

25    my lawyer.

Page 9

```
 1                    ALEX ZHAO
 2       Q.    The purchase orders?
 3       A.    Yes.
 4       Q.    How many were there?  Because we
 5  didn't see any production of purchase
 6  orders.
 7       A.    I don't remember how many.
 8       Q.    Are you still in possession of
 9  the purchase orders?
10       A.    I'm not sure.
11       Q.    The claimant is fashion Leaf
12  Garment, Ltd.  Are you familiar with that
13  company?
14       A.    Yes, it's mine.
15       Q.    How long has Fashion Leaf been in
16  business?
17       A.    Since 2010 to today.
18       Q.    What is the business of Fashion
19  Leaf?
20       A.    Export of clothes.
21       Q.    What is your position with
22  Fashion Leaf?
23       A.    CEO.
24       Q.    What did he say?
25             THE INTERPRETER:  CEO.
```

```
                                              Page 10

 1                        ALEX ZHAO

 2    BY MR. NASH:

 3         Q.    Are you a shareholder of Fashion

 4    Leaf?

 5         A.    Yes.

 6         Q.    Are you the only shareholder of

 7    Fashion Leaf?

 8         A.    I hold the most.

 9         Q.    How much, what is your -- how

10    many shares do you have in Fashion Leaf?

11         A.    90 percent.

12         Q.    Who has the other 10 percent?

13         A.    My wife.

14         Q.    Fashion Leaf is organized in

15    China as a company?

16         A.    Right.

17         Q.    Does Fashion Leaf have a license

18    or authorization from the Chinese

19    government to operate?

20         A.    Yes.

21         Q.    What type of license does it

22    have?

23         A.    Just operating license.

24         Q.    How long has that license been in

25    effect?
```

```
                                          Page 11
 1                    ALEX ZHAO
 2      A.    Since I started the company.
 3      Q.    Do you pay money to the Chinese
 4   government to operate?
 5      A.    Taxes, yes.
 6      Q.    How many employees does Fashion
 7   Leaf have?
 8           MR. CASSELL:  Objection to
 9       timeframe.
10      A.    Every year is different.
11      Q.    How many currently?
12      A.    20.
13      Q.    In 2018 and 2019 how many did you
14   have?
15      A.    I don't remember.
16      Q.    Is Zoey still an employee at
17   Fashion Leaf?
18      A.    The person left Fashion Leaf.
19      Q.    When did Zoey leave Fashion Leaf?
20      A.    2020.
21      Q.    Why did she leave?
22      A.    Because they didn't pay and there
23   is a lot of money owed and this person
24   left to find a better position.
25      Q.    What was her position at Fashion
```

```
                                        Page 12
 1                    ALEX ZHAO
 2    Leaf in 2019?
 3         A.    Operation manager.
 4         Q.    So she was in charge of all the
 5    operations at Fashion Leaf; is that
 6    correct?
 7         A.    Yes, and communications with
 8    clients and manufacturing companies.
 9         Q.    What are your responsibilities at
10    Fashion Leaf?
11         A.    I manage everything.
12         Q.    Tell me what you do.
13         A.    So managing a company,
14    communication with all different kinds of
15    clients.
16         Q.    When you communicate with
17    clients, do you speak English?
18         A.    I can speak a little bit of
19    English but it's a second language so I'm
20    not so good.
21         Q.    When you communicated with Ringer
22    Jeans, you spoke English; isn't that
23    correct?
24         A.    Yes, like slow English.
25         Q.    When you communicated with Ringer
```

1                    ALEX ZHAO

2    Jeans by e-mail, you wrote English,

3    correct?

4        A.    Yes.

5        Q.    You can read English, correct?

6        A.    I can, but with the assistance of

7    a dictionary.

8        Q.    You wrote e-mails in English,

9    correct?

10       A.    Right.

11       Q.    And you read e-mails in English,

12   correct?

13       A.    I can also translate it into

14   Chinese.

15       Q.    Well, Zoey was the operations

16   manager.  Who else was a manager at the

17   company in 2019?

18       A.    There was only one in charge of

19   Ringer Jeans manager.

20       Q.    That was Zoey?

21       A.    Right.

22       Q.    Were there other managers besides

23   Zoey that worked on other accounts?

24       A.    Yes.

25       Q.    Who were they?

```
 1                    ALEX ZHAO
 2       A.    Last name L-I-U, first name
 3   M-I-M.
 4       Q.    The L-I-U person, what account
 5   did she work on?
 6       A.    Actually many accounts.
 7       Q.    Were they American accounts?
 8       A.    Yes.  And European.
 9       Q.    Besides Ringer Jeans in 2019, who
10   else did you export to?
11       A.    Q4. Five Star.  Sea Life.  The
12   names are in English.
13       Q.    So what were the companies?
14       A.    Q4, Five Star, Sea Life.
15       Q.    Was Ringer Jeans your biggest
16   customer in 2019?
17             THE INTERPRETER:  He asked me to
18       repeat.
19       A.    I never calculated specifically
20   which ones were the biggest.
21       Q.    Well, what type of merchandise
22   did you sell to Q4?
23       A.    Jackets, pants.
24       Q.    And Five Star?
25       A.    Pants.  And jackets.  It's all
```

```
                                        Page 15
 1                    ALEX ZHAO
 2   the same thing.
 3        Q.   Jackets and pants, were they
 4   Tencel products?
 5        A.   Partially, yes.  But so many
 6   things so I don't remember exactly.
 7        Q.   Do you know what Tencel products
 8   are?
 9        A.   Yes.
10        Q.   What are they?
11        A.   It's a type of man-made kind of
12   cotton.
13        Q.   Now did Fashion Leaf actually
14   manufacturer -- did it own factories that
15   manufacturer the jackets and pants?
16        A.   Yes.
17        Q.   What factories did it own?
18        A.   We actually buy the raw material
19   and then we'll process them to make the
20   clothes.
21        Q.   The question is does Fashion Leaf
22   have its own factories?
23        A.   We are a trading company so we
24   buy the materials and give it to the
25   factories to process it.
```

1                    ALEX ZHAO

2        Q.    The factories you don't own,

3    correct?

4        A.    Can you repeat the question?

5        Q.    The factories that you give the

6    raw materials to, they are not owned by

7    Fashion Leaf; is that correct?

8        A.    Not mine, right.

9        Q.    They are owned by other

10   companies; correct?

11       A.    But those are factories, they are

12   not companies.  So I just give them raw

13   materials to process.

14       Q.    You don't have an ownership

15   interest in those factories; is that

16   correct?

17       A.    Correct.

18       Q.    Did you pay those factories for

19   merchandise?

20       A.    Of course I do.

21       Q.    Do you have written agreements

22   with the factories?

23       A.    Yes, they are contracts.

24       Q.    With respect to Ringer Jeans

25   goods, what factory produced the jeans?

```
 1                    ALEX ZHAO
 2   List them for me.
 3       A.   Of course some place handle it
 4   but I don't remember the name of the
 5   place.
 6       Q.   You don't remember the names of
 7   the factories that produced the goods that
 8   are involved in this lawsuit?
 9       A.   Can you repeat it?
10       Q.   It's your testimony that you do
11   not remember the names of the factories
12   that produced the goods involved in this
13   lawsuit with Ringer Jeans; is that your
14   testimony?
15            MR. CASSELL:  Objection.
16       A.   So at the time they were
17   produced, of course I knew which one it
18   was.  But it's been several years now and
19   you want me to remember which company did
20   which fashion.  It's difficult.
21       Q.   You understand you are required
22   to come to this deposition prepared to
23   testify; do you understand that, Mr. Zhao?
24            MR. CASSELL:  Note my objection.
25            MR. NASH:  What is his answer?
```

```
                                           Page 18
 1                        ALEX ZHAO
 2              THE INTERPRETER:  Nothing yet.
 3       A.   So of course there are
 4   manufacturers, but which one did which I
 5   don't remember.  But I paid it off.
 6       Q.   That's not my question.  My
 7   question is, Mr. Zhao, you understand, do
 8   you know that it was your obligation to be
 9   prepared for this deposition and to review
10   materials so you can a testify as to the
11   facts and circumstances set forth in the
12   complaint which you filed.  Do you
13   understand that, Mr. Zhao?
14              MR. CASSELL:  Objection.
15       A.   So the factories, one of them is
16   called S-U-H-A-O and the second one called
17   G-U-O-T-A-I. There was another one, but
18   which one did which batch I don't
19   remember.
20       Q.   How about Anhui Garment, is that
21   one of them?
22       A.   Anhui signed a contract with
23   them.
24       Q.   Signed a contract with who?
25       A.   Ringer.  Wait a minute, was it
```

```
 1                     ALEX ZHAO
 2   Ringer?  But any way, they have two
 3   companies, I mean I'm assuming two, but
 4   should be one of them.
 5        Q.   Did you arrange that contract?
 6        A.   No.
 7        Q.   Were you the middleman on that
 8   contract?
 9        A.   I'm not middleman in the
10   contract, I simply introduce.
11        Q.   You simply introduced?  Who did
12   you introduce and when?
13        A.   Because they were -- when they
14   were finished, when they did their FOB, I
15   helped to get the items out.
16        Q.   That's not the question.  Who did
17   you introduce at Anhui to Ringer Jeans,
18   what was the name of the person?
19        A.   I introduce Ringer Jeans to
20   Anhui, that's why they have --
21        Q.   Who was the person that you
22   introduced at Anhui, what is the name of
23   the person that you introduced at Anhui?
24        A.   They are like a team.  Anyway,
25   the one thing I helped was with getting
```

```
 1                    ALEX ZHAO
 2    the items out.
 3        Q.   I just want a name.  I want a
 4    name of a person who you introduced Ringer
 5    Jeans to at Anhui; what is the name of the
 6    person?
 7        A.   First person, M-A, last name,
 8    first name, C-H-E-N-G-X-U-E.  And then
 9    second person, last name W-U, first name
10    P-E-N-G.
11        Q.   When was this introduction?
12        A.   I do not remember the exact time.
13        Q.   Did Fashion Leaf bill Ringer
14    Jeans for goods that were manufactured by
15    Anhui?
16             THE INTERPRETER:  You said built?
17        Q.   Invoice, bill, whatever word you
18    use in China.
19        A.   We didn't.  Fashion Leaf didn't.
20             MR. NASH:  Let's look at Exhibit
21        2 if we could.  Can you put that on
22        the screen.  That's the declaration.
23        Scroll down a little bit.  Go to the
24        next page.  Go to the next page.  Go
25        to the next page.  Go to the next
```

Page 21

1                          ALEX ZHAO

2        page.

3        Q.    Mr. Zhao, is that your signature?

4        A.    Yes.

5        Q.    Do you recognize this document?

6        A.    It's regarding Anhui's

7    independent goods that they produced for

8    them.

9        Q.    The question is do you recognize

10   this declaration?

11       A.    Yes.

12       Q.    You understand it's a sworn

13   statement?

14       A.    Yes.

15       Q.    Did you read the document before

16   you signed it?

17       A.    Yes.

18       Q.    Was the document true?

19       A.    Yes.

20       Q.    Where did you get the information

21   to prepare this document?

22       A.    This is like, the place is like

23   Limited Fashion, there was a PO, they

24   provided the PO.

25       Q.    That's not my question.

```
 1                      ALEX ZHAO
 2          MR. NASH:  What was his answer?
 3          THE INTERPRETER:  That was me
 4      translating what you just said.  You
 5      said that's not my question and I
 6      translated it.
 7          MR. NASH:  What is his answer?
 8          THE INTERPRETER:  He didn't say
 9      anything after you said that's not my
10      question.
11      A.   You are basically asking me where
12  I got the numbers here from, right?
13      Q.   Right.
14      A.   Those numbers are from the PO
15  they gave to Anhui.
16      Q.   Let's go to the first page of the
17  declaration, page 2.  Do you see
18  paragraph 3, Mr. Zhao?  It says, I am
19  familiar with Fashion Leaf's practices of
20  invoicing and shipping of garments to U.S.
21  customers?
22      A.   That fee is related to just the
23  shipping and the fee of the customs, but
24  it's not for manufacturing.
25      Q.   I want you to describe what are
```

```
 1                    ALEX ZHAO
 2   the practices of Fashion Leaf to invoice
 3   and ship garments to its customers.  You
 4   said you are familiar with it; what are
 5   you familiar with?
 6       A.   So, for example, when goods
 7   arrive at a port, the boat company will
 8   give, like, a duty.  And when we pay for
 9   the duty it's temporary papers.  But
10   anyway, the company and Ringer, when
11   Ringer received the goods, so that's paid
12   and then the receipt will be given to the
13   (inaudible).  But the duty must be paid
14   and we temporarily pay for it.
15       Q.   That's not the question.  What is
16   Fashion Leaf's business practice of
17   invoicing goods, how does that work?
18       A.   So you're asking me how I am
19   provided the invoice?  The amount on those
20   is money that we helped to temporarily pay
21   for.
22       Q.   That's not the question.  Is
23   there a business practice at Fashion Leaf
24   to invoice goods?  If so, what is that
25   practice?
```

Page 24

1                       ALEX ZHAO

2        A.    Are you really asking me about

3    just in general?

4        Q.    I'm asking you about your

5    declaration.   When you said you were

6    familiar with the practices of invoicing,

7    which you said in a sworn statement,

8    describe the invoicing practice at Fashion

9    Leaf, please.

10       A.    I did mention it's about the

11   shipping in here.

12       Q.    Do you know who Charles Azrak is?

13       A.    Yes.

14       Q.    Who is Charles Azrak?

15       A.    He coordinates for Ringer Jeans.

16   Actually, he's their manager.

17       Q.    When did you meet Mr. Azrak?

18       A.    When I started to form a business

19   relationship with Ringer Jeans.

20       Q.    Did you ask Mr. Azrak to work for

21   one of your American companies?

22       A.    I mean, to help, but not to work.

23       Q.    What was the name of that

24   company, Color Leaf?

25       A.    Yes.

1                    ALEX ZHAO
2      Q.    When you say to help, did you
3  offer him a job?
4      A.    It wasn't a job, it was more like
5  a business partnership because there was
6  not -- it wasn't offered like a job with a
7  salary and blah, blah, blah.
8      Q.    So you offered a business
9  partnership to Mr. Azrak?
10     A.    Not quite.  So it was like there
11 was no deep discussion of doing the
12 business together but just like to help me
13 out.
14     Q.    Mr. Zhao, did you ever become a
15 partner in Ringer Jeans?
16     A.    Yes.
17     Q.    When was that?
18     A.    After they asked me to invest
19 money.
20     Q.    How much were you asked to
21 invest?
22     A.    I know the approximate number,
23 which is around $300,000.
24     Q.    And you were supposed to invest
25 $500,000, correct?

