Page 1

```
 1
 2                UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF NEW YORK
 3
 4    FASHION LEAF GARMENT CO.,        )
      LTD, and CTR HOLDINGS INC.,      )
 5                                     )
                     Plaintiffs,       )
 6                                     )
          v.                           ) Case No.
 7                                     ) 19-cv-03381-ALC-BM
                                       )
 8    RINGER JEANS LLC, RINGER         )
      JEANS APPAREL LLC,               )
 9    RINGERJEANS LLC, NEW AGE         )
      BRANDING LLC, E-Z APPAREL,       )
10    LLC, ESSENTIALS NEW YORK         )
      LLC, ESSENTIALS NEW YORK         )
11    APPAREL, LLC, LIMITED            )
      FASHIONS LLC, GABRIEL            )
12    ZEITOUNI and CHARLES AZRAK,      )
                                       )
13                   Defendants.       )
      _____  )
14    ANHUI GARMENTS IMPORT &          )
      EXPORT CO., LTD.,                )
15                                     )
            Intervenor Plaintiff,      )
16                                     )
          v.                           )
17                                     )
      NEW AGE BRANDING LLC and         )
18    LIMITED FASHIONS, LLC            )
                                       )
19          Intervenor Defendants.     )
      _____  )
20
21                             October 10, 2022
                               9:00 P.M.
22
                  CONTINUED REMOTE VIDEO DEPOSITION OF
23    ALEX ZHAO, being located in China, with all
      participants appearing remotely via video, and
24    taken stenographically by Sandra Noel Bartels, a
      stenographic reporter and Notary Public of the
25    State of New York.
```

Page 2

```
 1
 2    A P P E A R A N C E S:
 3
 4    HOGAN & CASSELL
      500 N. Broadway, Suite #153
 5    Jericho, New York 11753
      BY: Michael Cassell, Esq.
 6
 7

      KING & WOOD MALLESONS
 8    500 Fifth Avenue, 50th Floor,
      New York, New York 10110
 9    BY: Vincent Filardo, Esq.
          Charles Wizenfeld, Esq.
10
11

      GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
12    1501 Broadway, 22nd Floor
      New York, New York 10036-5601
13    BY: Kevin Nash, Esq.
14
15    ALSO PRESENT:
16    Jessica Ju, Court Certified Mandarin
      Interpreter, Eiber Translations
17
      Corey McMillan,  Concierge, Veritext
18
19
20
21
22
23
24
25
```

```
 1                    ALEX ZHAO
 2   J E S S I C A    J U,   was duly sworn to
 3        interpret the questions from English
 4        into Mandarin, and the answers from
 5        Mandarin into English.
 6   A L E X    Z H A O,   called as a
 7        witness, having been duly sworn by a
 8        Notary Public, was examined and
 9        testified through the interpreter as
10        follows:
11            MR. NASH:  Corey, did my office
12        send you a batch of purchase orders
13        today?
14            THE WITNESS:  Yes, I received
15        them.
16            MR. NASH:  Can we load them up?
17        Mike, did you get a copy?  You sent
18        them to me, by the way.
19            MR. CASSELL:  I did not get an
20        e-mail but assuming they are what I
21        sent to you, I have no objection.
22            MR. NASH:  Did you get that
23        Vince?
24            MR. FILARDO:  Yes.
25            MR. NASH:  Corey, if you can load
```

```
                                      Page 4
 1                  ALEX ZHAO
 2       those up, I would appreciate it.
 3       Let's mark them in total as Exhibit
 4       22.
 5            (Exhibit 22 purchase orders
 6       marked for identification.)
 7                DIRECT EXAMINATION
 8   BY MR. NASH:
 9       Q.   Before we load them on the
10   screen, Mr. Zhao, I'm going to ask you a
11   couple questions.
12       A.   Okay.
13       Q.   Are you familiar with the series
14   of purchase orders that your counsel sent
15   to me?
16       A.   I believe so, because it's from
17   three years ago, right?
18       Q.   Did you gather those purchase
19   orders yourself or did somebody gather
20   them for you?
21       A.   Staff helped.
22       Q.   Who on the staff helped?
23       A.   I don't remember the people that
24   this PO was sent to.
25       Q.   Now, are these all the purchase
```

```
 1                     ALEX ZHAO
 2  orders you received from Ringer Jeans?
 3       A.    Right.
 4       Q.    And that's since the start of
 5  your relationship through the end?
 6            MR. CASSELL:  Note my objection.
 7            THE WITNESS:  Yes.
 8  BY MR. NASH:
 9       Q.    So is it fair to say that these
10  purchase orders cover materials and
11  shipments that were accepted by the
12  customers and rejected by the customers,
13  they cover all types of orders; is that
14  correct?
15       A.    I don't know how many are
16  accepted versus rejected.
17       Q.    Am I correct they cover every
18  purchase order you ever received from
19  Ringer Jeans?
20            MR. CASSELL:  Note my objection
21       because he has no idea how many
22       purchase orders I sent to you.
23            MR. NASH:  All right.  You want
24       to put them up on the screen?  I
25       assume you sent to me what he sent to
```

1                    ALEX ZHAO

2        you.

3             MR. CASSELL:  For the record what

4        I sent to you was in the file of the

5        prior attorney.  They are presumably

6        purchase orders that were sent from

7        the client to counsel, correct.

8             MR. NASH:  Corey, let's put them

9        up on the screen, if you could.

10             CONCIERGE:  Do you want the first

11        purchase order on screen or just the

12        list of all of them?  Because they are

13        all individual PDFs.

14             MR. NASH:  Let's start with the

15        list.

16    BY MR. NASH:

17        Q.    Mr. Zhao, do you see this list of

18    purchase orders?

19        A.    Only the titles of the file.

20        Q.    Do you see the titles of the

21    file?

22        A.    Right.

23        Q.    Did you create this list before

24    you gave it to Fishman?

25        A.    I don't remember.

ALEX ZHAO

1  Q.   Well, looking at that list, is

2  that a complete list of all the purchase

3  orders you received from Ringer Jeans?

4           MR. CASSELL:  Objection to the

5       term list.

6  BY MR. NASH:

7  Q.   Schedule, whatever you want to

8  call it.

9  A.   I don't remember.

10  Q.   Let's go to the first one, PO

11  728.  Do you see this purchase order?

12  A.   Yes.

13  Q.   Can you identify this for me, Mr.

14  Zhao?

15  A.   I don't think I can.

16  Q.   Did Ringer Jeans produce this or

17  develop it or send it over to you?

18  A.   This is PO I received.  They are

19  all from Ringer Jeans.

20  Q.   Is this a Ringer Jeans purchase

21  order or is this something you developed

22  internally from an order they gave you?

23  I'm trying to understand whose document

24  this is; is this your document or is this

```
 1                    ALEX ZHAO
 2   how Ringer Jeans sent over the purchase
 3   order to you?
 4        A.   All the POs by Ringer Jeans were
 5   produce by Ringer Jeans.
 6        Q.   So they are the ones that wrote
 7   this up and sent it to you?
 8        A.   Right.
 9        Q.   This first one, 728, that's to
10   Colortree US, Inc. Do you see that?
11        A.   Right.
12        Q.   What is Colortree US, Inc.?
13        A.   My company in America.
14        Q.   So your company in America, what
15   is the business of Colortree US, Inc.?
16        A.   Clothing.
17        Q.   What is the difference between
18   Colortree and Fashion Leaf?
19        A.   Colortree has independent
20   business and the client is different.
21        Q.   What type of business does
22   Colortree have?
23        A.   Fashion.
24        Q.   What do you mean Fashion?
25        A.   Just clothes, fashion.
```

```
 1                     ALEX ZHAO
 2      Q.    Does it manufacture garments?
 3      A.    We are an American company, a
 4   trading company, we don't manufacture.
 5      Q.    So why would you take a purchase
 6   order to deliver goods to Ringer Jeans,
 7   where would you get those goods?
 8      A.    What is your question again?
 9      Q.    Where did you get the goods?
10      A.    Imported from China.
11      Q.    Is this purchase order part of
12   the lawsuit?  It's in the name of
13   Colortree, is it in the lawsuit of Fashion
14   Leaf's claims?
15      A.    For everything the other party
16   did not pay, they are all included here.
17      Q.    But Colortree is not a plaintiff
18   in the lawsuit, correct?
19      A.    Right.
20      Q.    So it shouldn't be part of this
21   lawsuit, is that correct, because it's not
22   a Fashion Leaf PO?
23      A.    This also belongs to goods made
24   by Fashion Leaf.
25      Q.    I don't understand.  It's a PO to
```

```
 1                    ALEX ZHAO
 2   Colortree.  Do you have any evidence that
 3   these goods were sold by Fashion Leaf to
 4   Ringer Jeans?
 5        A.    Yes.
 6             MR. NASH:  I call for production
 7        of those documents.
 8        Q.    These goods, do you have any
 9   delivery ticket or shipping ticket to show
10   that these goods actually made it to the
11   United States?
12        A.    Yes.
13             MR. NASH:  I call for production
14        of those documents.
15             MR. CASSELL:  Send your request
16        in writing but I do know the discovery
17        period has expired --
18             MR. NASH:  I understand but you
19        didn't produce all your documents.
20        That's fine, if you don't want to
21        produce them we'll make a motion to
22        strike.  You can do whatever you want.
23        But I'm going to call for production.
24        I'm sure we called for production of
25        them earlier, by the way.
```

```
                                       Page 11

 1                    ALEX ZHAO
 2           MR. CASSELL:  Put your demands in
 3      writing --
 4   BY MR. NASH:
 5      Q.   PO 730, the next file.  Close
 6   this one out.  What is the next one, 730.
 7           Can you identify this document
 8   for me, Mr. Zhao?
 9      A.   Yes.
10      Q.   What is this, Mr. Zhao?
11      A.   PO from if Ringer Jeans to
12   Fashion Leaf.
13      Q.   And this was issued in March of
14   2018, do you see that?
15      A.   Yes.
16      Q.   When were the goods subject to
17   this PO actually received and shipped to
18   Ringer Jeans?
19           MR. CASSELL:  Objection.
20           THE WITNESS:  You are asking for
21      when (inaudible)?
22      Q.   Exactly.
23      A.   Those are on the appropriate
24   receipts.  I mean, there is no way I can
25   remember those things.
```

1                    ALEX ZHAO

2        Q.    Do you have delivery or shipping

3    tickets or bills of lading, whatever you

4    call it, to establish the shipping of the

5    goods?