1                    ALEX ZHAO

2        A.    So basically, yes.  Anyway, to

3    simply answer your question, I tried to

4    tell you yeah, that's right.

5        Q.    Now, as a partner in Ringer Jeans

6    you were aware of their relationship with

7    TJ Maxx; is that correct?

8        A.    I don't know the details.

9        Q.    You knew they were a major

10   customer?

11       A.    I do know that TJ Maxx was a

12   customer but I don't know like everything

13   about their customers.

14       Q.    You understood TJ Maxx was a

15   customer of Ringer Jeans, correct?

16       A.    Yes, I do know, yes.

17       Q.    And you became a partner in

18   Ringer Jeans with the intention that you

19   were doing the manufacturing of goods for

20   TJ MAXX, correct?

21       A.    My goods were done for Ringer

22   Jeans.  As to who Ringer Jeans then do

23   business with, I don't know about that.

24       Q.    Well, Ringer Jeans was selling

25   pants and jackets to TJ MAXX, correct?

ALEX ZHAO

1

2      A.    But their internal operating

3   procedure, no one told me about that.

4      Q.    I'm not asking that.  You

5   understood that Ringer Jeans was selling

6   pants and jackets to TJ MAXX, yes or no?

7      A.    Yes.

8      Q.    And they were Tencel products.

9   You understood that, correct?

10      A.    But specifically what they give

11   including Tencel or other things, I don't

12   know the details.

13      Q.    You were aware that TJ MAXX had

14   quality control standards, correct?

15      A.    We did good for Ringer Jeans and

16   we met the international requirement,

17   AKR 2.5.

18          MR. NASH:  Let's look at Exhibit

19      3.  Go to the bottom, if you could.

20      Keep going.  Stay right there.

21          MR. CASSELL:  Are you going to

22      identify these for the record and send

23      them to me?  They are not Bates

24      stamped.

25          MR. NASH:  You didn't get a copy

                        ALEX ZHAO

1          ALEX ZHAO

2    of the exhibits?  Can you share those

3    exhibits with Michael, please.  I

4    thought everybody got them at the same

5    time.  They were sent over yesterday.

6          This is Exhibit 3.

7          MR. FILARDO:  I didn't get them

8    either.

9          MR. NASH:  Let's go off the

10    record.

11          (Off the record 10:20 a.m. to

12    10:33 p.m.)

13  BY MR. NASH:

14    Q.  Mr. Zhao, let's go to Exhibit 3.

15  Were you aware there were complaints by

16  Ringer Jeans concerning shortages in

17  shipment were you aware of that?

18    A.  Yes.

19    Q.  So Ringer Jeans started

20  complaining in 2019 regarding shortages;

21  is that correct?  Or 2018 rather?

22    A.  Right.

23    Q.  What was the nature of the

24  shortages?

25    A.  The way these clothes are

```
                                        Page 29
 1                    ALEX ZHAO
 2   processed, there is a process for them to
 3   go into the water to wash it and in that
 4   process there could be sometimes some
 5   occasional damages and because we do care
 6   about the quality so we would chose the
 7   good quality ones from the batches to have
 8   them have the good ones and that's one of
 9   the reasons causing the shortages.
10       Q.   So the shortage is you didn't
11   deliver the sufficient number of goods,
12   you delivered less than the required
13   goods.  Is that your understanding of a
14   shortage?
15       A.   Yes.  And shortages like this,
16   that happens often in the fashion
17   industry.
18       Q.   It was a problem for Ringer
19   Jeans, correct, they sent you several
20   e-mails on shortages, correct?
21           MR. CASSELL:  Note my objection.
22       A.   Yes, there was a shortage.
23       Q.   A shortage on many of these
24   orders; correct?
25       A.   There were shortages but I don't
```

1                    ALEX ZHAO

2    know how many.  I don't remember.

3         Q.   Do you have records on how many

4    orders had shortages?

5         A.   I don't remember how many, no.

6         Q.   What were the control standards

7    that Fashion Leaf used to address

8    shortages; did you have physical counts,

9    did you have sample counts, how did you

10   deal with shortages?

11        A.   We need to send Ringer Jeans an

12   e-mail, only if they accept we would send

13   the goods.

14        Q.   Did you inspect the goods before

15   they were shipped?

16        A.   Yes, exactly, because we do our

17   inspections well, we keep the good ones

18   for them, take out some bad ones and

19   that's why there is a shortage in the

20   first place.

21        Q.   Now when you say you did the

22   inspections, did you go to the factories

23   and inspect the goods?  Did anybody from

24   Fashion Leaf actually go to the factories

25   and inspect the goods, you sir, Mr. Zhao?

Page 31

                          ALEX ZHAO

1       A.    Yes.

2       Q.    Who went to the factories and

3   what factories did they go to inspect

4   goods?

5       A.    To every factory.

6       Q.    Name the factories that you went

7   to and who was the person that went?

8       A.    Every factories have someone in

9   charge of the order to go.  There is

10  different orders and different orders have

11  different people.  So are you asking for a

12  name?

13      Q.    You do recognize that there were

14  problems with shortages in the orders?

15      A.    Yes.

16      Q.    Now, before he passed away,

17  Mr. Fishman indicated during those

18  conferences that the shortages caused you,

19  Fashion Leaf, to change factories; is that

20  correct?

21          MR. CASSELL:  Hold on.  Are you

22      asking him did he change factories or

23      are you asking did his attorney say

24      that?

```
                                        Page 32
 1                    ALEX ZHAO
 2          MR. NASH:  Did Fashion Leaf
 3      change factories to deal with the
 4      shortage problem?
 5          MR. CASSELL:  No objection.
 6      A.   Different orders were taken by
 7  different factories, they rotate.  And it
 8  doesn't -- there is no need to change
 9  factories.
10      Q.   So you never changed any of your
11  factories as a way of solving shortages?
12      A.   I did not change factories for
13  shortages.
14      Q.   When you got the e-mails in
15  Exhibit 2, you were copied on the e-mails,
16  what did you do to correct shortages?
17          MR. CASSELL:  Exhibit 3, for the
18      record.
19          MR. NASH:  Thank you.  Exhibit 3.
20      A.   I told them the factory to be
21  more careful when they were in the washing
22  process.
23      Q.   Now you're in Nanjing Province;
24  is that correct?
25      A.   Yes.
```

```
                                          Page 33
 1                      ALEX ZHAO
 2      Q.    Where is that located in China?
 3      A.    This is actually the Jaingsu,
 4  J-A-I-N-G-S-U Province.
 5      Q.    How far is that from the Anhui
 6  Province?
 7      A.    I never measured the kilometers
 8  but if are you asking me about
 9  transportation, you are going to take
10  train over there, then perhaps I would say
11  around two hours.
12      Q.    Now, there were problems with
13  shortages from the factory, is that
14  correct, Anhui factory?
15      A.    I don't remember if that happened
16  there.
17            MR. NASH:  So let's go to the
18      second page of Exhibit 3.  Right
19      there, stop.
20      Q.    Do you see where we are talking
21  about shortages on PO 802?
22      A.    Yes, I see that.
23      Q.    You understand that Purchase
24  Order 802 was Anhui Production?
25      A.    I didn't know which factory did
```

```
 1              ALEX ZHAO
 2   it but I knew there was a shortage with
 3   802.
 4      Q.   So let's go back to Exhibit 2,
 5   his affidavit, page 3 of that.  You see in
 6   your affidavit when you are talking about
 7   Anhui Production, it's purchase order 802.
 8   Do you see that?
 9      A.   Yes.
10      Q.   Does that refresh your
11   recollection that there were issues with
12   shortages with the Anhui Production?
13      A.   Yes, it seems like it's from
14   there.
15      Q.   Did you communicate with anybody
16   at Anhui regarding these shortages issues?
17      A.   I don't remember if I did.
18      Q.   Did you think it was important
19   for you to correct shortages?
20      A.    I think shortages is normal due
21   to the nature of how these things are
22   processed, including washing.
23      Q.   When you say it's normal, go to
24   the first page of Exhibit 3, please.
25              Did you see this, Alex, it
```

```
 1                    ALEX ZHAO
 2   starts:  Alex, please.  Your team has to
 3   get these shortages better under control.
 4   Below is 2,000 pieces.  This is starting
 5   to add up to a lot of money in lost sales.
 6            So you were getting complaints
 7   that this was not normal and you had to
 8   take action; do you see that?  You are
 9   Alex, correct?
10            MR. CASSELL:  Objection.
11       A.   This one, when it's more, yes.
12       Q.   So you understood this was not
13   normal, you were getting complaints about
14   significant shortages; is that correct?
15       A.   It's just applying to 802.
16       Q.   Let's go to exhibit -- are you
17   done with your answer?  What is his
18   answer?
19       A.   I have nothing to add.
20            MR. NASH:  What did he say before
21       he has nothing to add?
22            THE INTERPRETER:  I think the
23       reporter got it.  By interpreter, it's
24       just with order 802.
25       Q.   That was the only problem, with
```

Page 36

                           ALEX ZHAO

1                           ALEX ZHAO

2    order 802?

3         A.    No.

4              MR. NASH:  Let's go to Exhibit 5

5         because there is more problems there.

6         If you could go to Exhibit 5, I would

7         like to.  Go to the middle of the

8         page.  Stop.

9         Q.    Do you recognize those e-mails,

10   Alex?

11        A.    Yes.

12        Q.    You are on these e-mails,

13   correct?

14        A.    Correct.

15        Q.    These e-mails reference PO 818,

16   which is another Anhui purchase order;

17   correct?

18        A.    Yes, it looks like.

19        Q.    If we go back to Exhibit 2, 818

20   is one of the Anhui purchase orders;

21   correct?

22             THE INTERPRETER:  Repeat.

23        Q.    If you go back to Exhibit 2, 818

24   is an Anhui purchase order?

25             MR. CASSELL:  Note my objection.

```
 1                    ALEX ZHAO
 2      You are referring to the declaration
 3      but it's not on the screen.  By
 4      counsel, I see it's listed there.
 5      Q.   I will represent to you that it's
 6  part of your declaration, that's an Anhui
 7  purchase order.
 8           In any event, let's go back to 5.
 9  Do you see where it says Hi, Zoey, from
10  Miyueng Koh?
11      A.   Okay.
12      Q.   Now this was sent to your
13  company, correct, complaining about
14  certain other parts of the garment?
15      A.   Yes.
16      Q.   Do you know who Miyueng Koh is?
17      A.   From Ringer Jeans.
18      Q.   In this e-mail she sends an
19  e-mail to Zoey Wong, correct?
20      A.   Yes.
21      Q.   And she copied Nathan Anderson.
22  Do you know who he is?
23      A.   Yes.
24      Q.   Complaining about the quality of
25  the goods.  They say the zipper tape looks
```

```
 1                    ALEX ZHAO
 2   so much redder.  And this is a sample.
 3   What does sample mean?
 4       A.   It's for us to send out the
 5   shipment, it's something for them to
 6   approve.
 7       Q.   So they are complaining the
 8   zipper tape is so much redder.  You must
 9   inform the supplier to fix the color for
10   open orders.  Who is the supplier they are
11   referring to?
12       A.   The zipper supplier.
13       Q.   Who was that?
14            THE INTERPRETER:  I'll put his
15       answer in the chat.  W-U-X-I, space,
16       B-A-O-L-O-N-G.
17       Q.   Did you contact the supplier to
18   fix the condition?
19       A.   Yes.
20       Q.   Metal trims are oxidized too
21   much, especially metal stoppers.  They
22   feel off badly.  Can you fix both.
23            Did you take action to correct
24   that condition?
25       A.   The specifics I did tell them to
```

```
                                          Page 39
1                      ALEX ZHAO
2    correct.
3         Q.   You said you told them to correct
4    it, right?
5         A.   Yes.
6              MR. NASH:   This is the third
7         page, scroll down a little bit if you
8         could, please.   Keep on scrolling.
9         Stop right there.   Thank you.
10        Q.   You see there were further
11   complaints regarding purchase order 818
12   note substituted color is much redder and
13   much match standard.   Please correct.
14             Did you see that?   These are all
15   the problems with the samples, do you see
16   that?
17        A.   Yes.
18        Q.   So you understood that there was
19   problems with the samples and what did you
20   do to correct those problems?
21        A.   Then we correct it.
22        Q.   So everything was good by you,
23   there was no problem with your production;
24   is that your testimony, Mr. Zhao?
25             MR. CASSELL:   Objection.
```

```
 1                    ALEX ZHAO
 2      Q.    You can answer.
 3      A.    It's all within the AKR 2.5
 4  standard.
 5      Q.    So what happened to these goods
 6  that you produced for TJ MAXX, do you know
 7  what happened to the goods?
 8          MR. CASSELL:  Objection.
 9      Q.    What happened, Mr. Zhao, in
10  February 2019?
11      A.    I only produced for Ringer Jeans.
12      Q.    But you knew they were selling
13  the goods to TJ MAXX, correct?
14      A.    I don't know what, like I said
15  before.
16      Q.    What did you say before, Mr.
17  Zhao, I'm curious.  Because there is a big
18  set of e-mails coming up so I'm really
19  curious what you said before concerning
20  what happened to this production?
21          MR. CASSELL:  Objection.
22      A.    I only produce for Ringer and
23  Ringer give to TJ MAXX or somebody else
24  and their internal procedure.  I don't
25  know the details.
```

1                    ALEX ZHAO

2      Q.    You were a partner in Ringer

3    Jeans, Mr. Zhao, you are telling me you

4    don't know what happened to this

5    production?

6      A.    They don't count me, that's why I

7    stopped the role of the shareholder.

8      Q.    So you are not aware that TJ MAXX

9    pulled all the merchandise off the

10   shelves, return to customer, you are not

11   aware of that?

12     A.    They told me about this but I

13   don't know the details.

14     Q.    This is sworn testimony, Mr.

15   Zhao.  If you ever come back to America,

16   you have to tell the truth?

17           MR. CASSELL:  Is that a question

18      or statement, what is it?

19     Q.    Do you know this is sworn

20   testimony?

21     A.    They told me about the incident

22   and send a few photos but I don't know the

23   detail contents of this whole thing.