6        A.    Yes.

7        Q.    Now, the reason I ask you this is

8    because this is dated March of 2018.  The

9    goods in dispute were delivered between

10   November 2018 and March 2019 so this

11   predates it by a significant amount of

12   months.  So were these goods paid for?

13       A.    Of course not, otherwise I

14   wouldn't have it here.

15       Q.    Now, did you actually bill, did

16   you send out your own bill or invoice to

17   Ringer Jeans?

18       A.    Yes, every time when delivery is

19   done, of course we would issue one.

20       Q.    Did you produce your actual

21   invoices in discovery?

22       A.    I don't remember.

23             MR. NASH:  Mike, to the extent

24       you haven't produce that, if you have

25       produced it tell me when -- I know

1                    ALEX ZHAO

2        it's not you, it's Fishman.  If it's

3        not produced I call for production of

4        all the billing and invoices.

5              MR. CASSELL:  Send me a written

6        demand.

7              MR. NASH:  We're in the middle of

8        a deposition, but I did send a written

9        demand.  This was definitely covered

10       in the written demand.  None of this

11       stuff is Bates stamped and so forth.

12       So if it's been produced, indicate it

13       to me.  And if it hasn't been produce,

14       please indicate.

15             MR. CASSELL:  Send me a written

16       demand.

17             MR. NASH:  I did, a long time

18       again.  Fishman, before he died had a

19       demand.  Believe me.

20             MR. CASSELL:  I didn't see any

21       motion to compel and --

22             MR. NASH:  There's no motion to

23       compel.  I'm trying to figure out what

24       he produced and what he hasn't

25       produced.

1                    ALEX ZHAO

2            Go to page 5 for me.

3      Q.   Do you recognize that these are

4   the terms of the purchase orders that

5   Ringer Jeans sent to you, Mr. Zhao?

6      A.   Yes.

7   BY MR. NASH:

8      Q.   Now, you understand the terms

9   were that the samples must be received and

10  approved prior to the garment factory to

11  confirm shipment, acceptance and release;

12  did you understand that was one of the

13  terms of sale?

14     A.   Yes.

15     Q.   So you understood that approval

16  of the samples was part of the delivery

17  terms?

18     A.   Yes.

19     Q.   Did you also understand that it

20  was part of the delivery terms that there

21  would be a passing QC documentation and

22  accurate packing list must be submitted

23  prior to the finished goods unload,

24  overages, shortages, which exceed the

25  approved plus or minus 5 percent must be

                    ALEX ZHAO

1

2   approved, was that also part of this, that

3   you had to get approved quality control

4   documentation?

5       A.   I know.

6       Q.   Do you also see in the terms of

7   sale that Ringer Jeans reserved the right

8   to refuse goods and cancel shipment

9   without liability if the terms were not

10  met?

11      A.   I understand.  However, we met

12  the requirements because otherwise why

13  would Ringer Jeans accept it?

14      Q.   Those goods were not shipped to

15  Ringer Jeans, they were shipped to a

16  warehouse; isn't that correct?

17      A.   It's a Ringer Jeans designated

18  warehouse, as Ringer Jeans required to do.

19      Q.   And you understood that was the

20  warehouse facility for TJ MAXX, correct?

21      A.   I don't know that.

22      Q.   When you say you don't know that,

23  didn't you in 2018 enter into a contract

24  to buy various assets from Ringer Jeans?

25           THE INTERPRETER:  Can you repeat

```
1                    ALEX ZHAO
2      that?
3      Q.   In 2018 didn't you enter into a
4   contract to buy various assets from Ringer
5   Jeans?
6      A.   I entered their shares, that's
7   not purchasing assets.
8      Q.   Let's look at Exhibit 14, can we
9   do that?  We'll come back to this.
10           Mr. Zhao, are you familiar with
11   Exhibit 14?
12      A.   Yes.
13      Q.   What is Exhibit 14?
14      A.   The agreement for me to have
15   their shares.
16      Q.   But it doesn't say that, Mr.
17   Zhao.  It says this is an asset purchase
18   agreement and the assets are described as
19   purchase orders and sales orders.  Do you
20   see that?
21      A.   But we talked about --
22      Q.   I'm not asking what you talked
23   about.  I said do you see that this asset
24   purchase agreement covers sales orders and
25   purchase orders?
```

Page 17

                        ALEX ZHAO
1
2       A.    Yes.
3       Q.    Now what sales orders and
4    purchase orders are meant by -- are
5    covered by this asset purchase agreement,
6    is it sales order and purchase orders
7    dealing with TJ MAXX?
8            MR. CASSELL:  Objection.
9       Q.    You can answer.
10      A.    This is just what my buying their
11   shares is about.
12      Q.    That's not what it says.  There's
13   other agreements about shares but that's
14   not what this is about.  Do you understand
15   this is an asset purchase agreement for
16   sales orders and purchase orders, Mr.
17   Zhao?
18      A.    I didn't understand.
19      Q.    Let's go to page 2, if we can,
20   where it says production.  Very good.
21           Do you see Section 5, additional
22   obligations?  Were you the exclusive
23   supplier, was Fashion Leaf the exclusive
24   supplier for Ringer Jeans pursuant to this
25   agreement?

```
 1                    ALEX ZHAO
 2          MR. CASSELL:  Objection.
 3     A.    That's what is written.
 4     Q.    Did you intend to be the
 5  exclusive supplier for Ringer Jeans?
 6     A.    Yes.
 7     Q.    One of the requirements for being
 8  the exclusive supplier, let's read the
 9  next sentence, FLG which is Fashion Leaf
10  Garment, hereby agrees that it shall
11  follow the highest professional standards
12  in performing all production and
13  manufacturing services and that it's
14  price, quality and availability will be
15  equal or better than the current sourcing
16  team.
17          Do you see that?
18          MR. CASSELL:  Objection.
19     A.    Yes, I see it.
20     Q.    Do you see that this covers the
21  production produced under the seller and
22  RJA, which is Ringer Jeans, license for
23  MAXX Jeans and do you see MAXX Jeans being
24  TJ MAXX?
25          MR. CASSELL:  I can barely read
```

```
 1                    ALEX ZHAO
 2      it on my screen and I have a pretty
 3      large monitor.
 4           MR. NASH:  Make it a little
 5      bigger.
 6           MR. CASSELL:  Thank you.
 7      Q.   It's in 5.11, the products
 8   produced under seller and RJA licensed for
 9   MAXX Jeans; do you see that?  MAXX Jeans
10   is TJ MAXX, correct?
11      A.   That's not the case.
12      Q.   What is it?
13      A.   MAXX Jeans is a brand, TJ MAXX is
14   a store.
15      Q.   Absolutely.  But the brand MAXX
16   Jeans is sold in the TJ MAXX store,
17   correct?
18      A.   It's also sold elsewhere so you
19   cannot really say --
20      Q.   It's branded merchandise, Mr.
21   Zhao.  We're not going to play this game.
22   It's a MAXX branded label and it's sold at
23   TJ MAXX, correct?
24           MR. CASSELL:  Objection to
25      playing a game.  He answered your
```

```
                                      Page 20
 1                ALEX ZHAO
 2      question.  It's his understanding it's
 3      sold elsewhere.
 4      Q.   Where else is TJ MAXX branded
 5  goods sold?
 6           MR. CASSELL:  Actually, MAXX Jean
 7      is the product.
 8           MR. NASH:  Look it up.  It's a TJ
 9      MAXX label.
10      Q.   Other than TJ MAXX where are MAXX
11  Jeans products sold?
12      A.   I don't know that because Ringer
13  Jeans know that internally how many others
14  they sell to.
15      Q.   Do you know one other store that
16  Ringer Jeans sells MAXX Jeans branded
17  products other than to its TJ MAXX-type
18  store?
19      A.   Nordstrom Rack.
20      Q.   Let's go to paragraph 4, above
21  it.  Do you see where under this agreement
22  the purchaser which is your company
23  assumes and agrees to pay and perform any
24  and all liabilities incurred with respect
25  to the asset.
```

```
 1                   ALEX ZHAO
 2         Do you see that?
 3      A.   Yes, I see it.
 4      Q.   So did you understand that under
 5   this agreement you assumed all obligations
 6   owed to TJ MAXX?
 7           MR. CASSELL:  Objection.
 8           THE WITNESS:  I didn't
 9      understand.
10      Q.   It says on or after the closing
11   date.
12           Was there a closing date on this
13   agreement?
14      A.   I don't remember the date.
15      Q.   Did you pay any money in
16   connection with this asset purchase
17   agreement?
18      A.   Yes, partially.
19      Q.   What money did you pay and when?
20      A.   I paid money for me to have
21   shares.  I don't remember the date.
22      Q.   This is not the shares, this is
23   to buy the assets.  So did you pay any
24   money under this asset purchase agreement?
25      A.   I didn't pay for the assets, I
```