24     Q.    So you didn't have discussions

25   with Charles Azrak that TJ MAXX pulled all

```
 1                     ALEX ZHAO
 2   the Tencel products off the shelves?
 3        A.   He told me about the incident.
 4        Q.   It was more than an incident,
 5   they literally pulled all the garments off
 6   the shelves because of quality issues.
 7   You are not aware of that?
 8             MR. CASSELL:  Objection.
 9        A.   I really didn't know it was the
10   entire, everything.
11        Q.   You didn't know.  You were a
12   partner of the company and you were doing
13   the manufacture of these goods that were
14   pulled off the shelves and you are telling
15   me you didn't know, Mr. Zhao?
16             MR. CASSELL:  Objection.
17        A.   I knew they pulled off the shelf
18   something, but I didn't know the number,
19   how many or the entirety.
20             MR. NASH:  Let's look at
21        Exhibit 6.  Let's stop right there.
22        Q.   Have you seen this e-mail before?
23   You are copied on it, Mr. Zhao.
24        A.   Yes.
25        Q.   This is an e-mail from Zoey Wong,
```

```
 1                    ALEX ZHAO
 2    your operations manager, to Charles Azrak
 3    dated February 12, 2019.  Do you see that?
 4         A.   Yes.
 5         Q.   In that e-mail Zoey Wong writes,
 6    Sorry for all the bad situation brought to
 7    you.
 8              Do you see that?
 9         A.   Yes.
10         Q.   And the bad situation us that the
11    goods were rejected by TJ MAXX, they were
12    taken off the shelves; isn't that correct?
13         A.   Yes.
14         Q.   And the reason they were taken
15    off the shelves is because of bad quality
16    and production; isn't that correct?
17         A.   This is what they told me.
18         Q.   And then Zoey writes, We have saw
19    all the dewing issues by the photos and
20    also sent to our factories.  These issues
21    are really very serious and affect sales.
22              Do you see that?
23              MR. CASSELL:  Objection.
24         Q.   Do you see that?
25         A.   Yes.
```

```
 1                    ALEX ZHAO
 2      Q.   Zoey goes on to say, The second
 3   half of last year we had many production
 4   lines in different factories in different
 5   cities.  Our home QC members did not
 6   supervise the factories well when they
 7   start some new production lines during the
 8   packing process, sorry again.
 9            So what factories were you using
10   and why didn't you supervise them so you
11   could eliminate these quality control
12   issues?
13            MR. CASSELL:  Objection.
14      A.   Sorry, counsel, your question was
15   what is the production of?
16      Q.   No, my question was --
17            MR. NASH:  Can you repeat it,
18        Sandra, if you can.
19            (Record read.)
20            MR. CASSELL:  Objection.
21      A.   So to answer your question, first
22   of all the thing is -- when the time this
23   e-mail was written, because it was a time
24   of intense arguing, then we needed to make
25   peace so when these questions were
```

Page 45

1                    ALEX ZHAO

2   happening but anyway I'm not sure what you

3   are really asking.  I'm trying to answer

4   how come we didn't manage well?

5        Q.    Yes.

6        A.    Because new production needed

7   more people so we did add more people.

8        Q.    So you were understaffed, your

9   quality control, and that's why these

10  deficiencies occurred; is that what you

11  are saying?

12            MR. CASSELL:  Objection.  Are you

13       asking is he saying that, or is that a

14       fact?  I'm not sure --

15            MR. NASH:  That's what he just

16       said, he didn't have enough people.

17            MR. CASSELL:  I don't think he

18       said that at all, but you can ask him

19       the question.

20            MR. NASH:  This is so truncated

21       with the interpreter.  Sandra, can you

22       read back the answer?

23            (Record read.)

24       Q.    So I take it from that answer

25  that the issues and defects were because

```
 1                    ALEX ZHAO
 2   you didn't have enough people dealing with
 3   quality?
 4        A.    That's not -- no.
 5        Q.    No?
 6              Then you say in the e-mail we
 7   went back today and we had a meeting with
 8   the whole production department to improve
 9   the production quality.
10              So were you at that meeting, Mr.
11   Zhao?
12              MR. CASSELL:  The e-mail is not
13        from him.  The question isn't phrased
14        properly.
15              MR. NASH:  The e-mail is from his
16        operations manager; he's copied on it.
17        She's using the word "we," that means
18        more than one in my mind.  So I'm
19        asking him, were you part of the "we"
20        that went back and had a meeting with
21        the whole production department?
22        A.    I wasn't there.
23        Q.    Now, the e-mail continues:  We
24   will add QC members to our team for whole
25   RJ orders.
```

1                    ALEX ZHAO

2          Did you ever add QC members?

3      A.    Yes.

4      Q.    So the fact that you added QC

5    members means you didn't have enough QC

6    members when this production was going on;

7    correct?

8          MR. CASSELL:   Objection.

9      A.    She was trying to bring some

10   members from other team to move to them.

11     Q.    She continues, We have talked to

12   all the factories.   The production lines

13   for Tencel jackets must keep the same line

14   as last year so the quality should be much

15   better.

16          So did you go back to the

17   factories and say all the goods you made

18   have now been pulled off the shelves

19   because the quality control; did you tell

20   the factories this?

21          MR. CASSELL:   Hold on a second.

22       I've been pretty lenient but that

23       three or four questions in one.   If

24       you want to ask him what they said to

25       the factories, that's fine but --

1                    ALEX ZHAO
2           MR. NASH:  But there is an
3      interpreter so I'm not really
4      getting -- she's getting thoughts so
5      I'm giving her enough of a thought to
6      get back something.  It's not like I'm
7      asking questions, I'm asking Jessica
8      to interpret so I want to give her as
9      much as I can.  I have no idea what
10     Jessica is saying.
11          MR. CASSELL:  I think the
12     question, what did you say to the
13     factories is fine.  To me, it's just
14     multiple questions together, that's
15     the objection.
16          MR. NASH:  Jessica, do your best
17     with that.
18          THE INTERPRETER:  I would prefer
19     the report to read it back but I have
20     no problem with long questions.
21          (Record read.)
22     A.   I really don't remember about
23  this part, whether I did.  And I don't
24  know if Zoey did.
25     Q.   The e-mail ends the whole Tencel

```
 1                    ALEX ZHAO
 2   program will also be important for us.  We
 3   will pay more efforts to make the quality
 4   much better than last year.
 5            Do you see that?
 6       A.   Yes.
 7       Q.   So you are admitting in this
 8   e-mail that your production was bad and
 9   not as good as last year; isn't that
10   correct?
11            MR. CASSELL:  Objection.
12       A.   I think what is said here, it's
13   about making progress for the future.
14   It's not about comparing quality.
15       Q.   But the e-mail says, We would
16   make more efforts to make the quality much
17   better than last year.  So when you say we
18   will make more efforts to make the quality
19   better than last year, you are saying you
20   are not comparing year from year?
21       A.   It's saying to make it better
22   than last year, true.
23       Q.   And you know Ringer Jeans never
24   got another chance with TJ MAXX; they
25   pulled off the line and that was it?
```

```
                                    Page 50
 1                 ALEX ZHAO
 2       A.    They didn't talk to me about it
 3   after.   They never paid so there was no
 4   communication.
 5       Q.    But you understood -- let's look
 6   at the bottom.   Keep on scrolling down.
 7   Keep going.   This is an e-mail from
 8   Charles Azrak to you.   You recognize this
 9   e-mail, correct?
10       A.    Yes.
11       Q.    Now, you were a partner in Ringer
12   Jeans at this time, Mr. Zhao?
13       A.    Right.
14       Q.    And you know as a partner of
15   Ringer Jeans that Fashion Leaf screwed up
16   the whole TJ MAXX business?
17             MR. CASSELL:   Objection.
18       A.    I don't know because they never
19   told me, the internal things they don't
20   tell me things.
21       Q.    So let's read what Charles Azrak
22   did tell you.   He said, Advised and begged
23   multiple times that proper attention,
24   quality control and care has not been
25   given to our bulk production.   We tried
```

```
                                              Page 51
 1                      ALEX ZHAO
 2   very hard to avoid any issues with
 3   retailers.
 4           Do you see that?
 5       A.   Yes.
 6       Q.   So you didn't know the problems
 7   he was having; is that your testimony?
 8           MR. CASSELL:  Objection.
 9       A.   I know they returned the stuff
10   but I don't know how they communicated,
11   how they coordinated with the other side.
12       Q.   Let's continue.  Scroll down.
13           Azrak tells you, They have frozen
14   our jacket business due to poor quality,
15   end quote.  We have no idea what they will
16   ever take, when they will take it, or if
17   they will take any jackets.  So you didn't
18   know that they froze the business for poor
19   quality; is that what you are telling me?
20           MR. CASSELL:  Objection.
21       A.   I want to just repeat that we
22   produced the goods for Ringer Jeans.
23       Q.   Well you produced the goods
24   except they were no good.
25           He continues, We begged and
```

Page 52

1                    ALEX ZHAO
2   pleaded with FL.
3            Is FL Fashion Leaf?
4       A.    Right.
5       Q.    But all that happened was goods
6   just ran through production unchecked so
7   we keep filling lines.  So all you did was
8   rush production and there was no quality
9   control; isn't that correct?
10      A.    I disagree because our goods were
11  always done according to AKR 2.5,
12  International Standard.
13      Q.    That's not what Zoey said in
14  response to this e-mail.  She said, Sorry
15  for all the bad situation brought to you.
16  These issues are really very serious and
17  affect sales.  Our QC members did not
18  supervise the factories well.  Sorry
19  again.  We will pay more efforts to make
20  quality much better.
21            So Zoey acknowledged that the
22  company did poorly; the company being
23  Fashion Leaf.
24            MR. CASSELL:  Objection.
25      A.    I think the context for how she

1                    ALEX ZHAO

2   wrote was in consideration of peace and

3   for future cooperation and considering

4   that I'm still a shareholder.

5       Q.   It's more than making peace.

6   There is no peace to make.  TJ MAXX threw

7   your goods out so what kind of peace did

8   you think you were going to make?

9            MR. CASSELL:  Objection.

10      A.   Because people were arguing so it

11  was in this context she wrote the e-mail

12  the way she did.

13      Q.   Wouldn't you expect Ringer Jeans

14  to be very, very upset with you given what

15  happened, Mr. Zhao?

16           MR. CASSELL:  Objection.

17      A.   The fact they haven't paid, I am

18  more concerned.

19      Q.   Well they don't want to pay for

20  stuff that has no value, do you understand

21  that?

22           MR. CASSELL:  Objection.

23           MR. NASH:  What's his answer.

24           THE INTERPRETER:  He hasn't

25      answered.  By interpreter, I want to

```
 1                    ALEX ZHAO
 2      make it clear:  If you cannot hear
 3      something, it's because he hasn't
 4      answered.  I cannot hear more than
 5      what you can hear.
 6      A.   I actually would like the
 7  question to be read back.
 8           (Record read.)
 9      A.   Yes, they received, accepted the
10  goods.
11      Q.   Do you understanding the problem
12  with the goods?  What is your
13  understanding, Mr. Zhao?
14      A.   They don't want to pay.
15      Q.   Do you understand that the goods
16  were rejected because of the loose
17  threads?
18      A.   I didn't know that, the loose
19  threads.
20           THE INTERPRETER:  By interpret, I
21      need five minutes.
22           MR. NASH:  Do you want to take a
23      10-minute break, Mike?
24           MR. CASSELL:  Sure.  We do need
25      to discuss scheduling because the
```

Page 55

```
 1                    ALEX ZHAO
 2        witness said he can go to 1:00 a.m.
 3        his time.
 4             MR. NASH:  Let's take a 10-minute
 5        break and then we'll discuss that.
 6             (Off the record 11:35 a.m. to
 7        11:48 a.m.)
 8   BY MR. NASH:
 9        Q.   Let's go to Exhibit 7.  Now, this
10   is an e-mail that came the day after Zoey
11   sent her e-mail on the 12th and it look
12   like internally you did some checking to
13   see where the issues were coming and what
14   factories; is that your understanding, Mr.
15   Zhao?
16        A.   Yes.
17        Q.   So I guess your organization
18   pinpointed issues with purchase orders
19   809, 802, 818 and 849; do you see that?
20        A.   Yeah, I see it.
21        Q.   So you did have production issues
22   with the Anhui factory; is that correct?
23        A.   I think this e-mail only
24   indicates how many and what color.
25        Q.   It comes right after the e-mail
```

Page 56

1                      ALEX ZHAO

2    regarding the bad production so I guess

3    you wanted to pinpoint deficiencies with

4    the colors and that's why you went to

5    these purchase orders?

6        A.   I think it's only to say for

7    which color, how many there were.

8        Q.   Let's go down to the bottom.

9    Nathan sent the e-mail.  This is on

10   February 13th, the day after the problem

11   gravitated to the point where they pulled

12   the goods.  He says -- you are copied on

13   this Alex.  Yes, you are.

14           Hi, Zoey.  Do you know by style

15   and color the issues were.  This would

16   help to narrow my search as right now I am

17   doing a full WHS audit on Tencel which

18   will be expensive and time consuming.  Any

19   details you help me narrow down my search

20   will be appreciated, okay?

21           What is a WHS audit, do you know

22   what that is?

23       A.   For their warehouse to check

24   items.

25       Q.   Zoey responds to him, isolating

```
 1                    ALEX ZHAO
 2   these four purchase orders.  Do you know
 3   why she did that?
 4       A.   I think to respond to Nathan's
 5   about which style is in which factory.
 6       Q.   Okay, but go up further because
 7   they are talking about problems with
 8   coloring.  Go up to the top.  It says,
 9   Thank you for your advice.  We for sure
10   are having challenges with more colors
11   than this.  Perhaps I can start to feed
12   you details by color and style so perhaps
13   you can isolate on your side.  We will
14   work with Charles today and revert back.
15            Now, you understood they were
16   trying to pinpoint where the problems were
17   coming from that caused TJ MAXX to pull
18   the goods.  Do you understand that?
19       A.   I think Zoey only tried to help
20   providing the color, the number of pieces
21   and style, but as to them how they are
22   going to pursue or do after that I don't
23   know.
24       Q.   Do you Alex have an ownership
25   interest in the Anhui factory?
```

1                     ALEX ZHAO

2        A.    No.

3        Q.    Do you have an interest in any

4    factory that you do production in?

5        A.    No.

6        Q.    The factories in your production,

7    are they all in different provinces or are

8    some in your province?

9        A.    Yes, they are outside of my

10   province.

11       Q.    Now, the ones that did production

12   for Ringer Jeans, were any in your

13   province or were they all outside of your

14   province?