Page 22

                          ALEX ZHAO

 1
 2   paid to buy shares.
 3           MR. NASH:  Let's go back to your
 4       complaint, Exhibit 12, page 6.  Can we
 5       go there.  Go to paragraph 17.
 6       Q.   Are you familiar with the
 7   complaint that you filed, Mr. Zhao, in the
 8   federal court?
 9       A.   No.
10       Q.   Are you familiar with your own
11   lawsuit, Mr. Zhao?
12       A.   I gave it to the lawyer to deal
13   with it.
14       Q.   But do you know that you gave him
15   a purchase agreement that he has sued on,
16   are you aware of that, Mr. Zhao?
17       A.   Yes.
18       Q.   And that purchase agreement was
19   signed, correct?
20       A.   Yes.
21       Q.   And it says in the third line
22   that the purchase agreement covered
23   purchase orders and sales orders which are
24   defined as assets.  Do you see that
25   paragraph 17, third line?

```
 1                    ALEX ZHAO
 2        A.    Yes.
 3        Q.    So according to your own
 4    complaint, you did buy certain purchase
 5    orders and sales orders; is that correct?
 6    Or is your complaint wrong?
 7        A.    From the legal point of view, my
 8    lawyer is dealing with this.   But anyway,
 9    the money, you know --
10        Q.    That's not my question.   So
11    answer my question.   Is it correct as
12    stated in your complaint that you
13    purchased various purchase orders and
14    sales orders from Ringer Jeans?  Or is
15    that an incorrect statement in the
16    complaint?
17              MR. CASSELL:  Can the interpreter
18        finish the interpretation?  You can
19        move to strike, but she didn't even
20        finish what she said.
21              MR. NASH:  That wasn't my
22        question.
23              MR. CASSELL:  But the answer
24        wasn't interpreted.
25              THE INTERPRETER:  I didn't think
```

```
                                        Page 24
 1                    ALEX ZHAO
 2       he was talking more.
 3             MR. NASH:  That's what I
 4       understood also.  So ask him my
 5       question.
 6       A.    My understanding was that I
 7    bought shares.  The pecks (phonetic)
 8    reflects counsel's understanding so I am
 9    not refusing it.
10       Q.    I want to know if there was an
11    asset purchase agreement and whether or
12    not you bought purchase orders and sales
13    orders for $375,000.  That's a factual
14    question, it's either a yes or no, so give
15    me that answer please.
16       A.    Yes.
17       Q.    You did buy purchase orders?
18       A.    But I emphasize, yes, I agree
19    with what is written but my understanding
20    is I bought shares.
21       Q.    So there is notion that you
22    bought purchase orders and sales orders
23    for 375,000; that's incorrect in your
24    mind?
25             MR. CASSELL:  Objection.
```

```
 1                    ALEX ZHAO
 2            THE WITNESS:  375,000 is correct.
 3       Q.   So you bought sales orders and
 4   purchase orders for $375,000?
 5       A.   I paid 375,000.
 6       Q.   What did you pay for?
 7       A.   To become a shareholder.
 8       Q.   Let's move on to something else.
 9            MR. NASH:  If we could go back to
10       that big exhibit that we've been
11       looking at.  Let's go back to purchase
12       order 730 and 731.  That's good.
13       Q.   It says Fashion Leaf has a place
14   of business in Hong Kong; is that correct?
15       A.   Yes.
16       Q.   What offices are located in Hong
17   Kong?
18       A.   The address is listed.
19       Q.   What does Fashion Leaf have
20   there, a business office, what is that
21   location in Hong Kong?
22       A.   It's a physical office.
23       Q.   How many people work there?
24       A.   It's an office for communication
25   so there is just four people.
```

```
                                    Page 26
 1                  ALEX ZHAO
 2      Q.   And the office in Nanjing, China,
 3  how many people work there?
 4      A.   Twenty people.
 5      Q.   On PO 731, do you know what
 6  factory produce produced those goods?
 7      A.   I don't remember now.
 8      Q.   I asked you to go back to check
 9  your records.  Did you check your records
10  as to what factories produced what goods?
11          MR. CASSELL:  Objection.  I think
12      he provided the factory information
13      later in his deposition.
14          MR. NASH:  I know but he was
15      going to check as to which factories
16      produced which goods, that's my
17      recollection.
18      Q.   Did you do that, Mr. Zhao?
19      A.   We are only on money.  It's not
20  something that can be done in such a short
21  timeframe.  I would need more time to do
22  that.
23      Q.   Fair enough.  Let's go to PO 768.
24          Mr. Zhao, this is a PO to Aloha
25  Holding Corporation, it looks like in
```

```
 1                    ALEX ZHAO
 2   Samoa.  What does this have to do with
 3   this lawsuit?
 4        A.    Part of this Fashion Leaf
 5   produced the merchandise and also they
 6   were not paid for.
 7        Q.    Who is Aloha Holding Corporation?
 8        A.    A friend's company.
 9        Q.    So it's not your company,
10   correct?
11        A.    No, it's not mine.
12        Q.    What is your friend's name?
13        A.    L-I, and then first name,
14   Y-A-N-W-E-N.
15        Q.    And where does Mr. Lee live?
16        A.    In China.
17        Q.    And he has a company in Samoa?
18        A.    Yes, it's an oversees company.
19        Q.    So it's the island of Samoa in
20   the Pacific?
21        A.    I think so. It should be.
22        Q.    Where is Aloha Holding
23   Corporation, what type of business is
24   that?
25        A.    It's also a trading company.
```

1              ALEX ZHAO

2      Q.    Other than Mr. Lee being your

3  friend, what is the relationship between

4  Aloha Holding Corporation and Fashion

5  Leaf?

6      A.    Just this.  There is no other

7  relationship.

8      Q.    Is there an agreement where Aloha

9  assigned this purchase order to Fashion

10  Leaf?

11      A.    Yes.

12      Q.    Is that a written agreement?

13      A.    Yes.

14      Q.    Can you produce a copy of the

15  written agreement?

16      A.    Yeah, I can go back.

17      Q.    So Aloha has purchase orders 768,

18  which we have, 767 I think is the one

19  before that?  Do you see that, Mr. Zhao?

20      A.    Yes.

21      Q.    Is there an assignment agreement

22  for purchase order 767?

23      A.    Yes, I have.

24      Q.    Go to PO 769.  That's another

25  Aloha PO.  Is there an assignment

```
                                        Page 29
 1                    ALEX ZHAO
 2    agreement for 769?
 3         A.    Yes.
 4         Q.    How much did you pay for the
 5    assignment of the purchase orders?
 6         A.    What do you mean, sorry.
 7         Q.    What do I mean?  Did you pay any
 8    money to Aloha Holding Corporation to get
 9    rights to the purchase orders?
10         A.    No.
11         Q.    Why would Aloha give you an
12    assignment if you didn't pay any money?
13         A.    When the PO was produced, the
14    items were not given yet were.  Nobody
15    knew that Ringer Jeans would refuse to
16    pay.
17         Q.    But why would a company -- did
18    Aloha actually manufacture these goods or
19    cause them to be manufactured by other
20    factories?
21              MR. CASSELL:  Objection.
22              THE WITNESS:  These were all
23         produced by Fashion Leaf.
24    BY MR. NASH:
25         Q.    That's not my question.  Who made
```

```
 1                    ALEX ZHAO
 2   goods subject to these POs, was it Aloha
 3   or Fashion Leaf?
 4       A.   Fashion Leaf.
 5       Q.   Did you ask is Mr. As rack to
 6   issue a PO to Aloha because you wanted to
 7   deal with quotas in China?
 8       A.   It's because Ringer Jeans's
 9   credit is not enough.
10       Q.   What do you mean it's not enough?
11   It's not enough for Aloha or not enough
12   for Fashion Leaf, what do you mean it's
13   not enough?
14            MR. CASSELL:  Objection.
15       Q.   What do you mean its credit is
16   not enough?  Not enough for who, the
17   Chinese government?
18       A.   The detail I don't remember the
19   detail reason but I thought it was agreed
20   upon and then it was done that way.
21       Q.   What do you mean the detail
22   reason?  It was your requirement that the
23   purchase order be issued to another
24   company.
25       A.   That's not my sole decision; it's
```

```
 1                      ALEX ZHAO
 2   a decision which was discussed and agreed
 3   upon.
 4        Q.   Do you know what the word
 5   circumvent means, Mr. Zhao?
 6             MR. CASSELL:  Objection.
 7        Q.   Do you know what it means?
 8        A.   Yes.
 9        Q.   What does it mean, Mr. Zhao?
10             MR. CASSELL:  Objection.
11        Q.   What does it mean?
12        A.   I feel like for example your
13   style of question is a little bit like
14   circumvent.
15        Q.   Really?  So I'm evasive, Mr.
16   Zhao?
17             MR. CASSELL:  Objection.
18        Q.   So I'll get right to the point.
19   The multiple different purchase orders,
20   the different entities, what rules were
21   you trying to evade?  Your lender's rules,
22   China's rules, import quota rules, what
23   were you trying to evade?
24             MR. CASSELL:  Objection.
25        A.   These POs were issued because
```

1                    ALEX ZHAO

2  Ringer Jeans didn't have sufficient

3  credit.

4       Q.   Sufficient credit, who set that

5  standard, your lenders, the Chinese

6  government, the import requirements, the

7  quotas, who set the standard of credit?

8       A.   China import/export insurance

9  company.

10      Q.   So the China import/export set

11  various standards.  Ringer Jeans could not

12  buy all of its goods or couldn't issue PO

13  orders for all the goods so you had them

14  send PO orders to other companies that

15  were friendly to you; is that correct?

16      A.   Yes.

17      Q.   Let's look at PO 786.  This is to

18  a company called Nanjing Yinghan Company.