15       A.    They were outside of my province,

16   yes.

17       Q.    So that means, I take it, that

18   you weren't there when the manufacturing

19   and production was actually going on?

20       A.    I have QC there.

21       Q.    So you hire QC people?

22       A.    Right.

23       Q.    Are they employees of Fashion

24   Leaf or are they independent contractors?

25       A.    Employees.

```
                                    Page 59
 1                    ALEX ZHAO
 2      Q.    Now, after that issue arose with
 3   Ringer Jeans, did you speak to your QC
 4   people and say what went wrong?
 5      A.    I think Zoey did.
 6      Q.    Who did she speak to?
 7      A.    QC manager.
 8      Q.    Who was the QC manager?
 9      A.    Z-H-A-N-G, last name; first name
10   H-A-I-T-A-O.
11      Q.    Does Mr. Zhang still work for
12   Fashion Leaf?
13      A.    He left.
14      Q.    When did he leave?
15      A.    2021.
16      Q.    Did you fire him over in this
17   episode?
18      A.    He resigned.
19      Q.    He resigned over it?
20            MR. CASSELL:   Objection.
21      A.    Because of COVID.
22      Q.    It had nothing to do with this
23   incident?
24      A.    His resignation is not to do with
25   this.
```

```
                                        Page 60
 1                      ALEX ZHAO
 2      Q.    Did he give a resignation in
 3   writing?
 4      A.    Right.
 5      Q.    He resigned in writing?
 6      A.    Correct.
 7            MR. NASH:  Can I have a copy of
 8      that writing?
 9            MR. CASSELL:  I'll take it under
10      advisement.
11            MR. NASH:  I'm asking you, you
12      can use this as a request.
13      Q.    Mr. Zhang, did he live in your
14   province or where the factories were
15   located?
16      A.    In my province, yes.
17      Q.    How many days a week did he go to
18   factories to do QC inspections?
19      A.    He's in different factory every
20   day.
21      Q.    On the Ringer Jeans production,
22   how many times, how many days a week did
23   he go to the factories?
24      A.    I was referring to Ringer Jeans.
25   But every day he's in a different factory.
```

Page 61

1                     ALEX ZHAO

2      Q.    For Ringer Jeans?

3      A.    Yes.  So Ringer Jeans, for that

4   there is more factories so he had to go to

5   the different ones.

6      Q.    How did he go every day when it's

7   at least two hours each way to travel, how

8   did he do that?

9           MR. CASSELL:  Objection.

10     A.    So like on each day he will only

11  attempt one.

12     Q.    But how did he go, did he travel

13  by train?

14     A.    Driving or the train.

15     Q.    Was he reimbursed for his travel?

16     A.    Yes.

17     Q.    You have records as to the

18  reimbursement of Mr. Zhang for his travel

19  during this period, early 2019, late 2018?

20     A.    I have the receipts.

21          MR. NASH:  So I'll call for

22      production of those documents.  Mike,

23      I'll give it to you by e-mail, if

24      that's okay?

25          MR. CASSELL:  E-mail is fine.

1                    ALEX ZHAO

2       Q.    So besides Mr. Zhang, who else is

3    on the QC team; is it only one person?

4       A.    Every factory has a QC.

5       Q.    Who are the other individuals?

6       A.    I have several.

7       Q.    What are their names?

8       A.    Yes.  Sure.

9       Q.    What are their names?

10      A.    I don't remember off hand, but I

11   can check.

12      Q.    So you have records showing who

13   were the individuals involved in the QC

14   team, correct?

15      A.    Right.

16            MR. NASH:  So I call for

17       production of those documents.

18      Q.    Now, did the QC team send you

19   reports?

20      A.    Yes.

21      Q.    Did they send you reports on a

22   daily, weekly or monthly basis?

23      A.    There is phase one and then a

24   middle phase and then a final phase

25   inspection report.

```
 1                    ALEX ZHAO
 2          MR. NASH:  I call for production
 3      of all the reports from this QC team
 4      regarding this production, the Ringer
 5      Jeans production, okay?
 6          MR. CASSELL:  I think we produced
 7      that already.
 8          MR. NASH:  I don't think you did,
 9      but I am going to another exhibit.  If
10      that's what he's referring to, I do
11      have that.
12      Q.   Did the factories do their own QC
13   review and inspection?
14          THE INTERPRETER:  Did each
15      factory you said?
16      Q.   Yes, the four factories.  You
17   said there's four factories that did this
18   production; is that correct, Mr. Zhao?
19      A.   Right.
20      Q.   So we know Anhui, and you don't
21   know the names of the other three?
22      A.   I don't remember but I can try to
23   find it.
24      Q.   Please do for Monday.
25          Now, Mr. Zhao, who was Fashion
```

```
 1                    ALEX ZHAO
 2    Leaf's customer by the sale of these
 3    goods, the Tencel jackets and pants, who
 4    was actually the customer of Fashion Leaf?
 5         A.    I think this was asked.
 6         Q.    Well, who was it?
 7         A.    Like I told you before, because
 8    so many orders I don't know specifically
 9    who had Tencel and in fact in the question
10    before, I did provide you some names.
11         Q.    But you sued a lot of parties,
12    Mr. Zhao, you sued a lot of parties.  You
13    sued Ringer Jeans, LLC.  Were they your
14    customer?
15         A.    Yes.
16         Q.    Did you have a contract with
17    Ringer Jeans?
18         A.    PO.
19         Q.    So you only got a PO from Ringer
20    Jeans; is that correct?
21         A.    But I didn't -- isn't purchase
22    order a contract?
23         Q.    It can be.  But you got a
24    purchase order from Ringer Jeans, LLC?
25         A.    Of course it's with Ringer Jeans
```

```
 1                    ALEX ZHAO
 2  . Whether it's LLC, I don't remember.
 3      Q.   Well, do you have copies of the
 4  purchase orders?
 5      A.   I already provided them.
 6      Q.   The documents that were produced,
 7  did you produce all your purchase orders
 8  in discovery?
 9      A.   Yes.
10      Q.   So there are no more -- because I
11  didn't see many purchase orders that you
12  produced.
13           MR. NASH:  Do you know what Bates
14      stamp numbers they are, Mike?
15           MR. CASSELL:  I don't know
16      because they would have been produced
17      by the other attorney.
18           MR. NASH:  I'm going to check for
19      Monday the purchase orders.
20      Q.   But it's your testimony whatever
21  purchase orders you had were produced; is
22  that correct?
23           MR. CASSELL:  Before you answer
24      the question, I do have one comment
25      which is I do have purchase orders
```

Page 66

ALEX ZHAO

1
2      that were part of the file, I just
3      don't know if you prior attorney
4      produced them.
5           MR. NASH:  I don't think he did.
6      I saw we produced purchase orders; I
7      didn't see purchase orders from you.
8      I will double check but I didn't see
9      it.
10          (Record read.)
11          MR. CASSELL:  There was an open
12     question, he can answer.
13          (Record read.)
14     A.   Yes.
15          MR. NASH:  I'm going to check
16     that for Monday night.  I'll ask you
17     to do the same.
18     Q.   So if your customer was Ringer
19  Jeans LLC, what is your reason for suing
20  Ringer Jeans Apparel LLC.  Did you do
21  business with them?
22     A.   Like I said, it's with Ringer
23  Jeans, whether it's Apparel or LLC, I have
24  to double check.  I don't remember.
25     Q.   Who is New Age Branding?

```
                                        Page 67
 1                    ALEX ZHAO
 2       A.    New Age Branding, there was a PO.
 3   So Ringer Jeans, they had POs through like
 4   different places.
 5       Q.    Why are there different POs from
 6   different companies?
 7       A.    That's what they asked for.
 8       Q.    Did you request different POs
 9   from different companies because you had
10   to deal with some issues in China?
11       A.    Can you repeat the question?
12       Q.    Wasn't it you who asked for
13   different POs because they were certain
14   issues you had to deal with in China?
15       A.    It's because Ringer Jeans, it's
16   their own issue with the credit not being
17   at the levels so that's why they divided
18   it up that way.
19       Q.    Whose credit?  Did you finance
20   these purchase orders?
21       A.    So of course we paying for buying
22   the goods.
23       Q.    Did you pay with bank money?  Did
24   you borrow money to pay for this?
25       A.    I don't wish to answer.
```

1                    ALEX ZHAO

2       Q.   Why not?

3       A.   I think it's a private question.

4            MR. NASH:  It's really not.

5       Michael, I'm entitled to an answer,

6       how he financed these purchases.  I'll

7       keep it confidential within the

8       confines of this lawsuit.  I'm not

9       blasting it on the Internet.

10           MR. CASSELL:  What exactly is the

11      question, how he financed the --

12           MR. NASH:  He definitely financed

13      it.

14           MR. CASSELL:  Well, I would like

15      to discuss it with him.  I suggest we

16      table it and come back on Monday.

17           MR. NASH:  Fair enough.

18      Q.   Were there quotas that the

19  Chinese government imposed about how many

20  goods you can sell to a foreign customer?

21      A.   The quota is determined by the

22  customer's credit.

23      Q.   So Ringer Jeans had a certain

24  quota based upon its credit and to get

25  larger quotas you used the other

```
 1                    ALEX ZHAO
 2  companies; is that correct?
 3      A.   It's because I don't believe -- I
 4  didn't want to have their company at this
 5  credit rating to issue such a big order.
 6  That's why they found the other ones to do
 7  it with them.
 8      Q.   You are a partner of Ringer
 9  Jeans, Mr. Zhao.  You are on both sides of
10  this; isn't that correct?
11      A.   But they don't tell me things
12  about their internal matters.
13      Q.   But you are the one that told
14  Azrak to do it this way; correct?
15      A.   It's not that I told him, they
16  gave me a PO.
17      Q.   Aren't you involved in forming
18  some of these companies, Mr. Zhao?
19      A.   I didn't do that.
20      Q.   Now, what documents did you file
21  with the government regarding the
22  shipments in terms of quota; is there
23  special forms you have to file with the
24  Chinese government?
25      A.   But it's not about the quota,
```

1                    ALEX ZHAO

2    it's the end company's credit.

3        Q.   Is there paperwork you file with

4    the Chinese government?  I'm sure there

5    is.  I'm sure there is paperwork, you file

6    with the Chinese government.

7        A.   So to give the company's name,

8    address and, I don't know, credit and,

9    like, relating to whether they pay or not

10   after receiving items.

11       Q.   So can I have copies of the

12   documents you filed with the Chinese

13   government regarding these shipments?

14       A.   But this is not what I meant was

15   the information was just given, it's not

16   like a form like the one that you were

17   talking about, you just have to provide

18   the name and address, the rest they can

19   look it up themselves.

20       Q.   Did you send e-mails to the

21   government?

22       A.   I didn't have to send e-mail, I

23   just call.

24       Q.   Who did you call?

25       A.   Credit company.

```
 1                    ALEX ZHAO
 2      Q.    So there is no paperwork in
 3  shipping goods out of Red China?  I find
 4  that impossible to believe.
 5            MR. CASSELL:  Objection.
 6            THE WITNESS:  But this is -- I'm
 7      talking about the credit company.
 8      They don't care about that.
 9      Q.    Doesn't the government have a
10  quota on how many goods you can ship?
11      A.    No.
12      Q.    You pay taxes to the government
13  on these shipments?
14      A.    Tax according to the invoices but
15  these are different.  One is about the
16  credit department, one is about taxation.
17      Q.    Now, you are private company.
18  The government has no interest in your
19  company, Mr. Zhao?
20      A.    No.
21      Q.    How do you operate in Red China
22  as a private company, how is that done?
23      A.    Of course we have private
24  enterprises in China.
25      Q.    And the government allows you to
```

```
1                    ALEX ZHAO
2    do that?
3         A.   Yes.
4         Q.   How do you qualify to be a
5    private company in China?
6         A.   I have to of course register my
7    company and then I can start operations.
8         Q.   And who approved you as a private
9    company in China?
10        A.   We have our business and commerce
11   department in the government.  They do
12   those things.
13        Q.   So you are registered as a
14   private company?
15        A.   Yes.
16        Q.   And as a private company, you are
17   allowed to make a profit?
18        A.   Yes, we have to pay taxes, of
19   course.
20        Q.   And how much are the taxes you
21   pay on profits?
22             MR. CASSELL:  Objection.  We're
23        getting a little far afield here.
24             MR. NASH:  I'm going to get tax
25        returns, what he's sending to the
```

```
                                      Page 73
 1                  ALEX ZHAO
 2      government at some point.
 3      Q.   What is the taxes that you pay on
 4   this?
 5           MR. CASSELL:  I'm not sure it's
 6      relevant but you can answer.
 7      A.   I have to inquire with my finance
 8   people.
 9      Q.   Did you report to the Chinese
10   government nonpayment of these invoices or
11   losses on these invoices, how did you deal
12   with that?
13      A.   When my goods go out, I have some
14   kind of invoice with the government that I
15   have to pay tax on them.
16      Q.   What did he say exactly, can you
17   go slow?
18      A.   When my goods go out, there is an
19   invoice with my government, there is a tax
20   on it.
21      Q.   When you ship the goods out, you
22   have to pay the tax immediately?
23      A.   Every month.
24      Q.   On Anhui's goods, did you pay the
25   government a tax?
```

Page 74

1                    ALEX ZHAO

2        A.    Yes.

3        Q.    Are there records of what taxes

4    you paid on these goods?

5        A.    Do I really need to provide

6    information about my own taxation?

7        Q.    Yes.  Are there records on the

8    taxes that you paid on these goods?

9        A.    Can I keep it confidential?

10       Q.    Yes.

11             THE INTERPRETER:  By interpreter,

12       he means he doesn't want to tell you.

13             MR. NASH:  Michael, we'll talk

14       about it.

15       Q.    When there were problems with the

16   payment issues that arose because of THE

17   quality of goods, did you get a refund

18   from the government?

19       A.    The tax refund is done only after

20   you receive the payment.  So if you

21   haven't received the payment for the

22   goods, there will be no tax refund.