19  Do you know that company?

20      A.   Yes.

21      Q.   Whose company is that?

22      A.   It's mine.

23      Q.   You're the owner of that company?

24      A.   Yes.

25      Q.   And so you asked Ringer Jeans to

```
 1                    ALEX ZHAO
 2  issue POs to your other company called
 3  Nanjing Yinghan Garment; is that correct?
 4       A.   Right.
 5       Q.   That was to avoid the
 6  requirements of the China insurance
 7  company?
 8       A.   Yes.
 9            THE INTERPRETER:  Counsel, give
10       me ten seconds.  I have to open the
11       door.
12            MR. NASH:  If you want to take a
13       two minute break?  This let's come
14       back at 10:20.
15            (Off the record 10:14 p.m. to
16       10:23)
17  BY MR. NASH:
18       Q.   Mr. Zhao, let's get back to it.
19  Now, you say you own the company Nanjing
20  Yinghan Garment; is that correct?
21       A.   Yes.
22       Q.   What is the business of that
23  company?
24       A.   Fashion.
25       Q.   What do you mean fashion, what
```

```
                                     Page 34
 1                     ALEX ZHAO
 2   does it do?
 3        A.    Clothing.
 4        Q.    Does it make clothing, sell
 5   clothing, import clothing, export
 6   clothing, what type of clothing?
 7        A.    Export.
 8        Q.    How many employees does it have?
 9        A.    It's the same as Fashion Leaf,
10   it's just another name.
11        Q.    Is it the same employees?
12        A.    Right.
13        Q.    It is the same address?
14        A.    Different address.
15        Q.    Does it have an actual business
16   office?
17        A.    Yes.
18        Q.    And does it have an actual
19   physical office?
20        A.    Yes.
21        Q.    Is this company registered with
22   the Chinese government?
23        A.    Yes.
24        Q.    Why did you use this company with
25   the Ringer Jeans production?
```

```
 1                    ALEX ZHAO
 2      A.   It's the same issue, Ringer
 3  Jeans's credit.
 4      Q.   So you used it to circumvent the
 5  Chinese government's insurance
 6  requirements, correct?
 7           MR. CASSELL:  Objection.
 8           THE WITNESS:  Right.
 9      Q.   Now, what are the penalties if
10  you get caught circumventing the Chinese
11  requirements?
12      A.   But this is not like evading --
13      Q.   It sounds like evading to me but
14  what happens when you get caught doing
15  this?
16           MR. CASSELL:  Objection.  I don't
17      think he finished his answer.
18           THE INTERPRETER:  So the later
19      part he said utilizing the rules.
20      Q.   How is it utilizing the rules?
21      A.   Because with two companies you
22  can increase the credit.
23      Q.   But it's the same employee so if
24  this was brought to the attention of the
25  Chinese authorities, you don't think there
```

```
 1                        ALEX ZHAO
 2   would be any repercussions?
 3             MR. CASSELL:  Objection.  He
 4        doesn't have to answer that.  You are
 5        asking him to testify as to the
 6        mindset of Chinese authorities?
 7        Q.   You don't mind me inquiring of
 8   the Chinese authorities whether this
 9   violates any regulations?
10             MR. CASSELL:  Objection.  Is that
11        a question or a threat?
12             MR. NASH:  It's not threat.  I'm
13        asking him, he says it's within the
14        rules.  I doubt it.
15        Q.   If I make inquiry, you don't have
16   any problem with that, correct?
17             MR. CASSELL:  (Inaudible)
18        company's invoices.
19             MR. NASH:  It's okay.  We're not
20        in China, he is.
21             THE INTERPRETER:  I haven't
22        finished the question.
23        A.   Yes.
24        Q.   Yes what?
25             THE INTERPRETER:  By interpreter,
```

```
 1                    ALEX ZHAO
 2       I thought your question was can
 3       counsel go inquire with the authority
 4       in China.
 5       Q.    And the answer is I can?
 6       A.    Yes.
 7       Q.    Did Nanjing Yinghan Garment enter
 8   into an assignment agreement with Fashion
 9   Leaf?
10       A.    Yes.
11            MR. NASH:  I call for production
12       of all those assignment agreements.
13            MR. CASSELL:  Put it in writing.
14            MR. NASH:  It has been put in
15       writing in the original request, but
16       when we get the transcript I'll
17       reenforce that request.
18            MR. CASSELL:  Thank you.
19            MR. NASH:  Let's go to PO 820.
20       Q.    Now, this is to New Age Branding;
21   is that your company?
22       A.    No.
23       Q.    Whose company is New Age
24   Branding?
25       A.    I think it's Ringer Jeans'.
```

```
 1                    ALEX ZHAO
 2      Q.    Did Fashion Leaf do production
 3  for New Age Branding?
 4      A.    Yes.
 5      Q.    Did you get a PO from New Age
 6  Branding to Fashion Leaf?
 7      A.    Yes.
 8      Q.    That hasn't been produced so I
 9  call for production of all POs that
10  Fashion Leaf or any of its friendly
11  companies received from New Age Branding,
12  okay?
13      A.    Okay.
14           MR. NASH:  Can you scroll down a
15      little bit.  There is this type of
16      purchase order.  I think it's one of
17      the last document, if you can go to
18      that directory.
19      Q.    You see this purchase order, 883?
20  Do you recognize this?
21      A.    Yes.
22      Q.    Why is this form of purchase
23  order different from the others, is this
24  the one that's actually generated by
25  Ringer Jeans and the others are generated
```

```
 1                    ALEX ZHAO
 2   by you?
 3        A.   It's a different template so you
 4   have to ask Ringer Jeans's why.
 5        Q.   Did you get this from Ringer
 6   Jeans?
 7        A.   Yes.
 8        Q.   Was this purchase order filled?
 9        A.   Yes.
10        Q.   Do you know what factory the
11   goods were made, where they were made?
12        A.   Because there is too many POs.  I
13   have to keep checking.
14        Q.   Let's look at Exhibit 21.  We are
15   done with this stuff.
16             Do you recognize this document,
17   Mr. Zhao?
18             MR. CASSELL:  Note my objection.
19        You are showing him one page of a
20        37-page document.  He can answer,
21        that's fine.  I just want to note for
22        the record.
23        A.   I don't remember what this is.
24        Q.   Are you familiar with Ringer
25   Jeans Apparel, LLC?
```

```
 1                    ALEX ZHAO
 2      A.    I only know Ringer Jeans.
 3      Q.    You signed an agreement, go to
 4   the last page, page 31.  Is that your
 5   signature, Mr. Zhao?
 6      A.    Yes.
 7      Q.    So you signed this operating
 8   agreement for Ringer Jeans Apparel, LLC?
 9      A.    Yes.
10      Q.    And what is the difference
11   between Ringer Jeans Apparel LLC and
12   Ringer Jeans?
13      A.    I didn't notice before.  You have
14   to ask Ringer Jeans.
15      Q.    I'm asking you.  You signed this
16   agreement.  You became a member.  You
17   didn't know what you were becoming a
18   member in?
19            MR. CASSELL:  Objection.
20      A.    I know I'm a member.
21      Q.    So you're a member of Ringer
22   Jeans Apparel; is that correct?
23      A.    Right.
24      Q.    And you are not a member of
25   Ringer Jeans; is that correct?
```

```
                                              Page 41
 1                    ALEX ZHAO
 2           MR. CASSELL:  Objection.
 3           THE WITNESS:  When I signed I
 4      really didn't notice the difference
 5      between the two.
 6      Q.   Did you have a lawyer?
 7      A.   Yes.
 8      Q.   Who is your lawyer?
 9      A.   Bernie Fishman.
10      Q.   If you could, go to the next
11   page.  It says CTR Holdings.  That's your
12   company?
13      A.   Yes.
14      Q.   It said it started with a one
15   percent interest.  Do you see that?
16      A.   Yes.
17      Q.   What is your percent interest
18   today?
19      A.   I don't know.
20      Q.   Go to page 24, go up a little
21   bit.  Right there where it says CTR
22   purchases; do you see that?
23      A.   Yes.
24      Q.   This section of the agreement,
25   it's kind of misnumbered but it says CTR,
```

```
                                    Page 42
 1                  ALEX ZHAO
 2    your company, is permitted to make
 3    purchases commencing on March 1, 2018 and
 4    on the 15th calendar day of each month
 5    thereafter; do you see that?
 6        A.   Yes.
 7        Q.   Did CTR make purchases of
 8    additional membership interest?
 9        A.   No.
10        Q.   So you only have one percent, you
11    didn't buy anymore interest?
12        A.   I don't remember exactly how much
13    it was.
14        Q.   Do you have records on how much
15    you paid to buy interest in Ringer Jeans
16    Apparel?
17        A.   I have to go find the records.
18        Q.   Because under this agreement, you
19    were required to buy additional shares
20    every month until you reach 50 percent.
21    Did you do that?
22            MR. CASSELL:   Objection.
23        A.   I stopped it.
24        Q.   So when did you start it and when
25    did you stop it?
```

```
                                       Page 43
 1                    ALEX ZHAO
 2       A.    I have to look up the date, I
 3    don't remember.
 4       Q.    But you never reached 50 percent,
 5    correct?
 6       A.    Right.
 7       Q.    Let's go to page 4, all the way
 8    up again, page 4.  1.9, do you see the
 9    definition of CTR purchases?
10       A.    Yes.
11       Q.    It says the purchase price is
12    $75,000 for each 2.5 percent unit purchase
13    of class A membership.
14             Do you see that?
15       A.    Yes.
16       Q.    So how many of the units did you
17    actually buy?
18       A.    375,000.
19       Q.    So 375 would be at 75,000 a
20    piece?
21             THE INTERPRETER:  By interpreter,
22       he said $375,000.
23             MR. NASH:  I'm doing the math.
24       So if it's 75,000 for each 2.5 so 375
25       would be --
```

```
                                    Page 44
 1                    ALEX ZHAO
 2          MR. CASSELL:   12.5.
 3     Q.   So you say you own 12.5 percent
 4  interest?
 5     A.   Right.
 6     Q.   You never completed the
 7  transaction by buying 50 percent; is that
 8  correct?
 9     A.   I terminated it.
10     Q.   And you never actually
11  consummated the asset purchase agreement
12  attached to the complaint?
13     A.   Right.
14          MR. NASH:   Let's go to Exhibit
15     12.   This will be the last exhibit.
16     Can you go to last exhibit, please?
17     Q.   Mr. Zhao do you see this?
18     A.   Yes.
19     Q.   What are these things?
20     A.   I don't know.
21     Q.   Are these inspection reports of
22  the garments?
23     A.   That's what it looks like.
24     Q.   Do you have any knowledge about
25  these documents?
```

1                    ALEX ZHAO

2       A.    I don't remember them.

3       Q.    But somebody in your organization

4   prepared these inspection reports?