23       Q.    I don't understand.  You told me

24   that you pay taxes as soon as you ship the

25   goods out of china.  So my question to you

1                    ALEX ZHAO
2    is, you paid the government immediately,
3    that's what you testified to, and my
4    question to you is if you don't get paid
5    for the goods, you paid taxes for goods
6    you shipped out and never got paid for, do
7    you get a refund?
8        A.   I know what you mean but like I
9    said, these things are paid monthly and
10   it's like your items, they have to match
11   the payment you received for those items.
12   Only when the government sees these things
13   match, then you may qualify for a tax
14   refund.
15       Q.   Has he applied for refund on
16   these shipments?
17       A.   I have not because without the
18   proof of the other side's payment, I will
19   not qualify.
20            MR. NASH:  I don't understand
21       this whole thing.  You don't get a
22       refund if you got paid because you
23       already paid the tax.  So I call for
24       all documents relating to the tax
25       treatment of these shipments.

```
                                            Page 76
 1                   ALEX ZHAO
 2      Q.    Last line of questions for today.
 3            Who is Gabriel Zeitouni?
 4      A.    Yes, I do.
 5      Q.    Who is he?
 6      A.    He told me he's the boss of
 7   Ringer Jeans.
 8      Q.    He didn't buy any goods from you
 9   personally, did he?
10      A.    He's the owner of Ringer Jeans
11   but Ringer Jeans bought things from me.
12      Q.    Did he sign a guarantee to you?
13      A.    No.
14      Q.    Charles Azrak, do you know who he
15   is?
16      A.    Yes.
17      Q.    Who is he?
18      A.    Part of Ringer Jeans.
19      Q.    Is he an owner?
20      A.    Shareholder.
21      Q.    Was he an owner in 2019?
22      A.    Yes, he was.
23      Q.    Did he buy any goods from you
24   personally?
25      A.    No.
```

```
 1                    ALEX ZHAO
 2      Q.   Did he guarantee any of those
 3   payments to Fashion Leaf?
 4      A.   No.
 5      Q.   So what are the facts that you
 6   know of to support the claims that you've
 7   asserted against Gabriel Zeitouni and
 8   Charles Azrak in their personal
 9   capacities, what facts are you relying
10   upon?
11           (Record read.)
12           MR. CASSELL:  Objection.
13      A.   The company belongs to them.
14      Q.   Are there any other facts that
15   you are aware of why they are responsible
16   for these goods?
17           MR. CASSELL:  Objection.
18      A.   They put in the purchase order.
19      Q.   They put it in on behalf of a
20   company, right?
21      A.   Right.
22      Q.   So what other facts -- and they
23   didn't even submit the orders, other
24   people in the company submitted the
25   orders; isn't that correct?
```

1                    ALEX ZHAO

2        A.    I have to check.

3        Q.    But the purchase orders you got

4   were from companies, they weren't from

5   these individuals; is that correct?

6        A.    The company, yes.

7        Q.    Whose idea was it to sue these

8   individuals personally, was it yours or

9   some attorney?

10            MR. CASSELL:  Objection.

11       A.    I don't remember.

12       Q.    Did you give your attorney any

13   you information like they had personal

14   liability?

15            MR. CASSELL:  Objection.

16       Q.    You can answer.  He objected, but

17   you can answer.

18       A.    I don't remember what I said

19   exactly.

20       Q.    But you don't have any facts that

21   they have personal liability, correct?

22            MR. CASSELL:  Objection.

23       A.    The company is his.

24       Q.    By the way, Mr. Zhao, you are

25   also a partner in Ringer Jeans, are you

1                    ALEX ZHAO

2    not?

3         A.    I applied to stop.

4         Q.    But are a partner, right?

5         A.    Ringer Jeans has several

6    companies, but I am.

7         Q.    You are a partner.  So if you are

8    going to sue anybody who is a partner in

9    Ringer Jeans just because they are a

10   partner, why didn't you sue yourself?

11             MR. CASSELL:  Objection.

12        Misstates facts not in evidence, but

13        go ahead.

14        Q.    He can answer.

15             MR. CASSELL:  I'm not sure he

16        can.  Assumes facts not in evidence.

17        A.    I don't want to answer.

18        Q.    Why don't you want to answer?

19        A.    I just don't want to answer that.

20        Q.    Well, you have to answer that.

21             MR. CASSELL:  Note my objection.

22        It also may call for attorney-client

23        privileged communication.

24        Q.    The question is if you sued all

25   these partners of Ringer Jeans, why didn't

```
 1                    ALEX ZHAO
 2   you sue yourself?  You're a partner as
 3   well.
 4             MR. CASSELL:  The attorney
 5        decides who to sue at the end of the
 6        day, but he can answer if he can.
 7        A.   I applied to drop the shareholder
 8   position and ask for the money back
 9   because they didn't fulfil their promises
10   before.
11        Q.   I just want to understand, the
12   sole basis of suing Gabriel Zeitouni and
13   Charles Azrak is because they are equity
14   holders in Ringer Jeans; is that the sole
15   basis, Mr. Zhao?
16             MR. CASSELL:  Objection.  Assumes
17        facts not in evidence.  Misstates
18        what's in the complaint.  But you can
19        answer.
20        A.   I said because the company
21   belonged to the two of them, yes.
22        Q.   That's the reason you sued them
23   personally?
24             MR. CASSELL:  Same objection.
25             THE INTERPRETER:  He doesn't
```

Page 81

                    ALEX ZHAO

 1

 2    understand the question.

 3    Q.   Well I don't understand why you

 4    sued them personally so I'm trying to

 5    understand the facts that support that,

 6    Mr. Zhao.  So tell me in your own words

 7    what facts you know of that support the

 8    claims against the individuals personally?

 9         MR. CASSELL:  Objection.

10    A.   Because the company belonged to

11    them.

12    Q.   That's it?  Okay.

13         MR. NASH:  Mike, we'll pick up on

14    Monday.

15         THE WITNESS:  Okay.

16         (Time noted:  12:45 P.M.)

17

18    _____
                    ALEX ZHAO

19

20    Subscribed and sworn to

      before me this _____ day

21    of _____, 20  .

22

23    _____
      Notary Public

24

25

Page 82

1

2                        CERTIFICATE

3

4    STATE OF NEW YORK          )

                               :   SS.:

5    COUNTY OF ORANGE           )

6

7            I, SANDRA NOEL BARTELS, a Notary

8    Public for and within the State of New

9    York, do hereby certify:

10           That the witness whose

11   examination is hereinbefore set forth was

12   duly sworn and that such examination is a

13   true record of the testimony given by that

14   witness.

15           I further certify that I am not

16   related to any of the parties to this

17   action by blood or by marriage and that I

18   am in no way interested in the outcome of

19   this matter.

20           IN WITNESS WHEREOF, I have

21   hereunto set my hand this 19th day of

22   October 2022.

23           *Sandra N. Bartels*

24                      SANDRA NOEL BARTELS

25

Page 83

1

2                      *** ERRATA SHEET ***

3    NAME OR CASE: FASHION LEAF V. RINGER JEANS

     DATE OF DEPOSITION:  OCTOBER 7, 2022

4    WITNESS:  ALEX ZHAO

5    PAGE LINE          FROM                TO

     ____|____|_____|_____

6    ____|____|_____|_____

     ____|____|_____|_____

7    ____|____|_____|_____

     ____|____|_____|_____

8    ____|____|_____|_____

     ____|____|_____|_____

9    ____|____|_____|_____

     ____|____|_____|_____

10   ____|____|_____|_____

11                        _____

                              ALEX ZHAO

12

13

     Witness and sworn to before me

14   this ____ day of _____, 2022.

15

     _____  _____

16    (Notary Public)    My Commission Expires:

17

18

19

20

21

22

23

24

25

Page 84

1

2   --------------- I N D E X ---------------

3   WITNESS                EXAMINATION BY        PAGE

4   A.  ZHAO               MR.  NASH             3

5

6

7   --------------- EXHIBITS ---------------

8                          (NONE)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| & | |
|---|---|
| **&** | 1:14 2:4,7 |

**0**

**03381** 1:7

**1**

**1** 5:12,14,17
**10** 10:12 54:23 55:4
**10036-5601** 2:12
**10110** 2:8
**10:20** 28:11
**10:33** 28:12
**11753** 2:5
**11:35** 55:6
**11:48** 55:7
**12** 43:3
**12:45** 81:16
**12th** 55:11
**13th** 56:10
**1501** 2:12
**153** 2:4
**19** 1:7
**19th** 82:21
**1:00** 55:2

**2**

**2** 20:21 22:17 32:15 34:4 36:19,23
**2,000** 35:4
**2.5** 40:3 52:11
**2.5.** 27:17
**20** 11:12 81:21
**2010** 9:17
**2018** 11:13 28:21 61:19

**2019** 11:13 12:2 13:17 14:9,16 28:20 40:10 43:3 61:19 76:21
**2020** 11:20
**2021** 59:15
**2022** 1:21 82:22 83:3,14
**22nd** 2:12

**3**

**3** 22:18 27:19 28:6,14 32:17,19 33:18 34:5,24 84:4
**30** 6:17
**300,000** 25:23

**4**

**4154** 82:23

**5**

**5** 36:4,6 37:8
**500** 2:4,8
**500,000** 25:25
**50th** 2:8

**6**

**6** 42:21

**7**

**7** 1:21 55:9 83:3

**8**

**802** 33:21,24 34:3,7 35:15,24 36:2 55:19
**809** 55:19
**818** 36:15,19,23 39:11 55:19

**849** 55:19

**9**

**90** 10:11
**9:00** 1:21

**a**

**a.m.** 1:21 28:11 55:2,6,7
**accept** 30:12
**accepted** 54:9
**account** 14:4
**accounts** 13:23 14:6,7
**acknowledged** 52:21
**action** 6:10,14 7:2,15 35:8 38:23 82:17
**add** 35:5,19,21 45:7 46:24 47:2
**added** 47:4
**address** 30:7 70:8,18
**admitting** 49:7
**advice** 57:9
**advised** 50:22
**advisement** 60:10
**affect** 43:21 52:17
**affidavit** 34:5,6
**afield** 72:23
**age** 1:9,17 66:25 67:2
**agreements** 16:21
**ahead** 79:13

**akr** 27:17 40:3 52:11
**alc** 1:7
**alex** 1:22 3:1 4:1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1,25 35:1,2,9 36:1,10 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1,13 57:1,24 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1,18 83:4,11
**allowed** 72:17
**allows** 71:25
**america** 41:15
**american** 14:7 24:21

**amount** 23:19
**anderson** 37:21
**anhui** 1:14 18:20
 18:22 19:17,20
 19:22,23 20:5,15
 22:15 33:5,14,24
 34:7,12,16 36:16
 36:20,24 37:6
 55:22 57:25
 63:20
**anhui's** 21:6
 73:24
**answer** 8:16
 17:25 22:2,7
 26:3 35:17,18
 38:15 40:2
 44:21 45:3,22,24
 53:23 65:23
 66:12 67:25
 68:5 73:6 78:16
 78:17 79:14,17
 79:18,19,20 80:6
 80:19
**answered** 53:25
 54:4
**answers** 3:4
**anybody** 30:23
 34:15 79:8
**anyway** 19:24
 23:10 26:2 45:2
**apparel** 1:8,9,11
 66:20,23
**appear** 4:11
**appearing** 1:23
**applied** 75:15
 79:3 80:7
**applying** 35:15

**appreciated**
 56:20
**approve** 38:6
**approved** 72:8
**approximate**
 25:22
**arguing** 44:24
 53:10
**arose** 59:2 74:16
**arrange** 19:5
**arrive** 23:7
**asked** 4:23 5:25
 6:19 8:11,17
 14:17 25:18,20
 64:5 67:7,12
**asking** 3:14 5:23
 22:11 23:18
 24:2,4 27:4
 31:12,23,24 33:8
 45:3,13 46:19
 48:7,7 60:11
**asserted** 77:7
**assistance** 13:6
**assumes** 79:16
 80:16
**assuming** 19:3
**attempt** 61:11
**attention** 50:23
**attorney** 3:13
 31:24 65:17
 66:3 78:9,12
 79:22 80:4
**audit** 56:17,21
**authorization**
 10:18
**avenue** 2:8
**avoid** 51:2

**aware** 8:21 26:6
 27:13 28:15,17
 41:8,11 42:7
 77:15
**azrak** 1:12 24:12
 24:14,17,20 25:9
 41:25 43:2 50:8
 50:21 51:13
 69:14 76:14
 77:8 80:13

**b**

**b** 6:17 38:16
**back** 34:4 36:19
 36:23 37:8
 41:15 45:22
 46:7,20 47:16
 48:6,19 54:7
 57:14 68:16
 80:8
**bad** 30:18 43:6
 43:10,15 49:8
 52:15 56:2
**badly** 38:22
**bank** 67:23
**bartels** 1:24 82:7
 82:24
**based** 68:24
**basically** 22:11
 26:2
**basis** 4:17 62:22
 80:12,15
**batch** 18:18
**batches** 29:7
**bates** 27:23
 65:13
**begged** 50:22
 51:25

**beginning** 4:5
**behalf** 77:19
**believe** 69:3 71:4
**belonged** 80:21
 81:10
**belongs** 77:13
**best** 48:16
**better** 11:24
 35:3 47:15 49:4
 49:17,19,21
 52:20
**big** 40:17 69:5
**biggest** 14:15,20
**bill** 20:13,17
**bit** 12:18 20:23
 39:7
**blah** 25:7,7,7
**blasting** 68:9
**blood** 82:17
**bm** 1:7
**boat** 23:7
**borrow** 67:24
**boss** 76:6
**bottom** 27:19
 50:6 56:8
**bought** 76:11
**branding** 1:9,17
 66:25 67:2
**break** 54:23 55:5
**bring** 47:9
**broadway** 2:4,12
**brought** 7:17
 43:6 52:15
**built** 20:16
**bulk** 50:25
**business** 9:16,18
 23:16,23 24:18
 25:5,8,12 26:23

50:16 51:14,18
66:21 72:10
**buy** 15:18,24
76:8,23
**buying** 67:21

**c**

**c** 2:2 3:2 6:17
20:8
**calculated** 14:19
**call** 61:21 62:16
63:2 70:23,24
75:23 79:22
**called** 3:6 18:16
18:16
**capacities** 77:9
**care** 6:8 29:5
50:24 71:8
**careful** 32:21
**case** 1:6 8:23
83:3
**cassell** 2:4,5 4:22
5:25 6:18 7:9
8:10,16 11:8
17:15,24 18:14
27:21 29:21
31:22 32:5,17
35:10 36:25
39:25 40:8,21
41:17 42:8,16
43:23 44:13,20
45:12,17 46:12
47:8,21 48:11
49:11 50:17
51:8,20 52:24
53:9,16,22 54:24
59:20 60:9 61:9
61:25 63:6