5       A.    Right, yes.

6       Q.    Do you know who that was?

7       A.    But everybody who did one report

8   could be different from the next one so I

9   have to check.

10      Q.    Please check.  I'm curious as to

11  the result where it says pass.  What does

12  that mean?

13      A.    So according to the AQL 2.5

14  national standard.

15      Q.    So if it has major defects and

16  minor defects, why would you give it a

17  passing grade?

18      A.    Because it's the international

19  standard does have a requirement major

20  versus minor and these are within the

21  accepted limit.

22      Q.    When does it become unacceptable

23  to have major defects?  I would think any

24  major defects would be unacceptable.  When

25  does it become acceptable?

```
 1                    ALEX ZHAO
 2       A.    If it's above 10 major.
 3       Q.    10 out of how many?  10 out of
 4   10, 10 out of 20, 10 out of 100; how many?
 5       A.    The reasons QR 2.5 so they track
 6   250 pieces so here you see the sample, the
 7   five is discovered within the 250.
 8       Q.    It says 200 pieces here, not 250.
 9       A.    It says as 245 to 200.
10       Q.    How many pieces were actually
11   inspected?
12       A.    If it's above 200 pieces then AQL
13   2.5 applies.
14       Q.    Where in the purchase order does
15   it say the AQL 2.5 applies?
16       A.    It's international standard so
17   you don't need to write it, everybody
18   knows it's a standard.
19       Q.    Do you have anything in writing
20   between you and Ringer Jeans where a,
21   quote, standard would apply where they
22   would accept major defects?
23            MR. CASSELL:  Objection.
24       A.    For every inspection report we
25   send to Ringer Jeans only if they accept,
```

```
 1                      ALEX ZHAO
 2    they will accept the goods.
 3        Q.   Do you have any proof that you
 4    sent these Fashion Leaf inspection reports
 5    to Ringer Jeans?
 6        A.   Yes.
 7             MR. NASH:   I call for production
 8        of that proof.
 9        Q.   When did you send those
10    inspection reports?
11        A.   I don't remember the time.
12        Q.   What is the difference between a
13    major defects and a minor defect?
14        A.   For every style there is
15    requirement.  If you want, I can send
16    those to you.
17        Q.   I'm asking what is the difference
18    between a major defect and a minor defect?
19        A.   Major are visible, which you can
20    see easily on the surface.  For the minor
21    ones, maybe less visible that you may not
22    be able to see.
23        Q.   Who makes the determination of
24    major or minor, you?
25        A.   It's not done by me.  We do it
```

```
                                        Page 48
 1                    ALEX ZHAO
 2   according to the standard.
 3       Q.   But who does it, is it an
 4   internal determination?  Who makes that
 5   determination?  Does someone at your
 6   company make that determination, whether
 7   it's visible or not?
 8       A.   Our QC did it according to the
 9   AQL standard.
10       Q.   Who was the person that did it?
11           MR. CASSELL:  Objection.
12       A.   I have to check who specifically
13   did this one.
14       Q.   Please check on all the you
15   Fashion Leaf reports, who made the
16   assessment.
17           Last question:  The rate column
18   is empty.  Why is that?
19       A.   If an item passes, this is empty.
20       Q.   How many items passed to make it
21   empty?  It doesn't indicate any number.
22   How many items passed if there is no
23   number indicated in the rate column?
24           MR. CASSELL:  Objection.
25           THE WITNESS:  If you look at the
```

Page 49

```
 1                    ALEX ZHAO
 2        accept row, it is within the limit,
 3        that column is empty.  If it's above,
 4        then there would be a rate.
 5             MR. NASH:  I have no further
 6        questions at this time.  I do have
 7        some outstanding document request.
 8        When I get the transcript, Mike, I
 9        will send them to you.  Vincent, do
10        you have any questions.
11             MR. FILARDO:  No, I don't have
12        anything.
13             MR. NASH:  Thank you everybody.
14             [Time Noted:  11:02 P.M.]
15

            _____
16                    ALEX ZHAO
17
     Subscribed and sworn to
18   before me this ____ day
     of _____, 20  .
19

20   _____
         Notary Public
21
22
23
24
25
```

Page 50

1

2                        CERTIFICATE

3

   STATE OF NEW YORK          )

4                             :   SS.:

   COUNTY OF ORANGE           )

5

6           I, SANDRA NOEL BARTELS, a Notary

7    Public for and within the State of New

8    York, do hereby certify:

9           That the witness whose

10   examination is hereinbefore set forth was

11   duly sworn and that such examination is a

12   true record of the testimony given by that

13   witness.

14           I further certify that I am not

15   related to any of the parties to this

16   action by blood or by marriage and that I

17   am in no way interested in the outcome of

18   this matter.

19           IN WITNESS WHEREOF, I have

20   hereunto set my hand this 24th day of

21   October 2022.

22           *Sandra N. Bartels*

23                    SANDRA NOEL BARTELS

24

25

Page 51

1

2             *** ERRATA SHEET ***

3   NAME OF CASE:  FASHION LEAF V RINGER JEANS

    DATE OF DEPOSITION:  OCTOBER 10, 2022

4   WITNESS:  ALEX ZHAO

5   PAGE LINE          FROM                 TO

    ____|____|_____|_____

6   ____|____|_____|_____

    ____|____|_____|_____

7   ____|____|_____|_____

    ____|____|_____|_____

8   ____|____|_____|_____

    ____|____|_____|_____

9   ____|____|_____|_____

    ____|____|_____|_____

10  ____|____|_____|_____

11                       _____

                             ALEX ZHAO

12

13

    Witness and sworn to before me

14  this ____ day of _____, 2022.

15

    _____  _____

16   (Notary Public)    My Commission Expires:

17

18

19

20

21

22

23

24

25

Page 52

1

2  --------------- I N D E X ---------------

3  WITNESS              EXAMINATION BY        PAGE

4  A. ZHAO              MR. NASH              3

5

6

7  --------------- EXHIBITS ---------------

8  EXHIBIT  DESCRIPTION                       PAGE

9  22          PURCHASE ORDERS                4

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[& - american]                                          Page 1

| & |
| --- |
| **&**   1:14 2:4,7 |

**0**

**03381**   1:7

**1**

**1**   42:3
**1.9**   43:8
**10**   1:21 46:2,3,3
46:4,4,4 51:3
**100**   46:4
**10036-5601**   2:12
**10110**   2:8
**10:14**   33:15
**10:20**   33:14
**10:23**   33:16
**11753**   2:5
**11:02**   49:14
**12**   22:4 44:15
**12.5**   44:3
**12.5.**   44:2
**14**   16:8,11,13
**1501**   2:12
**153**   2:4
**15th**   42:4
**17**   22:5,25
**19**   1:7

**2**

**2**   17:19
**2.5**   43:12,24
45:13 46:5,13,15
**20**   46:4 49:18
**200**   46:8,9,12
**2018**   11:14 12:8
12:10 15:23
16:3 42:3

**2019**   12:10
**2022**   1:21 50:21
51:3,14
**21**   39:14
**22**   4:4,5 52:9
**22nd**   2:12
**24**   41:20
**245**   46:9
**24th**   50:20
**250**   46:6,7,8

**3**

**3**   52:4
**31**   40:4
**37**   39:20
**375**   43:19,24
**375,000**   24:13,23
25:2,4,5 43:18
43:22

**4**

**4**   20:20 43:7,8
52:9
**4154**   50:22

**5**

**5**   14:2,25 17:21
**5.11**   19:7
**50**   42:20 43:4
44:7
**500**   2:4,8
**50th**   2:8

**6**

**6**   22:4

**7**

**728**   7:12 8:9
**730**   11:5,6 25:12
**731**   25:12 26:5

**75,000**   43:12,19
43:24
**767**   28:18,22
**768**   26:23 28:17
**769**   28:24 29:2
**786**   32:17

**8**

**820**   37:19
**883**   38:19

**9**

**9:00**   1:21

**a**

**able**   47:22
**absolutely**   19:15
**accept**   15:13
46:22,25 47:2
49:2
**acceptable**   45:25
**acceptance**
14:11
**accepted**   5:11,16
45:21
**accurate**   14:22
**action**   50:16
**actual**   12:20
34:15,18
**additional**   17:21
42:8,19
**address**   25:18
34:13,14
**age**   1:9,17 37:20
37:23 38:3,5,11
**ago**   4:17
**agree**   24:18
**agreed**   30:19
31:2

**agreement**   16:14
16:18,24 17:5,15
17:25 20:21
21:5,13,17,24
22:15,18,22
24:11 28:8,12,15
28:21 29:2 37:8
40:3,8,16 41:24
42:18 44:11
**agreements**
17:13 37:12
**agrees**   18:10
20:23
**alc**   1:7
**alex**   1:23 3:1 4:1
5:1 6:1 7:1 8:1
9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1,16
51:4,11
**aloha**   26:24 27:7
27:22 28:4,8,17
28:25 29:8,11,18
30:2,6,11
**america**   8:13,14
**american**   9:3

**amount** 12:11
**anhui** 1:14
**answer** 17:9
  23:11,23 24:15
  35:17 36:4 37:5
  39:20
**answered** 19:25
**answers** 3:4
**anymore** 42:11
**anyway** 23:8
**apparel** 1:8,9,11
  39:25 40:8,11,22
  42:16
**appearing** 1:23
**applies** 46:13,15
**apply** 46:21
**appreciate** 4:2
**appropriate**
  11:23
**approval** 14:15
**approved** 14:10
  14:25 15:2,3
**aql** 45:13 46:12
  46:15 48:9
**asked** 26:8 32:25
**asking** 11:20
  16:22 36:5,13
  40:15 47:17
**assessment**
  48:16
**asset** 16:17,23
  17:5,15 20:25
  21:16,24 24:11
  44:11
**assets** 15:24 16:4
  16:7,18 21:23,25
  22:24