65:15,23 66:11
68:10,14 71:5
72:22 73:5
77:12,17 78:10
78:15,22 79:11
79:15,21 80:4,16
80:24 81:9
**caused** 31:19
57:17
**causing** 29:9
**ceo** 9:23,25
**certain** 37:14
67:13 68:23
**certificate** 82:2
**certified** 2:16
**certify** 82:9,15
**challenges** 57:10
**chance** 49:24
**change** 31:20,23
32:3,8,12
**changed** 32:10
**charge** 12:4
13:18 31:10
**charles** 1:12 2:9
24:12,14 41:25
43:2 50:8,21
57:14 76:14
77:8 80:13
**chat** 38:15
**check** 56:23
62:11 65:18
66:8,15,24 78:2
**checking** 55:12
**china** 1:23 10:15
20:18 33:2
67:10,14 71:3,21
71:24 72:5,9
74:25

**chinese** 10:18
11:3 13:14
68:19 69:24
70:4,6,12 73:9
**chose** 29:6
**circumstances**
18:11
**cities** 44:5
**claim** 6:25 7:14
7:16 8:23
**claimant** 9:11
**claims** 6:13,13
6:20 77:6 81:8
**clear** 54:2
**client** 79:22
**clients** 12:8,15
12:17
**clothes** 9:20
15:20 28:25
**color** 24:24 38:9
39:12 55:24
56:7,15 57:12,20
**coloring** 57:8
**colors** 56:4
57:10
**come** 17:22
41:15 45:4
68:16
**comes** 55:25
**coming** 40:18
55:13 57:17
**comment** 65:24
**commerce** 72:10
**commission**
83:16
**communicate**
12:16 34:15

**communicated**
12:21,25 51:10
**communication**
12:14 50:4
79:23
**communications**
12:7
**companies** 12:8
14:13 16:10,12
19:3 24:21 67:6
67:9 69:2,18
78:4 79:6
**company** 9:13
10:15 11:2
12:13 13:17
15:23 17:19
23:7,10 24:24
37:13 42:12
52:22,22 69:4
70:25 71:7,17,19
71:22 72:5,7,9
72:14,16 77:13
77:20,24 78:6,23
80:20 81:10
**company's** 70:2
70:7
**comparing**
49:14,20
**complaining**
28:20 37:13,24
38:7
**complaint** 5:23
6:6,9 18:12
80:18
**complaints**
28:15 35:6,13
39:11

concerned   53:18
concerning
  28:16 40:19
concierge   2:17
condition   38:18
  38:24
conferences
  31:19
confidential   68:7
  74:9
confines   68:8
consideration
  53:2
considering   53:3
consuming
  56:18
contact   38:17
contents   41:23
context   52:25
  53:11
continue   51:12
continues   46:23
  47:11 51:25
contract   7:24
  18:22,24 19:5,8
  19:10 64:16,22
contractors
  58:24
contracts   16:23
control   27:14
  30:6 35:3 44:11
  45:9 47:19
  50:24 52:9
cooperation   53:3
coordinated
  51:11
coordinates
  24:15

copied   32:15
  37:21 42:23
  46:16 56:12
copies   65:3
  70:11
copy   27:25 60:7
corey   2:17
correct   12:6,23
  13:3,5,9,12 16:3
  16:7,10,16,17
  25:25 26:7,15,20
  26:25 27:9,14
  28:21 29:19,20
  29:24 31:21
  32:16,24 33:14
  34:19 35:9,14
  36:13,14,17,21
  37:13,19 38:23
  39:2,3,13,20,21
  40:13 43:12,16
  47:7 49:10 50:9
  52:9 55:22 60:6
  62:14 63:18
  64:20 65:22
  69:2,10,14 77:25
  78:5,21
cotton   15:12
counsel   7:7 37:4
  44:14
count   41:6
counts   30:8,9
county   82:5
course   16:20
  17:3,17 18:3
  64:25 67:21
  71:23 72:6,19
court   1:2 2:16

covid   59:21
credit   67:16,19
  68:22,24 69:5
  70:2,8,25 71:7
  71:16
ctr   1:4
curious   40:17,19
currently   11:11
customer   14:16
  26:10,12,15
  41:10 64:2,4,14
  66:18 68:20
customer's
  68:22
customers   22:21
  23:3 26:13
customs   22:23
cv   1:7

**d**

d   84:2
daily   62:22
damages   29:5
date   83:3
dated   43:3
day   55:10 56:10
  60:20,25 61:6,10
  80:6 81:20
  82:21 83:14
days   60:17,22
deal   30:10 32:3
  67:10,14 73:11
dealing   46:2
decides   80:5
declaration
  20:22 21:10
  22:17 24:5 37:2
  37:6

deep   25:11
defects   45:25
defendants   1:13
  1:19
deficiencies
  45:10 56:3
definitely   68:12
deliver   29:11
delivered   7:20
  29:12
department   46:8
  46:21 71:16
  72:11
deposition   1:22
  4:9,13 17:22
  18:9 83:3
describe   22:25
  24:8
detail   41:23
details   26:8
  27:12 40:25
  41:13 56:19
  57:12
determined
  68:21
dewing   43:19
dictionary   13:7
different   8:6,7
  11:10 12:14
  31:11,11,12 32:6
  32:7 44:4,4 58:7
  60:19,25 61:5
  67:4,5,6,8,9,13
  71:15
difficult   5:18
  17:20
direct   3:11

disagree 52:10
discovery 8:9,12
  8:19,20 65:8
discuss 54:25
  55:5 68:15
discussion 25:11
discussions
  41:24
district 1:2,2
divided 67:17
document 5:22
  5:24 21:5,15,18
  21:21
documents 3:20
  3:21,23 4:4 8:22
  61:22 62:17
  65:6 69:20
  70:12 75:24
doing 25:11
  26:19 42:12
  56:17
double 66:8,24
driving 61:14
drop 80:7
due 34:20 51:14
duly 3:2,7 82:12
duty 23:8,9,13

**e**

e 1:9 2:2,2 3:2,6
  13:2,8,11 20:8,8
  20:10 29:20
  30:12 32:14,15
  36:9,12,15 37:18
  37:19 40:18
  42:22,25 43:5
  44:23 46:6,12,15
  46:23 48:25

49:8,15 50:7,9
  52:14 53:11
  55:10,11,23,25
  56:9 61:23,25
  70:20,22 84:2
early 61:19
effect 10:25
efforts 49:3,16
  49:18 52:19
eiber 2:16
either 28:8
eliminate 44:11
employee 11:16
employees 11:6
  58:23,25
ends 48:25
english 3:3,5 6:3
  12:17,19,22,24
  13:2,5,8,11
  14:12
enterprises
  71:24
entire 42:10
entirety 42:19
entitled 68:5
episode 59:17
equity 80:13
errata 83:2
especially 38:21
esq 2:5,9,9,13
essentials 1:10
  1:10
european 14:8
evening 3:16
event 37:8
everybody 28:4
evidence 79:12
  79:16 80:17

exact 20:12
exactly 15:6
  30:16 68:10
  73:16 78:19
examination
  3:11 82:11,12
  84:3
examined 3:8
example 23:6
exhibit 5:12,14
  5:17 20:20
  27:18 28:6,14
  32:15,17,19
  33:18 34:4,24
  35:16 36:4,6,19
  36:23 42:21
  55:9 63:9
exhibits 28:2,3
  84:7
expect 53:13
expensive 56:18
expires 83:16
export 1:14 9:20
  14:10

**f**

fact 45:14 47:4
  53:17 64:9
factories 15:14
  15:17,22,25 16:2
  16:5,11,15,18,22
  17:7,11 18:15
  30:22,24 31:3,4
  31:7,9,20,23
  32:3,7,9,11,12
  43:20 44:4,6,9
  47:12,17,20,25
  48:13 52:18

55:14 58:6
  60:14,18,23 61:4
  63:12,16,17
factory 16:25
  31:6 32:20
  33:13,14,25
  55:22 57:5,25
  58:4 60:19,25
  62:4 63:15
facts 18:11 77:5
  77:9,14,22 78:20
  79:12,16 80:17
  81:5,7
fair 68:17
familiar 9:12
  22:19 23:4,5
  24:6
far 33:5 72:23
fashion 1:4 9:11
  9:15,18,22 10:3
  10:7,10,14,17
  11:6,17,18,19,25
  12:5,10 15:13,21
  16:7 17:20
  20:13,19 21:23
  22:19 23:2,16,23
  24:8 29:16 30:7
  30:24 31:20
  32:2 50:15 52:3
  52:23 58:23
  59:12 63:25
  64:4 77:3 83:3
fashions 1:11,18
february 40:10
  43:3 56:10
fee 22:22,23
feed 57:11

**feel** 38:22
**fifth** 2:8
**filardo** 2:9 28:7
**file** 66:2 69:20
69:23 70:3,5
**filed** 6:6,10
18:12 70:12
**filling** 52:7
**final** 62:24
**finance** 67:19
73:7
**financed** 68:6,11
68:12
**find** 11:24 63:23
71:3
**fine** 47:25 48:13
61:25
**finished** 19:14
**finkel** 2:11
**fire** 59:16
**first** 14:2 20:7,8
20:9 22:16
30:20 34:24
44:21 59:9
**fishman** 31:18
**five** 14:11,14,24
54:21
**fix** 38:9,18,22
**fl** 52:2,3
**floor** 2:8,12
**fob** 19:14
**follows** 3:10
**foreign** 68:20
**form** 24:18
70:16
**forming** 69:17
**forms** 69:23

**forth** 18:11
82:11
**found** 69:6
**four** 47:23 57:2
63:16,17
**froze** 51:18
**frozen** 51:13
**fulfil** 80:9
**full** 56:17
**further** 39:10
57:6 82:15
**future** 49:13
53:3

**g**

**g** 18:17 20:8,10
33:4 38:16 59:9
**gabriel** 1:11 76:3
77:7 80:12
**garment** 1:4
9:12 18:20
37:14
**garments** 1:14
22:20 23:3 42:5
**general** 24:3
**getting** 19:25
35:6,13 48:4,4
72:23
**give** 15:24 16:5
16:12 23:8
27:10 40:23
48:8 60:2 61:23
70:7 78:12
**given** 23:12
50:25 53:14
70:15 82:13
**giving** 48:5

**go** 20:23,24,24
20:25 22:16
27:19 28:9,14
29:3 30:22,24
31:4,10 33:17
34:4,23 35:16
36:4,6,7,19,23
37:8 47:16 55:2
55:9 56:8 57:6,8
60:17,23 61:4,6
61:12 73:13,17
73:18 79:13
**goes** 44:2
**going** 5:21 27:20
27:21 33:9 47:6
50:7 53:8 57:22
58:19 63:9
65:18 66:15
72:24 79:8
**goldberg** 2:11
**goldstein** 2:11
**good** 12:20
27:15 29:7,8
30:17 39:22
49:9 51:24
**goods** 5:8,10
7:18,19,21,25
8:15 16:25 17:7
17:12 20:14
21:7 23:6,11,17
23:24 26:19,21
29:11,13 30:13
30:14,23,25 31:5
37:25 40:5,7,13
42:13 43:11
47:17 51:22,23
52:5,10 53:7
54:10,12,15

56:12 57:18
64:3 67:22
68:20 71:3,10
73:13,18,21,24
74:4,8,17,22,25
75:5,5 76:8,23
77:16
**government**
10:19 11:4
68:19 69:21,24
70:4,6,13,21
71:9,12,18,25
72:11 73:2,10,14
73:19,25 74:18
75:2,12
**gravitated** 56:11
**guarantee** 76:12
77:2
**guess** 55:17 56:2

**h**

**h** 3:6 18:16 20:8
59:9,10
**half** 44:3
**hand** 3:25 62:10
82:21
**handle** 17:3
**happened** 4:2
33:15 40:5,7,9
40:20 41:4 52:5
53:15
**happening** 45:2
**happens** 29:16
**hard** 51:2
**hear** 54:2,4,5
**help** 24:22 25:2
25:12 56:16,19
57:19

**helped** 19:15,25 23:20
**hereinbefore** 82:11
**hereunto** 82:21
**hi** 37:9 56:14
**hire** 58:21
**hogan** 2:4
**hold** 10:8 31:22 47:21
**holders** 80:14
**holdings** 1:4
**home** 44:5
**hours** 33:11 61:7

**i**

**idea** 48:9 51:15 78:7
**identify** 5:22,24 27:22
**immediately** 73:22 75:2
**import** 1:14
**important** 34:18 49:2
**imposed** 68:19
**impossible** 71:4
**improve** 46:8
**inaudible** 23:13
**incident** 4:2 41:21 42:3,4 59:23
**including** 27:11 34:22
**independent** 21:7 58:24
**indicated** 31:18

**indicates** 55:24
**individuals** 62:5 62:13 78:5,8 81:8
**industry** 29:17
**inform** 38:9
**information** 6:12 21:20 70:15 74:6 78:13
**inquire** 73:7
**inspect** 30:14,23 30:25 31:4
**inspection** 62:25 63:13
**inspections** 30:17,22 60:18
**intense** 44:24
**intention** 26:18
**interest** 16:15 57:25 58:3 71:18
**interested** 82:18
**internal** 27:2 40:24 50:19 69:12
**internally** 55:12
**international** 27:16 52:12
**internet** 68:9
**interpret** 3:3,17 48:8 54:20
**interpreter** 2:16 3:9 4:23 7:3,11 9:25 14:17 18:2 20:16 22:3,8 35:22,23 36:22 38:14 45:21

48:3,18 53:24,25 54:20 63:14 74:11,11 80:25
**intervenor** 1:15 1:19
**introduce** 19:10 19:12,17,19
**introduced** 19:11,22,23 20:4
**introduction** 20:11
**invest** 25:18,21 25:24
**invoice** 20:17 23:2,19,24 73:14 73:19
**invoices** 71:14 73:10,11
**invoicing** 22:20 23:17 24:6,8
**involved** 17:8,12 62:13 69:17
**isolate** 57:13
**isolating** 56:25
**issue** 59:2 67:16 69:5
**issues** 34:11,16 42:6 43:19,20 44:12 45:25 51:2 52:16 55:13,18,21 56:15 67:10,14 74:16
**items** 4:18,21 5:3 19:15 20:2 56:24 70:10 75:10,11