**assigned** 28:9
**assignment**
  28:21,25 29:5,12
  37:8,12
**assume** 5:25
**assumed** 21:5
**assumes** 20:23
**assuming** 3:20
**attached** 44:12
**attention** 35:24
**attorney** 6:5
**authorities**
  35:25 36:6,8
**authority** 37:3
**availability**
  18:14
**avenue** 2:8
**avoid** 33:5
**aware** 22:16
**azrak** 1:12

**b**

**back** 16:9 22:3
  25:9,11 26:8
  28:16 33:14,18
**barely** 18:25
**bartels** 1:24 50:6
  50:23
**batch** 3:12
**bates** 13:11
**becoming** 40:17
**believe** 4:16
  13:19
**belongs** 9:23
**bernie** 41:9
**better** 18:15
**big** 25:10

**bigger** 19:5
**bill** 12:15,16
**billing** 13:4
**bills** 12:3
**bit** 31:13 38:15
  41:21
**blood** 50:16
**bm** 1:7
**bought** 24:7,12
  24:20,22 25:3
**brand** 19:13,15
**branded** 19:20
  19:22 20:4,16
**branding** 1:9,17
  37:20,24 38:3,6
  38:11
**break** 33:13
**broadway** 2:4,12
**brought** 35:24
**business** 8:15,20
  8:21 25:14,20
  27:23 33:22
  34:15
**buy** 15:24 16:4
  21:23 22:2 23:4
  24:17 32:12
  42:11,15,19
  43:17
**buying** 17:10
  44:7

**c**

**c** 2:2 3:2
**calendar** 42:4
**call** 7:9 10:6,13
  10:23 12:4 13:3
  37:11 38:9 47:7

**called** 3:6 10:24
  32:18 33:2
**cancel** 15:8
**case** 1:6 19:11
  51:3
**cassell** 2:4,5 3:19
  5:6,20 6:3 7:5
  10:15 11:2,19
  13:5,15,20 17:8
  18:2,18,25 19:6
  19:24 20:6 21:7
  23:17,23 24:25
  26:11 29:21
  30:14 31:6,10,17
  31:24 35:7,16
  36:3,10,17 37:13
  37:18 39:18
  40:19 41:2
  42:22 44:2
  46:23 48:11,24
**caught** 35:10,14
**cause** 29:19
**certain** 23:4
**certificate** 50:2
**certified** 2:16
**certify** 50:8,14
**charles** 1:12 2:9
**check** 26:8,9,15
  45:9,10 48:12,14
**checking** 39:13
**china** 1:23 9:10
  26:2 27:16 30:7
  32:8,10 33:6
  36:20 37:4
**china's** 31:22
**chinese** 30:17
  32:5 34:22 35:5
  35:10,25 36:6,8

circumvent   31:5
  31:14 35:4
circumventing
  35:10
claims   9:14
class   43:13
client   6:7 8:20
close   11:5
closing   21:10,12
clothes   8:25
clothing   8:16
  34:3,4,5,5,6,6
colortree   8:10
  8:12,15,18,19,22
  9:13,17 10:2
column   48:17,23
  49:3
come   16:9 33:13
commencing
  42:3
commission
  51:16
communication
  25:24
companies   32:14
  35:21 38:11
company   8:13
  8:14 9:3,4 20:22
  27:8,9,17,18,25
  29:17 30:24
  32:9,18,18,19,21
  32:23 33:2,7,19
  33:23 34:21,24
  37:21,23 41:12
  42:2 48:6
company's   36:18
compel   13:21,23

complaint   22:4,7
  23:4,6,12,16
  44:12
complete   7:3
completed   44:6
concierge   2:17
  6:10
confirm   14:11
connection
  21:16
consummated
  44:11
continued   1:22
contract   15:23
  16:4
control   15:3
copy   3:17 28:14
corey   2:17 3:11
  3:25 6:8
corporation
  26:25 27:7,23
  28:4 29:8
correct   5:14,17
  6:7 9:18,21
  15:16,20 19:10
  19:17,23 22:19
  23:5,11 25:2,14
  27:10 32:15
  33:3,20 35:6
  36:16 40:22,25
  43:5 44:8
counsel   4:14 6:7
  33:9 37:3
counsel's   24:8
county   50:4
couple   4:11
course   12:13,19

court   1:2 2:16
  22:8
cover   5:10,13,17
covered   13:9
  17:5 22:22
covers   16:24
  18:20
create   6:23
credit   30:9,15
  32:3,4,7 35:3,22
ctr   1:4 41:11,21
  41:25 42:7 43:9
curious   45:10
current   18:15
customers   5:12
  5:12
cv   1:7

**d**

d   52:2
date   21:11,12,14
  21:21 43:2 51:3
dated   12:8
day   42:4 49:18
  50:20 51:14
deal   22:12 30:7
dealing   17:7
  23:8
decision   30:25
  31:2
defect   47:13,18
  47:18
defects   45:15,16
  45:23,24 46:22
  47:13
defendants   1:13
  1:19

defined   22:24
definitely   13:9
definition   43:9
deliver   9:6
delivered   12:9
delivery   10:9
  12:2,18 14:16,20
demand   13:6,9
  13:10,16,19
demands   11:2
deposition   1:22
  13:8 26:13 51:3
described   16:18
description   52:8
designated   15:17
detail   30:18,19
  30:21
determination
  47:23 48:4,5,6
develop   7:18
developed   7:22
died   13:18
difference   8:17
  40:10 41:4
  47:12,17
different   8:20
  31:19,20 34:14
  38:23 39:3 45:8
direct   4:7
directory   38:18
discovered   46:7
discovery   10:16
  12:21
discussed   31:2
dispute   12:9
district   1:2,2
document   7:24
  7:25 11:7 38:17

39:16,20 49:7
**documentation**
14:21 15:4
**documents** 10:7
10:14,19 44:25
**doing** 35:14
43:23
**door** 33:11
**doubt** 36:14
**duly** 3:2,7 50:11

**e**

**e** 1:9 2:2,2 3:2,6
3:20 27:14 52:2
**earlier** 10:25
**easily** 47:20
**eiber** 2:16
**either** 24:14
**emphasize** 24:18
**employee** 35:23
**employees** 34:8
34:11
**empty** 48:18,19
48:21 49:3
**english** 3:3,5
**enter** 15:23 16:3
37:7
**entered** 16:6
**entities** 31:20
**equal** 18:15
**errata** 51:2
**esq** 2:5,9,9,13
**essentials** 1:10
1:10
**establish** 12:4
**evade** 31:21,23
**evading** 35:12
35:13

**evasive** 31:15
**everybody** 45:7
46:17 49:13
**evidence** 10:2
**exactly** 11:22
42:12
**examination** 4:7
50:10,11 52:3
**examined** 3:8
**example** 31:12
**exceed** 14:24
**exclusive** 17:22
17:23 18:5,8
**exhibit** 4:3,5
16:8,11,13 22:4
25:10 39:14
44:14,15,16 52:8
**exhibits** 52:7
**expired** 10:17
**expires** 51:16
**export** 1:14 32:8
32:10 34:5,7
**extent** 12:23

**f**

**facility** 15:20
**factories** 26:10
26:15 29:20
**factory** 14:10
26:6,12 39:10
**factual** 24:13
**fair** 5:9 26:23
**familiar** 4:13
16:10 22:6,10
39:24
**fashion** 1:4 8:18
8:23,24,25 9:13
9:22,24 10:3

11:12 17:23
18:9 25:13,19
27:4 28:4,9
29:23 30:3,4,12
33:24,25 34:9
37:8 38:2,6,10
47:4 48:15 51:3
**fashions** 1:11,18
**federal** 22:8
**feel** 31:12
**fifth** 2:8
**figure** 13:23
**filardo** 2:9 3:24
49:11
**file** 6:4,19,21
11:5
**filed** 22:7
**filled** 39:8
**find** 42:17
**fine** 10:20 39:21
**finish** 23:18,20
**finished** 14:23
35:17 36:22
**finkel** 2:11
**first** 6:10 7:11
8:9 27:13
**fishman** 6:24
13:2,18 41:9
**five** 46:7
**flg** 18:9
**floor** 2:8,12
**follow** 18:11
**follows** 3:10
**form** 38:22
**forth** 13:11
50:10
**four** 25:25

**friend** 28:3
**friend's** 27:8,12
**friendly** 32:15
38:10
**further** 49:5
50:14

**g**

**gabriel** 1:11
**game** 19:21,25
**garment** 1:4
14:10 18:10
33:3,20 37:7
**garments** 1:14
9:2 44:22
**gather** 4:18,19
**generated** 38:24
38:25
**give** 24:14 29:11
33:9 45:16
**given** 29:14
50:12
**go** 7:11 14:2
17:19 20:20
22:3,5,5 25:9,11
26:8,23 28:16,24
37:3,19 38:17
40:3 41:10,20,20
42:17 43:7
44:14,16
**going** 4:10 10:23
19:21 26:15
**goldberg** 2:11
**goldstein** 2:11
**good** 17:20
25:12
**goods** 9:6,7,9,23
10:3,8,10 11:16

12:5,9,12 14:23
15:8,14 20:5
26:6,10,16 29:18
30:2 32:12,13
39:11 47:2
**government**
30:17 32:6
34:22
**government's**
35:5
**grade** 45:17

**h**

**h** 3:6
**hand** 50:20
**happens** 35:14
**helped** 4:21,22
**hereinbefore**
50:10
**hereunto** 50:20
**highest** 18:11
**hogan** 2:4
**holding** 26:25
27:7,22 28:4
29:8
**holdings** 1:4
41:11
**hong** 25:14,16
25:21