**j**

**j** 3:2,2 33:4
**jacket** 51:14
**jackets** 14:23,25 15:3,15 26:25 27:6 47:13 51:17 64:3
**jaingsu** 33:3
**jeans** 1:8,8 3:14 8:2 12:22 13:2 13:19 14:9,15 16:24,25 17:13 19:17,19 20:5,14 24:15,19 25:15 26:5,15,18,22,22 26:24 27:5,15 28:16,19 29:19 30:11 37:17 40:11 41:3 49:23 50:12,15 51:22 53:13 58:12 59:3 60:21,24 61:2,3 63:5 64:13,17,20 64:24,25 66:19 66:20,23 67:3,15 68:23 69:9 76:7 76:10,11,18 78:25 79:5,9,25 80:14 83:3
**jericho** 2:5
**jessica** 2:16 48:7 48:10,16
**job** 25:3,4,6
**ju** 2:16

| k | late  61:19 | listed  37:4 | 70:22 |
|---|---|---|---|

**k**

**keep**  27:20 30:17
  39:8 47:13 50:6
  50:7 52:7 68:7
  74:9
**kevin**  2:13
**kilometers**  33:7
**kind**  15:11 53:7
  73:14
**kinds**  12:14
**king**  2:7
**knew**  17:17 26:9
  34:2 40:12
  42:17
**know**  6:13 15:7
  18:8 24:12
  25:22 26:8,11,12
  26:16,23 27:12
  30:2 33:25
  37:16,22 40:6,14
  40:25 41:4,13,19
  41:22 42:9,11,15
  42:18 48:24
  49:23 50:14,18
  51:6,9,10,18
  54:18 56:14,21
  57:2,23 63:20,21
  64:8 65:13,15
  66:3 70:8 75:8
  76:14 77:6 81:7
**koh**  37:10,16

**l**

**l**  3:6 14:2,4
  38:16
**language**  12:19
**larger**  68:25

**late**  61:19
**lawsuit**  4:17
  17:8,13 68:8
**lawyer**  3:22,24
  3:25 4:8,10 6:7
  8:25
**leaf**  1:4 9:11,15
  9:19,22 10:4,7
  10:10,14,17 11:7
  11:17,18,19 12:2
  12:5,10 15:13,21
  16:7 20:13,19
  23:2,23 24:9,24
  30:7,24 31:20
  32:2 50:15 52:3
  52:23 58:24
  59:12 64:4 77:3
  83:3
**leaf's**  22:19
  23:16 64:2
**leave**  11:19,21
  59:14
**left**  11:18,24
  59:13
**lenient**  47:22
**levels**  67:17
**liability**  78:14,21
**license**  10:17,21
  10:23,24
**life**  14:11,14
**limited**  1:11,18
  21:23
**line**  47:13 49:25
  76:2 83:5
**lines**  44:4,7
  47:12 52:7
**list**  17:2

**listed**  37:4
**literally**  42:5
**litigation**  4:6
**little**  12:18 20:23
  39:7 72:23
**live**  60:13
**llc**  1:8,8,9,9,10
  1:10,11,11,17,18
  64:13,24 65:2
  66:19,20,23
**llp**  2:11
**located**  1:23
  33:2 60:15
**long**  9:15 10:24
  48:20
**look**  5:16 20:20
  27:18 42:20
  50:5 55:11
  70:19
**looks**  36:18
  37:25
**loose**  54:16,18
**losses**  73:11
**lost**  35:5
**lot**  11:23 35:5
  64:11,12

**m**

**m**  14:3,3 20:7
**mail**  13:2 30:12
  37:18,19 42:22
  42:25 43:5
  44:23 46:6,12,15
  46:23 48:25
  49:8,15 50:7,9
  52:14 53:11
  55:10,11,23,25
  56:9 61:23,25

**70:22**
**mails**  13:8,11
  29:20 32:14,15
  36:9,12,15 40:18
  70:20
**major**  26:9
**making**  49:13
  53:5
**mallesons**  2:7
**man**  15:11
**manage**  12:11
  45:4
**manager**  12:3
  13:16,16,19
  24:16 43:2
  46:16 59:7,8
**managers**  13:22
**managing**  12:13
**mandarin**  2:16
  3:4,5
**manufacture**
  42:13
**manufactured**
  20:14
**manufacturer**
  7:25 15:14,15
**manufacturers**
  18:4
**manufacturing**
  12:8 22:24
  26:19 58:18
**marriage**  82:17
**match**  39:13
  75:10,13
**material**  15:18
**materials**  15:24
  16:6,13 18:10

**matter**  82:19
**matters**  69:12
**maxx**  26:7,11,14
  26:20,25 27:6,13
  40:6,13,23 41:8
  41:25 43:11
  49:24 50:16
  53:6 57:17
**mcmillan**  2:17
**mean**  4:10 8:20
  19:3 24:22 38:3
  75:8
**means**  46:17
  47:5 58:17
  74:12
**meant**  70:14
**measured**  33:7
**meet**  24:17
**meeting**  46:7,10
  46:20
**members**  44:5
  46:24 47:2,5,6
  47:10 52:17
**mention**  24:10
**merchandise**
  14:21 16:19
  41:9
**met**  27:16
**metal**  38:20,21
**michael**  2:5 28:3
  68:5 74:13
**middle**  36:7
  62:24
**middleman**  19:7
  19:9
**mike**  54:23
  61:22 65:14
  81:13

**mind**  46:18
**mine**  9:14 16:8
**minute**  18:25
  54:23 55:4
**minutes**  54:21
**misstates**  79:12
  80:17
**miyueng**  37:10
  37:16
**monday**  63:24
  65:19 66:16
  68:16 81:14
**money**  11:3,23
  23:20 25:19
  35:5 67:23,24
  80:8
**monies**  6:21
**month**  73:23
**monthly**  62:22
  75:9
**morning**  3:15
**move**  47:10
**multiple**  48:14
  50:23

**n**

**n**  2:2,4 20:8,10
  33:4 38:16 59:9
  84:2
**name**  14:2,2
  17:4 19:18,22
  20:3,4,5,7,8,9,9
  24:23 31:7,13
  59:9,9 70:7,18
  83:3
**names**  14:12
  17:6,11 62:7,9
  63:21 64:10

**nanjing**  32:23
**narrow**  56:16,19
**nash**  2:13 3:12
  4:25 5:6,11,16
  5:21 6:4,16,22
  6:24 7:5,13 8:14
  8:17 10:2 17:25
  20:20 22:2,7
  27:18,25 28:9,13
  32:2,19 33:17
  35:20 36:4 39:6
  42:20 44:17
  45:15,20 46:15
  48:2,16 53:23
  54:22 55:4,8
  60:7,11 61:21
  62:16 63:2,8
  65:13,18 66:5,15
  68:4,12,17 72:24
  74:13 75:20
  81:13 84:4
**nathan**  37:21
  56:9
**nathan's**  57:4
**nature**  28:23
  34:21
**need**  4:11 30:11
  32:8 54:21,24
  74:5
**needed**  44:24
  45:6
**never**  6:9 14:19
  32:10 33:7
  49:23 50:3,18
  75:6
**new**  1:2,9,10,10
  1:17,25 2:5,8,8
  2:12,12 44:7

45:6 66:25 67:2
  82:4,8
**night**  66:16
**noel**  1:24 82:7
  82:24
**nonpayment**
  73:10
**normal**  34:20,23
  35:7,13
**notary**  1:24 3:8
  81:23 82:7
  83:16
**note**  4:22 17:24
  29:21 36:25
  39:12 79:21
**noted**  81:16
**number**  25:22
  29:11 42:18
  57:20
**numbers**  22:12
  22:14 65:14

**o**

**o**  3:6 18:16,17
  38:16,16 59:10
**objected**  78:16
**objection**  4:22
  8:10 11:8 17:15
  17:24 18:14
  29:21 32:5
  35:10 36:25
  39:25 40:8,21
  42:8,16 43:23
  44:13,20 45:12
  47:8 48:15
  49:11 50:17
  51:8,20 52:24
  53:9,16,22 59:20

61:9 71:5 72:22
77:12,17 78:10
78:15,22 79:11
79:21 80:16,24
81:9
**obligation** 18:8
**occasional** 29:5
**occurred** 45:10
**october** 1:21
82:22 83:3
**offer** 25:3
**offered** 25:6,8
**okay** 37:11
56:20 57:6
61:24 63:5
81:12,15
**ones** 14:20 29:7
29:8 30:17,18
58:11 61:5 69:6
**open** 38:10
66:11
**operate** 10:19
11:4 71:21
**operating** 10:23
27:2
**operation** 12:3
**operations** 12:5
13:15 43:2
46:16 72:7
**orange** 82:5
**order** 8:3,4,5
31:10 33:24
34:7 35:24 36:2
36:16,24 37:7
39:11 64:22,24
69:5 77:18
**ordered** 7:23

**orders** 8:7,9,12
8:15,18 9:2,6,9
29:24 30:4
31:11,11,15 32:6
36:20 38:10
46:25 55:18
56:5 57:2 64:8
65:4,7,11,19,21
65:25 66:6,7
67:20 77:23,25
78:3
**organization**
55:17
**organized** 10:14
**outcome** 82:18
**outside** 58:9,13
58:15
**owed** 6:21 11:23
**owned** 16:6,9
**owner** 76:10,19
76:21
**ownership** 16:14
57:24
**oxidized** 38:20

**p**

**p** 2:2,2 20:10
**p.m.** 28:12 81:16
**packing** 44:8
**page** 20:24,24,25
21:2 22:16,17
33:18 34:5,24
36:8 39:7 83:5
84:3
**paid** 4:21 5:3
18:5 23:11,13
50:3 53:17 74:4
74:8 75:2,4,5,6,9

75:22,23
**pants** 14:23,25
15:3,15 26:25
27:6 64:3
**papers** 23:9
**paperwork** 70:3
70:5 71:2
**paragraph** 22:18
**part** 37:6 46:19
48:23 66:2
76:18
**partially** 15:5
**participants**
1:23
**parties** 64:11,12
82:16
**partner** 25:15
26:5,17 41:2
42:12 50:11,14
69:8 78:25 79:4
79:7,8,10 80:2
**partners** 79:25
**partnership** 25:5
25:9
**parts** 37:14
**passed** 31:17
**pay** 4:19 11:3,22
16:18 23:8,14,20
49:3 52:19
53:19 54:14
67:23,24 70:9
71:12 72:18,21
73:3,15,22,24
74:24
**paying** 5:5 67:21
**payment** 7:17
74:16,20,21
75:11,18

**payments** 77:3
**peace** 44:25 53:2
53:5,6,7
**people** 31:12
45:7,7,16 46:2
53:10 58:21
59:4 73:8 77:24
**percent** 10:11,12
**period** 61:19
**person** 11:18,23
14:4 19:18,21,23
20:4,6,7,9 31:8
62:3
**personal** 77:8
78:13,21
**personally** 76:9
76:24 78:8
80:23 81:4,8
**phase** 62:23,24
62:24
**photos** 41:22
43:19
**phrased** 46:13
**physical** 30:8
**pick** 81:13
**pieces** 35:4
57:20
**pinpoint** 56:3
57:16
**pinpointed**
55:18
**place** 17:3,5
21:22 30:20
**places** 67:4
**plaintiff** 1:15
**plaintiffs** 1:5
**pleaded** 52:2

**please** 3:17 5:17
24:9 28:3 34:24
35:2 39:8,13
63:24
**po** 21:23,24
22:14 33:21
36:15 64:18,19
67:2 69:16
**point** 56:11 73:2
**poor** 51:14,18
**poorly** 52:22
**port** 23:7
**pos** 67:3,5,8,13
**position** 9:21
11:24,25 80:8
**possession** 9:8
**practice** 23:16
23:23,25 24:8
**practices** 22:19
23:2 24:6
**prefer** 48:18
**prepare** 21:21
**prepared** 17:22
18:9
**preparing** 4:13
**present** 2:15
**pretty** 47:22
**prior** 66:3
**private** 68:3
71:17,22,23 72:5
72:8,14,16
**privileged** 79:23
**problem** 5:4
29:18 32:4
35:25 39:23
48:20 54:11
56:10

**problems** 5:7,9
31:15 33:12
36:5 39:15,19,20
51:6 57:7,16
74:15
**procedure** 27:3
40:24
**process** 15:19,25
16:13 29:2,4
32:22 44:8
**processed** 29:2
34:22
**produce** 7:22 8:8
8:11,22 40:22
65:7
**produced** 8:19
16:25 17:7,12,17
21:7 40:6,11
51:22,23 63:6
65:6,12,16,21
66:4,6
**production** 9:5
33:24 34:7,12
39:23 40:20
41:5 43:16 44:3
44:7,15 45:6
46:8,9,21 47:6
47:12 49:8
50:25 52:6,8
55:21 56:2 58:4
58:6,11,19 60:21
61:22 62:17
63:2,4,5,18
**products** 15:4,7
27:8 42:2
**profit** 72:17
**profits** 72:21

**program** 49:2
**progress** 49:13
**promises** 80:9
**proof** 75:18
**proper** 50:23
**properly** 46:14
**provide** 8:24
64:10 70:17
74:5
**provided** 4:18
21:24 23:19
65:5
**providing** 57:20
**province** 32:23
33:4,6 58:8,10
58:13,14,15
60:14,16
**provinces** 58:7
**public** 1:24 3:8
81:23 82:8
83:16
**pull** 57:17
**pulled** 41:9,25
42:5,14,17 47:18
49:25 56:11
**purchase** 8:3,4,5
8:7,8,11,15,18
9:2,5,9 33:23
34:7 36:16,20,24
37:7 39:11
55:18 56:5 57:2
64:21,24 65:4,7
65:11,19,21,25
66:6,7 67:20
77:18 78:3
**purchases** 68:6
**pursue** 57:22