**i**

**idea** 5:21
**identification**
4:6
**identify** 7:14
11:7
**import** 1:14
31:22 32:6,8,10
34:5

**imported** 9:10
**inaudible** 11:21
36:17
**included** 9:16
**incorrect** 23:15
24:23
**increase** 35:22
**incurred** 20:24
**independent**
8:19
**indicate** 13:12
13:14 48:21
**indicated** 48:23
**individual** 6:13
**information**
26:12
**inquire** 37:3
**inquiring** 36:7
**inquiry** 36:15
**inspected** 46:11
**inspection** 44:21
45:4 46:24 47:4
47:10
**insurance** 32:8
33:6 35:5
**intend** 18:4
**interest** 41:15,17
42:8,11,15 44:4
**interested** 50:17
**internal** 48:4
**internally** 7:23
20:13
**international**
45:18 46:16
**interpret** 3:3
**interpretation**
23:18

**interpreted**
23:24
**interpreter** 2:16
3:9 15:25 23:17
23:25 33:9
35:18 36:21,25
36:25 43:21,21
**intervenor** 1:15
1:19
**invoice** 12:16
**invoices** 12:21
13:4 36:18
**island** 27:19
**issue** 12:19 30:6
32:12 33:2 35:2
**issued** 11:13
30:23 31:25
**item** 48:19
**items** 29:14
48:20,22

**j**

**j** 3:2,2
**jean** 20:6
**jeans** 1:8,8 5:2
5:19 7:4,17,20
7:21 8:2,4,5 9:6
10:4 11:11,18
12:17 14:5 15:7
15:13,15,17,18
15:24 16:5
17:24 18:5,22,23
18:23 19:9,9,13
19:16 20:11,13
20:16,16 23:14
29:15 32:2,11,25
34:25 37:25
38:25 39:6,25

40:2,8,11,12,14
40:22,25 42:15
46:20,25 47:5
51:3
**jeans's** 30:8 35:3
39:4
**jericho** 2:5
**jessica** 2:16
**ju** 2:16

**k**

**keep** 39:13
**kevin** 2:13
**kind** 41:25
**king** 2:7
**knew** 29:15
**know** 5:15 10:16
12:25 15:5,21,22
20:12,13,15
22:14 23:9
24:10 26:5,14
31:4,7 32:19
39:10 40:2,17,20
41:19 44:20
45:6
**knowledge** 44:24
**knows** 46:18
**kong** 25:14,17
25:21

**l**

**l** 3:6 27:13
**label** 19:22 20:9
**lading** 12:3
**large** 19:3
**lawsuit** 9:12,13
9:18,21 22:11
27:3

**lawyer** 22:12
  23:8 41:6,8
**leaf** 1:4 8:18
  9:22,24 10:3
  11:12 17:23
  18:9 25:13,19
  27:4 28:5,10
  29:23 30:3,4,12
  34:9 37:9 38:2,6
  38:10 47:4
  48:15 51:3
**leaf's** 9:14
**lee** 27:15 28:2
**legal** 23:7
**lender's** 31:21
**lenders** 32:5
**liabilities** 20:24
**liability** 15:9
**license** 18:22
**licensed** 19:8
**limit** 45:21 49:2
**limited** 1:11,18
**line** 22:21,25
  51:5
**list** 6:12,15,17,23
  7:2,3,6 14:22
**listed** 25:18
**little** 19:4 31:13
  38:15 41:20
**live** 27:15
**llc** 1:8,8,9,9,10
  1:10,11,11,17,18
  39:25 40:8,11
**llp** 2:11
**load** 3:16,25 4:9
**located** 1:23
  25:16

**location** 25:21
**long** 13:17
**look** 16:8 20:8
  32:17 39:14
  43:2 48:25
**looking** 7:2
  25:11
**looks** 26:25
  44:23

**m**

**mail** 3:20
**major** 45:15,19
  45:23,24 46:2,22
  47:13,18,19,24
**mallesons** 2:7
**mandarin** 2:16
  3:4,5
**manufacture** 9:2
  9:4 29:18
**manufactured**
  29:19
**manufacturing**
  18:13
**march** 11:13
  12:8,10 42:3
**mark** 4:3
**marked** 4:6
**marriage** 50:16
**materials** 5:10
**math** 43:23
**matter** 50:18
**maxx** 15:20 17:7
  18:23,23,24 19:9
  19:9,10,13,13,15
  19:16,22,23 20:4
  20:6,9,10,10,16
  20:17 21:6

**mcmillan** 2:17
**mean** 8:24 11:24
  29:6,7 30:10,12
  30:15,21 31:9,11
  33:25 45:12
**means** 31:5,7
**meant** 17:4
**member** 40:16
  40:18,20,21,24
**membership**
  42:8 43:13
**merchandise**
  19:20 27:5
**met** 15:10,11
**michael** 2:5
**middle** 13:7
**mike** 3:17 12:23
  49:8
**mind** 24:24 36:7
**mindset** 36:6
**mine** 27:11
  32:22
**minor** 45:16,20
  47:13,18,20,24
**minus** 14:25
**minute** 33:13
**misnumbered**
  41:25
**money** 21:15,19
  21:20,24 23:9
  26:19 29:8,12
**monitor** 19:3
**month** 42:4,20
**months** 12:12
**motion** 10:21
  13:21,22
**move** 23:19 25:8

**multiple** 31:19

**n**

**n** 2:2,4 27:14,14
  52:2
**name** 9:12 27:12
  27:13 34:10
  51:3
**nanjing** 26:2
  32:18 33:3,19
  37:7
**nash** 2:13 3:11
  3:16,22,25 4:8
  5:8,23 6:8,14,16
  7:7 10:6,13,18
  11:4 12:23 13:7
  13:17,22 14:7
  19:4 20:8 22:3
  23:21 24:3 25:9
  26:14 29:24
  33:12,17 36:12
  36:19 37:11,14
  37:19 38:14
  43:23 44:14
  47:7 49:5,13
  52:4
**national** 45:14
**need** 26:21 46:17
**never** 43:4 44:6
  44:10
**new** 1:2,9,10,10
  1:17,25 2:5,8,8
  2:12,12 37:20,23
  38:3,5,11 50:3,7
**noel** 1:24 50:6
  50:23
**nordstrom** 20:19

**notary** 1:24 3:8
  49:20 50:6
  51:16
**note** 5:6,20
  39:18,21
**noted** 49:14
**notice** 40:13
  41:4
**notion** 24:21
**november** 12:10
**number** 48:21
  48:23

**o**

**o** 3:6
**objection** 3:21
  5:6,20 7:5 11:19
  17:8 18:2,18
  19:24 21:7
  24:25 26:11
  29:21 30:14
  31:6,10,17,24
  35:7,16 36:3,10
  39:18 40:19
  41:2 42:22
  46:23 48:11,24
**obligations**
  17:22 21:5
**october** 1:21
  50:21 51:3
**office** 3:11 25:20
  25:22,24 26:2
  34:16,19
**offices** 25:16
**okay** 4:12 36:19
  38:12,13
**ones** 8:6 47:21

**open** 33:10
**operating** 40:7
**orange** 50:4
**order** 5:18 6:11
  7:12,22,23 8:3
  9:6,11 17:6
  25:12 28:9,22
  30:23 38:16,19
  38:23 39:8
  46:14
**orders** 3:12 4:5
  4:14,19 5:2,10
  5:13,22 6:6,18
  7:4 14:4 16:19
  16:19,24,25 17:3
  17:4,6,16,16
  22:23,23 23:5,5
  23:13,14 24:12
  24:13,17,22,22
  25:3,4 28:17
  29:5,9 31:19
  32:13,14 52:9
**organization**
  45:3
**original** 37:15
**outcome** 50:17
**outstanding** 49:7
**overages** 14:24
**oversees** 27:18
**owed** 21:6
**owner** 32:23

**p**

**p** 2:2,2
**p.m.** 1:21 33:15
  49:14
**pacific** 27:20

**packing** 14:22
**page** 14:2 17:19
  22:4 39:19,20
  40:4,4 41:11,20
  43:7,8 51:5 52:3
  52:8
**paid** 12:12 21:20
  22:2 25:5 27:6
  42:15
**paragraph** 20:20
  22:5,25
**part** 9:11,20
  14:16,20 15:2
  27:4 35:19
**partially** 21:18
**participants**
  1:23
**parties** 50:15
**party** 9:15
**pass** 45:11
**passed** 48:20,22
**passes** 48:19
**passing** 14:21
  45:17
**pay** 9:16 20:23
  21:15,19,23,25
  25:6 29:4,7,12
  29:16
**pdfs** 6:13
**pecks** 24:7
**penalties** 35:9
**people** 4:23
  25:23,25 26:3,4
**percent** 14:25
  41:15,17 42:10
  42:20 43:4,12
  44:3,7

**perform** 20:23
**performing**
  18:12
**period** 10:17
**permitted** 42:2
**person** 48:10
**phonetic** 24:7
**physical** 25:22
  34:19
**piece** 43:20
**pieces** 46:6,8,10
  46:12
**place** 25:13
**plaintiff** 1:15
  9:17
**plaintiffs** 1:5
**play** 19:21
**playing** 19:25
**please** 13:14
  24:15 44:16
  45:10 48:14
**plus** 14:25
**po** 4:24 7:11,19
  9:22,25 11:5,11
  11:17 26:5,23,24
  28:24,25 29:13
  30:6 32:12,14,17
  37:19 38:5
**point** 23:7 31:18
**pos** 8:4 30:2
  31:25 33:2 38:9
  39:12
**predates** 12:11
**prepared** 45:4
**present** 2:15
**presumably** 6:5
**pretty** 19:2

price   18:14
  43:11
prior   6:5 14:10
  14:23
problem   36:16
produce   7:17 8:5
  10:19,21 12:20
  12:24 13:13
  26:6 28:14
produced   12:25
  13:3,12,24,25
  18:21 19:8 26:6
  26:10,16 27:5
  29:13,23 38:8
product   20:7
production   10:6
  10:13,23,24 13:3
  17:20 18:12,21
  34:25 37:11
  38:2,9 47:7
products   19:7
  20:11,17
professional
  18:11
proof   47:3,8
provided   26:12
public   1:24 3:8
  49:20 50:7
  51:16
purchase   3:12
  4:5,14,18,25
  5:10,18,22 6:6
  6:11,18 7:3,12
  7:21 8:2 9:5,11
  14:4 16:17,19,24
  16:25 17:4,5,6
  17:15,16 21:16
  21:24 22:15,18