**put** 5:12 20:21
38:14 77:18,19

**q**

**q4** 14:11,14,22
**qc** 44:5 46:24
47:2,4,5 52:17
58:20,21 59:3,7
59:8 60:18 62:3
62:4,13,18 63:3
63:12
**qualify** 72:4
75:13,19
**quality** 5:8,10
27:14 29:6,7
37:24 42:6
43:15 44:11
45:9 46:3,9
47:14,19 49:3,14
49:16,18 50:24
51:14,19 52:8,20
74:17
**question** 3:17,18
4:24,25 15:21
16:4 18:6,7
19:16 21:9,25
22:5,10 23:15,22
26:3 41:17
44:14,16,21
45:19 46:13
48:12 54:7 64:9
65:24 66:12
67:11 68:3,11
74:25 75:4
79:24 81:2
**questions** 3:3,15
44:25 47:23
48:7,14,20 76:2

quite   25:10
quota   68:21,24
  69:22,25 71:10
quotas   68:18,25
quote   51:15

**r**

r   2:2
ran   52:6
rating   69:5
raw   15:18 16:6
  16:12
read   6:3 13:5,11
  21:15 44:19
  45:22,23 48:19
  48:21 50:21
  54:7,8 66:10,13
  77:11
really   24:2 40:18
  42:9 43:21 45:3
  48:3,22 52:16
  68:4 74:5
reason   43:14
  66:19 80:22
reasons   5:2 29:9
receipt   23:12
receipts   61:20
receive   74:20
received   8:9,12
  8:15,18 23:11
  54:9 74:21
  75:11
receiving   70:10
recognize   6:6
  21:5,9 31:14
  36:9 50:8
recollection
  34:11

record   27:22
  28:10,11 32:18
  44:19 45:23
  48:21 54:8 55:6
  66:10,13 77:11
  82:13
records   30:3
  61:17 62:12
  74:3,7
red   71:3,21
redder   38:2,8
  39:12
reference   36:15
referring   37:2
  38:11 60:24
  63:10
refresh   34:10
refund   74:17,19
  74:22 75:7,14,15
  75:22
regarding   21:6
  28:20 34:16
  39:11 56:2 63:4
  69:21 70:13
register   72:6
registered   72:13
reimbursed
  61:15
reimbursement
  61:18
rejected   43:11
  54:16
related   22:22
  82:16
relating   6:12
  70:9 75:24
relationship
  24:19 26:6

relevant   73:6
relying   77:9
remember   6:11
  6:15 9:7 11:15
  15:6 17:4,6,11
  17:19 18:5,19
  20:12 30:2,5
  33:15 34:17
  48:22 62:10
  63:22 65:2
  66:24 78:11,18
remote   1:22
remotely   1:23
repeat   3:19 4:24
  7:11 14:18 16:4
  17:9 36:22
  44:17 51:21
  67:11
report   48:19
  62:25 73:9
reporter   1:24
  35:23
reports   62:19,21
  63:3
represent   37:5
request   60:12
  67:8
required   8:22
  17:21 29:12
requirement
  27:16
resignation
  59:24 60:2
resigned   59:18
  59:19 60:5
respect   16:24
respond   57:4

responds   56:25
response   52:14
responsibilities
  12:9
responsible
  77:15
rest   70:18
retailers   51:3
return   41:10
returned   51:9
returns   72:25
revert   57:14
review   3:20,23
  18:9 63:13
right   4:5 7:19
  10:16 13:10,21
  16:8 22:12,13
  26:4 27:20
  28:22 33:18
  39:4,9 42:21
  50:13 52:4
  55:25 56:16
  58:22 60:4
  62:15 63:19
  77:20,21 79:4
ringer   1:8,8 3:13
  4:18 8:2 12:21
  12:25 13:19
  14:9,15 16:24
  17:13 18:25
  19:2,17,19 20:4
  20:13 23:10,11
  24:15,19 25:15
  26:5,15,18,21,22
  26:24 27:5,15
  28:16,19 29:18
  30:11 37:17
  40:11,22,23 41:2

49:23 50:11,15
51:22 53:13
58:12 59:3
60:21,24 61:2,3
63:4 64:13,17,19
64:24,25 66:18
66:20,22 67:3,15
68:23 69:8 76:7
76:10,11,18
78:25 79:5,9,25
80:14 83:3
**ringerjeans** 1:9
**rj** 46:25
**role** 41:7
**rotate** 32:7
**rush** 52:8

**s**

**s** 2:2 3:2,2 18:16
33:4
**salary** 25:7
**sale** 64:2
**sales** 35:5 43:21
52:17
**sample** 30:9 38:2
38:3
**samples** 39:15
39:19
**sandra** 1:24
44:18 45:21
82:7,24
**saw** 4:3 43:18
66:6
**saying** 45:11,13
48:10 49:19,21
**says** 8:14 22:18
37:9 49:15
56:12 57:8

**scheduling** 54:25
**screen** 5:13
20:22 37:3
**screwed** 50:15
**scroll** 20:23 39:7
51:12
**scrolling** 5:19
39:8 50:6
**sea** 14:11,14
**search** 56:16,19
**second** 12:19
18:16 20:9
33:18 44:2
47:21
**see** 5:18 9:5
22:17 33:20,22
34:5,8,25 35:8
37:4,9 39:10,14
39:15 43:3,8,22
43:24 49:5 51:4
55:13,19,20
65:11 66:7,8
**seen** 6:9 42:22
**sees** 75:12
**sell** 7:25 14:22
68:20
**selling** 26:24
27:5 40:12
**send** 27:22 30:11
30:12 38:4
41:22 62:18,21
70:20,22
**sending** 72:25
**sends** 37:18
**sense** 8:13
**sent** 28:5 29:19
37:12 43:20
55:11 56:9

**series** 3:14
**serious** 43:21
52:16
**set** 18:11 40:18
82:11,21
**share** 28:2
**shareholder**
10:3,6 41:7 53:4
76:20 80:7
**shares** 10:10
**sheet** 83:2
**shelf** 42:17
**shelves** 41:10
42:2,6,14 43:12
43:15 47:18
**ship** 23:3 71:10
73:21 74:24
**shipment** 28:17
38:5
**shipments** 69:22
70:13 71:13
75:16,25
**shipped** 30:15
75:6
**shipping** 22:20
22:23 24:11
71:3
**shortage** 29:10
29:14,22,23
30:19 32:4 34:2
**shortages** 28:16
28:20,24 29:9,15
29:20,25 30:4,8
30:10 31:15,19
32:11,13,16
33:13,21 34:12
34:16,19,20 35:3
35:14

**show** 5:11,13
**showing** 62:12
**side** 51:11 57:13
**side's** 75:18
**sides** 69:9
**sign** 76:12
**signature** 21:3
82:23
**signed** 18:22,24
21:16
**significant** 35:14
**simply** 19:10,11
26:3
**sir** 30:25
**situation** 43:6,10
52:15
**slow** 12:24 73:17
**sole** 80:12,14
**solving** 32:11
**somebody** 40:23
**soon** 74:24
**sorry** 43:6 44:8
44:14 52:14,18
**southern** 1:2
**space** 38:15
**speak** 4:8,12
12:17,18 59:3,6
**special** 69:23
**specifically**
14:19 27:10
64:8
**specifics** 38:25
**spoke** 12:22
**ss** 82:4
**stamp** 65:14
**stamped** 27:24
**standard** 39:13
40:4 52:12

**standards** 27:14
  30:6
**star** 14:11,14,24
**start** 44:7 57:11
  72:7
**started** 11:2
  24:18 28:19
**starting** 35:4
**starts** 35:2
**state** 1:25 82:4,8
**statement** 7:7
  21:13 24:7
  41:18
**states** 1:2
**stay** 27:20
**stenographic**
  1:24
**stenographically**
  1:24
**stop** 33:19 36:8
  39:9 42:21 79:3
**stopped** 41:7
**stoppers** 38:21
**stuff** 51:9 53:20
**style** 56:14 57:5
  57:12,21
**styles** 8:6
**submit** 77:23
**submitted** 77:24
**subscribed**
  81:20
**substituted**
  39:12
**sue** 78:7 79:8,10
  80:2,5
**sued** 64:11,12,13
  79:24 80:22
  81:4

**sufficient** 29:11
**suggest** 68:15
**suing** 66:19
  80:12
**supervise** 44:6
  44:10 52:18
**supplier** 38:9,10
  38:12,17
**support** 8:22
  77:6 81:5,7
**supposed** 25:24
**sure** 9:10 45:2
  45:14 54:24
  57:9 62:8 70:4,5
  73:5 79:15
**sworn** 3:2,7
  21:12 24:7
  41:14,19 81:20
  82:12 83:13

**t**

**t** 18:17 59:10
**table** 68:16
**take** 30:18 33:9
  35:8 38:23
  45:24 51:16,16
  51:17 54:22
  55:4 58:17 60:9
**taken** 1:23 32:6
  43:12,14
**takes** 6:7
**talk** 50:2 74:13
**talked** 47:11
**talking** 7:3 33:20
  34:6 57:7 70:17
  71:7
**tape** 37:25 38:8

**tax** 71:14 72:24
  73:15,19,22,25
  74:19,22 75:13
  75:23,24
**taxation** 71:16
  74:6
**taxes** 11:5 71:12
  72:18,20 73:3
  74:3,8,24 75:5
**team** 19:24 35:2
  46:24 47:10
  62:3,14,18 63:3
**tell** 3:17 5:20
  12:12 26:4
  38:25 41:16
  47:19 50:20,22
  69:11 74:12
  81:6
**telling** 4:7,14
  41:3 42:14
  51:19
**tells** 51:13
**temporarily**
  23:14,20
**temporary** 23:9
**tencel** 15:4,7
  27:8,11 42:2
  47:13 48:25
  56:17 64:3,9
**terms** 69:22
**testified** 3:9 6:19
  6:20 75:3
**testify** 17:23
  18:10
**testimony** 17:10
  17:14 39:24
  41:14,20 51:7
  65:20 82:13

**thank** 32:19 39:9
  57:9
**thing** 15:2 19:25
  41:23 44:22
  75:21
**things** 15:6
  27:11 34:21
  50:19,20 69:11
  72:12 75:9,12
  76:11
**think** 8:10,24
  34:18,20 35:22
  45:17 48:11
  49:12 52:25
  53:8 55:23 56:6
  57:4,19 59:5
  63:6,8 64:5 66:5
  68:3
**third** 39:6
**thought** 28:4
  48:5
**thoughts** 48:4
**threads** 54:17,19
**three** 47:23
  63:21
**threw** 53:6
**time** 3:24 4:2,3
  17:16 20:12
  28:5 44:22,23
  50:12 55:3
  56:18 81:16
**timeframe** 11:9
**times** 50:23
  60:22
**tj** 26:7,11,14,20
  26:25 27:6,13
  40:6,13,23 41:8
  41:25 43:11

49:24 50:16
53:6 57:17
**today** 9:17 46:7
57:14 76:2
**told** 4:10 27:3
32:20 39:3
41:12,21 42:3
43:17 50:19
64:7 69:13,15
74:23 76:6
**top** 57:8
**trading** 15:23
**train** 33:10
61:13,14
**translate** 7:8,9
13:13
**translated** 22:6
**translating** 22:4
**translations**
2:16
**transportation**
33:9
**travel** 61:7,12,15
61:18
**treatment** 75:25
**tried** 26:3 50:25
57:19
**trims** 38:20
**true** 6:5 21:18
49:22 82:13
**truncated** 45:20
**truth** 41:16
**try** 63:22
**trying** 45:3 47:9
57:16 81:4
**two** 19:2,3 33:11
61:7 80:21

**type** 7:21 10:21
14:21 15:11

**u**

**u** 3:2 14:2,4
18:16,17 20:8,9
33:4 38:15
**u.s.** 22:20
**unchecked** 52:6
**understaffed**
45:8
**understand** 3:16
3:18 6:16 17:21
17:23 18:7,13
21:12 33:23
53:20 54:15
57:18 74:23
75:20 80:11
81:2,3,5
**understanding**
4:16,20 5:2,7
29:13 54:11,13
55:14
**understood**
26:14 27:5,9
35:12 39:18
50:5 57:15
**united** 1:2
**upset** 53:14
**use** 20:18 60:12

**v**

**v** 1:6,16 83:3
**value** 53:20
**veritext** 2:17
**video** 1:22,23
**vincent** 2:9

**w**

**w** 20:9 38:15
**wait** 18:25
**want** 17:19 20:3
20:3 22:25
47:24 48:8
51:21 53:19,25
54:14,22 69:4
74:12 79:17,18
79:19 80:11
**wanted** 56:3
**warehouse**
56:23
**wash** 29:3
**washing** 32:21
34:22
**water** 29:3
**way** 19:2 28:25
32:11 53:12
61:7 67:18
69:14 78:24
82:18
**week** 60:17,22
**weekly** 62:22
**went** 31:3,7,8
46:7,20 56:4
59:4
**weprin** 2:11
**whereof** 82:20
**whs** 56:17,21
**wife** 10:13
**wish** 67:25
**witness** 3:7 5:12
5:14 6:17 7:4,6
55:2 71:6 81:15
82:10,14,20 83:4
83:13 84:3

**wizenfeld** 2:9
**wong** 37:19
42:25 43:5
**wood** 2:7
**word** 20:17
46:17
**words** 81:6
**work** 14:5 23:17
24:20,22 57:14
59:11
**worked** 13:23
**writes** 43:5,18
**writing** 60:3,5,8
**written** 16:21
44:23
**wrong** 59:4
**wrote** 13:2,8
53:2,11

**x**

**x** 3:6 20:8 38:15
84:2

**y**

**yeah** 8:24 26:4
55:20
**year** 11:10 44:3
47:14 49:4,9,17
49:19,20,20,22
**years** 17:18
**yesterday** 28:5
**york** 1:2,10,10
1:25 2:5,8,8,12
2:12 82:4,9

**z**

**z** 1:9 3:6 59:9
**zeitouni** 1:12
76:3 77:7 80:12

**[zhang - zoey]**                                    Page 16

**zhang**   59:11
   60:13 61:18
   62:2
**zhao**   1:22 3:1
   4:1 5:1 6:1,5 7:1
   7:15 8:1 9:1
   10:1 11:1 12:1
   13:1 14:1 15:1
   16:1 17:1,23
   18:1,7,13 19:1
   20:1 21:1,3 22:1
   22:18 23:1 24:1
   25:1,14 26:1
   27:1 28:1,14
   29:1 30:1,25
   31:1 32:1 33:1
   34:1 35:1 36:1
   37:1 38:1 39:1
   39:24 40:1,9,17
   41:1,3,15 42:1
   42:15,23 43:1
   44:1 45:1 46:1
   46:11 47:1 48:1
   49:1 50:1,12
   51:1 52:1 53:1
   53:15 54:1,13
   55:1,15 56:1
   57:1 58:1 59:1
   60:1 61:1 62:1
   63:1,18,25 64:1
   64:12 65:1 66:1
   67:1 68:1 69:1,9
   69:18 70:1 71:1
   71:19 72:1 73:1
   74:1 75:1 76:1
   77:1 78:1,24
   79:1 80:1,15
   81:1,6,18 83:4

   83:11 84:4
**zipper**   37:25
   38:8,12
**zoey**   11:16,19
   13:15,20,23 37:9
   37:19 42:25
   43:5,18 44:2
   48:24 52:13,21
   55:10 56:14,25
   57:19 59:5

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.