22:22,23 23:4,13
  24:11,12,17,22
  25:4,11 28:9,17
  28:22 29:5,9
  30:23 31:19
  38:16,19,22 39:8
  43:11,12 44:11
  46:14 52:9
purchased   23:13
purchaser   20:22
purchases   41:22
  42:3,7 43:9
purchasing   16:7
pursuant   17:24
put   5:24 6:8 11:2
  37:13,14

## q

qc   14:21 48:8
qr   46:5
quality   15:3
  18:14
question   9:8
  20:2 23:10,11,22
  24:5,14 29:25
  31:13 36:11,22
  37:2 48:17
questions   3:3
  4:11 49:6,10
quota   31:22
quotas   30:7 32:7
quote   46:21

## r

r   2:2
rack   20:19 30:5
rate   48:17,23
  49:4

reach   42:20
reached   43:4
read   18:8,25
really   19:19
  31:15 41:4
reason   12:7
  30:19,22
reasons   46:5
receipts   11:24
received   3:14
  5:2,18 7:4,19
  11:17 14:9
  38:11
recognize   14:3
  38:20 39:16
recollection
  26:17
record   6:3 33:15
  39:22 50:12
records   26:9,9
  42:14,17
reenforce   37:17
reflects   24:8
refuse   15:8
  29:15
refusing   24:9
registered   34:21
regulations   36:9
rejected   5:12,16
related   50:15
relationship   5:5
  28:3,7
release   14:11
remember   4:23
  6:25 7:10 11:25
  12:22 21:14,21
  26:7 30:18
  39:23 42:12

43:3 45:2 47:11
remote   1:22
remotely   1:23
repeat   15:25
repercussions
  36:2
report   45:7
  46:24
reporter   1:24
reports   44:21
  45:4 47:4,10
  48:15
request   10:15
  37:15,17 49:7
required   15:18
  42:19
requirement
  30:22 45:19
  47:15
requirements
  15:12 18:7 32:6
  33:6 35:6,11
reserved   15:7
respect   20:24
result   45:11
right   4:17 5:3,23
  6:22 8:8,11 9:19
  15:7 31:18 33:4
  34:12 35:8
  40:23 41:21
  43:6 44:5,13
  45:5
rights   29:9
ringer   1:8,8 5:2
  5:19 7:4,17,20
  7:21 8:2,4,5 9:6
  10:4 11:11,18
  12:17 14:5 15:7

15:13,15,17,18
15:24 16:4
17:24 18:5,22
20:12,16 23:14
29:15 30:8 32:2
32:11,25 34:25
35:2 37:25
38:25 39:4,5,24
40:2,8,11,12,14
40:21,25 42:15
46:20,25 47:5
51:3
**ringerjeans** 1:9
**rja** 18:22 19:8
**row** 49:2
**rules** 31:20,21
31:22,22 35:19
35:20 36:14

**s**

**s** 2:2 3:2,2
**sale** 14:13 15:7
**sales** 16:19,24
17:3,6,16 22:23
23:5,14 24:12,22
25:3
**samoa** 27:2,17
27:19
**sample** 46:6
**samples** 14:9,16
**sandra** 1:24 50:6
50:23
**says** 16:17 17:12
17:20 21:10
22:21 25:13
36:13 41:11,21
41:25 43:11
45:11 46:8,9

**schedule** 7:8
**screen** 4:10 5:24
6:9,11 19:2
**scroll** 38:14
**seconds** 33:10
**section** 17:21
41:24
**see** 6:17,20 7:12
8:10 11:14
13:20 15:6
16:20,23 17:21
18:17,19,20,23
19:9 20:21 21:2
21:3 22:24
28:19 38:19
41:15,22 42:5
43:8,14 44:17
46:6 47:20,22
**sell** 20:14 34:4
**seller** 18:21 19:8
**sells** 20:16
**send** 3:12 7:18
10:15 12:16
13:5,8,15 32:14
46:25 47:9,15
49:9
**sent** 3:17,21 4:14
4:24 5:22,25,25
6:4,6 8:2,7 14:5
47:4
**sentence** 18:9
**series** 4:13
**services** 18:13
**set** 32:4,7,10
50:10,20
**shareholder**
25:7

**shares** 16:6,15
17:11,13 21:21
21:22 22:2 24:7
24:20 42:19
**sheet** 51:2
**shipment** 14:11
15:8
**shipments** 5:11
**shipped** 11:17
15:14,15
**shipping** 10:9
12:2,4
**short** 26:20
**shortages** 14:24
**show** 10:9
**showing** 39:19
**signature** 40:5
50:22
**signed** 22:19
40:3,7,15 41:3
**significant** 12:11
**sold** 10:3 19:16
19:18,22 20:3,5
20:11
**sole** 30:25
**somebody** 4:19
45:3
**sorry** 29:6
**sounds** 35:13
**sourcing** 18:15
**southern** 1:2
**specifically**
48:12
**ss** 50:4
**staff** 4:21,22
**stamped** 13:11
**standard** 32:5,7
45:14,19 46:16

46:18,21 48:2,9
**standards** 18:11
32:11
**start** 5:4 6:14
42:24
**started** 41:14
**state** 1:25 50:3,7
**stated** 23:12
**statement** 23:15
**states** 1:2 10:11
**stenographic**
1:24
**stenographically**
1:24
**stop** 42:25
**stopped** 42:23
**store** 19:14,16
20:15,18
**strike** 10:22
23:19
**stuff** 13:11 39:15
**style** 31:13 47:14
**subject** 11:16
30:2
**submitted** 14:22
**subscribed**
49:17
**sued** 22:15
**sufficient** 32:2,4
**suite** 2:4
**supplier** 17:23
17:24 18:5,8
**sure** 10:24
**surface** 47:20
**sworn** 3:2,7
49:17 50:11
51:13

| t | tj  15:20 17:7 | unit  43:12 | whereof  50:19 |
|---|---|---|---|
| take  9:5 33:12 | 18:24 19:10,13 | united  1:2 10:11 | witness  3:7,14 |
| taken  1:24 | 19:16,23 20:4,8 | units  43:16 | 5:7 11:20 21:8 |
| talked  16:21,22 | 20:10,17 21:6 | unload  14:23 | 25:2 29:22 35:8 |
| talking  24:2 | today  3:13 41:18 | use  34:24 | 41:3 48:25 50:9 |
| team  18:16 | total  4:3 | utilizing  35:19 | 50:13,19 51:4,13 |
| tell  12:25 | track  46:5 | 35:20 | 52:3 |
| template  39:3 | trading  9:4 | | wizenfeld  2:9 |
| ten  33:10 | 27:25 | **v** | wood  2:7 |
| term  7:6 | transaction  44:7 | v  1:6,16 51:3 | word  31:4 |
| terminated  44:9 | transcript  37:16 | various  15:24 | work  25:23 26:3 |
| terms  14:4,8,13 | 49:8 | 16:4 23:13 | write  46:17 |
| 14:17,20 15:6,9 | translations | 32:11 | writing  10:16 |
| testified  3:9 | 2:16 | veritext  2:17 | 11:3 37:13,15 |
| testify  36:5 | true  50:12 | versus  5:16 | 46:19 |
| testimony  50:12 | trying  7:24 | 45:20 | written  13:5,8 |
| thank  19:6 37:18 | 13:23 31:21,23 | video  1:22,23 | 13:10,15 18:3 |
| 49:13 | twenty  26:4 | view  23:7 | 24:19 28:12,15 |
| things  11:25 | two  33:13 35:21 | vince  3:23 | wrong  23:6 |
| 44:19 | 41:5 | vincent  2:9 49:9 | wrote  8:6 |
| think  7:16 23:25 | type  8:21 20:17 | violates  36:9 | **x** |
| 26:11 27:21 | 27:23 34:6 | visible  47:19,21 | x  3:6 52:2 |
| 28:18 35:17,25 | 38:15 | 48:7 | |
| 37:25 38:16 | types  5:13 | **w** | **y** |
| 45:23 | **u** | w  27:14 | y  27:14 |
| third  22:21,25 | u  3:2 | want  5:23 6:10 | yeah  28:16 |
| thought  30:19 | unacceptable | 7:8 10:20,22 | years  4:17 |
| 37:2 | 45:22,24 | 24:10 33:12 | yinghan  32:18 |
| threat  36:11,12 | understand  7:24 | 39:21 47:15 | 33:3,20 37:7 |
| three  4:17 | 9:25 10:18 14:8 | wanted  30:6 | york  1:2,10,10 |
| ticket  10:9,9 | 14:12,19 15:11 | warehouse | 1:25 2:5,8,8,12 |
| tickets  12:3 | 17:14,18 21:4,9 | 15:16,18,20 | 2:12 50:3,8 |
| time  12:18 13:17 | understanding | way  3:18 10:25 | **z** |
| 26:21 47:11 | 20:2 24:6,8,19 | 11:24 30:20 | z  1:9 3:6 |
| 49:6,14 | understood | 43:7 50:17 | zeitouni  1:12 |
| timeframe  26:21 | 14:15 15:19 | we've  25:10 | zhao  1:23 3:1 |
| titles  6:19,20 | 24:4 | weprin  2:11 | 4:1,10 5:1 6:1 |
| | | | 6:17 7:1,15 8:1 |

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.