1                                                    1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    ------------------------------------------x

5    FASHION LEAF GARMENT CO., LTD. And
     CTR HOLDINGS LLC,
6
                              Plaintiffs,
7
                 -against-    C.A. No.
8                             19-cv-03381-ALC-BM

9    RINGER JEANS, LLC, RINGER JEANS APPAREL, LLC,
     RINGER JEANS, LLC, NEW AGE BRANDING, LLC,
10   E-Z APPAREL, LLC, ESSENTIALS NEW YORK, LLC,
     ESSENTIALS NEW YORK APPAREL, LLC,
11   LIMITED FASHIONS, LLC, GABRIEL ZEITOUNI
     and CHARLES AZRAK,
12
                              Defendants.
13
     ------------------------------------------x
14
     ANHUI GARMENTS IMPORT & EXPORT CO., LTD.,
15
                              Intervenor Plaintiff,
16
                 -against-
17
     NEW AGE BRANDING LLC and LIMITED FASHIONS, LLC
18
                              Intervenor Defendants.
19
     ------------------------------------------x
20

21                            ZOOM TELECONFERENCE

22                            OCTOBER 14, 2022

23                            12:02 P.M.

24

25            **EXAMINATION OF CHARLES AZRAK**

1                                                          2

2              **EXAMINATION OF CHARLES AZRAK,** one of

3      the Defendants in the above-entitled action,

4      held at the above date and time, pursuant to

5      Order, taken before Olga Raptis, a Reporter

6      and Notary Public within and for the State of

7      New York.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                                                          3
 2     A P P E A R A N C E S:

 3

 4        HOGAN & CASSELL, LLP.
 5              Attorneys for Defendant
 6              500 North Broadway
 7              Suite 153
 8              Jericho, New York 11753
 9        BY:  MICHAEL CASSELL, ESQ.
10

11

12        GOLDBERG, WEPRIN, FINKEL, GOLDSTEIN, LLP
13              Attorneys for Defendants and
14              Intervenor Defendants
15              1501 Broadway
16              Suite 22
17              New York, New York 10036
18        BY:  KEVIN J. NASH, ESQ.
19

20

21

22

23

24

25        (Continued on next page.)
```

```
 1                                                      4

 2     (Appearances continued:)

 3

 4        KING & WOOD MALLESONS

 5              Attorneys for Intervenor Plaintiff

 6              500 Fifth Avenue

 7              Suite 50

 8              New York, NY 10036

 9        BY:  VINCENT FILARDO, JR., ESQ.

10              CHARLES WIZENFELD, ESQ.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

5

S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED
by and between the attorneys for the
respective parties herein, that filing,
sealing and certification be and the
same are hereby waived.

IT IS FURTHER STIPULATED AND AGREED
that all objections, except as to the
form of the question shall be reserved
to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED
that the within deposition may be signed
and sworn to before any officer authorized
to administer an oath, with the same force
and effect as if signed and sworn to before
the Court.

That a copy of this examination shall
not be furnished without charge to the
attorney representing the witness
testifying herein.

```
                                                    6
```

C H A R L E S    A Z R A K,

                    the witness herein, having been

                    first duly sworn by a Notary Public

                    of the State of New York, was

                    examined and testified as follows:

BY THE REPORTER:

        Q.    Please state your name for the

record.

        A.    Charles Azrak.

        Q.    Please state your address for the

record.

        A.    1888 Ocean Parkway, Brooklyn,

New York 11223.

                    MR. CASSELL:  My name is

                    Michael Cassell.  I'm the attorney

                    for the plaintiffs in this matter.

                    I'm going to be conducting

                    your deposition virtually today.

                    I'm going to give you some

                    instructions.

                    Since we have a court

                    reporter here, I'm going to ask

                    that all of your answers be verbal

                    and that we do not talk at the same

*Charles Azrak*                                    7

1
2        time.
3                Do you understand that?
4                THE WITNESS:  Yes, sir.
5                MR. CASSELL:  If you're
6        confused by a question, please tell
7        me and I will rephrase the
8        question.
9                If you need a break at any
10       time, please tell us so.
11               You're entitled to a break
12       other than when a question is
13       pending.
14               Do you understand that?
15               THE WITNESS:  Yes, sir.
16    EXAMINATION BY
17    MR. CASSELL:
18       Q.   Are you presently taking any
19    medication that would affect your ability to
20    testify?
21       A.   No, sir.
22       Q.   Have you ever been convicted of a
23    crime?
24       A.   No, sir.
25       Q.   Have you ever been deposed before?

1                         *Charles Azrak*                    8

2          A.    Yes, sir.

3          Q.    How many times have you been

4    deposed before?

5          A.    One time.

6          Q.    What was the nature of that

7    deposition?

8          A.    We were pulled into a third party's

9    involuntary bankruptcy and I was a witness.

10         Q.    When you say "we," who is the "we"?

11         A.    Myself and my father.

12         Q.    Was that on behalf of a company?

13         A.    We were pulled in as a suspected

14   successor company to a prior -- to a

15   different company.  It was a very strange

16   matter, honestly.

17         Q.    What was the year of that

18   approximately?

19         A.    If I recall, about 2010 or 2011.

20         Q.    Other than this lawsuit, have you

21   been involved in any other lawsuits, other

22   than the bankruptcy?

23         A.    Corporately, yes.

24         Q.    How many other lawsuits?

25         A.    I believe I have one right now.

1                    *Charles Azrak*                    9
2          Q.    What is the nature of that lawsuit?
3          A.    A small claim.
4          Q.    Just a small claims matter?
5          A.    I believe so.
6                Yes, I think that's what it is.
7          Q.    How many corporations do you
8    presently have an ownership interest in?  And
9    what I mean by that, I mean let's say more
10   than 10 percent.
11         A.    Currently, three.
12         Q.    What are the three companies?
13         A.    Ringer Jeans LLC, which is this
14   one; Selvo (phonetic) Partners Group, LLC;
15   RJ Vintage LLC.
16         Q.    What is the nature of the business
17   of RJ Vintage LLC?
18         A.    It is a menswear wholesale apparel
19   company.
20         Q.    What is your ownership interest in
21   RJ Vintage LLC?
22         A.    99 percent.
23         Q.    Your wife is the other 1 percent?
24         A.    Yes, sir.
25         Q.    When did you first have an

*Charles Azrak*                    10

```
 1    ownership interest in RJ Vintage LLC?
 2    
 3         A.    It was opened in, I don't really
 4    recall which year it was.  I think it was
 5    2021, early 2021.
 6         Q.    When did you first have an
 7    ownership interest in Ringer Jeans LLC?
 8         A.    Ringer Jeans was purchased in 2019.
 9         Q.    What is the nature of the business
10    of Ringer Jeans, LLC?
11         A.    Ladies wholesale clothing.
12         Q.    Do you know the estimated sales of
13    Ringer Jeans for 2019?
14                    MR. NASH:  Objection to
15                    form.
16                    "Do you know"; is it the
17                    actual or can he estimate what the
18                    sales were?  What is your question?
19    BY MR. CASSELL:
20         Q.    What are the sales, total sales for
21    Ringer Jeans for 2019?
22         A.    Offhand, approximately $15 million,
23    something around there, maybe a little less.
24         Q.    What about in 2018?  I know you
25    didn't have an ownership interest, but you
```

1                              *Charles Azrak*                    11
2        were affiliated with Ringer Jeans in 2018,
3        correct?
4             A.    Yes, sir.
5             Q.    Do you know what the sales were in
6        2018?
7             A.    I believe just over 20 million.
8             Q.    How about in 2020, do you know what
9        the sales were?
10            A.    I believe 10 million.
11            Q.    What about in 2021?
12            A.    About 14 million.
13            Q.    Does Ringer Jeans LLC have any
14       major customers they do business with?
15            A.    Yes, sir.
16            Q.    Who are the major customers, let's
17       say in 2018?
18            A.    In 2018 it was primarily Marshalls
19       and T.J. Maxx markets.
20            Q.    Are Marshalls and T.J. Maxx the
21       same company?
22            A.    Yes, sir.
23            Q.    What about in 2019?
24            A.    Also Marshalls and T.J. Maxx.
25            Q.    I know we'll get into at some point

1                    *Charles Azrak*              12

2     the issue that brings us to this lawsuit, but

3     was that throughout 2019 or did that change

4     at some point in time?

5          A.    I'm sorry, sir.  I don't understand

6     the question.

7          Q.    Sure.

8               We will get into the issues, the

9     disputed issue here which, based upon the

10    e-mails I see, sort of came to a head in

11    February of 2019.

12               So my question is, did Marshalls,

13    T.J. Maxx remain a primary customer of Ringer

14    Jeans throughout the entire calendar year of

15    2019?

16         A.    In the beginning, yes, and then

17    tailed off greatly after that for the

18    remainder of the year.

19         Q.    How about in 2020, who were Ringer

20    Jeans' primary customers?

21         A.    Ross Stores became a primary

22    customer and Marmaxx still to a lesser

23    extent, but still there.

24         Q.    What about in 2021, who were the

25    major customers?

*Charles Azrak*                    13

1

2      A.    Ross, Marmaxx and Burlington

3  stores.

4      Q.    Presently, major customers for

5  Ringer Jeans?

6      A.    Ross is the top customer followed

7  by Burlington stores and Marmaxx.

8      Q.    Are you familiar with the entity

9  Ringer Jeans Apparel LLC?

10     A.    So Ringer Jeans Apparel LLC was a

11 new company which was created by the prior

12 owner of Ringer Jeans along with Mr. Zhao in

13 order to, I believe, start their partnership

14 within a new entity.

15     Q.    To your knowledge, was that entity

16 created?

17     A.    Created, yes.

18     Q.    To your knowledge, was business

19 ever done under the name Ringer Jeans

20 Apparel, LLC?

21     A.    I don't believe so.

22     Q.    Who was the old -- you said "owner

23 of Ringer Jeans."

24           Was that Gabriel Zeitouni?

25     A.    Yes, sir.

*Charles Azrak*                    14

1

2          Q.    Just so I'm clear, was it your

3    understanding that Ringer Jeans that -- and

4    correct me if I'm wrong -- that Ringer Jeans

5    Apparel LLC was formed to be a partnership

6    between Gabriel Zeitouni and Alex Zhao?

7          A.    Yes.

8                And my understanding was that

9    Mr. Zhao didn't want any potential

10   liabilities affiliated with the Ringer Jeans

11   company.  So the original thought was to

12   create a new company.

13         Q.    I'll discuss later on an asset

14   purchase agreement.

15               Have you seen that document before?

16         A.    I don't recall honestly.

17         Q.    Did you have any involvement with

18   the dealings between Gabriel and Alex

19   relating to Ringer Jeans Apparel LLC?

20         A.    I introduced them.  I introduced

21   one to the other.  I was involved in the

22   beginning of them forming a partnership, but

23   I was not involved in the details like that.

24         Q.    Were you supposed to have a role in

25   Ringer Jeans Apparel, LLC?

*Charles Azrak*                    15

1

2     A.    I was to continue my same role that

3     I had in Ringer Jeans and just continue

4     forward.

5         Q.    For the record, as I understand it,

6     this was on or about early 2018.

7             Is that your understanding, when

8     Ringer Jeans Apparel LLC was supposed to get

9     up and running?

10        A.    That -- my recollection would be

11    more towards the middle of the year, but that

12    makes sense.

13        Q.    So, in 2018, at that timeframe,

14    let's say first half of 2018, what was your

15    role at Ringer Jeans LLC?

16        A.    I worked as a consultant, basically

17    managed the day-to-day operations and

18    reported to the owners.

19        Q.    To your knowledge, did Ringer Jeans

20    Apparel, LLC ever do any business?

21        A.    To my knowledge, no.  I do not

22    believe it ever actually operated.

23        Q.    Do you know why Ringer Jeans

24    Apparel LLC never got quote/unquote "got off

25    the ground"?

1                    *Charles Azrak*          16
2          A.    I don't.  I do know that it was a
3     conversation between Mr. Zeitouni and
4     Mr. Zhao.
5          Q.    What is your understanding as to
6     that conversation?  What was discussed?
7          A.    I am unaware specifically.
8          Q.    Do you know generally?
9          A.    I believe, generally, that it was
10    more difficult to change all sales orders
11    with customers and all purchases and import
12    documents into the new company.  So they
13    decided to just make it a little bit simpler
14    and keep it in the existing entity.
15          Q.    And the existing entity was Ringer
16    Jeans, LLC?
17          A.    Yes, sir.
18          Q.    Are you familiar with a company New
19    Age Branding, LLC?
20          A.    Yes.
21          Q.    Do you have any ownership interest
22    in New Age Branding, LLC?
23          A.    My father does.
24          Q.    What is his ownership interest?
25          A.    I believe he owns -- you know what?

*Charles Azrak*                  17

1    I'm not entirely sure of what the ownership

2    breakdown is.

3        Q.    To your knowledge, he is one of the

4    owners of New Age Branding LLC?

5        A.    Yes.

6        Q.    Are you familiar, do you know of

7    any other owners of New Age Branding LLC?

8        A.    I'm not certain if I'm listed in

9    the operating agreement or if my brother is.

10   That is why I'm not so certain on that.

11       Q.    What is the business of New Age

12   Branding LLC?

13       A.    It was a wholesale apparel company

14   that has not operated since approximately

15   2012.

16       Q.    To your knowledge, it went out of

17   business in 2012?

18       A.    It ceased operations.

19       Q.    Where was it located, its principal

20   place of business?

21       A.    I'm not sure.

22       Q.    Do you know if it has any

23   affiliations to Ringer Jeans?

24       A.    Based on -- it truly doesn't.

*Charles Azrak*                    18

1

2      Q.    Do you know if it ever operated at

3   the same location?

4      A.    It never has.

5      Q.    Has your father ever done any work

6   for Ringer Jeans LLC?

7      A.    No, sir.

8      Q.    The next defendant is E-Z Apparel

9   LLC.

10            Are you familiar with that company?

11      A.    Yes.

12      Q.    What is your familiarity with that

13   company?  What do you know about it?

14      A.    It is owned by Mr. Zeitouni.

15      Q.    It is still owned by him?

16      A.    Yes, sir.

17      Q.    Do you know what the nature of the

18   business of E-Z Apparel is?

19      A.    Also wholesale.

20      Q.    Do you know why Mr. Zeitouni set up

21   multiple companies, meaning E-Z Apparel,

22   Ringer Jeans?  Do you know why there's

23   multiple companies?

24      A.    Yes, because different companies

25   held different property licenses.

*Charles Azrak*                    19

1
2        Q.    What do you mean by "property
3    licenses"?
4        A.    Like branding licenses with
5    different licensed stores.
6              So it's very common in the industry
7    that licensed stores do not allow the
8    entities to hold multiple different licenses.
9    So people set up --
10       Q.    So for Ringer Jeans it would hold a
11   license to create products for T.J. Maxx, for
12   example?
13       A.    Not for a specific retailer, but it
14   did have a proprietary license for a brand
15   called Max Jeans which is not affiliated with
16   T.J. Maxx, per se.  It's owned by Leon Max
17   which is a separate brand.
18       Q.    Where were Max Jeans sold
19   primarily?
20       A.    Like we said before, to Marmaxx and
21   -- primarily Marmaxx and later on a little
22   bit to Ross stores.
23       Q.    I don't know the business as well
24   you, are Ross stores affiliated at all with
25   T.J. Maxx?

1                          *Charles Azrak*              20

2          A.    No, they're a direct competitor.

3          Q.    But I can go into Ross stores and

4     there will be Max Jeans sold there?

5          A.    Not today, in those days.

6          Q.    So E-Z Apparel, do you know what

7     licenses it held?

8          A.    At that time, I don't recall

9     specifically at that time what it held, what

10    it actually held.

11         Q.    When you say "at that time," you

12    mean 2018/2019?  Is that what you're talking

13    about?

14         A.    Yes, sir.

15         Q.    What about presently, is E-Z

16    Apparel still operating?

17         A.    Yes.

18         Q.    It is still owned by Mr. Zeitouni?

19         A.    Yes.

20         Q.    Does it operate at the same office

21    where Ringer Jeans is located?

22         A.    Different floor.

23         Q.    What is the operating location of

24    Ringer Jeans?

25         A.    Today or then?  It depends when.

*Charles Azrak*                      21

1
2         Q.    That's a good point.  Let's go
3     2018/2019 time period.
4         A.    148 W. 37th Street in New York on
5     the 7th floor.
6         Q.    Where was E-Z Apparel located
7     during that time period?
8         A.    148 W. 37th Street on the 10th
9     floor.
10        Q.    Did E-Z Apparel and Ringer Jeans
11    share employees?
12        A.    No.
13        Q.    What is the company Essentials
14    New York, LLC?  What is that company?
15        A.    A different company owned by
16    Mr. Zeitouni.
17        Q.    Where was that located in
18    2018/2019?
19        A.    The same floor, same location as
20    the E-Z Apparel company.
21        Q.    Did it share employees?
22        A.    No.
23        Q.    If I understand correctly,
24    Essentials New York had certain licenses that
25    were different than Ringer Jeans?

*Charles Azrak*                    22

1

2      A.    Yes, sir.

3      Q.    Do you know what named licenses

4  Essentials New York LLC held in 2018/2019?

5      A.    Yes.  2018/2019 it had licenses

6  for, oh that's what it was, it was a brand

7  called Fly Society.

8      Q.    When you say, "It held a license

9  for Fly Society," what percentage of the

10  business would be making goods under that

11  license?

12      A.    I couldn't tell you.  I was not

13  involved in the day-to-day.

14      Q.    Do you know whether or not it would

15  be almost the majority or you just have no

16  idea?

17      A.    I really couldn't tell you.

18      Q.    Have you ever had any ownership

19  interest in Essentials New York, LLC?

20      A.    No, sir.

21      Q.    Have you ever worked for that

22  company?

23      A.    Yes, sir.

24      Q.    In what capacity did you work for

25  Essentials New York, LLC?

*Charles Azrak*                23

1

2     A.    I was a consultant for that

3     company.  I managed the relationship with the

4     lenders.

5          Q.    What about E-Z Apparel, LLC, did

6     you ever do any business with that company?

7          A.    Not directly, no.

8          Q.    The next company, Essentials

9     New York Apparel, LLC, do you know what that

10    company is?

11         A.    No.

12         Q.    Is that an actual company, to your

13    knowledge?

14         A.    I don't believe so.

15         Q.    Limited Fashions, LLC, what is that

16    company?

17         A.    That is also a company that is, I'm

18    not certain of the exact operating agreement

19    structure, but it's owned by myself and my

20    father, I believe.

21         Q.    What is the main business of the

22    company?

23         A.    It was a wholesale company that

24    ceased operating in also about 2011.

25         Q.    Where was that located when it

*Charles Azrak*                    24

```
 1   ceased operations?
 2        A.    I believe it was 1384 Broadway.
 3        Q.    Are you aware of the nature of the
 4   allegations in this complaint regarding an
 5   allegation that goods was sent to T.J. Maxx
 6   that were defective?
 7        A.    Yes, sir.
 8        Q.    Are you aware as to where those
 9   goods are manufactured?
10        A.    What country, yes.  Yes.  Yes.
11        Q.    Have you seen the purchase orders
12   for the goods at issue in this case?
13        A.    Some of them, yes.
14        Q.    Do you know what company
15   specifically, we've gone over multiple
16   companies now, ordered the goods that are at
17   issue in this case?
18        A.    That's -- well --
19             MR. NASH:  I'm going to
20             object to the question.
21             You want him to give a
22             narrative as to why there is
23             multiple companies or multiple
24             purchase orders?  Is that what
```

**ON TIME COURT REPORTING**
**516-535-3939**

```
1                    Charles Azrak              25
2              you're looking for, Mike?
3                    MR. CASSELL:  Yes.  He can
4              answer it at the same time, yes.
5              Correct.
6                    Yes, that is really the
7              question.
8                    MR. NASH:  I'll help you
9              out, Mike.
10   BY MR. CASSELL:
11        Q.   Yes.
12              What is your understanding as to
13   why there's multiple companies with the
14   purchase orders?
15        A.   When we first started issuing
16   purchase orders --
17        Q.   I'm sorry.  Try to use pronouns
18   only because it gets confusing.
19        A.   I'm sorry.  I'm sorry.
20              So when Ringer Jeans starting
21   issuing purchase orders to Mr. Zhao's
22   company, we were -- I'm sorry for the
23   pronouns -- he later asked us if he had other
24   entities that we owned, operating or not.  So
25   we gave him those, the names of those
```

1                    *Charles Azrak*                    26

2     companies.

3               My understanding is that those were

4     later adjusted and sent out to China-based

5     suppliers using the names of those other

6     companies as well.

7          Q.    Let me see if I can break this

8     down.

9               Who actually creates the purchase

10    orders?  Is that created on your end?

11         A.    The initial purchase orders come

12    directly from an ERP system, an inventory

13    system in our office.  And our poll is

14    extracted in PDF form and forwarded to, in

15    this case, Mr. Zhao's team, to the supplier.

16         Q.    I don't know the business that

17    well, but just correct me if I'm wrong.

18               At some point, let's say in fourth

19    quarter 2018, Ringer Jeans wants, let's say,

20    ladies jackets to provide to T.J. Maxx.

21               Is that something that was done?

22         A.    Yes.

23         Q.    How does Ringer Jeans know

24    generally how much or what quantity of ladies

25    jackets it would need for the fourth quarter

```
 1                        Charles Azrak              27
 2    2018?
 3         A.    A combination.
 4              So based on the relationship we had
 5    at that time with Marmaxx who was the --
 6    almost all of the business at that time, they
 7    would order a certain amount and then we
 8    would work on a replenishment planned program
 9    together as well.  So we would buy the
10    initial purchase plus enough to cover that
11    replenishment program.
12         Q.    And then, correct me if I'm wrong,
13    Ringer Jeans would reach out to Mr. Zhao to
14    manufacture specific types of, let's say,
15    clothing for Ringer Jeans?
16         A.    Yes.
17         Q.    Ringer Jeans would issue the
18    purchase orders for those garments?
19         A.    Yes.
20         Q.    How did that come about?  You
21    started explaining it.
22              But at some point Mr. Zhao
23    requested the purchase orders be changed?
24         A.    I don't recall if he had requested
25    that we change them or if he actually changed
```

```
 1                     Charles Azrak              28
 2     them.
 3          Q.    Do you know, sitting here today --
 4     please don't tell me anything you've ever
 5     discussed with your attorney, but I do want
 6     to know, sitting here today, if you know why
 7     he requested that change?
 8          A.    I believe I know why.  I don't want
 9     to make an accusation.  But I believe I know
10     why.
11          Q.    What is your understanding?
12                    THE WITNESS:  Kevin, it's
13               okay for me to answer that
14               question.
15                    MR. NASH:  Yes, yes.
16                    THE WITNESS:  Okay.  I don't
17               know.
18                    I don't want to hurl
19               anything that I shouldn't.
20          A.    My understanding and belief, it was
21     done by Mr. Zhao in order to apply for credit
22     insurance while exporting out of China, and
23     there was a limited amount of credit he was
24     able to get to receive on Ringer Jeans.  So
25     he adjusted it in order to be able to apply
```

```
 1                     Charles Azrak              29
 2    for credit using these additional entities.
 3    BY MR. CASSELL:
 4         Q.    Irrespectively what's in the
 5    purchase orders, was the process actually
 6    ever changed?  In other words, all the goods
 7    that are at issue in this case, were they
 8    always ordered by Ringer Jeans that actual
 9    entity, or was some of these goods actually
10    ordered by another entity in the case?
11         A.    It was all Ringer Jeans.
12         Q.    And all the goods were -- now just
13    to complete the picture of the process, after
14    the goods are manufactured, where are they
15    sent?
16         A.    After they're manufactured --
17         Q.    Sorry, from China.
18               Where do they go from China
19    manufactures to where?
20         A.    They would be shipped to our, that
21    we were using at the time, we were working
22    with a third party warehouse in California.
23    So they are delivered there.
24         Q.    What is the name of that warehouse?
25         A.    Prompt L.A.
```

*Charles Azrak*                    30

1

2      Q.    Were all of the goods, irrespective

3   of what's on the purchase orders, were all

4   these goods shipped to Prompt L.A.?

5      A.    What was delivered, yes.

6      Q.    From Prompt L.A. where would the

7   goods then go?  Did they go to the East coast

8   at some point?

9      A.    The goods that are sold and shipped

10  are picked up and sent to the distribution

11  centers for the customers.  I do not

12  necessarily know what cities those

13  distribution centers are located in.

14              MR. NASH:  Mike, Mike, he's

15              asking you -- explain in detail, if

16              you can, the process, how it leaves

17              China, goes on a boat, what happens

18              when it lands in L.A., where it

19              goes in L.A. and who picks it up.

20      A.    Sure.

21              The relationship we had with

22   Mr. Zhao's company was that they were a

23   delivery-duty paid supplier.

24              What that means is they are

25   responsible for producing, inspecting,

*Charles Azrak*                    31

1
2     exporting, they pay the freight course from
3     China to the United States, they actually
4     file for duty purposes with customs, they pay
5     the duties directly and are also responsible
6     for the domestic freight in order to have the
7     containers delivered to the third party
8     warehouse.
9            Once they deliver the sold units,
10    we reach out to the customers' designated
11    trucking company in order to schedule a
12    pickup of their ordered merchandise.
13        Q.   How long has Ringer Jeans been
14    doing business with Alex Zhao?
15        A.   I believe it was -- correct me if
16    I'm wrong -- I believe it started in 2018.
17    Is that correct?  And it went through 2019,
18    the beginning.
19        Q.   To your knowledge, when did Ringer
20    Jeans first start with Alex Zhao?  You said
21    2018.
22            Do you know what month or what
23    year?
24        A.   I don't recall exactly, but it was
25    somewhere, I believe, in the middle of 2018.

*Charles Azrak*                    32

1
2    Q.    Do you know if Mr. Zhao had been
3    doing business with any of the other
4    companies that we've named in this case,
5    New Age Branding or E-Z Apparel at any point
6    in time?
7        A.    He was not.
8        Q.    Do you know how Ringer Jeans first
9    got in contact with Mr. Zhao?
10       A.    Yes.  I had introduced Mr. Zhao to
11   Mr. Zeitouni.
12       Q.    How were you first familiar with
13   Mr. Zhao?
14       A.    We met through a mutual
15   acquaintance and had a lot of conversations
16   regarding him, Mr. Zhao employing me to
17   manage his United States based company which
18   he had.
19       Q.    What was your understanding of his
20   United States based company?
21       A.    It was a company called Color Tree.
22   I'm not sure if it's still operational.  But
23   it was a company called -- and it was a
24   ladies' wholesale manufacturing company.
25       Q.    When did you first meet with

```
 1                    Charles Azrak              33
 2   Mr. Zhao?
 3        A.    I believe it was the end of 2017
 4   for the first time.
 5        Q.    When was the last time you spoke to
 6   Mr. Zhao?
 7        A.    I would say it's the middle of
 8   2019.
 9        Q.    So you haven't spoken to him in the
10   past two years now?
11        A.    No, no.
12        Q.    Past three years?  No?
13        A.    No, sir.
14        Q.    Let's go back to let's say 2017.
15              What company were you working for,
16   or companies, in 2017?
17        A.    2017, Ringer Jeans.
18        Q.    How long have you worked in the
19   garment business?
20        A.    Since I graduated high school.
21        Q.    What year did you graduate high
22   school?
23        A.    I graduated in 2004.
24        Q.    What was your position at Ringer
25   Jeans in 2017?
```

*Charles Azrak*                    34

1
2      A.    I was a consultant.
3      Q.    You said your dad is also in the
4   garment industry?
5      A.    Was.  Not for a long time now.
6      Q.    Did you ever work for him at any
7   point in time?
8      A.    Yes.  We owned a company together.
9      Q.    In 2017, how big was Ringer Jeans
10  as far as employees?
11            In other words, how many employees
12  were there; do you know?
13     A.    I cannot recall, but it was not
14  small.  I can't recall.
15     Q.    In 2017, Mr. Zeitouni owned Ringer
16  Jeans?
17     A.    Yes, sir.
18     Q.    You were based in New York City?
19     A.    Yes, sir.
20     Q.    Do you know how many consultants
21  were from Ringer Jeans in 2017?
22     A.    I could not tell you exactly.
23     Q.    At some point in time, did your
24  position at Ringer Jeans change after 2017?
25     A.    I purchased the company in --

1                          *Charles Azrak*                    35

2    well, when I purchased the company, it

3    changed.

4         Q.    Just prior to the purchase, were

5    you still a consultant?

6         A.    Yes.

7         Q.    Was there an organizational chart?

8    I mean, do you know how high up on the chain

9    of command you were or you don't know?

10        A.    I was probably -- when it came to

11   purchases and sales, I was just, it was me

12   reporting directly to ownership.

13        Q.    Do you know how many consultants

14   reported to ownership in calendar year 2018?

15        A.    I couldn't tell you.

16        Q.    How did it come about that you

17   became the owner of Ringer Jeans?

18        A.    When this whole mess -- effectively

19   the loss of the largest customer that the

20   company had, I was kind of pressured by

21   Mr. Zeitouni in order -- I was pressured to

22   basically buy the company and take over the

23   liabilities.

24        Q.    Did Mr. Zeitouni blame you for the

25   situation?

*Charles Azrak*      36

1

2      A.    Basically.

3      Q.    The documents that I have seem to

4 indicate that the purchase is dated as of

5 January 2019.

6         So my question is, did you have

7 Mr. Zeitouni about purchasing the company

8 prior to February 2019?

9      A.    The company was purchased, yes it

10 was purchased in early 2019. It was done

11 very, very, very, very quickly. It was done

12 in a matter of weeks.

13      Q.    I guess my question is a little

14 different. We will go through the e-mails.

15         Based upon the e-mails that I have

16 seen, the first e-mail addressing an issue is

17 February 11, 2019?

18         Are you familiar with the specific

19 time frame at issue in this case?

20      A.    Yes, yes. I understand.

21      Q.    Did you have discussion with

22 Mr. Zeitouni about purchasing the business

23 prior to those e-mails?

24      A.    No. Our deal, the actual deal of

25 purchasing the company commenced in April of

1                    *Charles Azrak*                37

2      that year.  It was actually back-dated for a

3      lot of different reasons with our lender to

4      the start of the year.

5           Q.   It looks to me like the deal is

6      signed in May of 2019.

7                Is that consistent with your

8      recollection?

9           A.   I said April, but May could be as

10     well.

11          Q.   But the deal is effective as of

12     January 2019 and you started to testify --

13     why is it dated as of January?

14          A.   It was a probe, and I don't recall

15     exactly what the problem was.  It was our

16     logistical issue with our lenders at that

17     time.

18          Q.   Just so I'm clear, the discussions

19     about purchasing the business first arose

20     after these issues that are related to this

21     case?

22          A.   Yes.

23          Q.   Is it your understanding that but

24     for the issues in this case Mr. Zeitouni

25     would not have sold the business?

```
 1                    Charles Azrak              38
 2        A.    Not to me and not in that type of a
 3    sale.
 4        Q.    Are the details of the sale
 5    confidential at all?
 6        A.    No.
 7        Q.    How much did you purchase the
 8    business for?
 9        A.    Effectively, nothing.  The deal was
10    I would have to take over, I would have to
11    replace his equity in the company and assume
12    any liabilities with the lenders.
13        Q.    Was that done in the equity
14    portion?
15        A.    Yes.
16        Q.    What about assuming liability with
17    the lenders, was that done?
18        A.    Yes.
19        Q.    To what extent did you have to pay
20    to assume liability with the lenders?
21        A.    I'm sorry.  I don't understand that
22    question.
23        Q.    You said there was two aspects to
24    it.  One was equity and one was basically I
25    guess debt, lenders.
```

```
 1                    Charles Azrak              39
 2              Were those the two things you had
 3      to sort of cover for him?
 4         A.    Yes.
 5         Q.    Let's focus of the equity aspect of
 6      it.
 7              Did you wind up having to pay
 8      monies out-of-pocket to replace
 9      Mr. Zeitouni's equity?
10         A.    Not to get too much in the
11      nitty-gritty, what we did was I was able to
12      work the lender and sign, guarantee and get
13      additional funds from them in order to
14      replace his equity.
15              And like I said, I became the
16      personal guarantor to the lender for all
17      monies owed outstanding prior and
18      additionally the new funds that we took down
19      for.
20         Q.    Was it at some point in time
21      Mr. Zeitouni's equity reinstated?
22                    MR. NASH:  Objection to
23              form.
24                    He bought them out.  So I
25              don't know what reinstated.
```

1                    *Charles Azrak*                    40
2     BY MR. CASSELL:
3         Q.    So his equity interest was
4     basically bought out, correct?
5         A.    Yes, sir.
6         Q.    So he no longer has an equity
7     interest in the company?
8         A.    No, sir.
9         Q.    I'm sorry, that's correct, correct?
10              He no longer has equity interest,
11    correct?
12        A.    Correct.
13        Q.    Also you were able to assume his
14    personal guarantees that he had on lines of
15    credit, correct?
16              MR. NASH:  When you're
17              saying "assume," he became the
18              guarantor.
19    BY MR. CASSELL:
20        Q.    Is that correct, you became the
21    guarantor?
22        A.    That's correct.
23        Q.    So you basically obtained closure
24    for Mr. Zeitouni as any debt or obligations
25    related between him and Ringer Jeans?

1                    *Charles Azrak*                41

2                    MR. NASH:  Objection to

3              form.

4                    He replaced the bank

5              borrowings or the factor.

6                    He became the guarantor I

7              guess if Zeitouni was removed; is

8              that correct?

9                    THE WITNESS:  That's

10             correct.

11   BY MR. CASSELL:

12        Q.    Did Ringer Jeans actually have to

13   pay any monies to any lenders as a result of

14   the issues in this case?

15        A.    It doesn't -- we got an asset-based

16   lender, so it does not really work that way.

17                What it did do was it decreased

18   assets of the company by approximately, I

19   think it was $1.6 million overnight.

20        Q.    What do you mean "you have an

21   asset-based lender"?

22                    MR. NASH:  Charles, explain

23             -- I think the question is how did

24             this issue with Fashion Leaf impact

25             the financing and the factoring of

*Charles Azrak*                              42

```
 1                                            42
 2            Ringer Jeans.
 3    BY MR. CASSELL:
 4        Q.    You can answer that.
 5              To be clear, we've had someone
 6    testify from the factory and I'd like to
 7    hear, you know, your testimony as to the
 8    issue?
 9        A.    Sure.
10              The way that it works it is
11    extremely common in the wholesale market.  We
12    have a factor, a lender, they have a UCC
13    filing and basically a lien, I guess, on all
14    of our accounts receivable as well as any
15    inventory that is held within the company and
16    they extend us a certain amount of money
17    against those assets.
18              So we get 90 percent against open
19    accounts receivable until the invoice is paid
20    directly to that lender.  And we get 50
21    percent on eligible inventory.  And the
22    eligibility of those assets are at their
23    discretion.
24              Whereas, in this case, there was a
25    return, an RTV from T.J. Maxx for I believe
```

*Charles Azrak*                    43

1

2    just over $1 million.  That would mean that

3    $1 million of that asset that we were

4    borrowing against is now gone.  So now we are

5    in an overleveraged position based on that.

6         Q.    Were you able to make up that

7    shortfall at some point in time?

8         A.    Not fully, no.

9         Q.    Do you know what the interest rate

10   is that the bank charges on a line of credit?

11        A.    It's adjustable, but it's prime

12   plus 2 percent.

13        Q.    Are you familiar with the scope of

14   the goods that are at issue in this

15   litigation?

16        A.    I am.

17        Q.    Do you know specifically how many

18   purchase orders comprise the scope of the

19   goods at issue in this litigation?

20        A.    No.

21        Q.    Do you know specifically what the

22   dollar amount is as to those purchase orders

23   that comprise the scope of the goods in this

24   litigation?

25        A.    There's no real way for me to know

1                     *Charles Azrak*                    44
2     for sure, but a very large amount.
3          Q.    Did Ringer Jeans ever pay Fashion
4     Leaf for any of the goods that are at issue
5     in this litigation?
6                     MR. NASH:  Can you clarify
7                that because your complaint lists
8                various partial payments?  The ones
9                that were completely defective that
10               were returned from T.J. Maxx, is
11               that what you're asking?
12                    MR. CASSELL:  Right.
13    BY MR. CASSELL:
14         Q.    So the ones that were returned --
15    let me take that back a second.
16                You mention an RTV from T.J. Maxx.
17                That's a return to vendor, correct?
18         A.    That's correct.
19         Q.    Do you know the quantity of goods
20    that were returned to vendor, their dollar
21    amount or number amount?
22         A.    I polled it.
23                The reason why it's difficult to
24    tell exactly is in addition to the return
25    made by T.J. Maxx, they also took further

*Charles Azrak*                              45

1  deduction on our accounts receivable because

2  they would have to mark, they would have to

3  discount the product from $29 -- well more,

4  $39 to $4 and $9.  So we had to take that as

5  well.  So it's very hard to notate exactly.

6      Q.    Has anyone ever sat down and

7  quantified the amount of the returns and the

8  amount of the discounted goods?

9      A.    Yes, I've provided it.

10                MR. NASH:  It's in the

11            amended answer.

12  BY MR. CASSELL:

13      Q.    Sitting here today, do you know how

14  much the total returns were from T.J. Maxx?

15      A.    Only approximately.

16      Q.    What is your understanding of

17  approximately?

18      A.    Approximately, it was $1.7 million

19  between the return and any markdowns.

20      Q.    Do you know how much in total

21  Ringer Jeans purchase, meaning, if I had the

22  purchase orders from Fashion Leaf in the

23  fourth quarter of 2018?

24      A.    I'm sorry.

*Charles Azrak*                                46

1           Do I know the total dollar amount
2   ordered in totality?
3       Q.    Yes.
4       A.    No, I don't know offhand.
5       Q.    Other than -- T.J. Maxx either
6   returned or marked down the goods, the total
7   amount of 1.7 million?
8       A.    Again, approximately.
9           I mean, we can, of course we can
10  resupply that information if needed.  I do
11  not know the exact dollar amount, but around
12  that area, yes.
13      Q.    Do you know what amount of the 1.7
14  million consisted of actual goods returned?
15      A.    I believe, again, approximately
16  between a million and a million-two.
17      Q.    The million, million-two of goods
18  returned, what did Ringer Jeans do with those
19  goods?
20      A.    They had to go back into inventory,
21  some were subsequently liquidated, some we
22  still have.
23      Q.    Can you quantify how much the total
24  amount of liquidation was?

*Charles Azrak*                    47

1

2      A.    Again, I don't know offhand, but we

3  did supply that as well.

4      Q.    I think I have that.  We'll get to

5  that.  So some of the goods that were

6  returned were eventually sold to other

7  stores, correct?

8      A.    Yes, sir.

9      Q.    The goods that were sold a

10  T.J. Maxx but at a reduction, were any of

11  those monies that Ringer Jeans received for

12  those goods ever provided to Fashion Leaf?

13      A.    I mean, it's mixed in within the

14  soup of any businesses we've done.  I was not

15  controlling the finances much at that time -

16  well, at all really -- at that time, so I

17  really couldn't say exactly.

18      Q.    Do you know, sitting here today,

19  whether Fashion Leaf was ever paid for any of

20  the goods that were returned by Marshalls?

21      A.    I could not answer that the same

22  way.  I cannot answer if they were paid for

23  other damaged merchandise.  It cannot be

24  notated exactly.

25      Q.    Let me just understand the business

1                         *Charles Azrak*                    48

2      model.

3                     On a purchase order, let's say

4      outside the scope of what's at issue here, on

5      a purchase order where Ringer Jeans purchases

6      goods, let's say from Fashion Leaf, let's

7      assume there were no problems, when are those

8      goods of POs actually paid for?

9           A.    With Fashion Leaf it was an open

10     credit relationship.  I believe invoices were

11     due between thirty and ninety days after

12     delivery.  So that's why when I say were they

13     in fact paid for that, for that specific

14     purchase order, I really cannot say.

15          Q.    Were you involved, prior to your

16     ownership of Ringer Jeans, in the payment of

17     the invoices?

18          A.    No.

19          Q.    When you became the owner of Ringer

20     Jeans in or about April/May of 2019, did you

21     ever approve payment to Fashion Leaf for any

22     of the goods that were sent back or sold at a

23     reduced amount by T.J. Maxx?

24          A.    No, there was no money to pay.

25                     MR. NASH:  Mike, in the

```
 1                    Charles Azrak              49
 2            Answer pack there's a whole
 3            breakdown.
 4                 MR. CASSELL:  I will get to
 5            the pleadings in a second.
 6                 MR. NASH:  Can we take a
 7            two-minute break?
 8                 MR. CASSELL:  Okay.  We will
 9            take a break.
10                 (Whereupon, a recess was
11            taken at this time.)
12                 MR. CASSELL:  We're going to
13            mark as Azrak Exhibit 11 which is
14            the second amended complaint with
15            the exhibits.
16                 It has on top document
17            number 140 and this will be Azrak
18            Exhibit 11.
19                 (Second Amended Complaint
20                 will be marked as
21                 Plaintiffs' Exhibit 11, for
22                 identification, as of this
23                 date.)
24    BY MR. CASSELL:
25         Q.   Mr. Azrak, since we're not in
```

1                    *Charles Azrak*            50
2     person, we're doing this virtually, I can't
3     see what you can see on your end.  In other
4     words, I can't tell whether you have a
5     massive monitor or a small monitor and I
6     can't tell what your eyesight is.
7                    So I'm going to, on my end I can
8     make it bigger or smaller so it's comfortable
9     for me, if for any reason the documents are
10    either too big that you can't read it or too
11    small that you can't read it, you need to
12    tell me.
13                   Can you read what is on the screen?
14        A.    It's partially cut off at the
15    bottom.
16        Q.    It's a 71-page document.  I'm
17    putting before you the first page of the
18    second amended complaint.
19                   Do you see that?
20        A.    Yes, sir.
21        Q.    Is it clear enough on your monitor?
22        A.    Yes, sir.
23        Q.    Some of these depositions people
24    are doing on their iPhone or phones and it's
25    just hard to see.

*Charles Azrak*                    51

```
 1                  But you have a regular monitor in
 2      front of you, correct?
 3                      MR. NASH:  It's not great.
 4                  It's my laptop.
 5          A.   Yes.
 6      BY MR. CASSELL:
 7          Q.   So tell me if you cannot see
 8      anything.  I can make it a little bigger if
 9      you need.
10                  This, for the record, is Azrak 11.
11      It's the Second Amended Complaint.
12                  Have you seen this document before?
13          A.   Yes, sir.
14          Q.   I do not want you discussing any
15      communication with your attorney, but I do
16      want to ask you some questions from this
17      document.  If you cannot answer it because
18      the only answer is something your attorney
19      provided to you, then please do not answer
20      it.  It is only what your knowledge is.
21                  There is an allegation in the
22      complaint, I'm going down to paragraph
23      fifteen, that the total goods that were at
24      issue that were sold to Ringer Jeans is 4.95
```

(numbering shown: 1–25 with lines 2–25 mapped above)

*Charles Azrak*                                52

1
2     million.
3              Do you see that in Paragraph 15?
4     A.    Yes, I do.
5     Q.    Have you ever, at any point in
6     time, sat down and tried to calculate the
7     total amount that Fashion Leaf invoiced
8     Ringer Jeans?
9     A.    No, but I did provide that as well.
10    Q.    You provided that to your attorney?
11    A.    Yes, a long time ago back.  Yes.
12              MR. NASH:  We submitted all
13              this in Discovery.
14    BY MR. CASSELL:
15    Q.    And that's a calculation of all the
16    invoices that you believe are at issue in
17    this action?
18    A.    That number is driven against
19    whatever receivings into inventory on our
20    accounting system and it populates the number
21    by invoice.
22    Q.    The next page, I'm on page 6 of
23    Exhibit 11, there's an invoice number.  It
24    says AG182CDF.
25              Do you see that invoice?

*Charles Azrak*                    53

1

2        A.    Yes.

3        Q.    How is that invoice number

4   generated?

5        A.    The invoice number is provided by

6   the shipper, by the supplier.

7        Q.    As I said, I'm not familiar with

8   the business.

9              I see POs which are purchase

10  orders, correct?

11       A.    That's correct.

12       Q.    That is generated, for the most

13  part, would be by Ringer Jeans asking for

14  goods from Fashion Leaf, correct?

15       A.    Exactly.

16             The purchase order number is

17  generated by the purchaser, or I guess the

18  wholesaler, us, and the invoice number is

19  given to us by the supplier.

20       Q.    And the purchase orders contain

21  multiple different items on there.

22             In other words, it would be a type

23  of item with like an actual -- if it's a

24  women's jacket and a certain color it would

25  be a specific item number, correct?

*Charles Azrak*                    54

2    A.    Correct.

3    Q.    But then when the goods are

4    manufactured and shipped out, there's an

5    invoice number generated?

6    A.    It is provided by the supplier.

7          But, for example, a specific

8    purchase order does not necessarily -- and in

9    very few cases it actually does very rarely

10   correlate directly to a specific invoice.

11   Q.    If a purchase order is then shipped

12   out, let's say 10 different shipments, each

13   one has a separate invoice number; is that

14   correct?

15   A.    That's correct.

16   Q.    Are there any other numbers that

17   would be affiliated with goods other than

18   purchase order, the invoice number and then

19   the garment number?

20   A.    It depends when.  So, for example,

21   when a shipment is received against, say, a

22   supplier's invoice number, it gets received

23   and categorized based on the carton amount of

24   that shipment.

25   Q.    Has anyone on your end ever sat

*Charles Azrak*                    55

```
 1                 Charles Azrak              55
 2    down and basically did a full-fledged
 3    accounting of all the goods at issue in this
 4    litigation?
 5         A.    Yes.
 6         Q.    And that accounting has what, has
 7    the invoice numbers for the goods and the
 8    item?
 9         A.    I don't want to speak out of turn.
10    I believe it's referenced by carton count of
11    the specific invoices.  I believe.
12         Q.    Is the carton count another number
13    that is generated?
14         A.    The carton count is given by,
15    again, by the shipper.  It is really what is
16    used when tracking the shipment.  So that's
17    why on the wholesale side we reference the
18    carton count.
19         Q.    So the top of Page 6, these three
20    invoice numbers, would you be able to
21    identify what these invoices are without the
22    carton count?
23         A.    On my end, it will take work, but
24    yes.
25         Q.    I'm scrolling down now, still
```

*Charles Azrak*                                56

1
2    within Exhibit 11, I'm scrolling down now to
3    the document attached Exhibit A.  It's page
4    13 of the document.
5              It's really bad quality, but do you
6    know what that document is?
7         A.    I can't see it at all.
8         Q.    Onto the next exhibit.
9              Scrolling down to Exhibit C.
10             Can you see this page of Exhibit C?
11        A.    Yes, a little blurry, but yes.
12        Q.    Do you know what this chart is?
13             What this chart is consisting of?
14        A.    It looks, it appears -- it looks
15    like a statement by invoice.  Oh, and you see
16    by carton count on the left.
17        Q.    Where it says total cartons 382,
18    that's the carton count?
19        A.    Yes.
20        Q.    What would be the letters after
21    that, C-T-N-S?
22        A.    Cartons, C-T-N-S, cartons.
23        Q.    So what does 382 cartons mean?
24        A.    That shipment that had the
25    correlating invoice over there was containing

```
 1                   Charles Azrak           57
 2    382 cartons.
 3         Q.    I don't know the business at all.
 4               What is a carton?  Is it an actual
 5    box?
 6         A.    Yes, it's an actual box.
 7                    MR. NASH:  Mike, they sent
 8                it in a shoe box.
 9         A.    Every carton has a uniform amount
10    of garments inside depending on the
11    requirement.
12    BY MR. CASSELL:
13         Q.    How big is a carton approximately,
14    how many square feet by square feet?
15         A.    I could not even tell you.  It also
16    depends on the item.  A T-shirt carton is
17    smaller than jackets.
18         Q.    So the carton itself is not the
19    uniform size?
20         A.    No, no.  Amount of units per carton
21    is based on a specific requirement by
22    supplier.
23                    MR. NASH:  It's not a paper
24                box carton, right?
25                    THE WITNESS:  I'm sorry.
```

1                    *Charles Azrak*              58
2                    MR. NASH:  It's not a paper
3          box?
4                    THE WITNESS:  It's a carton.
5          It's exactly what you see at a
6          store.  It's a carton.
7                    MR. NASH:  Oh, so it is
8          paper box?
9                    THE WITNESS:  Yes.
10   BY MR. CASSELL:
11       Q.    Would goods be mixed within the
12   carton?
13            In other words, if it were a
14   carton, is it possible there's different
15   types of goods in there?
16       A.    Yes, it is very possible.  Yes.
17       Q.    So when it says 382 cartons in the
18   invoice, how do we know -- is there a way to
19   tell from this invoice what those goods were
20   without going back to the invoice?
21       A.    No.
22       Q.    But if I pulled that invoice under
23   all these letters, which I think we have in
24   the file, it will tell me what those goods
25   consist of?

*Charles Azrak*                    59

A.    Yes, assuming that -- it's like you said, assuming it's correct.  Yes.

Q.    So if I lined up this invoice, which I think I have in my file, that invoice is for $86,000?

A.    If the information is correct, yes.

Q.    The chart here, it's cutting off, but basically on the second page it has the dates, November 2018 through February of 2019.  The goods that were returned by T.J. Maxx and those that were also shipped at a reduced amount of money, do you know when those goods were actually manufactured?

In other words, this has for November 2018 going forward.

Do you know if they were manufactured earlier?

A.    I doubt they were manufactured earlier.  But, again, I cannot say for certain.

Q.    An E-T-D, is that the date that the goods are supposed to arrive at the facility in California?

A.    No, the E-T-D on this chart, so

```
1                    Charles Azrak          60
2    that's supplied by the vendor, in this case
3    Fashion Leaf.  That is the estimated time of
4    departure.  That is the estimated time of it
5    leaving the origin, leaving China.
6         Q.   What is that?  Are we at three
7    days, five -- what's a typical trip across
8    the Pacific?
9                    MR. NASH:  Weeks.
10                   THE WITNESS:  I'm sorry?
11   BY MR. CASSELL:
12        Q.   I asked what's a typical shipment
13   time across the Pacific?
14                   MR. NASH:  It's weeks.
15   BY MR. CASSELL:
16        Q.   Weeks?
17        A.   Weeks.
18                   MR. NASH:  Mike, you gotta
19           be kidding me, right?
20                   MR. CASSELL:  I don't know.
21                   MR. NASH:  It's a big ocean,
22           Mike.
23        A.   If you look on this, I'm sorry not
24   to speak out of turn, the ETD which is the --
25                   MR. NASH:  He said two days,
```

*Charles Azrak*                    61

2    he said two days.  You can take a --

3    BY MR. CASSELL:

4        Q.    ETD and ETA, the way it's cutoff --

5    so November 14th and then to November 25th?

6        A.    Exactly, would be the arrival.

7        Q.    Got it.

8              Going down, and I have a better

9    quality version of this, this is the asset

10   purchase agreement.  It's Exhibit D in the

11   complaint.  If you can't read it, I do have a

12   better quality.

13             But my question is, are you

14   familiar with this document, the asset

15   purchase agreement?

16                  MR. NASH:  This is nothing

17                  to do with this, but go ahead.

18       A.    If I saw it, I don't recall it.

19   BY MR. CASSELL:

20       Q.    Let me just clarify for your

21   attorney.  He raised a good point.  These

22   exhibits are sort of a hodgepodge --

23                  MR. NASH:  Yes.

24       Q.    -- while I was asking you questions

25   before about what I would say is the part of

*Charles Azrak*                          62

1
2    the case that deals with the goods, this
3    asset purchase agreement admitted is
4    something completely separate.  So just to
5    put that in context.
6              Have you seen this agreement that's
7    dated February of 2018?
8        A.    I don't recall seeing this exact
9    agreement.  I don't remember.
10       Q.    I'm going to go all the way down to
11   Exhibit E, which once again is really the
12   other aspect of the case, Ringer Jeans
13   apparel and ask if you have seen this
14   document before.
15             It's the Ringer Jeans Apparel
16   limited liability agreement, company
17   agreement.  I'll get there in one second.
18   It's Exhibit E to the complaint, amended
19   complaint, and it's a limited liability
20   company agreement for Ringer Jeans Apparel,
21   LLC.
22             Have you seen this document before?
23       A.    Same as the other.
24             No, I don't recall seeing this
25   specific document.

*Charles Azrak*                63

1

2        Q.    Let us go to the next exhibit which

3    we are going to mark as 12.

4                    MR. CASSELL:  We will mark

5                this.

6                    (Answers to the Seconded

7                    Amended Complaint with

8                    Counterclaim was marked as

9                    Plaintiffs' Exhibit 12, for

10                   identification, as of this

11                   date.)

12   BY MR. CASSELL:

13       Q.    Exhibit 12 for the record is going

14   to be the Answer to the Seconded Amended

15   Complaint with Counterclaim.  It was filed as

16   document number 142 and it's 8 pages.

17                Unlike in state court, in federal

18   court there's no need for the -- for anyone

19   to ever sign off on these documents.

20                So my question to you is have you

21   seen this before?

22       A.    Yes.

23       Q.    Did you have any role in drafting

24   any part of this, and what I mean by that,

25   there's some factual allegations and there's

1                    *Charles Azrak*                64
2    a counterclaim.
3              Did you have any role in providing
4    factual information to your attorney that led
5    to the counterclaims?
6         A.    Yes, sir.
7         Q.    Let's go to the counterclaims.  It
8    starts on Page 5 of the document.
9              It says in or about 2013, T.J. Maxx
10   began purchasing women's contemporary
11   jackets, pants and shorts from Ringer Jeans?
12             Is that consistent with your
13   understanding?
14        A.    Yes.
15        Q.    The Maxx Jeans label, does Ringer
16   Jeans have a license with someone for that
17   label?
18        A.    It did, yes.
19        Q.    Does it still have the license with
20   it?
21        A.    No.  No, sir.
22        Q.    When did it lose the license?
23        A.    2000 -- again, I have to pull it
24   up.  I want to say 2020.
25        Q.    To your knowledge, was the license

 1
 2    lost because of the goods that are at issue
 3    in this litigation?
 4         A.    No.   The license expired and it was
 5    not worth keeping.
 6         Q.    Why was it not worth keeping?
 7         A.    Because there was, after this issue
 8    there was really no business left.
 9         Q.    What about Tamari Trade Labels?   At
10    some point did Ringer Jeans have a license
11    for that?
12         A.    I think Tamari is a typo.   It's
13    Tahari.
14         Q.    Right, T-A-H-A-R-I?
15         A.    Yes.
16         Q.    What is Tahari?   What type of goods
17    is that?
18         A.    Denim, jeans.
19         Q.    What are Maxx Jeans?   Is that a
20    specific type of goods?
21         A.    It's a very good question because
22    it is called Maxx Jeans.   It was denim-based
23    in the beginning.   Around 2015, it
24    transitioned to everything, but -- I believe
25    in 2016 -- to everything but denim.

*Charles Azrak*                        66

1
2      Q.    There is some discussion in this
3      case about Tencel, T-E-N-C-E-L, product.
4             What is that?
5      A.    Correct.
6             Tencel is a fabrication.  It's a
7      very lightweight woven fabric used for
8      jackets, pants and such.  It's considered, I
9      want to say higher end because of the
10     distribution, but it is a nicer, finer
11     fabrication.
12            At this time from 2017 onward, it
13     was probably 90 percent of the business done
14     with the Maxx Jeans label.  It was all in
15     that fabrication.
16     Q.    Does Ringer Jeans have any role on
17     actually manufacturing the goods?  And what I
18     mean, by that is if T.J. Maxx wants a Tencel
19     jacket, does Ringer Jeans have any of the --
20     does it have any role in obtaining the fabric
21     or anything like that?
22     A.    You mean actually purchasing the
23     commodities to make up the item?
24     Q.    Right.
25            Does it purchase any of the

1                   *Charles Azrak*              67

2      commodities itself?

3           A.    Not directly, no.  It buys finished

4      products from overseas suppliers.

5           Q.    So like for these products, for

6      example, if it wanted to sell some type of

7      Tencel jackets to Marshalls, Ringer Jeans

8      would basically have Fashion Leaf do it,

9      basically create the entire product and ship

10     it to its facility?

11          A.    Ringer Jeans would design the

12     product, sell it, contract with any supplier,

13     again Fashion Leaf or there were multiple

14     other suppliers doing this prior, and

15     comment, make sure it's up to standard

16     between, you know, on the design side and

17     then the supplier would finish producing.

18          Q.    Ringer Jeans actually has persons

19     or individuals who work with that actually

20     create a type of, let's say jacket?

21          A.    A design, yes.

22          Q.    They will sell that design to

23     T.J. Maxx?

24          A.    Yes.

25          Q.    T.J. Maxx will say I want 5000 of

*Charles Azrak*                         68

```
 1          that type of jacket?
 2                  A.    In theory, yes.
 3                  Q.    Then they would send to, they would
 4          hire a company such as Fashion Leaf to
 5          design, to manufacture a jacket in that type
 6          of specific design?
 7                  A.    Correct.
 8                  Q.    Are there samples sent out in any
 9          point in the process before it's actually
10          manufactured in bulk?
11                  A.    Multiple times, yes.
12                  Q.    Are the goods that are at issue in
13          this case, were there samples provided by
14          Fashion Leaf before the actual full-fledged
15          production?
16                  A.    Yes, certainly.
17                  Q.    I don't know the business.
18                        What is T-O-P versus P-P, are those
19          types of samples?
20                  A.    Yes.  It's different steps in the
21          process.  A PP sample or a preproduction
22          sample is the final sample that is provided
23          for the signoff on the styling end, that they
24          can proceed, start with bulk production.
```

*Charles Azrak*                    69

1
2          TOP sample is a top of production
3    sample.  The supplier or the factory or
4    whomever is supposed to pull some of the very
5    first pieces that are actually produced in
6    the low production cycle and submit those as,
7    say, an actual standard of what is being
8    produced.
9         Q.    Are there other samples other than
10   TOP and PP that are provided?
11        A.    Yes.
12             There's a prototype sample which is
13   the very first one.  And then in many cases
14   there is also a fit sample which is another
15   step in between to get all the sizing and
16   fitting specifications correct.
17        Q.    The goods at issue in this case,
18   how many different goods are there?
19             In other words, it sounds like
20   there are samples for each design; is that
21   correct?
22        A.    I cannot say for certain, but there
23   should be.
24        Q.    So how many different goods are at
25   issue in this case?  Are we talking 200, 300,

*Charles Azrak*                              70

```
 1    20, 30; do you know?
 2         A.    The whole case --
 3              MR. NASH:  Are you talking
 4              about styles or units of goods,
 5              Mike?
 6              MR. CASSELL:  Styles,
 7              different styles for which samples
 8              will be used.
 9              THE WITNESS:  Kevin, I gave
10              an approximate offhand quite
11              honestly.
12              MR. NASH:  Give it to him.
13              The man will never go shopping
14              again after this deposition.
15         A.    Offhand, I would say there were
16    approximately four different styles of
17    jackets in the Tencel fabric in multiple
18    colors.  There were, I believe, three
19    different pant styles also in multiple
20    colors, four different vests styles in the
21    Tencel fabric, also multiple colors.  And I
22    believe two different shorts styles, also in
23    the Tencel fabric, in multiple colors.  That
24    encompassed the high majority of the whole
```


```
 1                    Charles Azrak              71
 2      issue.
 3      BY MR. CASSELL:
 4           Q.    So it's only thirteen different
 5      styles plus multiple -- all multiple colors,
 6      but thirteen different items so to speak?
 7           A.    That created the majority of the
 8      issue.  Honestly, I would bulk it up to
 9      fifteen if I was to give a more definitive
10      just to be safe.  But yes, it was not, there
11      were not a lot of different design styles
12      here.
13           Q.    For each of these approximate
14      fifteen different styles, were prototype
15      samples provided by Fashion Leaf to Ringer
16      Jeans?
17           A.    Yes, they would have had to have
18      been.
19           Q.    And someone reviews it on behalf of
20      Ringer Jeans and signs off on it so to speak?
21           A.    A designer, yes.
22           Q.    How long is that in a process?  In
23      other words, we looked at a prior document
24      that seems to indicate the goods were
25      received in California in or about November
```

*Charles Azrak*                              72

1    2018.
2
3                How long does this process take?
4          A.    From the initial design or the
5    initial proto-sample?  It depends.
6          Q.    On the prototype sample, how far
7    are we going back to that?
8          A.    It depends how -- honestly there is
9    no black and white answer because it depends
10   on how good and correct the samples are in
11   the process.  It can take anywhere from sixty
12   days to get a bulk approval and then
13   seventy-five days to actually have the
14   product delivered.  Sometimes it can be
15   ninety days for the entire process.  It's a
16   sliding scale.
17         Q.    It's not a year typically?
18         A.    Unless the supplies are very late
19   and very behind it should not be.
20         Q.    Does Ringer Jeans send anybody to
21   China to oversee the samples that are being
22   sent out of the product?
23         A.    At this time when this occurred, we
24   had two representatives in China.
25         Q.    Who were the two representatives?

1                    *Charles Azrak*            73

2          A.    I have to be honest, I cannot

3     recall their names.

4          Q.    Did they have any role in reviewing

5     either the prototype sample, the TOPs or the

6     PPs?

7          A.    They would not give approvals on

8     anything, but their role was to make sure

9     that they were sent out timely and that

10    production cycle and process was on time,

11    assist when there is an issue and usually

12    also supply quality control when goods were

13    in production.

14         Q.    Do you remember any issues as far

15    as the quality of goods for these

16    approximately fifteen styles when the PP

17    samples were provided?

18         A.    I do not recall anything out of the

19    ordinary on the PP stage.

20         Q.    Which stage is first?  You said

21    prototype samples is first.  What is the next

22    round of samples, PP or TOP?

23         A.    PP is before TOP.

24         Q.    Is there another stage in between?

25         A.    Sometimes there's a fit sample and

*Charles Azrak*                   74

1    sometimes there is we need a new proto-sample

2    because it was so horrible.

3        Q.    What is AQ2.5?  Are you familiar

4    with that?

5        A.    No, I'm not.

6        Q.    Are you familiar with a quality

7    control standard 2.5?

8        A.    Is it AQL.

9        Q.    I'm sorry, yes AQL2.5.  Correct.

10       A.    I'm not very good technically like

11   that, but I believe that is the stitching

12   frequency and things like that, the AQL.

13       Q.    Do you know whether or not these

14   goods passed the AQL2.5 standard?

15              MR. NASH:  Which goods, the

16          ones that were defective or the

17          samples?

18              MR. CASSELL:  Good point.

19   BY MR. CASSELL:

20       Q.    The ones that were returned by

21   T.J. Maxx or sold at a discount?

22       A.    I don't want to answer that because

23   I don't know what the AQL encompasses.  I

24   believe the AQL is just the quality and the,

*Charles Azrak*                    75

1
2    I guess, consistency of the actual needle
3    stitching.
4         Q.   Do you remember any issues as far
5    as the quality of the goods at the PP stage?
6         A.   Again, I do not recall anything out
7    of the ordinary.
8         Q.   Do you actually review the goods?
9              In other words, at some point for
10   these fifteen different styles, samples are
11   provided to Ringer Jeans by Fashion Leaf at
12   the PP stage?  Is that the way it works?
13        A.   Yes.
14        Q.   Would you receive them yourself or
15   does other people at Ringer Jeans who are
16   designated to look over the goods?
17        A.   There are people designated to look
18   the goods and make their comments.  They will
19   be flashed to me when they're good and
20   brought to me to help them deal with when
21   they are really not good.
22        Q.   I know we're going back three plus
23   years, do you remember any issues with these
24   goods at the PP stage?
25        A.   Like I said, nothing is ever

*Charles Azrak* 76

1
2    perfect, but I do not recall anything
3    extremely out of the ordinary.
4        Q.    What about at the TOP stage?  Did
5    Fashion Leaf send samples to Ringer Jeans at
6    the TOP stage?
7        A.    I do not want to be too specific.
8    I know there were a lot of issues receiving
9    TOP samples.
10            Also, I should notate that TOP
11   samples in the industry, no one is ever
12   really sure if those are actually production
13   samples or not, so it's kind of a gray area,
14   quite honestly.
15            But like I said, I cannot say
16   exactly if we received for every --
17       Q.    Let me focus a little more and I
18   will move on.
19            For example, you said there were
20   four styles of jackets.  What is the quantity
21   that was produced, let's say of style 1.
22            Are we talking 500, 5000, 50,000,
23   how many?
24       A.    A lot.  A lot because every style
25   had maybe over 10 colors, there may have been

1                    *Charles Azrak*              77
2     20 colors of jackets that we made in the
3     Tencel fabric at any given time.  And there
4     was at least 3-4000 of each.
5          Q.    Of each color?
6          A.    Over time, yes.
7          Q.    So how many TOP samples, let's say
8     of the 3-4000, how many TOP samples; 1, 2,
9     20?
10         A.    It should be one per color.
11         Q.    Just one?
12         A.    Yes, just one per color.  It's just
13    a representative sample.
14         Q.    And it's supposed to be sort of
15    taken out of the bulk production?
16         A.    Exactly.
17         Q.    Do you know if that was done for
18    all of these approximately fifteen styles?
19         A.    I could not tell you.
20         Q.    Going back to what's Exhibit 12,
21    Paragraph 23, you sort of testified about
22    this before.
23              The paragraph indicates that the
24    sales were at most 22 million and then down
25    to approximately 15 million in 2017 and 2018.

*Charles Azrak*                    78

1
2          Is that consistent with your

3    understanding?

4          A.    Yes.  More or less, yes.

5          Q.    I think you had testified that 2017

6    and 2018 were a little higher.

7              Do you know if these numbers are

8    accurate?

9          A.    Yes, because this is only notating

10   T.J. Maxx.

11         Q.    I think had you testified, if my

12   notes are correct, in 2018 total sales were

13   closer to 20 million.

14             Does that sound accurate?

15         A.    It could be, but like I said, this

16   is only really focusing on T.J. Maxx in

17   general -- I mean in specific, I'm sorry.

18         Q.    I want to go back to paragraph 28.

19   Paragraph 28, read it to yourself, I'll just

20   paraphrase it.

21             It says approximately $4-million of

22   goods prove to be substandard, nonconforming

23   or defective?

24             Do you know what that's referring?

25         A.    The issues, yes.

*Charles Azrak*                    79

1

2      Q.    I'm just a little confused.  I

3      thought you had indicated that -- and correct

4      me if I'm wrong -- at T.J. Maxx the total

5      amount of goods that were returned or

6      discounted was under 2 million.

7             What is the relationship between

8      that number and this 4 million here?

9      A.    There was a lot more merchandise

10     that we had in-house that was part of the

11     replenishment program.

12     Q.    And never made it to any T.J. Maxx?

13     A.    No.

14     Q.    I'm sorry, that was a bad question.

15            Did those goods, were they ever

16     sent to T.J. Maxx?

17     A.    No.

18     Q.    What was done with those goods?

19     A.    Like I said before, things were

20     liquidated.

21     Q.    Was there a document created as to

22     how much those goods were sold for?

23     A.    Yes, significant discounts

24     obviously and I provided it.

25     Q.    When you say discount, when the

*Charles Azrak*                    80

1    goods were sold at discount, I'm just a

2    little confused because isn't it true that

3    Ringer Jeans never paid Fashion Leaf for the

4    goods?  I don't understand how it's sold at a

5    discount.

6         A.    No, I'm saying a discount of

7    regular price.

8              MR. NASH:  Charlie, just

9              explain to him, just so he

10             understands, what was the price

11             you're selling Tencel garments or

12             what price were you buying it from

13             Fashion?

14        A.    So jackets were typically purchased

15   at anywhere from $14-18 and sold anywhere

16   approximately $19-25.

17             MR. NASH:  On retail.  On

18             retail.  These were the cream of

19             the crop at T.J. Maxx.

20        A.    Correct.  So these retailed at

21   approximately 39 and $49 at T.J. Maxx.

22   BY MR. CASSELL:

23        Q.    Just so I understand, if a jacket

24   is purchased at 14 and sold at 19, would you

*Charles Azrak*                              81

1
2    say that's a $5 profit margin to Ringer
3    Jeans?  Is that were the profit margin is
4    built in?
5         A.    Correct.
6         Q.    When you sold, you mean sold at
7    wholesale obviously because it's sold to T.J.
8    Maxx, for example?
9         A.    Yes, sir.
10        Q.    And as your attorney noted, then
11   the retail price is marked up, approximately
12   double for what it's sold?
13        A.    Typical industry standard, yes
14   exactly.
15        Q.    Paragraph 34 referenced an e-mail
16   February 12, 2019.  We will get to the
17   documents in a little bit.
18             Do you remember receiving that
19   e-mail?
20        A.    Yes.
21        Q.    That was from whom at T.J. Maxx?
22        A.    No, this isn't -- I'm sorry, you're
23   talking about line --
24        Q.    I'm sorry.  I'm sorry.
25             Prior to this e-mail, did T.J. Maxx

```
 1                    Charles Azrak              82
 2     make you aware of issues with the goods?
 3          A.    Yes.
 4          Q.    Paragraph 34 references an e-mail
 5     from Fashion Leaf on February 12th.
 6                My question is, when did T.J. Maxx
 7     first advise you about issue with the goods?
 8          A.    I believe -- you mean the date.
 9          Q.    Right.
10                Do you remember the date?
11          A.    I don't remember the date.  I
12     believe it was in January of 2019, but I
13     don't remember exactly when.
14          Q.    Let's look at Paragraph 33.
15                Can you read it okay on your
16     screen?
17          A.    Yes.
18          Q.    It says that Fashion Leaf refused
19     Ringer Jeans' effort to inspect the goods.
20                What do you know about that
21     allegation?
22          A.    As I mentioned before, we had two
23     representatives in China that would give
24     quality control in bulk production and give
25     signoffs.  Mr. Zhao did not allow them on the
```

*Charles Azrak*                    83

1

2    premises multiple times and made them leave

3    multiple times from the few months of the

4    relationship.

5         Q.   Was there a reason why the

6    relationship continued even though Mr. Zhao

7    did not let these quality control people to

8    look at the goods?

9         A.   Yes, there were no issues in the

10    beginning.

11         Q.   Paragraph 35 says T.J. Maxx refused

12    to sell any of Ringer Jeans' other products?

13         A.   Correct.

14         Q.   For what period of time did T.J.

15    Maxx refuse to sell any of Ringer Jeans'

16    other product?

17         A.   If I'm not mistaken, when this

18    occurred in February we did not get another

19    order from T.J. Maxx for about nine months

20    and those orders were not ever again allowed

21    to be in the Tencel fabrication and not under

22    the Maxx Jeans brand.

23         Q.   What brand was it under when you

24    started getting new orders with T.J. Maxx?

25         A.   We started getting new orders for

1                    *Charles Azrak*                    84

2     denim jeans under the Tahari label.

3          Q.    Did that change at any point in

4     time?

5          A.    I'm sorry, what do you mean

6     "change."

7          Q.    Did it change?  You said it was

8     late 2019 to the present date.

9                Did that change at any point in

10    time where you were doing different business

11    with T.J. Maxx?

12         A.    Yeah, we then started shipping some

13    career pants under the Tahari label, but

14    never Maxx Jeans again.

15         Q.    Paragraph 36 says that Ringer Jeans

16    lost the benefit of new orders for at least

17    $9 million.  How is that quantified?

18         A.    So I mentioned before that we have

19    a -- when we worked with T.J. Maxx on these

20    programs we get a monthly projection which is

21    kind of like a replenishment projection and

22    they do that to make sure that we know how to

23    claim our I guess our cash flow in order to

24    properly apply them.  These were the orders

25    written for the balance of the first 6 months

*Charles Azrak*                                    85

1
2      of the year that they protected with us
3      together.
4            Q.    2019?
5            A.    Yes.
6            Q.    Let's go to Paragraph 38.
7                  Did you have any role in providing
8      these figures to your attorneys?
9            A.    I definitely did.
10           Q.    Did anybody else at Ringer Jeans
11     have a role in providing these numbers?
12           A.    The numbers themselves, yes.
13           Q.    Who else at Ringer Jeans?
14           A.    I guess our operational people in
15     order to gather all the numbers, our accounts
16     receivable people in order to calculate and
17     present the markdowns, so probably two to
18     three different people.
19           Q.    The immediate markdown number, the
20     $1.4 million, where was that taken from?
21           A.    From T.J. Maxx and I provided the
22     remittances that showed it.
23           Q.    The 405,000, how was that number
24     calculated?
25           A.    That was generated, that was the

*Charles Azrak*                      86

1  gross profit on the -- so that's not the

2  protection for the replenishment.  Those were

3  purchase orders that were actually canceled.

4  It was an excess of $1.5 million, so 405,000

5  was the gross profit that we generated.

6      Q.    What about the $799,000, how was

7  that number calculated?

8      A.    That was what I mentioned before.

9  That's the replenishment.  Oh no, I'm sorry,

10  I'm sorry, I'm sorry, I'm sorry.  I jumped

11  ahead.  I'm sorry.  The $1.4 million was the

12  markdown, the assumed markdown at that time

13  on what was remaining in our warehouse.

14      Q.    Let me just step back.

15          The $799,000, how was that number

16  calculated?

17      A.    I'm sorry.  So, I wasn't wrong.

18  The $405,000 was for the actual orders,

19  purchase orders to ship within that month.

20  That was the gross profit associated with the

21  shipment of those orders.  And then the

22  loss/gross profit on future purchase orders,

23  that was the replenishment program for the

24  gross profit dollars.

*Charles Azrak*                    87

1

2      Q.    When you say "replenishment

3  program," you mean that T.J. Maxx wants a

4  certain amount of goods always on hand, so to

5  speak?

6      A.    Yes, that's the projection that we

7  worked on together that I referenced before.

8      Q.    Isn't that part and parcel of this

9  $9 million that's referenced in paragraph 36?

10      A.    Yes, yes, yes.

11      Q.    Let's go down to the 1.45 million.

12  I think you sort of testified as to that.

13            But how is that number calculated?

14      A.    I can't recall the exact

15  calculation, but it was I think a

16  conservative assumption of what the goods can

17  be sold for versus the invoice price we

18  received from Fashion Leaf, from the

19  supplier.

20      Q.    The remaining goods in inventory,

21  can you quantify that?  Are we talking about

22  70-80,000 pieces of clothing?  What is the

23  actually bulk number of pieces of clothing?

24      A.    No, it was far more than that.  I

25  wouldn't be able to tell you offhand --

*Charles Azrak*                        88

1
2                    THE WITNESS:  But Kevin, I
3           believe we supplied that as well.
4    BY MR. CASSELL:
5         Q.   Sitting here today, do you still
6    have some of the goods in inventory?
7         A.   We do.
8         Q.   You do?
9         A.   I'm sorry, sir.  I know I cut you
10   off.  I'm sorry.
11        Q.   I talked over you.  Let me ask the
12   question again.
13             Does Ringer Jeans still have some
14   of those goods in inventory?
15        A.   Yes, sir.
16        Q.   The $416,000, how was that
17   calculated?
18        A.   As I mentioned we had other items
19   other than Tencel that we were working with
20   T.J. Maxx, that we had different suppliers
21   for, all those orders were also canceled
22   because of this issue.  So that's the gross
23   profit that those sales would due to throw
24   off.
25        Q.   So non-Fashion Leaf products that

*Charles Azrak*                    89

1
2    were manufactured by companies other than
3    Fashion Leaf but they were also Tencel
4    products?
5         A.    No, they were not Tencel products.
6    They canceled every single open purchase
7    order with Ringer Jeans regardless of the
8    fabrication.
9         Q.    Was Fashion Leaf used to make all
10   the Tencel products?
11        A.    At this time, yes.
12        Q.    There's a reference in the next
13   line of 197,000.  It says markdowns and
14   upcharged by Sam's Club.
15            How did Sam's Club come into the
16   equation?
17        A.    We were working together on a Sam's
18   Club order.  When I say "we," Ringer Jeans
19   and Fashion Leaf.  It was an order that
20   Ringer Jeans obtained.  Because of what
21   happened, obviously we couldn't go forward
22   with Fashion Leaf, so we had to get an
23   extension from the customer and do what we
24   had to do in order to replace that.  The net
25   loss on that, what we had to give back was

*Charles Azrak*                    90

1   
2   $197,000.
3          Q.    What are the markdowns?
4                In other words, you had goods that
5   you thought would sell for X but you ended up
6   selling them for less?
7          A.    No.  The marking was the discount
8   given to Sam's Club for such extension.
9          Q.    Was it for an extension or due to
10   the fact that goods were defective?
11          A.    No, no, no.  Sam's Club did not
12   receive the defective product.  That was a
13   go-forward order for Shume (phonetic) for
14   later that year.
15          Q.    What is the reference to the term
16   "upcharged"?  I'm not sure what that means in
17   this context.
18          A.    Sure.
19                We actually, because of all the
20   time lost and we had to replace it, we had to
21   pay a surcharge to any new supplier in order
22   to get a date.
23          Q.    The next item, $67,000 is a
24   warehouse charge to store defective goods.
25   Is that still a proven?

**516-535-3939**

1                    *Charles Azrak*                91
2         A.    Oh, yes, certainly.  Of course.
3         Q.    At any point in time, did you ever
4    discuss sending the goods back to Fashion
5    Leaf?
6         A.    We are not allowed.
7         Q.    Why is that?
8         A.    The goods are branded.  So no one
9    is allowed to own them, sell them, anything,
10   other than me.  I'm not allowed to ship them
11   overseas because it's out of my territory
12   that's mandated within my license.  And
13   furthermore, they're subject to the UCC
14   filing lien by my lender.  So I can't remove
15   it from the borrowing base without actually
16   paying them for it.
17        Q.    When are the goods branded, at what
18   part of the process?
19        A.    On the label.  It's one of the
20   first things that is done.
21        Q.    So when Fashion Leaf produces the
22   goods, they produce the goods with the Maxx
23   Jeans label on it?
24        A.    With the Maxx Jeans label, all the
25   zipper tabs, the zipper pulls also say Maxx

```
 1                    Charles Azrak          92
 2    Jeans, the brims in many cases say Maxx Jeans
 3    and, of course, any hangtags and price
 4    tickets and such.
 5         Q.   All of that is permissible because
 6    you had a license at the time?
 7         A.   Yes, sir.
 8         Q.   Now you can't send the goods to
 9    somebody else because they still have the
10    same labeling on them?
11         A.   Correct.
12         Q.   What is the last, the last row we
13    have G-M-R loss due to failure to make
14    guaranteed sales, 335,000?
15         A.   Correct.
16              So we have a gross, G-M-R stands
17    for gross minimum royalties.  There is an
18    annual minimum that we have to pay to the
19    licensor regardless if we accrue enough sales
20    to throw off that money.  It's still due.
21    Obviously when this occurred in January and
22    February and we lost our entire business, we
23    effectively paid out the GMR amount and did
24    not have any sales to recoup that at that
25    time.
```

1              *Charles Azrak*              93

2        Q.    Did you ever try to cut a deal with

3    the licensing company under the circumstances

4    to try to mitigate damages?

5        A.    We did.  They were upset enough at

6    us for having the issue in the first place.

7        Q.    So they were not willing to budge?

8        A.    No.  They were not happy, to be

9    nice about it.

10       Q.    Paragraph 39 references loss of

11   good will of $3 million.

12             Do you know how that was

13   calculated?  I know it's sort of vague, but

14   do you have any understanding?

15       A.    Yes.  There was a metric for the

16   number.  I believe --

17             THE WITNESS:  Kevin, if I'm

18             not sure do I answer that?

19             MR. NASH:  Yes, yes.  Give

20             him how you came about lost

21             profits.

22             You had a good relationship

23             with T.J. Maxx and it was done

24             overnight, basically.

25       Q.    Let me be clear.

```
1                   Charles Azrak              94
2              I don't want you speculating or
3    guessing, but I'm entitled to know what your
4    understanding is, even if it's not 100
5    percent certainty.
6              So your best understanding as to
7    how this $3 million figure was quantified?
8         A.   Okay, no problem.  So the good will
9    number -- and again from what I remember, we
10   took an annual gross profit amount.  So if
11   you just take out what our annual sales more
12   or less were with T.J. Maxx by a running
13   gross profit, that was how I came up with an
14   approximate $3 million arbitrary number.
15        Q.   Go on to the next exhibit --
16             MR. CASSELL:  Anyone need a
17             break before I go on with the next
18             exhibit?
19             MR. NASH:  We're doing
20             pretty good, right?  We are doing
21             good?
22             MR. CASSELL:  We're getting
23             a lot done, yes.
24   BY MR. CASSELL:
25        Q.   The next exhibit I'm going to put
```

*Charles Azrak*                    95

1    the witness -- I'm going to use what Mr. Nash

2    did.  I guess this was already marked as

3    Exhibit 14.  I don't know if you have an

4    actual marking on these documents but, to be

5    consistent, it was Zhao Exhibit 14.  It's the

6    asset purchase agreement.  So I'm not going

7    to re-mark it.  I'm going to use the same

8    marking.  It's Zhao Exhibit 14.

9               So I'm putting before the witness

10    what has been marked as Exhibit 14.  It's the

11    asset purchase agreement.  We've discussed it

12    before at different points in time to this

13    deposition.  Have you seen this document

14    before?  This is probably the cleanest copy I

15    can show you?

16        A.    I might have seen it.  I don't

17    recall seeing it though.

18        Q.    You had testified earlier, and just

19    correct me if I'm wrong, that essentially you

20    had put Mr. Zhao in touch with the principal

21    of Ringer Jeans, Mr. Zeitouni.

22               Did you have any role specifically

23    in the deals between the two of them that led

24    to this asset purchase agreement?

1                      *Charles Azrak*                96

2          A.    I did.  I was involved in

3    conversations with them on how to, I guess,

4    partner up.  Yes.

5          Q.    Are you aware that this agreement

6    was eventually signed?

7          A.    Again, I do not know what this

8    exact agreement says.  I do know that they

9    made a deal.

10         Q.    Do you know if Mr. Zhao provided

11   any monies to Ringer Jeans consistent with

12   the deal?

13         A.    Yes.  I do know that he did.  I

14   don't know why he did not go to Ringer Jeans

15   Apparel and things like that, per se, like I

16   said before.  But yes, I do know he paid

17   money.

18         Q.    We talked before about Ringer Jeans

19   Apparel.

20               Is it your understanding that that

21   company was actually formed?

22         A.    I know it was.  I know the LLC was

23   created.  I don't believe it ever operated

24   anything though.

25         Q.    Do you know whether or not it ever

*Charles Azrak*                               97

1     had a bank account?

2         A.    I don't know, honestly.

3         Q.    Did you do any work for Ringer

4     Jeans Apparel?

5              In other words, did you do any work

6     for which you were advised by Mr. Zeitouni to

7     be wearing sort of the Ringer Jeans Apparel

8     hat as opposed to the Ringer Jeans hat?

9         A.    Not that I recall.  I don't

10    remember it ever really getting off the

11    ground.

12        Q.    In calendar year 2018, besides

13    working for Ringer Jeans, did you work for

14    any other company?

15        A.    You mean as a consultant.

16        Q.    Yes, only because there seems to be

17    a lot of related, possibly related companies

18    as in any type of manner working in 2018?

19        A.    I never in 2018 -- I mean, I can't

20    take that year per se, but I never worked for

21    multiple companies of Mr. Zeitouni at one

22    given time, but I did from time to time do

23    consulting work for other people.

24        Q.    I think I sort of asked you this

25

*Charles Azrak*                         98

1  before.

2

3           What exactly do you do as a

4  consultant?  You say it's consulting but it

5  sounds that you're move involved with sales?

6      A.    No, I'm not.  So when I say

7  consulting, it's really because what I did

8  for all these years was really I more or less

9  managed the sales, the purchases and just

10  probably more importantly, the relationship

11  with the factors and the lenders which is not

12  typical.

13      Q.    Did you have any role in designing

14  the goods?

15      A.    I would work with the design team,

16  but I'm not a designer.

17      Q.    Go to the next document.  I'm

18  putting before the witness, once again I'm

19  not going to remark this; we have enough

20  exhibits in this case.  This was marked as

21  Zhao Exhibit 21.  It's a 37-page document

22  entitled Ringer Jeans Apparel LLC Limited

23  Liability Company Agreement.

24           Once again, we have discussed

25  before that this is a clear copy?

```
 1                    Charles Azrak              99
 2              Have you seen this document before?
 3         A.    Not that I recall.
 4         Q.    There's a reference here on Page
 5    24, there's a section, for some reason, it's
 6    Section 16, even if it comes after section
 7    9.13 and 1.5.  But it's a section relating to
 8    see term purchases.  And, essentially, it
 9    means CPR can contribute more monies in an
10    increased ownership interest in the company.
11              Do you have any knowledge at all of
12    that?
13         A.    Yes.  I am aware of that.  I'm not
14    clear or recall dollar amounts or
15    percentages, but it was that that Mr. Zhao
16    was able to purchase more shares for more
17    money if he chose to.
18         Q.    Do you know whether or not he
19    availed himself of that?
20         A.    I know he paid money, but again,
21    I'm not clear on the actual agreement.
22         Q.    No.
23              The monies that he paid in, do you
24    know where those monies went?
25         A.    I believe he actually paid them
```

*Charles Azrak*                    100

1
2    into Ringer Jeans.
3         Q.    Do you know what Ringer Jeans used
4    the monies for?
5         A.    Operations.  That is what his
6    funding was supposed to go.
7         Q.    Do you know what the differences is
8    between CTR and Fashion Leaf?
9         A.    If I'm not mistaken, CTR Holdings
10   was a new -- I believe it was a new co that
11   Mr. Zhao created which was an American LLC or
12   US entity.  CTR I think stood for was like
13   kind of like an acronym for Color Tree, which
14   was his other United States company.
15        Q.    I'm going to put before the witness
16   what has been marked as Exhibit 13.  So this
17   Zhao Exhibit 13.  It's 18 pages.
18             Now, if we look at this document --
19   once again, I can make it bigger or smaller,
20   whatever you need.
21             But I'm looking at Page 1 of
22   Exhibit 13 and I see your name here and it
23   says CMA, which obviously your initials, at
24   Essentialsnewyork.com and this is December
25   2017?

*Charles Azrak*                    101

1
2     A.    Correct.
3     Q.    Was that the e-mail you were using?
4     A.    At that time, yes.  I switched over
5  later to the CMA@maxx-jeans.com.  Yes.
6     Q.    What company were you working for
7  in 2017?  Wasn't it Ringer Jeans?
8     A.    I think at this time, it actually
9  was Ringer Jeans.  But all my contacts and
10  all my internal communications, because I
11  wanted to keep my e-mail history, was still
12  on the Essentials New York server.
13     Q.    There's some handwriting on this
14  page, there's some underlining, there's a
15  star and some handwriting.
16          Do you know whose handwriting this
17  is?
18     A.    I don't.  That is not my
19  handwriting.
20          MR. NASH:  It's a Jewish
21          Star, nice.
22     A.    I wish my handwriting was that
23  neat.
24  BY MR. CASSELL:
25     Q.    Who is this Morris King

*Charles Azrak*                           102

1
2    C-A-T-T-O-N?  I see his name on a bunch of
3    documents.
4         A.    Morris Catton is a -- I guess he's
5    an agent.  He's a production sourcing agent.
6    He has a long-standing relationship with
7    Mr. Zhao.  He is someone I know personally,
8    not well, but know of personally.  We're from
9    the same community in Brooklyn.
10        Q.    Was there a falling out between him
11   and Mr. Zeitouni?
12        A.    With Mr. Catton.
13        Q.    Yes.
14        A.    I don't believe so.  They're
15   cordial to each other.  They were never so
16   friendly, but they're cordial.
17        Q.    How about Mr. Zhao and Mr. Catton?
18        A.    I know they were doing a lot of
19   business together either at this time or
20   prior.  I know there were a lot of issues.  I
21   believe they're still cordial, but I don't
22   think they work together.
23        Q.    Where was Mr. Catton located?  He
24   is on the New York side?
25        A.    In New York.

*Charles Azrak*                    103

       Q.    Do you know why he is copied on
these e-mails that address the potential
partnership between Mr. Zhao and also
Mr. Zeitouni?  Do you know why he was
included?

       A.    Yes, he was, he was -- I don't want
to say advising, but he was kind of advising
Mr. Zhao and helping him on that side.  He
was also looking, looking for compensation to
work as a conduit between the Fashion Leaf
China-based office and our company for a
go-forward basis because of his familiarity
with Mr. Zhao's company.

       Q.    Was he ever paid for his time?

       A.    The only company then -- I believe
he was for a few months.

       Q.    There's a reference in Paragraph 3
relocating the China office into Fashion
Leaf.

             Whose China office is that?  Is
that the Ringer Jeans China office?

       A.    That refers to those
representatives that we had in China at that
time that I mentioned earlier.

*Charles Azrak*                               104

1

2     Q.    Did Ringer Jeans have an actual

3  office in China or steward representatives?

4     A.    No, it did not have a physical

5  office.  But it had, I believe it was two

6  people at this time that were paid directly.

7  But I don't recall that there was a physical

8  office.  I think it's just a matter of speak.

9     Q.    It says never happen.  Did it ever

10  happen?

11     A.    No.

12           Like I said, Mr. Zhao wouldn't let

13  them even come to the factories.

14     Q.    There's a reference on page -- I'm

15  on Page 3 of 18 now.  There's a reference

16  that says a reference of a $40,000 per month

17  management fee.

18           Do you know anything about that

19  management fee?

20     A.    To be paid to whom.

21     Q.    That's why I wasn't sure.

22     A.    I can read it, maybe it will --

23           This is different.  Mr. Zhao, for a

24  period of time, wanted Mr. Zeitouni and I to

25  help him turn around his Color Tree, his

*Charles Azrak*                   105

1   other US-based company.  And this 40K a month

2   management fee was in regard to running that

3   company for him.

4       Q.   Did that ever come to fruition?

5       A.   I don't believe so.  I don't

6   remember if it did.  I don't believe so.  We

7   did do some work, but I don't think we ever

8   really transacted.

9       Q.   I see now.

10           The next page is an e-mail from

11  Morris to Mr. Zeitouni saying we have no

12  problem paying you and Charles a 40K

13  management fee.

14           So is that consistent to what you

15  just said?

16      A.   Yeah, for the complete managing of

17  all facets of CT company, our Color Tree

18  company, yes.

19      Q.   That was actually never done?

20      A.   I don't believe so.

21      Q.   That's different from the actual

22  partnership that would lead to this Ringer

23  Jeans Apparel?

24      A.   Correct.

*Charles Azrak*                          106

1

2      Q.    Down to Page 12.

3            Once again there's handwriting on

4      the right side of Page 12 with a star?

5            Do you know whose handwriting that

6      is?

7      A.    I don't.

8      Q.    This is an e-mail, says from you,

9      it says Alex I hope you traveled safely.  The

10     new company has been formed.

11           Is that an e-mail from you?

12     A.    Yes, it would have to be.  Yes.

13     Q.    Did you have any role in actually

14     forming the company?

15     A.    In forming, actually forming it,

16     no.  But I mean I was aware that it was

17     formed.

18     Q.    Did you have any role in contacting

19     an attorney or someone to form it?

20     A.    Possibly.  Truth is I don't

21     remember in this case.  I do have an attorney

22     that I use, that I put all my friends in

23     contact with to open up LLCs and generate the

24     operating agreements and such.

25     Q.    What is this chart on the bottom?

1                    *Charles Azrak*              107

2      Is that something you created?  That starts

3      on the bottom of page 12 and 13?

4          A.    Yeah, I made a checklist of what

5      needed to be done in order to complete the

6      deal.

7          Q.    Move on to the next exhibit which

8      is 16.

9                        MR. CASSELL:  We'll take a

10                   break.

11                       (Whereupon, a recess was

12                   taken at this time.)

13                       MR. CASSELL:  I'm putting

14                   before the witness virtually a

15                   document, it's a five-page document

16                   and we had marked it previously as

17                   Zhao Exhibit 16.

18                       I'm going to ask the witness

19                   to look at this document.

20     BY MR. CASSELL:

21         Q.    In this document, there's a

22     reference at the bottom of the first page to

23     a payment and it is dated, if I understand

24     correctly, 02/25/2018 -- and once again, I

25     asked you some of these questions, but

1                    *Charles Azrak*                    108

2       sometimes it's just helpful to just put it in

3       context with documents.

4                Do you have any knowledge about

5       Mr. Zhao making the payment pursuant to the

6       agreements that we've discussed before

7       related to Ringer Jeans Apparel?

8            A.    Like I said, I do know -- I am

9       aware he made payments.

10           Q.    If we go to the second page of this

11      exhibit, there's a reference, it's an e-mail

12      from you to Alex.

13               If I read this correctly, that the

14      payment is $75,000 is to Ringer Jeans Apparel

15      LLC?

16               Do you see that?

17           A.    I do.

18           Q.    Was a bank account set up for this

19      entity?

20           A.    So apparently there was.  I don't

21      remember but apparently there was and I knew

22      at the time.

23           Q.    Do you know if that $75,000 payment

24      was ever made?

25           A.    I would assume because I do know he

*Charles Azrak*                    109

1    paid in more than that in total.

2         Q.    If the monies went to Ringer Jeans

3    Apparel would they, at some point, made their

4    way to Ringer Jeans, to your knowledge?

5         A.    They must've been.  And again, this

6    is before I owned the companies, but I mean,

7    I would have to assume.

8         Q.    I'm going to scroll down to page 4

9    of this e-mail chain and it's an e-mail dated

10   02/20/2018 and it's from Gabe Zeitouni to

11   Alex.

12             At this point, in February of 2018

13   -- we sort of touched on this before also --

14   how long have they been in communication with

15   each other, meaning Alex and Gabe?

16        A.    Like I said, we were in

17   conversation.  I introduced them in early

18   2018 if I'm not mistaken.

19        Q.    So, at this point, they have not

20   been friends, they had not been colleagues

21   for years?  This is pretty new --

22        A.    No, no, no, no, no, no.  They met,

23   their whole -- the span of their

24   relationship, the whole thing was a year from

*Charles Azrak*                                      110

1
2    start to finish.
3         Q.   Now there is a reference here from
4    this e-mail from Zeitouni to Mr. Zhao, it
5    says, we are excited, our sample line is not
6    great but acceptable.
7              Do you know what he is talking
8    about there?
9         A.   I believe this is in reference to
10   our initial Tahari design launch.
11        Q.   When was the Tahari line launched
12   actually?
13        A.   It would be now.  It would be
14   around this time.
15        Q.   So the sample line, you create
16   samples and you hope that somebody like
17   T.J. Maxx buys off the samples and then it
18   goes into production; is that accurate?
19        A.   Yes.  In a nutshell, yes.
20        Q.   Let's go to the next exhibit which
21   is 17.  This is Zhao Exhibit 17.
22              Once again it says, there's an
23   e-mail here confirming receipt of payment.
24              Now, in this e-mail, it says
25   there's a reference to very much needed

*Charles Azrak*                              111

1   balance of 50K.

2              Was Ringer Jeans in early 2018

3   having an issue about lack of funds?

4        A.   We were always, always tight on

5   funds because of the payment terms with our

6   customers.  I mean, we don't get paid for 90

7   days.  So, I mean, it's always a constant --

8   it's always a constant workaround cash flow

9   issues.  But the company was not in distress.

10  It's just it's always at the brink of its

11  availability.

12       Q.   The goods are manufactured for

13  Ringer Jeans, you pay the manufacturer, many

14  times the manufacturer is paid before you are

15  paid by T.J. Maxx?

16       A.   Almost always.

17       Q.   At least that's the cash flow

18  problem?

19       A.   Unless you have a high margin

20  because like I said, we use an asset-based

21  lender and we are getting a percentage of

22  that forwarded to us.  But if your margin is

23  20 percent like ours, the spread is not large

24  enough until you receive the balance.

*Charles Azrak*                    112

1
2          Q.    Is that still the case today in

3     2022?

4          A.    Yes.

5          Q.    I'm going to go to what has been

6     marked as Exhibit 19.

7                So, once again, this was pre-marked

8     as Zhao Exhibit 19 and this is a seven-page

9     e-mail chain from starting in, looks like

10    around July of 2018.  I'm going to ask you

11    questions on Page 6.

12               Page 6 is an e-mail from, it looks

13    like from you to Alex.

14               Do you have any recollection of

15    drafting this e-mail in June 2018?

16         A.    I'm reading.  I mean I don't recall

17    sending this specific e-mail.  I do recall

18    some of the contents of it.

19         Q.    There's a reference here about

20    being tight on cash flow.

21               Is that what you were just

22    discussing just before?

23         A.    Yes.

24         Q.    What is this reference to Sinosure,

25    S-I-N-O-S-U-R-E?

*Charles Azrak*                        113

1

2      A.    This is different and unrelated.

3   Alex, Mr. Zhao had mentioned to us a few

4   times that he can help us get an increase

5   credit line with Sinosure.  Sinosure is a

6   China-based insurance -- Hong Kong-based --

7   I'm sorry, insurance company that many, many,

8   many, many suppliers based out of China try

9   to get their orders covered and insured by

10  Sinosure.  It's a very important thing.

11          At this time, he applied for a

12  credit and he didn't get it.  He couldn't get

13  any for Ringer Jeans.  So he said that he had

14  a contact there that can give us some

15  information on how we can get it cleared up.

16  So he was trying to help us do this.

17     Q.    You had referenced earlier about

18  that you believe the purchase orders were in

19  different company's names.

20          Did it have anything to do with

21  Sinosure?

22     A.    Sinosure is one of the insurance

23  companies.  So I did mention that he was not

24  able to get enough credit for Ringer Jeans,

25  which is why he used those other entities.

*Charles Azrak*                                114

So it's not the same, it's not the
same thing, but yes, the Sinosure issue with
Ringer Jeans listed here that the credit line
is all used up is what created that issue.

Q.   Were you aware that that was being
done as far as the change in the purchase
orders for insurance purposes?

A.   We were made aware, I believe,
after the fact.  We knew he was applying to
see if they had any credit and to see what
could be done or whatever.  But that happened
later.  We were not made aware.

Q.   Did Ringer Jeans have any objection
to that at the time it was made aware?

A.   I have a few objections with it now
because of how it was used, and we did not
know other things.  I don't really -- I can
elaborate on that if --

Q.   Yes.

What are the objections?  I want to
know your position, Ringer Jeans' position on
that.

A.   We were unaware that orders are
being placed with factories that were not

*Charles Azrak*                    115

1

2     under the ownership of Mr. Zhao.  And using

3     those entities to do so was not something

4     that we had discussed.

5          Q.    Let me sort of break that down.

6                So it was the understanding of

7     Ringer Jeans that all the goods were being

8     manufactured by factories that were basically

9     under the ownership of Mr. Zhao?

10         A.    Companies that were under the

11    ownership of Mr. Zhao, yes.

12         Q.    Did you learn something differently

13    at some point in time?

14         A.    After we were served a lawsuit,

15    yes.

16         Q.    But not before?

17         A.    No.

18         Q.    But you had mentioned something

19    about changing the purchase orders.  Is that

20    related to this issue at all?

21         A.    I mentioned changing the name of

22    the company on the purchase order.  That was

23    in regard to the credit insurance name that

24    we just discussed.

25         Q.    And Sinosure is one of the

*Charles Azrak*                    116

1
2      insurance companies?
3            A.    Yes, sir.
4            Q.    Let me see if I can understand
5      this.
6                  How would changing the name on a
7      purchase order satisfy Sinosure to your
8      understanding?
9            A.    So I'm not very clear on how it all
10     works.  I will tell you that Mr. Zhao
11     understood it very well.  But it seems like
12     different companies get different coverages
13     which is understandable, but even companies
14     that do not have history also get certain
15     coverages.  So I think that was, I think
16     that's why it was done.
17           Q.    What is the insurance?  This is a
18     company that insures the goods in case it's
19     damaged at some point in the process?
20           A.    No.  They guarantee payment to the
21     supplier.
22           Q.    I'm going to put before the witness
23     what has been marked as Exhibit 20.  It's
24     Zhao deposition Exhibit 20.
25                 This is an e-mail, looks like

*Charles Azrak*                    117

1

2   August 17, 2018, and there is some discussion

3   about the monies being paid or request for

4   monies.

5           Do you have any knowledge of these

6   e-mails, this e-mail here?

7       A.   I mean, I was on it.  I guess, I

8   was aware of it at that time.  Yes.

9       Q.   I'm going to put before the witness

10  what has been marked as Exhibit 6.  So now

11  I'm going to shift gears a little bit.

12          I'm going to start walking you

13  through e-mails that are sort of quote

14  unquote "contemporaneous" with the issues

15  that deal with not the investment issue but

16  more with the good aspect of the case.

17          So I'm going to walk you through

18  these e-mails?

19          One of the earliest e-mails that I

20  see consist of this chain which, as I said,

21  is Exhibit 6.

22          Have you seen -- I know it's hard

23  to see it because you can't see it in person.

24          It's a 10-page e-mail, but do you

25  recall at some point in time that T.J. Maxx

*Charles Azrak* 118

1   notified somebody from Ringer Jeans about

2   issues with the goods?

3        A.    Yes.

4        Q.    And I can scroll through this.

5              Have you see this e-mail before?

6   I'm looking at pages 10 up through 9.

7              Have you see this before?

8        A.    Yes, I definitely have.  Yes.

9        Q.    Do you know what the TY sample is

10  versus the LY sample?

11       A.    This year sample is TY.  Last

12  year's sample is LY.

13       Q.    The last year sample, who made the

14  last year sample?

15       A.    We had multiple different

16  suppliers, not Fashion Leaf.  They came on at

17  the tail-end of 2018.

18       Q.    Were there any Tencel products --

19  you might have answered this but let me put

20  it in context.

21             Were there any Tencel products that

22  were provided to T.J. Maxx in this timeframe;

23  meaning, fourth quarter 2018 that came from

24  someone other than Fashion Leaf?

1                    *Charles Azrak*              119

2          A.    No, we switched it over in the

3     middle of that year.

4          Q.    Middle of 2018?

5          A.    Yes.

6          Q.    Do you know who took these

7     photographs, the ones that are attached to

8     Exhibit 6?

9          A.    I can't tell you exactly.  I will

10    tell you that there are issues like this like

11    when we get these types of packets from

12    T.J. Maxx.  There was a woman named Joy Tina

13    that used to always do it.

14         Q.    Is getting a document from

15    T.J. Maxx regarding problems with the goods,

16    is something that was unique during the time

17    period?

18         A.    Extremely unique and never at this

19    level.  This was a special case.

20         Q.    There's an e-mail from -- I'm

21    looking at the bottom of Page 2 of this

22    exhibit and it starts with an e-mail of

23    February 11, 2019 at 4:34 p.m. from Lauren

24    DesLauriers, D-E-S-L-A-U-R-I-E-R-S to Nathan

25    Alderson.

*Charles Azrak*                    120

2      Have you seen this e-mail?

3      A.    Yes, probably.  It's Lauren

4   DesLauriers.  She was our buyer at T.J. Maxx.

5      Q.    So she's a T.J. Maxx buyer who buys

6   from Ringer Jeans?

7      A.    Yes.

8      Q.    Who is Nathan?

9      A.    Nathan was, he was basically the

10  head of logistics for us.

11     Q.    If he works for Ringer Jeans, why

12  is he Nathan@maxxjeans?

13     A.    All of the actual e-mail addresses

14  were all Maxx Jeans.  They were not Ringer

15  Jeans.

16     Q.    Why is that; do you know?

17     A.    No.  I mean, it was before I got

18  involved.  It was just set up that way.

19     Q.    Is Maxx Jeans a separate company?

20     A.    No.  Maxx Jeans is the brand that

21  we were operating.

22     Q.    Right, but you obtained a license

23  for that brand, correct?

24     A.    Correct.

25     Q.    Was the license from someone named

*Charles Azrak*                         121

1
2    Max also.
3         A.    Leon Maxx, yes.
4         Q.    Is that a company or an individual?
5         A.    Leon Maxx is an individual and the
6    company.
7         Q.    So the company Leon Maxx is who
8    licensed the Maxx Jeans name to use?
9         A.    Yes.
10         Q.    Did everyone at Ringer Jeans use
11    the Maxx Jeans or only those who worked under
12    this license?
13         A.    At this time, everyone used Maxx
14    Jeans.
15         Q.    To your knowledge, is this the
16    first time -- when I say first time, I mean
17    this February 11th e-mail that Ringer Jeans
18    was advised of problems with these goods?
19         A.    Can I trouble you to scroll down?
20         Q.    The only thing down are the photos.
21         A.    I don't believe it was first time
22    because I believe, if I remember properly,
23    the first time was via phone call if I
24    remember correctly.  I don't believe this was
25    the first time, no.  But it was not much

1                    *Charles Azrak*                122

2     before this.

3          Q.    Let me put it in context.  I went

4     through the e-mails, I don't recall seeing an

5     earlier e-mail.

6                But you believe there was a phone

7     call before the e-mails?

8          A.    Yes.  I remember a phone call only

9     because I remember Mr. Zeitouni going crazy

10    about the phone call.

11         Q.    But it would have been, to your --

12    so this is Monday, February 11th, do you know

13    when the phone call would have been?

14         A.    Maybe a week or two before.

15         Q.    And you said "Mr. Zeitouni was

16    going crazy."

17                What did he discuss with you?

18         A.    Nothing.  He was just having a

19    heart attack that the business was in

20    jeopardy.

21         Q.    Did he discuss at the point in time

22    anything to do to try to rectify the

23    situation?

24         A.    We were trying to get a meeting

25    with Lauren DesLauriers and her boss, Arlene

*Charles Azrak*                          123

1

2      Langone, to try to figure out what we could

3      do to, I guess, insulate the situation and

4      forward.

5          Q.   Why was it -- I mean, if I

6      understand correctly, at that point in time

7      you're one of many consultants.

8               Why did you become the point person

9      as far as this issue?

10         A.   Because I ran sales and purchases.

11         Q.   I thought that Ringer Jeans had

12     many consultants and many people at the same

13     level as you.  It's not like you're higher up

14     than most other people.

15         A.   No.  Oh, I'm sorry.  I'm sorry if I

16     inferred that.  That's not what I meant.

17              Other than the financial people, I

18     was reporting directly to ownership.

19         Q.   In February 2019, how many people

20     worked for Ringer Jeans?

21         A.   Can I give an approximate?

22         Q.   Of course.

23         A.   Maybe 15.

24         Q.   Was there anyone above you other

25     than ownership?

*Charles Azrak*                           124

1

2        A.    I would say there were maybe two

3    people parallel to me.

4        Q.    Did they have any involvement with

5    these issues with T.J. Maxx?

6        A.    So Nathan Alderson on this e-mail

7    is one of them.  He kind of ran the

8    logistics.  And then on the finance side,

9    also parallel to me but not on this issue

10   here, was David Zeitouni.

11       Q.    Can you spell that for the court

12   reporter, please?

13       A.    I'm sorry?

14       Q.    Can you spell that for the court

15   reporter?

16       A.    Oh, yes, sure.  Z-E-I-T-O-U-N-I is

17   the last name.  David is the first name.

18       Q.    Oh, I'm sorry, is that Gabriel's

19   son?

20       A.    Brother.

21       Q.    Okay, I'm sorry.

22             And then everyone else would be a

23   level below you then?

24       A.    Yes.

25       Q.    Let's go to the bottom of Page 1.

*Charles Azrak*                    125

1

2               There's an e-mail on February 12,

3     2019, from you to Alex.

4               Do you see this e-mail?

5         A.    Yes.

6         Q.    There's other people copied on

7     that.

8               Who is this -- I guess I should

9     know this -- who is Chris?

10        A.    Chris and Walden were two people

11    that also worked for Fashion Leaf.  I do not

12    know what their roles were specifically, but

13    that's who they -- I believe Walden was

14    exports for them.  I don't remember what

15    Chris did.

16        Q.    But the "to" line which is Alex,

17    someone in Chinese, Chris and Walden, those

18    are all people at Fashion Leaf?

19        A.    Yes, sir.

20        Q.    Do you know who the Chinese person

21    is?  Is that Alex's Chinese name?

22        A.    No, it's Zoey.

23        Q.    Zoey Wang?

24        A.    I believe that was her last name,

25    yes.

1                    *Charles Azrak*                126

2        Q.    And Nathan you testified to and

3   Gabe you testified about.

4              Who is Eko Wang?

5        A.    Yes, Eko Wang managed imports for

6   Ringer Jeans.  So she was like, she was the

7   counterpart to what Walden was doing.

8        Q.    So she worked at Ringer Jeans?

9        A.    Yes.

10       Q.    Now, it says that, this is your

11  e-mail, they say they have frozen our jacket

12  business due to poor quality.

13             Is that when T.J. Maxx froze Ringer

14  Jeans jacket business?

15       A.    Yes.

16       Q.    It says we begged and pleaded with

17  Fashion Leaf so many times.

18             Can you explain that in any more

19  detail?

20       A.    Yes, sure.

21             We had constant small issues with

22  them, mainly it was -- there's this thing

23  called a tunnel that we had on a ton of our

24  jackets were always crooked.  There were

25  seams in the back that were always crooked.

*Charles Azrak*                 127

1
2    Things that were notated also in that picture
3    packet we just went through.  It was just me
4    just telling them that, you know, we've
5    spoken about this multiple times and this is
6    the phone call we got from T.J. Maxx.
7         Q.    Did Ringer Jeans have the ability
8    to reject the goods before they were shipped
9    due to quality issues?
10        A.    So that in this case was the job of
11   Fashion Lease and our, like I said, our
12   quality control representatives were not
13   allowed on the premises.
14        Q.    If they were not allowed on the
15   premises, why didn't Ringer Jeans pull the
16   plug on the shipments?
17        A.    What shall we do, cancel it and
18   just leave it there?  We trusted our agent
19   who is supposed to be handling quality
20   control especially after they did it well for
21   the bunch of shipments, was doing it
22   properly.
23        Q.    It says that you went to the store
24   this afternoon.
25             What store did you go to?

*Charles Azrak*                    128

1

2      A.    It must be the T.J. Maxx on 16th

3  Street in Manhattan.

4      Q.    So you went to that store, look for

5  the goods that would have been basically sold

6  by you, Ringer Jeans to T.J. Maxx, and on

7  those goods, you noticed all these problems?

8      A.    Yes.  I don't know if we have it

9  here or handy, I took pictures and sent

10  e-mails of them to Mr. Zhao and Zoey I

11  believe at a later date as well unless it's

12  on here.  Oh, and I'm sorry, Mr. Zhao also

13  flew back to the US to come see them.

14      Q.    Did you meet with Mr. Zhao at all

15  in the US?

16      A.    Yes.

17      Q.    Did you meet with Mr. Zhao at all

18  in the US during this time period?

19      A.    He came right after this.

20      Q.    Did you meet with him?

21      A.    I did, Gabe did, everybody did.  It

22  was a massive meeting.

23      Q.    When was that meeting, do you know?

24      A.    It would have to be close to this

25  e-mail.

*Charles Azrak*                          129

 1

 2          Q.    Where was that meeting held?

 3          A.    In our office like always.

 4          Q.    What was discussed at that meeting?

 5          A.    Going through the issues, going

 6   through what happened and trying to see what

 7   can be done.

 8          Q.    Was a plan ever formulated to try

 9   to take care of this issue at that meeting?

10          A.    There was really no way through it.

11          Q.    Was the meeting, I guess,

12   contentions between Alex and Gabriel?

13          A.    I'd like to say I think it was as

14   cordial as it could have been for such a

15   case.

16          Q.    Zoey Wang, have you spoken -- do

17   you know who she is?

18          A.    She was our main contact for the

19   Tencel program at Fashion Leaf.

20          Q.    Do you know what company she worked

21   for specifically?

22          A.    Fashion Leaf.

23          Q.    Do you know if she ever worked for

24   another company or it is your understanding

25   she worked directly for Fashion Leaf?

1                    *Charles Azrak*                130

2          A.    My understanding is Zoey at Fashion

3    Leaf worked for Fashion Leaf.  I don't know

4    what she did otherwise.

5          Q.    Do you remember seeing this e-mail,

6    I'm looking at now this e-mail from

7    February 12, 2019 at 5:29 p.m.?  Have you

8    seen that e-mail?

9          A.    Yes.

10         Q.    Did you have any discussion with

11   Zoey about this e-mail?

12         A.    I have never spoken to Zoey outside

13   of the e-mail.  Actually, that's not true.

14   I'm sorry.  Strike that.  Strike that.  She

15   did come with Alex one time to the United

16   States.  I don't remember when it was exactly

17   to be completely honest.  I just remember I

18   did meet her once face-to-face.

19         Q.    How many times have you met with

20   Alex face-to-face, Alex Zhao?

21         A.    Many.

22         Q.    How many times after this issue

23   arose?

24         A.    I would say maybe between five and

25   ten times.

```
 1                    Charles Azrak            131

 2         Q.    Did you ever travel to China for

 3    this issue?

 4         A.    No.

 5         Q.    So all those meetings were in the

 6    US then?

 7         A.    Yes, sir.

 8         Q.    We'll move onto the next exhibit

 9    which is Zhao Exhibit 7.  So this was

10    pre-marked at Mr. Zhao's deposition as

11    Exhibit 7.  It is another e-mail chain that

12    covers the time period of February 13th back

13    to February 11th.  Just go through this

14    e-mail.  Page 2 of the e-mail.  Page 3 and 4

15    are other prior e-mails anyway.  This is an

16    e-mail from Zoey, and some of this we've

17    discussed already, but you've seen this

18    e-mail before, right?  It's February 12th at

19    5:30.  I think it was in the other e-mail

20    anyway?

21         A.    Yes, it was.

22         Q.    Let me just ask some questions.

23               There's a reference to the second

24    half of last year (as read) we have many

25    production lines in different factories in
```

*Charles Azrak*                    132

1
2    different cities.
3           Did you discuss this issue with
4    either Zoey or Alex?
5       A.    What do you mean "by discuss the
6    issue"?
7       Q.    About Fashion Leaf using different
8    factories?
9       A.    To subcontract in China is not out
10   of the ordinary at all and that can be for
11   sewing, cutting, everything.  That is not
12   really something that is out of the ordinary.
13   The problem here is where she says our whole
14   QC members did not supervise the factories
15   well -- that's the problem.
16      Q.    Did Fashion Leaf ever provide to
17   you or Ringer Jeans a satisfactory
18   explanation as to why there were these issues
19   with the goods?
20      A.    No.
21           There were just multiple e-mails,
22   mainly from Zoey, I guess clarifying what the
23   issues were and trying to put some type of
24   info up where the issues were.
25           I believe there was about $1.3

*Charles Azrak*                              133

1

2    million worth of goods that she sent us an

3    e-mail saying that she was aware of the

4    issues.  But that was really, that was really

5    it.

6          Q.    And this is sort of obvious, just

7    so I'm clear, after this point there were no

8    more purchase made by Ringer Jeans from

9    Fashion Leaf, correct?  This was the end of

10   it?

11         A.    That's correct.

12         Q.    Now, if we scroll of to this e-mail

13   that comprises the bottom of the first page,

14   and for the record we're still on Exhibit 7,

15   Zhao Exhibit 7, there's an e-mail from Nathan

16   and this is to Zoey and you.  It says, it

17   references a full W-H-S audit.

18               Is that a warehouse audit?

19         A.    Yes.

20         Q.    Was that ever done?

21         A.    No, because she gave -- if you

22   scroll upward a moment and you'll see her

23   response.  She was trying to say that the

24   issue was segregated to these units.

25         Q.    So Zoey was indicated only a

*Charles Azrak*                    134

1
2    limited number of items were defective?
3        A.    In this e-mail, yes.  There's a
4    subsequent e-mail, I don't recall just when,
5    where she lists a much grander list, that it
6    wasn't just, in fact limited to this style
7    and these colors.
8        Q.    Did you ever make a determination
9    as to what percentage of these goods were
10   actually defective?
11       A.    So, yes.  We started, what we did
12   was we started doing spot checks, opening up
13   certain cartons and doing certain things of
14   goods that weren't yet shipped, and we found
15   issues were constant, for lack of a better
16   word.
17       Q.    I don't know the industry, in other
18   words, will T.J. Maxx do a return if it's 1
19   percent bad, 50, does it need to be 50
20   percent?
21            Do you have an idea as to what --
22   in T.J. Maxx's language -- what percentage of
23   goods wouldn't be up to standard?
24       A.    That's a very good question.
25            The only way I can answer that is

*Charles Azrak*                    135

that I've been in this business, like I said,

for about 17 years.  Not myself nor anyone

I've spoken to in the business has ever taken

a return from T.J. Maxx of anything near this

scale.  So whatever it was, it was definitely

not good and not up to their standard.

     Q.    You had mentioned that you were

able to sell some of these goods, and I'll

get to it eventually, there was a liquidation

chart.

          Do you know what percentage of the

goods you were able to resell or would you

need to look at the chart?

     A.    Honestly, I'd have to look at the

chart.  I know the largest sell-offs in terms

of quantity occurred to national stores.

     Q.    Did they have lower standards?

     A.    Yes, they have much lower

standards.  They're not even in business

anymore actually.  I believe we were selling

the jackets for 5 and $6.

     Q.    Did somebody ever go through on

Ringer Jeans' end, a sampling of the goods to

determine what percentage was defective?

*Charles Azrak*                    136

1

2      A.    Yes.

3            Like I said, we did a ton of carton

4      spot checks and it was constant.  We

5      couldn't, there was no way, other than doing

6      a full scale reopening of every single

7      garment, repackaging, going through all of

8      that than to really do it, but it was more

9      than enough to see that there was an

10     underlying issue.

11     Q.    What were the major problems that

12     you noticed with the goods?

13     A.    The biggest problems were and you

14     know, not to get in the nitty-gritty of some

15     crooked sewing, but crooked sewing was there

16     a lot, holes in the fabric, which is a fabric

17     deformity obviously.

18           The name labels, where they're

19     sewed in at the neck, were coming through and

20     peeling through the backsides of the

21     garments, uncut stitches were all over the

22     place, loose stitching, but that's not the

23     end of the world.

24           Another major issue was the colors.

25     We would open up a carton and there would be

*Charles Azrak*                    137

1
2    navy blue and half of the units weren't navy,
3    they were a light blue or a medium blue.  It
4    was just not acceptable.
5         Q.   Who applies the color to the
6    garments?  Where is that done on the process
7    end?  Is that Fashion Leaf?
8         A.   So, yes.  These were garments are,
9    these things were what they called
10   garment-died.  So they're not purchased from
11   the mill already with a certain color.  They
12   actually make the item and then they dye.
13        Q.   So it's dyed toward the end of the
14   process?
15        A.   Yes.
16        Q.   That's still something that was
17   done in China?
18        A.   Yes.
19        Q.   This list that was put together by
20   Zoey that's on Exhibit 7 that we're looking
21   at, just so we're clear, it your
22   understanding that at some point this list
23   increased?
24        A.   Yes.
25        Q.   And just so I understand, this list

*Charles Azrak*                                138

1

2    has -- that is the purchase order.  So the

3    809 would be a purchase order?

4         A.    Yes.

5         Q.    And then we have a style and then a

6    color, correct?

7         A.    Correct.

8         Q.    But there is no other, there is no

9    invoice number on these or carton numbers on

10   her list, correct?

11        A.    Not that I see, no.

12        Q.    At some point would you be able to

13   track what these items were based upon her

14   list or you would need more information?

15        A.    No, it's trackable.  But no, I

16   think she is referencing here, despite

17   reading the e-mail quickly, I think she's

18   referencing goods that were not yet shipped,

19   I believe right.  (As read) Please kindly see

20   below detail which the goods come from the

21   same factory.

22        Q.    So you think these were not shipped

23   yet?

24        A.    I believe so, just from reading

25   this.

1                    *Charles Azrak*              139

2          Q.    Let's go to the next exhibit which

3    is going to be Exhibit 8.

4                This is a document that your

5    attorney was kind enough to pre-mark to save

6    us all a boatload of time.  This is Exhibit

7    8.  So it's Zhao, it was pre-marked as Zhao

8    Exhibit 8.  I'm going to be asking you some

9    questions about this.

10               So this is just a day or two later.

11   We now have e-mail chain that's February 14th

12   back to February 12th, 2019.  I'm not trying

13   to be tricky; if we were in person I'd simply

14   hand you the document so you can look it

15   over, but we'll do the best we can do.

16               Do you remember receiving this

17   e-mail on February 14th?

18         A.    Yes, and I believe this is the

19   e-mail I was referring to that had a much

20   wider range of listed issues.

21         Q.    It looks like, and correct me if

22   I'm wrong, that Zoey was checking some of the

23   goods herself and said 85 percent of the

24   goods all are good.

25               Do you remember at some point in

*Charles Azrak*                    140

1
2    time that Zoey had actually checked some of
3    the goods herself?
4          A.    What was odd about this situation
5    is that we are being made aware of this only
6    after we went back with the issues from T.J.
7    Maxx.  And all of a sudden she's coming out
8    with all these things that most have the main
9    label tear, which was the issue that I
10   referenced, loose thread, crooked tunnel
11   which is what I mentioned before also.  And I
12   don't know if she actually inspected herself,
13   but I mean she is listing here that she went
14   through the inspection reports from the QC
15   and all these issues were there.
16         Q.    I guess what I'm also trying to
17   find out is from Ringer Jeans' perspective,
18   when you receive this e-mail, is your
19   mindset, okay, what she is telling us is
20   satisfactory or is your mindset we don't
21   believe what she's telling us; this is still
22   not satisfactory?
23         A.    The truth, my head hit the ceiling.
24   If you read a little bit further she goes
25   into well, I'm sorry.  If you go up a little

1                    *Charles Azrak*              141

2    bit, I mean she's stating in her e-mail

3    there's problems but in this one, 85 percent

4    are good.  That's not good.  That is

5    unacceptable especially for this price point.

6    Like we said, this is not an inexpensive item

7    for anyone.

8          Q.    There's an e-mail, I'm scrolling

9    down, once again it's a little tricky but

10   I'll do the best I can do.  I'm scrolling

11   down to a page on a page that has 53 on the

12   top left and is an e-mail -- I don't read

13   Chinese, but it looks like this is an e-mail

14   from you, I'm looking at the bottom of this

15   page, to Alex, just the way the formatting

16   is?

17         A.    Yes, yes.

18         Q.    It looks like you have a list of

19   questions.  Let me just go through this.

20               RTV is what, return to vendor?

21         A.    Yes, sir.

22         Q.    Just to put us in the same mindset,

23   this e-mail is drafted February 14, 2019.

24   The concept return to vendor was something

25   you never dealt with before?

*Charles Azrak*                          142

1

2          A.    Not with T.J. Maxx.

3          Q.    But you've dealt with it with other

4     vendors?

5          A.    Yes, like Macy's does that from

6     time-to-time, Dillard's, from time-to-time.

7                Usually department stores that are

8     small specialty trades, never a discounter.

9          Q.    Since then, have you ever dealt

10    with an RTV from T.J. Maxx?

11         A.    No.

12         Q.    Was this the biggest, in your

13    history of working in the garment issues, is

14    this the biggest return to vendor you've ever

15    dealt with as far as quantity wise?

16         A.    I don't think I've taken a return

17    for more than $50,000 ever.  This one was

18    over a million, just to put it into scope.

19         Q.    You have some questions here.  I

20    know this is three and a half years ago.

21                Do you know if these questions were

22    answered?

23         A.    Yes, this is what Zoey responded

24    to; isn't it?

25         Q.    I'm not sure on the context.  They

*Charles Azrak*                    143

1

2    may be out of order, but did you raise some

3    questions that Zoey may have responded to?

4         A.    I think Zoey's response to this was

5    where she listed that one style in the

6    multiple colors before.

7         Q.    Going down the page, there's a

8    February 13th e-mail from Lauren to Nathan

9    and you.  What steps, if any, were taken on

10   Ringer Jeans end to try to basically prevent

11   the return to vendor, if any, could have been

12   done?

13        A.    What we offered to do was to give

14   them a mark down so they can liquidate the

15   units at a cheaper price.  They took the

16   approach that if it wasn't on their selling

17   floor yet they did not want to have

18   substandard product.  So if it wasn't on the

19   actual selling floor they returned it and

20   then asked -- well demanded -- also to

21   liquidate what was on their floor.

22        Q.    So correct me if I'm wrong, goods

23   that already made its way to T.J. Maxx's

24   floor were not returned, they were just

25   discounted?

*Charles Azrak*                    144

1
2       A.    Actually on the selling floor, yes.
3       Q.    Any good other than on the selling
4   floor was returned to you?
5       A.    Yes.
6       Q.    And returned to Ringer Jeans means
7   what?  It goes back to the warehouse?
8       A.    Yes.
9       Q.    Is that the warehouse in California
10  or is there another warehouse?
11      A.    Same warehouse.  Actually, a small
12  amount might have gone to our warehouse in
13  New Jersey which is a sister warehouse -
14  well, it's also owned by the same people we
15  use in California.
16              MR. NASH:  Sorry to
17          interrupt.
18              Charles had sent me a text,
19          if we could adjourn for the day
20          around 3 o'clock --
21              THE WITNESS:  Oh, we spoke.
22              MR. NASH:  Oh, you did
23          speak?
24              THE WITNESS:  Yes.
25              MR. NASH:  There you go.

1                    *Charles Azrak*                145

2                    MR. CASSELL:  In fact, I'm

3              going to adjourn after this

4              document which I'm almost done

5              with.  So let me finish upon this

6              document.

7     BY MR. CASSELL:

8         Q.    I had not sat down yet and

9     calculated all the units, but there's a list

10    in here, return to vendor units 87,451.  I

11    thought the total units was in the hundreds

12    of thousands.

13             Is this all the units or is this

14    just a small percentage or you just don't

15    know?

16        A.    No, the total return, the return

17    was -- no, no, no, no.

18             The hundreds of thousands,

19    Mr. Cassell, is the return, the mark down and

20    the cancellation of future purchase orders.

21        Q.    When it says return to vendor

22    87,451, is that all the units that were

23    returned or at some point in time, because

24    this is still February 13th, were more units

25    returned or is that the actual number?

*Charles Azrak*                          146

1

2      A.    I don't recall offhand.  We can

3   pull it from what we provided.  But that

4   could be -- that could be the units.  I'm

5   just counting up the dollars in my head, but

6   that could be the units.

7      Q.    Only because I thought the units

8   were north of 100,000 units.

9            But if that is your understanding

10   of the total units that were returned?

11      A.    I believe the return was $1.2

12   million.  So if we're taking an average price

13   of about 15 bucks, right, this could make

14   sense.

15      Q.    Got it.

16            Now, there's a discussion here, and

17   we're almost done, at the bottom of this

18   page, it's a February 12th e-mail.  It's from

19   Nathan to Lauren.  There's a reference to

20   stopping by stores and inspecting.

21            Were you part of this?

22      A.    Yes.  I went to the one store in

23   Manhattan like I said earlier.  We had a

24   bunch of our employees go to stores near

25   their homes on the way home to see what they

*Charles Azrak*                              147

1    could see and what they could find.

2         Q.    There's a reference here letter C,

4    leaving for California, the design team.  Is

5    that --

6         A.    Where is that, sorry.

7         Q.    Letter C.

8         A.    Yes.  This is when they did that

9    spot check that I referenced.  We sent three

10   people, maybe two people out there.

11        Q.    Just so I'm clear, based upon the

12   spot check was it your understanding that

13   T.J. Maxx was overreacted or was it your

14   understanding that these goods had to be

15   returned or you just don't know?

16        A.    We found enough for sure -- you

17   know what, I think the overreacting was

18   canceling everything going forward from their

19   end, you know, not giving us the chance to

20   try to make good on a business that was so

21   successful.  But for what we saw on their

22   floor, aside from what was even in OS, but

23   what I saw on their selling floor, it just

24   was not up to standard.

25              And, again, the issue here that I

*Charles Azrak*                    148

1    have to also say, a lot of the issue here was

2    the price because these are jackets that

3    we're buying for $15 and $19, T.J. Maxx is

4    paying 20 and 25.  That's a lot of money for

5    a jacket, for an unfilled jacket or a vest to

6    pay for out of China.  And it's even more

7    considering T.J. Maxx paying that much also

8    for an item.  So when you have issues like

9    this, coupled with the fact that they are

10   "expensive," makes it so much worse.

11                MR. CASSELL:  We're going to

12                break for the day with the

13                understanding that Mr. Azrak will

14                come back on another day and I

15                appreciate everyone's time.

16                MR. NASH:  Can we just talk

17                about that, Mike?

18                MR. FILARDO:  Yes, let's

19                talk about it, Kevin.

20                MR. CASSELL:  Mr. Azrak, you

21                can go.

22                You're done.

23                MR. FILARDO:  Mike, are you

24                done with Mr. Azrak or you still

1          *Charles Azrak*          149
2          have more?
3                MR. CASSELL:  I have more,
4          but not a ton more.
5                MR. FILARDO:  How much time
6          do you need?
7                MR. CASSELL:  Maybe an hour.
8                MR. FILARDO:  Because,
9          Kevin, I would estimate 3 to 4
10         hours.
11               MR. NASH:  I don't know how
12         that's possible, but...
13               MR. CASSELL:  I'm just
14         getting to the surface.
15               MR. FILARDO:  We'll see.
16               MR. NASH:  I think Mike did
17         a fabulous job.  He walked him
18         through everything.  So let's do
19         this, what is Wednesday, Wednesday
20         is the first day after the holiday.
21               What date is that?
22               MR. FILARDO:  Wednesday is
23         not good for me.
24               MR. CASSELL:  Send a letter
25         to the court.

*Charles Azrak*                    150

1
2          MR. FILARDO:  Are you going
3     to do it?  You're the plaintiff.
4          MR. CASSELL:  I guess --
5          MR. NASH:  What do you want
6     to do?
7          MR. CASSELL:  If you guys
8     can start it, I'll review it.
9          Do you have time to draft
10    it?
11         MR. NASH:  We'll review it.
12    I'll send you something to send
13    over.
14         Okay?
15         MR. FILARDO:  Keep in mind
16    there's also the status conference
17    on Tuesday.
18         So what I would suggest is
19    in that letter to try to adjourn
20    that status conference as well
21    until after the deposition is done.
22         In fact, if we can do the
23    deposition on Tuesday --
24         MR. NASH:  We can't.
25         MR. FILARDO:  How about

1           *Charles Azrak*           151
2           Thursday?
3                   MR. CASSELL:  What's the
4           matter with Tuesday?  It's a
5           holiday?
6                   MR. NASH:  Tuesday is the
7           holiday.  Simchat Torah, Mike.
8                   MR. CASSELL:  I'm Jewish.  I
9           don't know any of these holidays.
10                  MR. NASH:  Really?
11                  MR. CASSELL:  Yes, I should
12          have stayed with --
13                  MR. NASH:  I want you to
14          continue the deposition with a
15          yarmulke on, okay?
16                  MR. CASSELL:  So Tuesday is
17          no good.
18                  Wednesday is no good?
19                  MR. FILARDO:  Wednesday is
20          no good for me; not for any
21          religious observance reason.
22                  MR. NASH:  We got by
23          Columbus Day.
24                  MR. FILARDO:  We did.  We
25          absolutely did.

**ON TIME COURT REPORTING**
**516-535-3939**

1                    *Charles Azrak*              152

2                    MR. CASSELL:  I have

3          Thursday, but I'm going to be out

4          of the office in the morning.  I

5          couldn't start until like 1:00 to

6          be safe.

7                    I'm up in the Bronx

8          presently --

9                    MR. NASH:  Let me ask you a

10         question, it wasn't terrible these

11         late afternoon/evening deposition.

12         They're not terrible.

13                   MR. CASSELL:  I don't mind

14         it.  I'm usually in the office late

15         anyway.

16                   MR. NASH:  Are you okay,

17         yarmulke?

18                   MR. FILARDO:  Yes, that's

19         fine.  If we start at noon that's

20         fine --

21                   MR. NASH:  No, why don't we

22         start it at 3:00 and we will work

23         until we're done.  Those late

24         afternoons are not terrible.

25                   MR. CASSELL:  Can we start a

*Charles Azrak*          153

1    little earlier?
2          MR. FILARDO:  Okay, 2:00.
3          I would do 2:00.
4          MR. CASSELL:  2:00 on
5    Thursday?
6          MR. NASH:  Yes.
7          MR. CASSELL:  2:00 is good.
8          Actually, I agree with
9    Kevin; I sit here during the day
10   and get 75 e-mails.
11         Actually, starting later for
12   me, I don't mind it at all.  I get
13   so many less e-mails after
14   5 o'clock.
15         MR. FILARDO:  It's fine.
16         MR. CASSELL:  2 o'clock on
17   Thursday?
18         MR. FILARDO:  Let's do
19   2 o'clock on Thursday.
20         MR. NASH:  Okay.
21         MR. CASSELL:  And you will
22   draft a letter, Kevin?
23         MR. NASH:  Yes, I'll send it
24   over to you, Mike.

1                          *Charles Azrak*                    154
2              MR. CASSELL:  I agree, if we
3         can adjourn that conference next
4         week that would free up --
5              MR. FILARDO:  We don't want
6         to be in front of this judge
7         without finishing this deposition.
8              MR. NASH:  We're almost
9         there.  It was an easy deposition.
10        He answered all your questions.  He
11        knew the stuff.
12             MR. FILARDO:  I think he's
13        very cooperative.
14
15             (Continued on next page to
16        accommodate jurat.)
17
18
19
20
21
22
23
24
25

1                          *Charles Azrak*                    155

2                     MR. CASSELL:  Okay.  So

3              we're on 2 o'clock Thursday.

4                     Thank you, everyone.

5                          -o0o-

6                     (Whereupon, the examination

7              of CHARLES AZRAK was adjourned at

8              3:04 P.M.)

9

10

11              _____

12                     CHARLES AZRAK

13

14  Subscribed and sworn to
    before me this _____ day
15  of _____, 2022.

16

17  _____

18  NOTARY PUBLIC

19

20

21

22

23

24

25

1                                                              156

2

3                          I N D E X

4

5   WITNESS              EXAMINATION BY              PAGE

6   CHARLES AZRAK

7                     MR. CASSELL                     7

8

9

10                          EXHIBITS

11  PLAINTIFFS'                                      PAGE

12      11        Second Amended Complaint            49

13      12        Answer to the Second Amended        63

14                Complaint

15

16

17

18

19

20

21

22

23

24

25

157

C E R T I F I C A T E

        I, OLGA RAPTIS, a Notary Public within

and for the State of New York, do hereby

certify:

        That the witness(es) whose testimony

is hereinbefore set forth was duly sworn by

me, and the foregoing transcript is a true

record of the testimony given by such

witness(es).

        I further certify that I am not

related to any of the parties to this action

by blood or marriage, and that I am in no way

interested in the outcome of this matter.


                        *Olga Raptis*

                        _____

                        OLGA RAPTIS

*ERRATA SHEET*

158

**CASE:      FASHION LEAF GARMENT v. RINGER JEANS**

**DATE:      OCTOBER 14, 2022**

**WITNESS:  CHARLES AZRAK**


**PAGE    LINE    CORRECTION**

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

*ERRATA SHEET*

159

CASE:      FASHION LEAF GARMENT v. RINGER JEANS

DATE:      OCTOBER 14, 2022

WITNESS:   CHARLES AZRAK


PAGE    LINE    CORRECTION

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

*ERRATA SHEET*

160

**CASE:**      **FASHION LEAF GARMENT v. RINGER JEANS**

**DATE:**      **OCTOBER 14, 2022**

**WITNESS:**  **CHARLES AZRAK**


**PAGE**   **LINE**     **CORRECTION**

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

161

## $

**$14-18** [1] - 80:16
**$15** [2] - 10:22, 148:4
**$19** [1] - 148:4
**$19-25** [1] - 80:17
**$197,000** [1] - 90:2
**$29** [1] - 45:4
**$39** [1] - 45:5
**$40,000** [1] - 104:16
**$405,000** [1] - 86:19
**$416,000** [1] - 88:16
**$49** [1] - 80:22
**$50,000** [1] - 142:17
**$6** [1] - 135:22
**$67,000** [1] - 90:23
**$75,000** [2] - 108:14, 108:23
**$799,000** [2] - 86:7, 86:16
**$86,000** [1] - 59:6
**$9** [1] - 45:5

## 0

**02/20/2018** [1] - 109:11
**02/25/2018** [1] - 107:24

## 1

**1** [8] - 9:23, 43:2, 43:3, 76:11, 77:8, 100:21, 124:25, 134:18
**1.2** [1] - 146:11
**1.3** [1] - 132:25
**1.4** [2] - 85:20, 86:12
**1.45** [1] - 87:11
**1.5** [2] - 86:5, 99:7
**1.6** [1] - 41:19
**1.7** [3] - 45:19, 46:8, 46:14
**10** [5] - 9:10, 11:10, 54:12, 76:25, 118:7
**10-page** [1] - 117:24
**100** [1] - 94:4
**100,000** [1] - 146:8
**10036** [2] - 3:17, 4:8
**10th** [1] - 21:8
**11** [9] - 36:17, 49:13, 49:18, 49:21, 51:11, 52:23, 56:2, 119:23, 156:12
**11223** [1] - 6:14
**11753** [1] - 3:8
**11th** [3] - 121:17, 122:12, 131:13
**12** [11] - 63:3, 63:9, 63:13, 77:20, 81:16, 106:2, 106:4, 107:3, 125:2, 130:7, 156:13
**12:02** [1] - 1:23

**12th** [4] - 82:5, 131:18, 139:12, 146:18
**13** [5] - 56:4, 100:16, 100:17, 100:22, 107:3
**1384** [1] - 24:3
**13th** [3] - 131:12, 143:8, 145:24
**14** [11] - 1:22, 11:12, 80:25, 95:4, 95:6, 95:9, 95:11, 141:23, 158:3, 159:3, 160:3
**140** [1] - 49:17
**142** [1] - 63:16
**148** [2] - 21:4, 21:8
**14th** [3] - 61:5, 139:11, 139:17
**15** [4] - 52:3, 77:25, 123:23, 146:13
**1501** [1] - 3:15
**153** [1] - 3:7
**16** [3] - 99:6, 107:8, 107:17
**16th** [1] - 128:2
**17** [4] - 110:21, 117:2, 135:3
**18** [2] - 100:17, 104:15
**1888** [1] - 6:13
**19** [3] - 80:25, 112:6, 112:8
**19-cv-03381-ALC-BM** [1] - 1:8
**197,000** [1] - 89:13
**1:00** [1] - 152:5

## 2

**2** [8] - 43:12, 77:8, 79:6, 119:21, 131:14, 153:17, 153:20, 155:3
**2.5** [1] - 74:8
**20** [9] - 11:7, 70:2, 77:2, 77:9, 78:13, 111:24, 116:23, 116:24, 148:5
**200** [1] - 69:25
**2000** [1] - 64:23
**2004** [1] - 33:23
**2010** [1] - 8:19
**2011** [2] - 8:19, 23:24
**2012** [2] - 17:16, 17:18
**2013** [1] - 64:9
**2015** [1] - 65:23
**2016** [1] - 65:25
**2017** [14] - 33:3, 33:14, 33:16, 33:17, 33:25, 34:9, 34:15, 34:21, 34:24, 66:12, 77:25, 78:5, 100:25, 101:7
**2018** [34] - 10:24, 11:2, 11:6, 11:17, 11:18, 15:6, 15:13, 15:14, 26:19, 27:2, 31:16, 31:21, 31:25, 35:14, 45:24, 59:10, 59:16, 62:7, 72:2, 77:25, 78:6, 78:12,

97:13, 97:19, 97:20, 109:13, 109:19, 111:3, 112:10, 112:15, 117:2, 118:18, 118:24, 119:4
**2018/2019** [5] - 20:12, 21:3, 21:18, 22:4, 22:5
**2019** [27] - 10:8, 10:13, 10:21, 11:23, 12:3, 12:11, 12:15, 31:17, 33:8, 36:5, 36:8, 36:10, 36:17, 37:6, 37:12, 48:20, 59:11, 81:16, 82:12, 84:8, 85:4, 119:23, 123:19, 125:3, 130:7, 139:12, 141:23
**2020** [3] - 11:8, 12:19, 64:24
**2021** [4] - 10:5, 11:11, 12:24
**2022** [6] - 1:22, 112:3, 155:15, 158:3, 159:3, 160:3
**21** [1] - 98:21
**22** [2] - 3:16, 77:24
**23** [1] - 77:21
**24** [1] - 99:5
**25** [1] - 148:5
**25th** [1] - 61:5
**28** [2] - 78:18, 78:19
**2:00** [4] - 153:3, 153:4, 153:5, 153:8

## 3

**3** [8] - 93:11, 94:7, 94:14, 103:18, 104:15, 131:14, 144:20, 149:9
**3-4000** [2] - 77:4, 77:8
**30** [1] - 70:2
**300** [1] - 69:25
**33** [1] - 82:14
**335,000** [1] - 92:14
**34** [2] - 81:15, 82:4
**35** [1] - 83:11
**36** [2] - 84:15, 87:9
**37-page** [1] - 98:21
**37th** [2] - 21:4, 21:8
**38** [1] - 85:6
**382** [4] - 56:17, 56:23, 57:2, 58:17
**39** [2] - 80:22, 93:10
**3:00** [1] - 152:22
**3:04** [1] - 155:8

## 4

**4** [5] - 45:5, 79:8, 109:9, 131:14, 149:9
**4-million** [1] - 78:21
**4.95** [1] - 51:25

**405,000** [2] - 85:23, 86:5
**40K** [2] - 105:2, 105:13
**49** [1] - 156:12
**4:34** [1] - 119:23

## 5

**5** [4] - 64:8, 81:2, 135:22, 153:15
**50** [4] - 4:7, 42:20, 134:19
**50,000** [1] - 76:22
**500** [3] - 3:6, 4:6, 76:22
**5000** [2] - 67:25, 76:22
**50K** [1] - 111:2
**53** [1] - 141:11
**5:29** [1] - 130:7
**5:30** [1] - 131:19

## 6

**6** [8] - 52:22, 55:19, 84:25, 112:11, 112:12, 117:10, 117:21, 119:8
**63** [1] - 156:13

## 7

**7** [6] - 131:9, 131:11, 133:14, 133:15, 137:20, 156:7
**70-80,000** [1] - 87:22
**71-page** [1] - 50:16
**75** [1] - 153:11
**7th** [1] - 21:5

## 8

**8** [4] - 63:16, 139:3, 139:7, 139:8
**809** [1] - 138:3
**85** [2] - 139:23, 141:3
**87,451** [2] - 145:10, 145:22

## 9

**9** [3] - 84:17, 87:9, 118:7
**9.13** [1] - 99:7
**90** [3] - 42:18, 66:13, 111:7
**99** [1] - 9:22

## A

**ability** [2] - 7:19, 127:7
**able** [12] - 28:24, 28:25, 39:11, 40:13, 43:6, 55:20, 87:25, 99:16, 113:24, 135:9,

162

135:13, 138:12
**above-entitled** [1] - 2:3
**absolutely** [1] - 151:25
**acceptable** [2] - 110:6, 137:4
**accommodate** [1] - 154:16
**account** [2] - 97:2, 108:18
**accounting** [3] - 52:20, 55:3, 55:6
**accounts** [4] - 42:14, 42:19, 45:2, 85:15
**accrue** [1] - 92:19
**accurate** [3] - 78:8, 78:14, 110:18
**accusation** [1] - 28:9
**acquaintance** [1] - 32:15
**acronym** [1] - 100:13
**action** [2] - 2:3, 52:17, 157:14
**actual** [19] - 10:17, 23:12, 29:8, 36:24, 46:15, 53:23, 57:4, 57:6, 68:15, 69:7, 75:2, 86:19, 95:5, 99:21, 104:2, 105:22, 120:13, 143:19, 145:25
**addition** [1] - 44:24
**additional** [2] - 29:2, 39:13
**additionally** [1] - 39:18
**address** [2] - 6:11, 103:3
**addresses** [1] - 120:13
**addressing** [1] - 36:16
**adjourn** [4] - 144:19, 145:3, 150:19, 154:3
**adjourned** [1] - 155:7
**adjustable** [1] - 43:11
**adjusted** [2] - 26:4, 28:25
**administer** [1] - 5:18
**admitted** [1] - 62:3
**advise** [1] - 82:7
**advised** [2] - 97:7, 121:18
**advising** [2] - 103:8
**affect** [1] - 7:19
**affiliated** [5] - 11:2, 14:10, 19:15, 19:24, 54:17
**affiliations** [1] - 17:24
**afternoon** [1] - 127:24
**afternoon/evening** [1] - 152:11
**afternoons** [1] - 152:24
**AG182CDF** [1] - 52:24
**Age** [6] - 16:19, 16:22, 17:5, 17:8, 17:12, 32:5
**AGE** [2] - 1:9, 1:17
**agent** [3] - 102:5, 127:18
**ago** [2] - 52:11, 142:20
**agree** [2] - 153:9, 154:2
**AGREED** [3] - 5:4, 5:10, 5:15
**Agreement** [1] - 98:23

**agreement** [17] - 14:14, 17:10, 23:18, 61:10, 61:15, 62:3, 62:6, 62:9, 62:16, 62:17, 62:20, 95:7, 95:12, 95:25, 96:5, 96:8, 99:21
**agreements** [2] - 106:24, 108:6
**ahead** [2] - 61:17, 86:12
**Alderson** [2] - 119:25, 124:6
**Alex** [18] - 14:6, 14:18, 31:14, 31:20, 106:9, 108:12, 109:12, 109:16, 112:13, 113:3, 125:3, 125:16, 129:12, 130:15, 130:20, 132:4, 141:15
**Alex's** [1] - 125:21
**allegation** [3] - 24:6, 51:22, 82:21
**allegations** [2] - 24:5, 63:25
**allow** [2] - 19:7, 82:25
**allowed** [6] - 83:20, 91:6, 91:9, 91:10, 112:13, 127:14
**Almost** [1] - 111:17
**almost** [5] - 22:15, 27:6, 145:4, 146:17, 154:8
**amended** [4] - 45:12, 49:14, 50:18, 62:18
**Amended** [6] - 49:19, 51:12, 63:7, 63:14, 156:12, 156:13
**American** [1] - 100:11
**Amount** [1] - 57:20
**amount** [24] - 27:7, 28:23, 42:16, 43:22, 44:2, 44:21, 45:8, 45:9, 46:2, 46:8, 46:12, 46:14, 46:25, 48:23, 52:7, 54:23, 57:9, 59:13, 79:5, 87:4, 92:23, 94:10, 144:12
**amounts** [1] - 99:14
**AND** [3] - 5:4, 5:10, 5:15
**ANHUI** [1] - 1:14
**annual** [3] - 92:18, 94:10, 94:11
**Answer** [3] - 49:2, 63:14, 156:13
**answer** [13] - 25:4, 28:13, 42:4, 45:12, 47:21, 47:22, 51:18, 51:19, 51:20, 72:9, 74:23, 93:18, 134:25
**answered** [3] - 118:20, 142:22, 154:10
**answers** [1] - 6:24
**Answers** [1] - 63:6
**anyway** [3] - 131:15, 131:20, 152:15
**apparel** [3] - 9:18, 17:14, 62:13
**Apparel** [31] - 13:9, 13:10, 13:20, 14:5, 14:19, 14:25,

15:8, 15:20, 15:24, 18:8, 18:18, 18:21, 20:6, 20:16, 21:6, 21:10, 21:20, 23:5, 23:9, 32:5, 62:15, 62:20, 96:15, 96:19, 97:5, 97:8, 98:22, 105:24, 108:7, 108:14, 109:4
**APPAREL** [3] - 1:9, 1:10, 1:10
**Appearances** [1] - 4:2
**applied** [1] - 113:11
**applies** [1] - 137:5
**apply** [3] - 28:21, 28:25, 84:24
**applying** [1] - 114:10
**appreciate** [1] - 148:16
**approach** [1] - 143:16
**approval** [1] - 72:12
**approvals** [1] - 73:7
**approve** [1] - 48:21
**approximate** [4] - 70:11, 71:13, 94:14, 123:21
**April** [2] - 36:25, 37:9
**April/May** [1] - 48:20
**AQ2.5** [1] - 74:4
**AQL** [4] - 74:9, 74:13, 74:24, 74:25
**AQL2.5** [2] - 74:10, 74:15
**arbitrary** [1] - 94:14
**area** [2] - 46:13, 76:13
**Arlene** [1] - 122:25
**arose** [2] - 37:19, 130:23
**arrival** [1] - 61:6
**arrive** [1] - 59:23
**aside** [1] - 147:22
**aspect** [2] - 39:5, 62:12, 117:16
**aspects** [1] - 38:23
**asset** [11] - 14:13, 41:15, 41:21, 43:3, 61:9, 61:14, 62:3, 95:7, 95:12, 95:25, 111:21
**asset-based** [2] - 41:15, 41:21, 111:21
**assets** [3] - 41:18, 42:17, 42:22
**assist** [1] - 73:11
**associated** [1] - 86:21
**assume** [7] - 38:11, 38:20, 40:13, 40:17, 48:7, 108:25, 109:8
**assumed** [1] - 86:13
**assuming** [3] - 38:16, 59:2, 59:3
**assumption** [1] - 87:16
**attached** [2] - 56:3, 119:7
**attack** [1] - 122:19
**attorney** [12] - 5:24, 6:16, 28:5, 51:16, 51:19, 52:10, 61:21, 64:4, 81:10, 106:19,

106:21, 139:5
**Attorneys** [3] - 3:5, 3:13, 4:5
**attorneys** [2] - 5:5, 85:8
**audit** [2] - 133:17, 133:18
**August** [1] - 117:2
**authorized** [1] - 5:17
**availability** [1] - 111:12
**availed** [1] - 99:19
**Avenue** [1] - 4:6
**average** [1] - 146:12
**aware** [14] - 24:4, 24:9, 82:2, 96:5, 99:13, 106:16, 108:9, 114:6, 114:9, 114:13, 114:15, 117:8, 133:3, 140:5
**Azrak** [8] - 6:10, 49:13, 49:17, 49:25, 51:11, 148:14, 148:21, 148:25
**AZRAK** [9] - 1:11, 1:25, 2:2, 155:7, 155:12, 156:6, 158:4, 159:4, 160:4

## B

**back-dated** [1] - 37:2
**backsides** [1] - 136:20
**bad** [3] - 56:5, 79:14, 134:19
**balance** [3] - 84:25, 111:2, 111:25
**bank** [4] - 41:4, 43:10, 97:2, 108:18
**bankruptcy** [2] - 8:9, 8:22
**base** [1] - 91:15
**Based** [2] - 17:25, 36:15
**based** [20] - 12:9, 26:4, 27:4, 32:17, 32:20, 34:18, 41:15, 41:21, 43:5, 54:23, 57:21, 65:22, 103:12, 105:2, 111:21, 113:6, 113:8, 138:13, 147:11
**basis** [1] - 103:13
**became** [7] - 12:21, 35:17, 39:15, 40:17, 40:20, 41:6, 48:19
**become** [1] - 123:8
**began** [1] - 64:10
**begged** [1] - 126:16
**beginning** [5] - 12:16, 14:22, 31:18, 65:23, 83:10
**behalf** [2] - 8:12, 71:19
**behind** [1] - 72:19
**belief** [1] - 28:20
**below** [2] - 124:23, 138:20
**benefit** [1] - 84:16
**best** [3] - 94:6, 139:15, 141:10
**better** [3] - 61:8, 61:12, 134:15

**between** [19] - 5:5, 14:6, 14:18, 16:3, 40:25, 45:20, 46:17, 48:11, 67:16, 69:15, 73:24, 79:7, 95:24, 100:8, 102:10, 103:4, 103:11, 129:12, 130:24
**big** [4] - 34:9, 50:10, 57:13, 60:21
**bigger** [3] - 50:8, 51:9, 100:19
**biggest** [3] - 136:13, 142:12, 142:14
**bit** [6] - 16:13, 19:22, 81:17, 117:11, 140:24, 141:2
**black** [1] - 72:9
**blame** [1] - 35:24
**blood** [1] - 157:15
**blue** [3] - 137:2, 137:3
**blurry** [1] - 56:11
**boat** [1] - 30:17
**boatload** [1] - 139:6
**borrowing** [2] - 43:4, 91:15
**borrowings** [1] - 41:5
**boss** [1] - 122:25
**bottom** [9] - 50:15, 106:25, 107:3, 107:22, 119:21, 124:25, 133:13, 141:14, 146:17
**bought** [2] - 39:24, 40:4
**box** [6] - 57:5, 57:6, 57:8, 57:24, 58:3, 58:8
**brand** [7] - 19:14, 19:17, 22:6, 83:22, 83:23, 120:20, 120:23
**branded** [2] - 91:8, 91:17
**Branding** [6] - 16:19, 16:22, 17:5, 17:8, 17:13, 32:5
**branding** [1] - 19:4
**BRANDING** [2] - 1:9, 1:17
**break** [9] - 7:9, 7:11, 26:7, 49:7, 49:9, 94:17, 107:10, 115:5, 148:13
**breakdown** [2] - 17:3, 49:3
**brims** [1] - 92:2
**brings** [1] - 12:2
**brink** [1] - 111:11
**Broadway** [3] - 3:6, 3:15, 24:3
**Bronx** [1] - 152:7
**Brooklyn** [2] - 6:13, 102:9
**brother** [1] - 17:10
**Brother** [1] - 124:20
**brought** [1] - 75:20
**bucks** [1] - 146:13
**budge** [1] - 93:7
**built** [1] - 81:4
**bulk** [7] - 68:11, 68:25, 71:8, 72:12, 77:15, 82:24, 87:23
**bunch** [3] - 102:2, 127:21,

146:24
**Burlington** [2] - 13:2, 13:7
**business** [38] - 9:16, 10:9, 11:14, 13:18, 15:20, 17:12, 17:18, 17:21, 18:18, 19:23, 22:10, 23:6, 23:21, 26:16, 27:6, 31:14, 32:3, 33:19, 36:22, 37:19, 37:25, 38:8, 47:25, 53:8, 57:3, 65:8, 66:13, 68:18, 84:10, 92:22, 102:19, 122:19, 126:12, 126:14, 135:2, 135:4, 135:20, 147:20
**businesses** [1] - 47:14
**but..** [1] - 149:12
**buy** [2] - 27:9, 35:22
**buyer** [2] - 120:4, 120:5
**buying** [2] - 80:13, 148:4
**buys** [3] - 67:3, 110:17, 120:5
**BY** [33] - 3:9, 3:18, 4:9, 6:7, 7:16, 10:19, 25:10, 29:3, 40:2, 40:19, 41:11, 42:3, 44:13, 45:13, 49:24, 51:7, 52:14, 57:12, 58:10, 60:11, 60:15, 61:3, 61:19, 63:12, 71:3, 74:20, 80:23, 88:4, 94:24, 101:24, 107:20, 145:7, 156:5

## C

**C.A** [1] - 1:7
**calculate** [2] - 52:6, 85:16
**calculated** [7] - 85:24, 86:8, 86:17, 87:13, 88:17, 93:13, 145:9
**calculation** [2] - 52:15, 87:15
**calendar** [3] - 12:14, 35:14, 97:13
**California** [6] - 29:22, 59:24, 71:25, 144:9, 144:15, 147:4
**cancel** [1] - 127:17
**canceled** [3] - 86:4, 88:21, 89:6
**canceling** [1] - 147:18
**cancellation** [1] - 145:20
**cannot** [10] - 34:13, 47:22, 47:23, 48:14, 51:8, 51:18, 59:20, 69:22, 73:2, 76:15
**capacity** [1] - 22:24
**care** [1] - 129:9
**career** [1] - 84:13
**carton** [2] - 54:23, 55:10, 55:12, 55:14, 55:18, 55:22, 56:16, 56:18, 57:4, 57:9, 57:13, 57:16, 57:18, 57:20,

57:24, 58:4, 58:6, 58:12, 58:14, 136:3, 136:25, 138:9
**cartons** [6] - 56:17, 56:22, 56:23, 57:2, 58:17, 134:13
**Cartons** [1] - 56:22
**CASE** [3] - 158:2, 159:2, 160:2
**case** [27] - 24:13, 24:18, 26:15, 29:7, 29:10, 32:4, 36:19, 37:21, 37:24, 41:14, 42:24, 60:2, 62:2, 62:12, 66:3, 68:14, 69:17, 69:25, 70:3, 98:20, 106:21, 112:2, 116:18, 117:16, 119:19, 127:10, 129:15
**cases** [3] - 54:9, 69:13, 92:2
**cash** [4] - 84:23, 111:9, 111:18, 112:20
**Cassell** [2] - 6:16, 145:19
**CASSELL** [68] - 3:4, 3:9, 6:15, 7:5, 7:17, 10:19, 25:3, 25:10, 29:3, 40:2, 40:19, 41:11, 42:3, 44:12, 44:13, 45:13, 49:4, 49:8, 49:12, 49:24, 51:7, 52:14, 57:12, 58:10, 60:11, 60:15, 60:20, 61:3, 61:19, 63:4, 63:12, 70:7, 71:3, 74:19, 74:20, 80:23, 88:4, 94:16, 94:22, 94:24, 101:24, 107:9, 107:13, 107:20, 145:2, 145:7, 148:12, 148:21, 149:3, 149:7, 149:13, 149:24, 150:4, 150:7, 151:3, 151:8, 151:11, 151:16, 152:2, 152:13, 152:25, 153:5, 153:8, 153:17, 153:22, 154:2, 155:2, 156:7
**categorized** [1] - 54:23
**CATTON** [1] - 102:2
**Catton** [4] - 102:4, 102:12, 102:17, 102:23
**ceased** [3] - 17:19, 23:24, 24:2
**ceiling** [1] - 140:23
**centers** [2] - 30:11, 30:13
**certain** [14] - 17:9, 17:11, 21:24, 23:18, 27:7, 42:16, 53:24, 59:21, 69:22, 87:4, 116:14, 134:13, 137:11
**certainly** [2] - 68:17, 91:2
**certainty** [1] - 94:5
**certification** [1] - 5:7
**certify** [2] - 157:7, 157:13
**chain** [6] - 35:8, 109:10, 112:9, 117:20, 131:11, 139:11
**chance** [1] - 147:19
**change** [10] - 12:3, 16:10,

27:25, 28:7, 34:24, 84:3, 84:6, 84:7, 84:9, 114:7
**changed** [4] - 27:23, 27:25, 29:6, 35:3
**changing** [3] - 115:19, 115:21, 116:6
**charge** [2] - 5:23, 90:24
**charges** [1] - 43:10
**CHARLES** [10] - 1:11, 1:25, 2:2, 4:10, 155:7, 155:12, 156:6, 158:4, 159:4, 160:4
**Charles** [4] - 6:10, 41:22, 105:13, 144:18
**Charlie** [1] - 80:9
**chart** [9] - 35:7, 56:12, 56:13, 59:8, 59:25, 106:25, 135:11, 135:14, 135:16
**cheaper** [1] - 143:15
**check** [2] - 147:9, 147:12
**checked** [1] - 140:2
**checking** [1] - 139:22
**checklist** [1] - 107:4
**checks** [2] - 134:12, 136:4
**China** [22] - 26:4, 28:22, 29:17, 29:18, 30:17, 31:3, 60:5, 72:21, 72:24, 82:23, 103:12, 103:19, 103:21, 103:22, 103:24, 104:3, 113:6, 113:8, 131:2, 132:9, 137:17, 148:7
**China-based** [3] - 26:4, 103:12, 113:6
**Chinese** [4] - 125:17, 125:20, 125:21, 141:13
**chose** [1] - 99:17
**Chris** [4] - 125:9, 125:10, 125:15, 125:17
**circumstances** [1] - 93:3
**cities** [2] - 30:12, 132:2
**City** [1] - 34:18
**claim** [2] - 9:3, 84:23
**claims** [1] - 9:4
**clarify** [2] - 44:6, 61:20
**clarifying** [1] - 132:22
**cleanest** [1] - 95:15
**clear** [12] - 14:2, 37:18, 42:5, 50:21, 93:25, 98:25, 99:14, 99:21, 116:9, 133:7, 137:21, 147:11
**cleared** [1] - 113:15
**close** [1] - 128:24
**closer** [1] - 78:13
**closure** [1] - 40:23
**clothing** [4] - 10:11, 27:15, 87:22, 87:23
**Club** [5] - 89:14, 89:15, 89:18, 90:8, 90:11
**CMA** [1] - 100:23
**CMA@maxx** [1] - 101:5
**CMA@maxx-jeans.com** [1]

163

- 101:5
**CO** [2] - 1:5, 1:14
**co** [1] - 100:10
**coast** [1] - 30:7
**colleagues** [1] - 109:21
**Color** [4] - 32:21, 100:13, 104:25, 105:18
**color** [7] - 53:24, 77:5, 77:10, 77:12, 137:5, 137:11, 138:6
**colors** [10] - 70:19, 70:21, 70:22, 70:24, 71:5, 76:25, 77:2, 134:7, 136:24, 143:6
**Columbus** [1] - 151:23
**combination** [1] - 27:3
**comfortable** [1] - 50:8
**coming** [2] - 136:19, 140:7
**command** [1] - 35:9
**commenced** [1] - 36:25
**comment** [1] - 67:15
**comments** [1] - 75:18
**commodities** [2] - 66:23, 67:2
**common** [2] - 19:6, 42:11
**communication** [2] - 51:16, 109:15
**communications** [1] - 101:10
**community** [1] - 102:9
**Companies** [1] - 115:10
**companies** [19] - 9:12, 18:21, 18:23, 18:24, 24:17, 24:24, 25:13, 26:2, 26:6, 32:4, 33:16, 89:2, 97:18, 97:22, 109:7, 113:23, 116:2, 116:12, 116:13
**Company** [1] - 98:23
**company** [77] - 8:12, 8:14, 8:15, 9:19, 11:21, 13:11, 14:11, 14:12, 16:12, 16:18, 17:14, 18:10, 18:13, 21:13, 21:14, 21:15, 21:20, 22:22, 23:3, 23:6, 23:8, 23:10, 23:12, 23:16, 23:17, 23:22, 23:23, 24:15, 25:22, 30:22, 31:11, 32:17, 32:20, 32:21, 32:23, 32:24, 33:15, 34:8, 34:25, 35:2, 35:20, 35:22, 36:7, 36:9, 36:25, 38:11, 40:7, 41:18, 42:15, 62:16, 62:20, 68:5, 93:3, 96:21, 97:15, 99:10, 100:14, 101:6, 103:12, 103:14, 103:16, 105:2, 105:4, 105:18, 105:19, 106:10, 106:14, 111:10, 113:7, 115:22, 116:18, 120:19, 121:4, 121:6, 121:7, 129:20, 129:24
**company's** [1] - 113:19
**compensation** [1] - 103:10

**competitor** [1] - 20:2
**complaint** [8] - 24:5, 44:7, 49:14, 50:18, 51:23, 61:11, 62:18, 62:19
**Complaint** [6] - 49:19, 51:12, 63:7, 63:15, 156:12, 156:14
**complete** [3] - 29:13, 105:17, 107:5
**completely** [3] - 44:9, 62:4, 130:17
**comprise** [2] - 43:18, 43:23
**comprises** [1] - 133:13
**concept** [1] - 141:24
**conducting** [1] - 6:18
**conduit** [1] - 103:11
**conference** [3] - 150:16, 150:20, 154:3
**confidential** [1] - 38:5
**confirming** [1] - 110:23
**confused** [3] - 7:6, 79:2, 80:3
**confusing** [1] - 25:18
**conservative** [1] - 87:16
**considered** [1] - 66:8
**considering** [1] - 148:8
**consist** [2] - 58:25, 117:20
**consisted** [1] - 46:15
**consistency** [1] - 75:2
**consistent** [6] - 37:7, 64:12, 78:2, 95:6, 96:11, 105:15
**consisting** [1] - 56:13
**constant** [5] - 111:8, 111:9, 126:21, 134:15, 136:4
**consultant** [6] - 15:16, 23:2, 34:2, 35:5, 97:16, 98:4
**consultants** [4] - 34:20, 35:13, 123:7, 123:12
**consulting** [3] - 97:24, 98:4, 98:7
**contact** [4] - 32:9, 106:23, 113:14, 129:18
**contacting** [1] - 106:18
**contacts** [1] - 101:9
**contain** [1] - 53:20
**containers** [1] - 31:7
**containing** [1] - 56:25
**contemporaneous** [1] - 117:14
**contemporary** [1] - 64:10
**contentions** [1] - 129:12
**contents** [1] - 112:18
**context** [6] - 62:5, 90:17, 108:3, 118:21, 122:3, 142:25
**continue** [3] - 15:2, 15:3, 151:14
**Continued** [2] - 3:25, 154:15

**continued** [2] - 4:2, 83:6
**contract** [1] - 67:12
**contribute** [1] - 99:9
**control** [6] - 73:12, 74:8, 82:24, 83:7, 127:12, 127:20
**controlling** [1] - 47:15
**conversation** [3] - 16:3, 16:6, 109:18
**conversations** [2] - 32:15, 96:3
**convicted** [1] - 7:22
**cooperative** [1] - 154:13
**copied** [2] - 103:2, 125:6
**copy** [3] - 5:22, 95:15, 98:25
**cordial** [4] - 102:15, 102:16, 102:21, 129:14
**Corporately** [1] - 8:23
**corporations** [1] - 9:7
**correct** [40] - 11:3, 14:4, 26:17, 27:12, 31:15, 31:17, 40:4, 40:9, 40:11, 40:15, 40:20, 40:22, 41:8, 41:10, 44:17, 44:18, 47:7, 51:3, 53:10, 53:11, 53:14, 53:25, 54:14, 54:15, 59:3, 59:7, 69:16, 69:21, 72:10, 78:12, 79:3, 95:20, 120:23, 133:9, 133:11, 138:6, 138:10, 139:21, 143:22
**Correct** [15] - 25:5, 40:12, 54:2, 66:5, 68:8, 74:10, 80:21, 81:5, 83:13, 92:11, 92:15, 101:2, 105:25, 120:24, 138:7
**CORRECTION** [3] - 158:6, 159:6, 160:6
**correctly** [5] - 21:23, 107:24, 108:13, 121:24, 123:6
**correlate** [1] - 54:10
**correlating** [1] - 56:25
**count** [7] - 55:10, 55:12, 55:14, 55:18, 55:22, 56:16, 56:18
**Counterclaim** [2] - 63:8, 63:15
**counterclaim** [1] - 64:2
**counterclaims** [2] - 64:5, 64:7
**counterpart** [1] - 126:7
**counting** [1] - 146:5
**country** [1] - 24:11
**coupled** [1] - 148:10
**course** [5] - 31:2, 46:10, 91:2, 92:3, 123:22
**Court** [1] - 5:20
**COURT** [1] - 1:2
**court** [6] - 6:22, 63:17, 63:18, 124:11, 124:14,

149:25
**cover** [2] - 27:10, 39:3
**coverages** [2] - 116:12, 116:15
**covered** [1] - 113:9
**covers** [1] - 131:12
**CPR** [1] - 99:9
**crazy** [2] - 122:9, 122:16
**cream** [1] - 80:19
**create** [5] - 14:12, 19:11, 67:9, 67:20, 110:15
**created** [9] - 13:11, 13:16, 26:10, 71:7, 79:21, 96:23, 100:11, 107:2, 114:5
**Created** [1] - 13:17
**creates** [1] - 26:9
**credit** [12] - 28:21, 28:23, 29:2, 40:15, 43:10, 48:10, 113:5, 113:12, 113:24, 114:4, 114:11, 115:23
**crime** [1] - 7:23
**crooked** [5] - 126:24, 126:25, 136:15, 140:10
**crop** [1] - 80:20
**CT** [1] - 105:18
**CTNS** [2] - 56:21, 56:22
**CTR** [4] - 1:5, 100:8, 100:9, 100:12
**customer** [5] - 12:13, 12:22, 13:6, 35:19, 89:23
**customers** [8] - 11:14, 11:16, 12:20, 12:25, 13:4, 16:11, 30:11, 111:7
**customers'** [1] - 31:10
**customs** [1] - 31:4
**cut** [3] - 50:14, 88:9, 93:2
**cutoff** [1] - 61:4
**cutting** [2] - 59:8, 132:11
**cycle** [2] - 69:6, 73:10

# D

**dad** [1] - 34:3
**damaged** [2] - 47:23, 116:19
**damages** [1] - 93:4
**date** [11] - 2:4, 49:23, 59:22, 63:11, 82:8, 82:10, 82:11, 84:8, 90:22, 128:11, 149:21
**DATE** [3] - 158:3, 159:3, 160:3
**dated** [6] - 36:4, 37:2, 37:13, 62:7, 107:23, 109:10
**dates** [1] - 59:10
**David** [2] - 124:10, 124:17
**day-to-day** [2] - 15:17, 22:13
**days** [9] - 20:5, 48:11, 60:7,

60:25, 61:2, 72:12, 72:13, 72:15, 111:8

**deal** [11] - 36:24, 37:5, 37:11, 38:9, 75:20, 93:2, 96:9, 96:12, 107:6, 117:15

**dealings** [1] - 14:18

**deals** [2] - 62:2, 95:24

**dealt** [4] - 141:25, 142:3, 142:9, 142:15

**debt** [2] - 38:25, 40:24

**December** [1] - 100:24

**decided** [1] - 16:13

**decreased** [1] - 41:17

**deduction** [1] - 45:2

**defective** [10] - 24:7, 44:9, 74:17, 78:23, 90:10, 90:12, 90:24, 134:2, 134:10, 135:25

**defendant** [1] - 18:8

**Defendant** [1] - 3:5

**Defendants** [5] - 1:12, 1:18, 2:3, 3:13, 3:14

**definitely** [3] - 85:9, 118:9, 135:6

**definitive** [1] - 71:9

**deformity** [1] - 136:17

**deliver** [1] - 31:9

**delivered** [4] - 29:23, 30:5, 31:7, 72:14

**delivery** [2] - 30:23, 48:12

**delivery-duty** [1] - 30:23

**demanded** [1] - 143:20

**Denim** [1] - 65:18

**denim** [3] - 65:22, 65:25, 84:2

**denim-based** [1] - 65:22

**department** [1] - 142:7

**departure** [1] - 60:4

**deposed** [2] - 7:25, 8:4

**deposition** [13] - 5:16, 6:19, 8:7, 70:15, 95:14, 116:24, 131:10, 150:21, 150:23, 151:14, 152:11, 154:7, 154:9

**depositions** [1] - 50:23

**design** [12] - 67:11, 67:16, 67:21, 67:22, 68:6, 68:7, 69:20, 71:11, 72:4, 98:15, 110:10, 147:4

**designated** [3] - 31:10, 75:16, 75:17

**designer** [2] - 71:21, 98:16

**designing** [1] - 98:13

**DesLauriers** [3] - 119:24, 120:4, 122:25

**DESLAURIERS** [1] - 119:24

**despite** [1] - 138:16

**detail** [3] - 30:15, 126:19, 138:20

**details** [2] - 14:23, 38:4

**determination** [1] - 134:8

**determine** [1] - 135:25

**died** [1] - 137:10

**differences** [1] - 100:7

**different** [39] - 8:15, 18:24, 18:25, 19:5, 19:8, 21:15, 21:25, 36:14, 37:3, 53:21, 54:12, 58:14, 68:21, 69:18, 69:24, 70:8, 70:17, 70:20, 70:21, 70:23, 71:4, 71:6, 71:11, 71:14, 75:10, 84:10, 85:18, 88:20, 95:13, 104:23, 105:22, 113:2, 113:19, 116:12, 118:16, 131:25, 132:2, 132:7

**Different** [1] - 20:22

**differently** [1] - 115:12

**difficult** [2] - 16:10, 44:23

**Dillard's** [1] - 142:6

**direct** [1] - 20:2

**directly** [10] - 23:7, 26:12, 31:5, 35:12, 42:20, 54:10, 67:3, 104:6, 123:18, 129:25

**discount** [7] - 45:4, 74:22, 79:25, 80:2, 80:6, 80:7, 90:7

**discounted** [3] - 45:9, 79:6, 143:25

**discounter** [1] - 142:8

**discounts** [1] - 79:23

**Discovery** [1] - 52:13

**discretion** [1] - 42:23

**discuss** [6] - 14:13, 91:4, 122:17, 122:21, 132:3, 132:5

**discussed** [9] - 16:6, 28:5, 95:12, 98:24, 108:6, 115:4, 115:24, 129:4, 131:17

**discussing** [2] - 51:15, 112:22

**discussion** [5] - 36:21, 66:2, 117:2, 130:10, 146:16

**discussions** [1] - 37:18

**disputed** [1] - 12:9

**distress** [1] - 111:10

**distribution** [3] - 30:10, 30:13, 66:10

**DISTRICT** [2] - 1:2, 1:3

**document** [30] - 14:15, 49:16, 50:16, 51:13, 51:18, 56:3, 56:4, 56:6, 61:14, 62:14, 62:22, 62:25, 63:16, 64:8, 71:23, 79:21, 95:14, 98:17, 98:21, 99:2, 100:18, 107:15, 107:19, 107:21, 119:14, 139:4, 139:14, 145:4, 145:6

**documents** [8] - 16:12, 36:3, 50:9, 63:19, 81:17, 95:5, 102:3, 108:3

**dollar** [5] - 43:22, 44:20, 46:2, 46:12, 99:14

**dollars** [2] - 86:25, 146:5

**domestic** [1] - 31:6

**done** [31] - 13:19, 18:5, 26:21, 28:21, 36:10, 36:11, 38:13, 38:17, 47:14, 66:13, 77:17, 79:18, 91:20, 93:23, 94:23, 105:20, 107:5, 114:7, 114:12, 116:16, 129:7, 133:20, 137:6, 137:17, 143:12, 145:4, 146:17, 148:23, 148:25, 150:21, 152:23

**double** [1] - 81:12

**doubt** [1] - 59:19

**down** [24] - 26:8, 39:18, 45:7, 46:7, 51:23, 52:6, 55:2, 55:25, 56:2, 56:9, 61:8, 62:10, 77:24, 87:11, 109:9, 115:5, 121:19, 121:20, 141:9, 141:11, 143:7, 143:14, 145:8, 145:19

**Down** [1] - 106:2

**draft** [2] - 150:9, 153:23

**drafted** [1] - 141:23

**drafting** [2] - 63:23, 112:15

**driven** [1] - 52:18

**due** [7] - 48:11, 88:23, 90:9, 92:13, 92:20, 126:12, 127:9

**duly** [2] - 6:4, 157:9

**during** [4] - 21:7, 119:16, 128:18, 153:10

**duties** [1] - 31:5

**duty** [2] - 30:23, 31:4

**dye** [2] - 137:12

**dyed** [1] - 137:13

**E**

**e-mail** [63] - 36:16, 81:15, 81:19, 81:25, 82:4, 101:3, 101:11, 105:11, 106:8, 106:11, 108:11, 109:10, 110:4, 110:23, 110:24, 112:9, 112:12, 112:15, 112:17, 116:25, 117:6, 117:24, 118:6, 119:20, 119:22, 120:2, 120:13, 121:17, 122:5, 124:6, 125:2, 125:4, 126:11, 128:25, 130:5, 130:6, 130:8, 130:11, 130:13, 131:11, 131:14, 131:16, 131:18, 131:19, 133:3, 133:12, 133:15, 134:3, 134:4, 138:17, 139:11, 139:17, 139:19, 140:18, 141:2, 141:8, 141:12, 141:13, 141:23, 143:8, 146:18

**e-mails** [16] - 12:10, 36:14, 36:15, 36:23, 103:3, 117:6, 117:13, 117:18, 117:19,

122:4, 122:7, 128:10, 131:15, 132:21, 153:11, 153:14

**earliest** [1] - 117:19

**early** [5] - 10:5, 15:6, 36:10, 109:18, 111:3

**East** [1] - 30:7

**easy** [1] - 154:9

**effect** [1] - 5:19

**effective** [1] - 37:11

**effectively** [2] - 35:18, 92:23

**Effectively** [1] - 38:9

**effort** [1] - 82:19

**either** [5] - 46:6, 50:10, 73:5, 102:19, 132:4

**Eko** [2] - 126:4, 126:5

**elaborate** [1] - 114:19

**eligibility** [1] - 42:22

**eligible** [1] - 42:21

**employees** [5] - 21:11, 21:21, 34:10, 34:11, 146:24

**employing** [1] - 32:16

**encompassed** [1] - 70:25

**encompasses** [1] - 74:24

**end** [16] - 26:10, 33:3, 50:3, 50:7, 54:25, 55:23, 66:9, 68:24, 118:18, 133:9, 135:24, 136:23, 137:7, 137:13, 143:10, 147:19

**ended** [1] - 90:5

**entire** [4] - 12:14, 67:9, 72:15, 92:22

**entirely** [1] - 17:2

**entities** [5] - 19:8, 25:24, 29:2, 113:25, 115:3

**entitled** [4] - 2:3, 7:11, 94:3, 98:22

**entity** [9] - 13:8, 13:14, 13:15, 16:14, 16:15, 29:9, 29:10, 100:12, 108:19

**equation** [1] - 89:16

**equity** [10] - 38:11, 38:13, 38:24, 39:5, 39:9, 39:14, 39:21, 40:3, 40:6, 40:10

**ERP** [1] - 26:12

**especially** [2] - 127:20, 141:5

**ESQ** [4] - 3:9, 3:18, 4:9, 4:10

**essentially** [2] - 95:20, 99:8

**ESSENTIALS** [2] - 1:10, 1:10

**Essentials** [7] - 21:13, 21:24, 22:4, 22:19, 22:25, 23:8, 101:12

**Essentialsnewyork.com** [1] - 100:24

**estimate** [2] - 10:17, 149:9

**estimated** [3] - 10:12, 60:3,

60:4
**ETA** [1] - 61:4
**ETD** [4] - 59:22, 59:25, 60:24, 61:4
**eventually** [3] - 47:6, 96:6, 135:10
**exact** [5] - 23:18, 46:12, 62:8, 87:14, 96:8
**Exactly** [3] - 53:15, 61:6, 77:16
**exactly** [14] - 31:24, 34:22, 37:15, 44:24, 45:6, 47:17, 47:24, 58:5, 76:16, 81:14, 82:13, 98:3, 119:9, 130:16
**examination** [2] - 5:22, 155:6
**EXAMINATION** [4] - 1:25, 2:2, 7:16, 156:5
**examined** [1] - 6:6
**example** [6] - 19:12, 54:7, 54:20, 67:6, 76:19, 81:8
**except** [1] - 5:11
**excess** [1] - 86:5
**excited** [1] - 110:5
**Exhibit** [39] - 49:13, 49:18, 49:21, 52:23, 56:2, 56:3, 56:9, 56:10, 61:10, 62:11, 62:18, 63:9, 63:13, 77:20, 95:4, 95:6, 95:9, 95:11, 98:21, 100:16, 100:17, 100:22, 107:17, 110:21, 112:6, 112:8, 116:23, 116:24, 117:10, 117:21, 119:8, 131:9, 131:11, 133:14, 133:15, 137:20, 139:3, 139:6, 139:8
**exhibit** [11] - 56:8, 63:2, 94:15, 94:18, 94:25, 107:7, 108:11, 110:20, 119:22, 131:8, 139:2
**EXHIBITS** [1] - 156:10
**exhibits** [3] - 49:15, 61:22, 98:20
**existing** [2] - 16:14, 16:15
**expensive** [1] - 148:11
**expired** [1] - 65:4
**explain** [4] - 30:15, 41:22, 80:10, 126:18
**explaining** [1] - 27:21
**explanation** [1] - 132:18
**EXPORT** [1] - 1:14
**exporting** [2] - 28:22, 31:2
**exports** [1] - 125:14
**extend** [1] - 42:16
**extension** [3] - 89:23, 90:8, 90:9
**extent** [2] - 12:23, 38:19
**extracted** [1] - 26:14
**Extremely** [1] - 119:18
**extremely** [2] - 42:11, 76:3

**eyesight** [1] - 50:6
**EZ** [11] - 1:10, 18:8, 18:18, 18:21, 20:6, 20:15, 21:6, 21:10, 21:20, 23:5, 32:5

## F

**fabric** [8] - 66:7, 66:20, 70:18, 70:22, 70:24, 77:3, 136:16
**fabrication** [5] - 66:6, 66:11, 66:15, 83:21, 89:8
**fabulous** [1] - 149:17
**face** [4] - 130:18, 130:20
**face-to-face** [2] - 130:18, 130:20
**facets** [1] - 105:18
**facility** [2] - 59:23, 67:10
**fact** [7] - 48:13, 90:10, 114:10, 134:6, 145:2, 148:10, 150:22
**factor** [2] - 41:5, 42:12
**factories** [6] - 104:13, 114:25, 115:8, 131:25, 132:8, 132:14
**factoring** [1] - 41:25
**factors** [1] - 98:11
**factory** [3] - 42:6, 69:3, 138:21
**factual** [2] - 63:25, 64:4
**failure** [1] - 92:13
**falling** [1] - 102:10
**familiar** [11] - 13:8, 16:18, 17:7, 18:10, 32:12, 36:18, 43:13, 53:7, 61:14, 74:4, 74:7
**familiarity** [2] - 18:12, 103:13
**far** [8] - 34:10, 72:6, 73:14, 75:4, 87:24, 114:7, 123:9, 142:15
**FASHION** [4] - 1:5, 158:2, 159:2, 160:2
**Fashion** [48] - 41:24, 44:3, 45:23, 47:12, 47:19, 48:6, 48:9, 48:21, 52:7, 53:14, 60:3, 67:8, 67:13, 68:5, 68:15, 71:15, 75:11, 76:5, 80:4, 80:14, 82:5, 82:18, 87:18, 88:25, 89:3, 89:9, 89:19, 89:22, 91:4, 91:21, 100:8, 103:11, 103:19, 118:17, 118:25, 125:11, 125:18, 126:17, 127:11, 129:19, 129:22, 129:25, 130:2, 130:3, 132:7, 132:16, 133:9, 137:7
**Fashions** [1] - 23:15
**FASHIONS** [2] - 1:11, 1:17

**father** [4] - 8:11, 16:23, 18:5, 23:20
**February** [26] - 12:11, 36:8, 36:17, 59:10, 62:7, 81:16, 82:5, 83:18, 92:22, 109:13, 119:23, 121:17, 122:12, 123:19, 125:2, 130:7, 131:12, 131:13, 131:18, 139:11, 139:12, 139:17, 141:23, 143:8, 145:24, 146:18
**federal** [1] - 63:17
**fee** [4] - 104:17, 104:19, 105:3, 105:14
**feet** [2] - 57:14
**few** [5] - 54:9, 83:3, 103:17, 113:3, 114:16
**fifteen** [6] - 51:24, 71:9, 71:14, 73:16, 75:10, 77:18
**Fifth** [1] - 4:6
**figure** [2] - 94:7, 123:2
**figures** [1] - 85:8
**FILARDO** [18] - 4:9, 148:19, 148:24, 149:5, 149:8, 149:15, 149:22, 150:2, 150:15, 150:25, 151:19, 151:24, 152:18, 153:3, 153:16, 153:19, 154:5, 154:12
**file** [3] - 31:4, 58:24, 59:5
**filed** [1] - 63:15
**filing** [3] - 5:6, 42:13, 91:14
**final** [1] - 68:23
**finance** [1] - 124:8
**finances** [1] - 47:15
**financial** [1] - 123:17
**financing** [1] - 41:25
**fine** [3] - 152:19, 152:20, 153:16
**finer** [1] - 66:10
**finish** [3] - 67:17, 110:2, 145:5
**finished** [1] - 67:3
**finishing** [1] - 154:7
**FINKEL** [1] - 3:12
**first** [30] - 6:4, 9:25, 10:6, 15:14, 25:15, 31:20, 32:8, 32:12, 32:25, 33:4, 36:16, 37:19, 50:17, 69:5, 69:13, 73:20, 73:21, 82:7, 84:25, 91:20, 93:6, 107:22, 121:16, 121:21, 121:23, 121:25, 124:17, 133:13, 149:20
**fit** [2] - 69:14, 73:25
**fitting** [1] - 69:16
**five** [4] - 60:7, 72:13, 107:15, 130:24
**five-page** [1] - 107:15
**flashed** [1] - 75:19
**fledged** [2] - 55:2, 68:15

**flew** [1] - 128:13
**floor** [12] - 20:22, 21:5, 21:9, 21:19, 143:17, 143:19, 143:21, 143:24, 144:2, 144:4, 147:22, 147:23
**flow** [4] - 84:23, 111:9, 111:18, 112:20
**Fly** [2] - 22:7, 22:9
**focus** [2] - 39:5, 76:17
**focusing** [1] - 78:16
**followed** [1] - 13:6
**follows** [1] - 6:6
**force** [1] - 5:18
**foregoing** [1] - 157:10
**form** [6] - 5:12, 10:15, 26:14, 39:23, 41:3, 106:19
**formatting** [1] - 141:15
**formed** [4] - 14:5, 96:21, 106:10, 106:17
**forming** [4] - 14:22, 106:14, 106:15
**formulated** [1] - 129:8
**forth** [1] - 157:9
**forward** [7] - 15:4, 59:16, 89:21, 90:13, 103:13, 123:4, 147:18
**forwarded** [2] - 26:14, 111:23
**four** [3] - 70:17, 70:21, 76:20
**fourth** [4] - 26:18, 26:25, 45:24, 118:24
**frame** [1] - 36:19
**free** [1] - 154:4
**freight** [2] - 31:2, 31:6
**frequency** [1] - 74:13
**friendly** [1] - 102:16
**friends** [2] - 106:22, 109:21
**front** [2] - 51:3, 154:6
**froze** [1] - 126:13
**frozen** [1] - 126:11
**fruition** [1] - 105:5
**full** [4] - 55:2, 68:15, 133:17, 136:6
**full-fledged** [2] - 55:2, 68:15
**fully** [1] - 43:8
**funding** [1] - 100:6
**funds** [4] - 39:13, 39:18, 111:4, 111:6
**furnished** [1] - 5:23
**FURTHER** [2] - 5:10, 5:15
**furthermore** [1] - 91:13
**future** [2] - 86:23, 145:20

## G

**Gabe** [4] - 109:11, 109:16, 126:3, 128:21

167

**GABRIEL** [1] - 1:11
**Gabriel** [4] - 13:24, 14:6, 14:18, 129:12
**Gabriel's** [1] - 124:18
**garment** [6] - 33:19, 34:4, 54:19, 136:7, 137:10, 142:13
**GARMENT** [4] - 1:5, 158:2, 159:2, 160:2
**garment-died** [1] - 137:10
**garments** [6] - 27:18, 57:10, 80:12, 136:21, 137:6, 137:8
**GARMENTS** [1] - 1:14
**gather** [1] - 85:15
**gears** [1] - 117:11
**general** [1] - 78:17
**generally** [3] - 16:8, 16:9, 26:24
**generate** [1] - 106:23
**generated** [7] - 53:4, 53:12, 53:17, 54:5, 55:13, 85:25, 86:6
**given** [6] - 53:19, 55:14, 77:3, 90:8, 97:23, 157:11
**GMR** [3] - 92:13, 92:16, 92:23
**go-forward** [2] - 90:13, 103:13
**GOLDBERG** [1] - 3:12
**GOLDSTEIN** [1] - 3:12
**goods** [114] - 22:10, 24:6, 24:10, 24:13, 24:17, 29:6, 29:9, 29:12, 29:14, 30:2, 30:4, 30:7, 30:9, 43:14, 43:19, 43:23, 44:4, 44:19, 45:9, 46:7, 46:15, 46:18, 46:20, 47:5, 47:9, 47:12, 47:20, 48:6, 48:8, 48:22, 51:24, 53:14, 54:3, 54:17, 55:3, 55:7, 58:11, 58:15, 58:19, 58:24, 59:11, 59:14, 59:23, 62:2, 65:2, 65:16, 65:20, 66:17, 68:13, 69:17, 69:18, 69:24, 70:5, 71:24, 73:12, 73:15, 74:15, 74:16, 75:5, 75:8, 75:16, 75:18, 75:24, 78:22, 79:5, 79:15, 79:18, 79:22, 80:2, 80:5, 82:2, 82:7, 82:19, 83:8, 87:4, 87:16, 87:20, 88:6, 88:14, 90:4, 90:10, 90:24, 91:4, 91:8, 91:17, 91:22, 92:8, 98:14, 111:13, 115:7, 116:18, 118:3, 119:15, 121:18, 127:8, 128:5, 128:7, 132:19, 133:2, 134:9, 134:14, 134:23, 135:9, 135:13, 135:24, 136:12, 138:18, 138:20, 139:23, 139:24, 140:3, 143:22,

147:14
**gotta** [1] - 60:18
**graduate** [1] - 33:21
**graduated** [2] - 33:20, 33:23
**grander** [1] - 134:5
**gray** [1] - 76:13
**great** [2] - 51:4, 110:6
**greatly** [1] - 12:17
**gritty** [2] - 39:11, 136:14
**gross** [9] - 86:2, 86:6, 86:21, 86:25, 88:22, 92:16, 92:17, 94:10, 94:13
**ground** [2] - 15:25, 97:12
**Group** [1] - 9:14
**guarantee** [2] - 39:12, 116:20
**guaranteed** [1] - 92:14
**guarantees** [1] - 40:14
**guarantor** [4] - 39:16, 40:18, 40:21, 41:6
**guess** [18] - 36:13, 38:25, 41:7, 42:13, 53:17, 75:2, 84:23, 85:14, 95:3, 96:3, 102:4, 117:7, 123:3, 125:8, 129:11, 132:22, 140:16, 150:4
**guessing** [1] - 94:3
**guys** [1] - 150:7

## H

**half** [4] - 15:14, 131:24, 137:2, 142:20
**hand** [2] - 87:4, 139:14
**handling** [1] - 127:19
**handwriting** [7] - 101:13, 101:15, 101:16, 101:19, 101:22, 106:3, 106:5
**handy** [1] - 128:9
**hangtags** [1] - 92:3
**happy** [1] - 93:8
**hard** [3] - 45:6, 50:25, 117:22
**hat** [2] - 97:9
**head** [4] - 12:10, 120:10, 140:23, 146:5
**hear** [1] - 42:7
**heart** [1] - 122:19
**held** [9] - 2:4, 18:25, 20:7, 20:9, 20:10, 22:4, 22:8, 42:15, 129:2
**help** [5] - 25:8, 75:20, 104:25, 113:4, 113:16
**helpful** [1] - 108:2
**helping** [1] - 103:9
**HEREBY** [1] - 5:4
**hereby** [2] - 5:8, 157:6
**herein** [3] - 5:6, 5:25, 6:3

**hereinbefore** [1] - 157:9
**herself** [3] - 139:23, 140:3, 140:12
**high** [5] - 33:20, 33:21, 35:8, 70:25, 111:20
**higher** [3] - 66:9, 78:6, 123:13
**himself** [1] - 99:19
**hire** [1] - 68:5
**history** [3] - 101:11, 116:14, 142:13
**hit** [1] - 140:23
**hodgepodge** [1] - 61:22
**HOGAN** [1] - 3:4
**hold** [2] - 19:8, 19:10
**Holdings** [1] - 100:9
**HOLDINGS** [1] - 1:5
**holes** [1] - 136:16
**holiday** [3] - 149:20, 151:5, 151:7
**holidays** [1] - 151:9
**home** [1] - 146:25
**homes** [1] - 146:25
**honest** [2] - 73:2, 130:17
**honestly** [7] - 8:16, 14:16, 70:12, 71:8, 72:8, 76:14, 97:3
**Honestly** [1] - 135:15
**Hong** [1] - 113:6
**hope** [2] - 106:9, 110:16
**horrible** [1] - 74:3
**hour** [1] - 149:7
**hours** [1] - 149:10
**house** [1] - 79:10
**hundreds** [2] - 145:11, 145:18
**hurl** [1] - 28:18

## I

**idea** [2] - 22:16, 134:21
**identification** [2] - 49:22, 63:10
**identify** [1] - 55:21
**immediate** [1] - 85:19
**impact** [1] - 41:24
**import** [1] - 16:11
**IMPORT** [1] - 1:14
**important** [1] - 113:10
**importantly** [1] - 98:10
**imports** [1] - 126:5
**in-house** [1] - 79:10
**included** [1] - 103:6
**increase** [1] - 113:4
**increased** [2] - 99:10, 137:23
**indicate** [2] - 36:4, 71:24
**indicated** [2] - 79:3, 133:25
**indicates** [1] - 77:23

**individual** [2] - 121:4, 121:5
**individuals** [1] - 67:19
**industry** [5] - 19:6, 34:4, 76:11, 81:13, 134:17
**inexpensive** [1] - 141:6
**inferred** [1] - 123:16
**info** [1] - 132:24
**information** [5] - 46:11, 59:7, 64:4, 113:15, 138:14
**initial** [5] - 26:11, 27:10, 72:4, 72:5, 110:10
**initials** [1] - 100:23
**inside** [1] - 57:10
**inspect** [1] - 82:19
**inspected** [1] - 140:12
**inspecting** [2] - 30:25, 146:20
**inspection** [1] - 140:14
**instructions** [1] - 6:21
**insulate** [1] - 123:3
**insurance** [8] - 28:22, 113:6, 113:7, 113:22, 114:8, 115:23, 116:2, 116:17
**insured** [1] - 113:9
**insures** [1] - 116:18
**interest** [13] - 9:8, 9:20, 10:2, 10:7, 10:25, 16:21, 16:24, 22:19, 40:3, 40:7, 40:10, 43:9, 99:10
**interested** [1] - 157:16
**internal** [1] - 101:10
**interrupt** [1] - 144:17
**Intervenor** [4] - 1:15, 1:18, 3:14, 4:5
**introduced** [4] - 14:20, 32:10, 109:18
**inventory** [8] - 26:12, 42:15, 42:21, 46:21, 52:19, 87:20, 88:6, 88:14
**investment** [1] - 117:15
**invoice** [24] - 42:19, 52:21, 52:23, 52:25, 53:3, 53:5, 53:18, 54:5, 54:10, 54:13, 54:18, 54:22, 55:7, 55:20, 56:15, 56:25, 58:18, 58:19, 58:20, 58:22, 59:4, 59:5, 87:17, 138:9
**invoiced** [1] - 52:7
**invoices** [5] - 48:10, 48:17, 52:16, 55:11, 55:21
**involuntary** [1] - 8:9
**involved** [8] - 8:21, 14:21, 14:23, 22:13, 48:15, 96:2, 98:5, 120:18
**involvement** [2] - 14:17, 124:4
**iPhone** [1] - 50:24
**irrespective** [1] - 30:2
**Irrespectively** [1] - 29:4
**IS** [3] - 5:4, 5:10, 5:15

168

**issue** [47] - 12:2, 12:9, 24:13, 24:18, 27:17, 29:7, 36:16, 36:19, 37:16, 41:24, 42:8, 43:14, 43:19, 44:4, 48:4, 51:25, 52:16, 55:3, 65:2, 65:7, 68:13, 69:17, 69:25, 71:2, 71:8, 73:11, 82:7, 88:22, 93:6, 111:4, 114:3, 114:5, 115:20, 117:15, 123:9, 124:9, 129:9, 130:22, 131:3, 132:3, 132:6, 133:24, 136:10, 136:24, 140:9, 147:25, 148:2
**issues** [30] - 12:8, 37:20, 37:24, 41:14, 73:14, 75:4, 75:23, 76:8, 78:25, 82:2, 83:9, 102:20, 111:10, 117:14, 118:3, 119:10, 124:5, 126:21, 127:9, 129:5, 132:18, 132:23, 132:24, 133:4, 134:15, 139:20, 140:6, 140:15, 142:13, 148:9
**issuing** [2] - 25:15, 25:21
**IT** [3] - 5:4, 5:10, 5:15
**item** [9] - 53:23, 53:25, 55:8, 57:16, 66:23, 90:23, 137:12, 141:6, 148:9
**items** [5] - 53:21, 71:6, 88:18, 134:2, 138:13
**itself** [2] - 57:18, 67:2

## J

**jacket** [10] - 53:24, 66:19, 67:20, 68:2, 68:6, 80:24, 126:11, 126:14, 148:6
**jackets** [13] - 26:20, 26:25, 57:17, 64:11, 66:8, 67:7, 70:18, 76:20, 77:2, 80:15, 126:24, 135:22, 148:3
**January** [5] - 36:5, 37:12, 37:13, 82:12, 92:21
**jeans** [2] - 65:18, 84:2
**JEANS** [6] - 1:9, 1:9, 158:2, 159:2, 160:2
**Jeans** [156] - 9:13, 10:7, 10:8, 10:10, 10:13, 10:21, 11:2, 11:13, 12:14, 13:5, 13:9, 13:10, 13:12, 13:19, 13:23, 14:3, 14:4, 14:10, 14:19, 14:25, 15:3, 15:8, 15:15, 15:19, 15:23, 16:16, 17:24, 18:6, 18:22, 19:10, 19:15, 19:18, 20:4, 20:21, 20:24, 21:10, 21:25, 25:20, 26:19, 26:23, 27:13, 27:15, 27:17, 28:24, 29:8, 29:11, 31:13, 31:20, 32:8, 33:17, 33:25, 34:9, 34:16, 34:21, 34:24, 35:17, 40:25, 41:12,

42:2, 44:3, 45:22, 46:19, 47:11, 48:5, 48:16, 48:20, 51:25, 52:8, 53:13, 62:12, 62:15, 62:20, 64:11, 64:15, 64:16, 65:10, 65:19, 65:22, 66:14, 66:16, 66:19, 67:7, 67:11, 67:18, 71:16, 71:20, 72:20, 75:11, 75:15, 76:5, 80:4, 81:3, 83:22, 84:14, 84:15, 85:10, 85:13, 88:13, 89:7, 89:18, 89:20, 91:23, 91:24, 92:2, 95:22, 96:11, 96:14, 96:18, 97:5, 97:8, 97:9, 97:14, 98:22, 100:2, 100:3, 101:7, 101:9, 103:22, 104:2, 105:24, 108:7, 108:14, 109:3, 109:5, 111:3, 111:14, 113:13, 113:24, 114:4, 114:14, 115:7, 118:2, 120:6, 120:11, 120:14, 120:15, 120:19, 120:20, 121:8, 121:10, 121:11, 121:14, 121:17, 123:11, 123:20, 126:6, 126:8, 126:14, 127:7, 127:15, 128:6, 132:17, 133:8, 143:10, 144:6
**Jeans'** [7] - 12:20, 82:19, 83:12, 83:15, 114:22, 135:24, 140:17
**jeans.com** [1] - 101:5
**jeopardy** [1] - 122:20
**Jericho** [1] - 3:8
**Jersey** [1] - 144:13
**Jewish** [2] - 101:20, 151:8
**job** [2] - 127:10, 149:17
**Joy** [1] - 119:12
**JR** [1] - 4:9
**judge** [1] - 154:6
**July** [1] - 112:10
**jumped** [1] - 86:11
**June** [1] - 112:15
**jurat** [1] - 154:16

## K

**keep** [2] - 16:14, 101:11
**Keep** [1] - 150:15
**keeping** [2] - 65:5, 65:6
**Kevin** [8] - 28:12, 70:10, 88:2, 93:17, 148:20, 149:9, 153:10, 153:23
**KEVIN** [1] - 3:18
**kidding** [1] - 60:19
**kind** [7] - 35:20, 76:13, 84:21, 100:13, 103:8, 124:7, 139:5
**kindly** [1] - 138:19
**KING** [1] - 4:4

**King** [1] - 101:25
**knowledge** [15] - 13:15, 13:18, 15:19, 15:21, 17:4, 17:17, 23:13, 31:19, 51:21, 64:25, 99:11, 108:4, 109:5, 117:5, 121:15
**Kong** [1] - 113:6
**Kong-based** [1] - 113:6

## L

**L.A** [5] - 29:25, 30:4, 30:6, 30:18, 30:19
**label** [9] - 64:15, 64:17, 66:14, 84:2, 84:13, 91:19, 91:23, 91:24, 140:9
**labeling** [1] - 92:10
**labels** [1] - 136:18
**Labels** [1] - 65:9
**lack** [2] - 111:4, 134:15
**ladies** [2] - 26:20, 26:24
**Ladies** [1] - 10:11
**ladies'** [1] - 32:24
**lands** [1] - 30:18
**Langone** [1] - 123:2
**language** [1] - 134:22
**laptop** [1] - 51:5
**large** [2] - 44:2, 111:24
**largest** [2] - 35:19, 135:16
**Last** [1] - 118:12
**last** [8] - 33:5, 92:12, 118:14, 118:15, 124:17, 125:24, 131:24
**late** [5] - 72:18, 84:8, 152:11, 152:14, 152:23
**launch** [1] - 110:10
**launched** [1] - 110:11
**Lauren** [5] - 119:23, 120:3, 122:25, 143:8, 146:19
**lawsuit** [4] - 8:20, 9:2, 12:2, 115:14
**lawsuits** [2] - 8:21, 8:24
**lead** [1] - 105:23
**Leaf** [46] - 41:24, 44:4, 45:23, 47:12, 47:19, 48:6, 48:9, 48:21, 52:7, 53:14, 60:3, 67:8, 67:13, 68:5, 68:15, 71:15, 75:11, 76:5, 80:4, 82:5, 82:18, 87:18, 88:25, 89:3, 89:9, 89:19, 89:22, 91:5, 91:21, 100:8, 103:11, 103:20, 118:17, 118:25, 125:11, 125:18, 126:17, 129:19, 129:22, 129:25, 130:3, 132:7, 132:16, 133:9, 137:7
**LEAF** [4] - 1:5, 158:2, 159:2, 160:2
**learn** [1] - 115:12

**Lease** [1] - 127:11
**least** [3] - 77:4, 84:16, 111:18
**leave** [2] - 83:2, 127:18
**leaves** [1] - 30:16
**leaving** [3] - 60:5, 147:4
**led** [2] - 64:4, 95:24
**left** [3] - 56:16, 65:8, 141:12
**lender** [9] - 37:3, 39:12, 39:16, 41:16, 41:21, 42:12, 42:20, 91:14, 111:22
**lenders** [8] - 23:4, 37:16, 38:12, 38:17, 38:20, 38:25, 41:13, 98:11
**Leon** [4] - 19:16, 121:3, 121:5, 121:7
**less** [6] - 10:23, 78:4, 90:6, 94:12, 98:8, 153:14
**lesser** [1] - 12:22
**letter** [4] - 147:3, 149:24, 150:19, 153:23
**Letter** [1] - 147:7
**letters** [2] - 56:20, 58:23
**level** [3] - 119:19, 123:13, 124:23
**liabilities** [3] - 14:10, 35:23, 38:12
**Liability** [1] - 98:23
**liability** [4] - 38:16, 38:20, 62:16, 62:19
**license** [15] - 19:11, 19:14, 22:8, 22:11, 64:16, 64:19, 64:22, 64:25, 65:4, 65:10, 91:12, 92:6, 120:22, 120:25, 121:12
**licensed** [3] - 19:5, 19:7, 121:8
**licenses** [8] - 18:25, 19:3, 19:4, 19:8, 20:7, 21:24, 22:3, 22:5
**licensing** [1] - 93:3
**licensor** [1] - 92:19
**lien** [2] - 42:13, 91:14
**light** [1] - 137:3
**lightweight** [1] - 66:7
**limited** [5] - 28:23, 62:16, 62:19, 134:2, 134:6
**Limited** [2] - 23:15, 98:22
**LIMITED** [2] - 1:11, 1:17
**LINE** [3] - 158:6, 159:6, 160:6
**line** [9] - 43:10, 81:23, 89:13, 110:5, 110:11, 110:15, 113:5, 114:4, 125:16
**lined** [1] - 59:4
**lines** [2] - 40:14, 131:25
**liquidate** [2] - 143:14, 143:21
**liquidated** [2] - 46:22, 79:20

**liquidation** [2] - 46:25, 135:10
**list** [8] - 134:5, 137:19, 137:22, 137:25, 138:10, 138:14, 141:18, 145:9
**listed** [4] - 17:9, 114:4, 139:20, 143:5
**listing** [1] - 140:13
**lists** [2] - 44:7, 134:5
**litigation** [6] - 43:15, 43:19, 43:24, 44:5, 55:4, 65:3
**LLC** [50] - 1:5, 1:9, 1:9, 1:10, 1:10, 1:11, 1:17, 9:13, 9:14, 9:15, 9:17, 9:21, 10:2, 10:7, 10:10, 11:13, 13:9, 13:10, 13:20, 14:5, 14:19, 14:25, 15:8, 15:15, 15:20, 15:24, 16:16, 16:19, 16:22, 17:5, 17:8, 17:13, 18:6, 18:9, 21:14, 22:4, 22:19, 22:25, 23:5, 23:9, 23:15, 62:21, 96:22, 98:22, 100:11, 108:15
**LLCs** [1] - 106:23
**LLP** [2] - 3:4, 3:12
**located** [7] - 17:20, 20:21, 21:6, 21:17, 23:25, 30:13, 102:23
**location** [3] - 18:3, 20:23, 21:19
**logistical** [1] - 37:16
**logistics** [2] - 120:10, 124:8
**long-standing** [1] - 102:6
**look** [11] - 60:23, 75:16, 75:17, 82:14, 83:8, 100:18, 107:19, 128:4, 135:14, 135:15, 139:14
**looked** [1] - 71:23
**looking** [9] - 25:2, 100:21, 103:10, 118:7, 119:21, 130:6, 137:20, 141:14
**looks** [9] - 37:5, 56:14, 112:9, 112:12, 116:25, 139:21, 141:13, 141:18
**loose** [2] - 136:22, 140:10
**lose** [1] - 64:22
**loss** [4] - 35:19, 89:25, 92:13, 93:10
**loss/gross** [1] - 86:23
**lost** [5] - 65:2, 84:16, 90:20, 92:22, 93:20
**low** [1] - 69:6
**lower** [2] - 135:18, 135:19
**LTD** [2] - 1:5, 1:14
**LY** [2] - 118:11, 118:13

**M**

**Macy's** [1] - 142:5
**mail** [63] - 36:16, 81:15, 81:19, 81:25, 82:4, 101:3, 101:11, 105:11, 106:8, 106:11, 108:11, 109:10, 110:4, 110:23, 110:24, 112:9, 112:12, 112:15, 112:17, 116:25, 117:6, 117:24, 118:6, 119:20, 119:22, 120:2, 120:13, 121:17, 122:5, 124:6, 125:2, 125:4, 126:11, 128:25, 130:5, 130:6, 130:8, 130:11, 130:13, 131:11, 131:14, 131:16, 131:18, 131:19, 133:3, 133:12, 133:15, 134:3, 134:4, 138:17, 139:11, 139:17, 139:19, 140:18, 141:2, 141:8, 141:12, 141:13, 141:23, 143:8, 146:18
**mails** [16] - 12:10, 36:14, 36:15, 36:23, 103:3, 117:6, 117:13, 117:18, 117:19, 122:4, 122:7, 128:10, 131:15, 132:21, 153:11, 153:14
**main** [3] - 23:21, 129:18, 140:8
**major** [6] - 11:14, 11:16, 12:25, 13:4, 136:11, 136:24
**majority** [3] - 22:15, 70:25, 71:7
**MALLESONS** [1] - 4:4
**man** [1] - 70:14
**manage** [1] - 32:17
**managed** [4] - 15:17, 23:3, 98:9, 126:5
**management** [4] - 104:17, 104:19, 105:3, 105:14
**managing** [1] - 105:17
**mandated** [1] - 91:12
**Manhattan** [2] - 128:3, 146:23
**manner** [1] - 97:19
**manufacture** [2] - 27:14, 68:6
**manufactured** [11] - 24:10, 29:14, 29:16, 54:4, 59:14, 59:18, 59:19, 68:11, 89:2, 111:13, 115:8
**manufacturer** [2] - 111:14, 111:15
**manufactures** [1] - 29:19
**manufacturing** [2] - 32:24, 66:17
**margin** [4] - 81:2, 81:3, 111:20, 111:23
**mark** [8] - 45:3, 49:13, 63:3, 63:4, 95:8, 139:5, 143:14, 145:19
**markdown** [3] - 85:19,

86:13
**markdowns** [4] - 45:20, 85:17, 89:13, 90:3
**marked** [15] - 46:7, 49:20, 63:8, 81:11, 95:3, 95:11, 98:20, 100:16, 107:16, 112:6, 112:7, 116:23, 117:10, 131:10, 139:7
**market** [1] - 42:11
**markets** [1] - 11:19
**marking** [3] - 90:7, 95:5, 95:9
**Marmaxx** [6] - 12:22, 13:2, 13:7, 19:20, 19:21, 27:5
**marriage** [1] - 157:15
**Marshalls** [6] - 11:18, 11:20, 11:24, 12:12, 47:20, 67:7
**massive** [2] - 50:5, 128:22
**matter** [7] - 6:17, 8:16, 9:4, 36:12, 104:8, 151:4, 157:16
**Max** [5] - 19:15, 19:16, 19:18, 20:4, 121:2
**Maxx** [85] - 11:19, 11:20, 11:24, 12:13, 19:11, 19:16, 19:25, 24:6, 26:20, 42:25, 44:10, 44:16, 44:25, 45:15, 46:6, 47:10, 48:23, 59:12, 64:9, 64:15, 65:19, 65:22, 66:14, 66:18, 67:23, 67:25, 74:22, 78:10, 78:16, 79:4, 79:12, 79:16, 80:20, 80:22, 81:8, 81:21, 81:25, 82:6, 83:11, 83:15, 83:19, 83:22, 83:24, 84:11, 84:14, 84:19, 85:21, 87:3, 88:20, 91:22, 91:24, 91:25, 92:2, 93:23, 94:12, 110:17, 111:16, 117:25, 118:23, 119:12, 119:15, 120:4, 120:5, 120:14, 120:19, 120:20, 121:3, 121:5, 121:7, 121:8, 121:11, 121:13, 124:5, 126:13, 127:6, 128:2, 128:6, 134:18, 135:5, 140:7, 142:2, 142:10, 147:13, 148:4, 148:8
**Maxx's** [2] - 134:22, 143:23
**mean** [32] - 9:9, 19:2, 20:12, 35:8, 41:20, 43:2, 46:10, 47:13, 56:23, 63:24, 66:18, 66:22, 78:17, 81:6, 82:8, 84:5, 87:3, 97:16, 97:20, 106:16, 109:7, 111:7, 111:8, 112:16, 117:7, 120:17, 121:16, 123:5, 132:5, 140:13, 141:2
**meaning** [4] - 18:21, 45:22, 109:16, 118:24
**means** [4] - 30:24, 90:16, 99:9, 144:6

**meant** [1] - 123:16
**medication** [1] - 7:19
**medium** [1] - 137:3
**meet** [5] - 32:25, 128:14, 128:17, 128:20, 130:18
**meeting** [7] - 122:24, 128:22, 128:23, 129:2, 129:4, 129:9, 129:11
**meetings** [1] - 131:5
**members** [1] - 132:14
**menswear** [1] - 9:18
**mention** [2] - 44:16, 113:23
**mentioned** [10] - 82:22, 84:18, 86:9, 88:18, 103:25, 113:3, 115:18, 115:21, 135:8, 140:11
**merchandise** [3] - 31:12, 47:23, 79:9
**mess** [1] - 35:18
**met** [3] - 32:14, 109:23, 130:19
**metric** [1] - 93:15
**MICHAEL** [1] - 3:9
**Michael** [1] - 6:16
**Middle** [1] - 119:4
**middle** [4] - 15:11, 31:25, 33:7, 119:3
**might** [1] - 95:17, 118:20, 144:12
**Mike** [14] - 25:2, 25:9, 30:14, 48:25, 57:7, 60:18, 60:22, 70:6, 148:18, 148:24, 149:16, 151:7, 153:25
**mill** [1] - 137:11
**million** [32] - 10:22, 11:7, 11:10, 11:12, 41:19, 43:2, 43:3, 45:19, 46:8, 46:15, 46:17, 46:18, 52:2, 77:24, 77:25, 78:13, 79:6, 79:8, 84:17, 85:20, 86:5, 86:12, 87:9, 87:11, 93:11, 94:7, 94:14, 133:2, 142:18, 146:12
**million-two** [2] - 46:17, 46:18
**mind** [3] - 150:15, 152:13, 153:13
**mindset** [3] - 140:19, 140:20, 141:22
**minimum** [2] - 92:17, 92:18
**minute** [1] - 49:7
**mistaken** [3] - 83:17, 100:9, 109:19
**mitigate** [1] - 93:4
**mixed** [2] - 47:13, 58:11
**model** [1] - 48:2
**moment** [1] - 133:22
**Monday** [1] - 122:12
**money** [8] - 42:16, 48:24, 59:13, 92:20, 96:17, 99:17, 99:20, 148:5

170

**monies** [12] - 39:8, 39:17, 41:13, 47:11, 96:11, 99:9, 99:23, 99:24, 100:4, 109:3, 117:3, 117:4
**monitor** [4] - 50:5, 50:21, 51:2
**month** [4] - 31:22, 86:20, 104:16, 105:2
**monthly** [1] - 84:20
**months** [4] - 83:3, 83:19, 84:25, 103:17
**morning** [1] - 152:4
**Morris** [3] - 101:25, 102:4, 105:12
**most** [4] - 53:12, 77:24, 123:14, 140:8
**move** [3] - 76:18, 98:5, 131:8
**Move** [1] - 107:7
**MR** [137] - 6:15, 7:5, 7:17, 10:14, 10:19, 24:20, 25:3, 25:8, 25:10, 28:15, 29:3, 30:14, 39:22, 40:2, 40:16, 40:19, 41:2, 41:11, 41:22, 42:3, 44:6, 44:12, 44:13, 45:11, 45:13, 48:25, 49:4, 49:6, 49:8, 49:12, 49:24, 51:4, 51:7, 52:12, 52:14, 57:7, 57:12, 57:23, 58:2, 58:7, 58:10, 60:9, 60:11, 60:14, 60:15, 60:18, 60:20, 60:21, 60:25, 61:3, 61:16, 61:19, 61:23, 63:4, 63:12, 70:4, 70:7, 70:13, 71:3, 74:16, 74:19, 74:20, 80:9, 80:18, 80:23, 88:4, 93:19, 94:16, 94:19, 94:22, 94:24, 101:20, 101:24, 107:9, 107:13, 107:20, 144:16, 144:22, 144:25, 145:2, 145:7, 148:12, 148:17, 148:19, 148:21, 148:24, 149:3, 149:5, 149:7, 149:8, 149:11, 149:13, 149:15, 149:16, 149:22, 149:24, 150:2, 150:4, 150:5, 150:7, 150:11, 150:15, 150:24, 150:25, 151:3, 151:6, 151:8, 151:10, 151:11, 151:13, 151:16, 151:19, 151:22, 151:24, 152:2, 152:9, 152:13, 152:16, 152:18, 152:21, 152:25, 153:3, 153:5, 153:7, 153:8, 153:16, 153:17, 153:19, 153:21, 153:22, 153:24, 154:2, 154:5, 154:8, 154:12, 155:2, 156:7
**multiple** [22] - 18:21, 18:23, 19:8, 24:16, 24:24, 25:13,
53:21, 67:13, 70:18, 70:20, 70:22, 70:24, 71:5, 83:2, 83:3, 97:22, 118:16, 127:5, 132:21, 143:6
**Multiple** [1] - 68:12
**must** [1] - 128:2
**must've** [1] - 109:6
**mutual** [1] - 32:14

# N

**name** [15] - 6:8, 6:15, 13:19, 29:24, 100:22, 102:2, 115:21, 115:23, 116:6, 121:8, 124:17, 125:21, 125:24, 136:18
**named** [4] - 22:3, 32:4, 119:12, 120:25
**names** [4] - 25:25, 26:5, 73:3, 113:19
**narrative** [1] - 24:23
**Nash** [1] - 95:2
**NASH** [55] - 3:18, 10:14, 24:20, 25:8, 28:15, 30:14, 39:22, 40:16, 41:2, 41:22, 44:6, 45:11, 48:25, 49:6, 51:4, 52:12, 57:7, 57:23, 58:2, 58:7, 60:9, 60:14, 60:18, 60:21, 60:25, 61:16, 61:23, 70:4, 70:13, 74:16, 80:9, 80:18, 93:19, 94:19, 101:20, 144:16, 144:22, 144:25, 148:17, 149:11, 149:16, 150:5, 150:11, 150:24, 151:6, 151:10, 151:13, 151:22, 152:9, 152:16, 152:21, 153:7, 153:21, 153:24, 154:8
**Nathan** [8] - 119:24, 120:8, 120:9, 124:6, 126:2, 133:15, 143:8, 146:19
**Nathan@maxxjeans** [1] - 120:12
**national** [1] - 135:17
**nature** [6] - 8:6, 9:2, 9:16, 10:9, 18:17, 24:4
**navy** [2] - 137:2
**near** [2] - 135:5, 146:24
**neat** [1] - 101:23
**necessarily** [2] - 30:12, 54:8
**neck** [1] - 136:19
**need** [12] - 7:9, 26:25, 50:11, 51:10, 63:18, 74:2, 94:16, 100:20, 134:19, 135:14, 138:14, 149:6
**needed** [3] - 46:11, 107:5, 110:25
**needle** [1] - 75:2
**net** [1] - 89:24
**never** [15] - 15:24, 18:4, 70:14, 79:12, 80:4, 84:14, 97:20, 97:21, 102:15, 104:9, 105:20, 119:18, 130:12, 141:25, 142:8
**NEW** [5] - 1:3, 1:9, 1:10, 1:10, 1:17
**new** [13] - 13:11, 13:14, 14:12, 16:12, 39:18, 74:2, 83:24, 83:25, 84:16, 90:21, 100:10, 106:10, 109:22
**New** [26] - 2:7, 3:8, 3:17, 4:8, 6:5, 6:14, 16:18, 16:22, 17:5, 17:8, 17:12, 21:4, 21:14, 21:24, 22:4, 22:19, 22:25, 23:9, 32:5, 34:18, 101:12, 102:24, 102:25, 144:13, 157:6
**next** [20] - 3:25, 18:8, 23:8, 52:22, 56:8, 63:2, 73:21, 89:12, 90:23, 94:15, 94:17, 94:25, 98:17, 105:11, 107:7, 110:20, 131:8, 139:2, 154:3, 154:15
**nice** [2] - 93:9, 101:21
**nicer** [1] - 66:10
**nine** [1] - 83:19
**ninety** [2] - 48:11, 72:15
**nitty** [2] - 39:11, 136:14
**nitty-gritty** [2] - 39:11, 136:14
**non** [1] - 88:25
**non-Fashion** [1] - 88:25
**nonconforming** [1] - 78:22
**noon** [1] - 152:19
**north** [1] - 146:8
**North** [1] - 3:6
**NOTARY** [1] - 155:18
**Notary** [3] - 2:6, 6:4, 157:5
**notate** [2] - 45:6, 76:10
**notated** [2] - 47:24, 127:2
**notating** [1] - 78:9
**noted** [1] - 81:10
**notes** [1] - 78:12
**nothing** [3] - 38:9, 61:16, 75:25
**Nothing** [1] - 122:18
**noticed** [2] - 128:7, 136:12
**notified** [1] - 118:2
**November** [5] - 59:10, 59:16, 61:5, 71:25
**number** [30] - 44:21, 49:17, 52:18, 52:20, 52:23, 53:3, 53:5, 53:16, 53:18, 53:25, 54:5, 54:13, 54:18, 54:19, 54:22, 55:12, 63:16, 79:8, 85:19, 85:23, 86:8, 86:16, 87:13, 87:23, 93:16, 94:9, 94:14, 134:2, 138:9, 145:25
**numbers** [8] - 54:16, 55:7, 55:20, 78:7, 85:11, 85:12, 85:15, 138:9
**nutshell** [1] - 110:19
**NY** [1] - 4:8

# O

**o'clock** [5] - 144:20, 153:15, 153:17, 153:20, 155:3
**oath** [1] - 5:18
**object** [1] - 24:21
**Objection** [15] - 10:14, 39:22, 41:2
**objection** [1] - 114:14
**objections** [3] - 5:11, 114:16, 114:21
**obligations** [1] - 40:24
**observance** [1] - 151:21
**obtained** [3] - 40:23, 89:20, 120:22
**obtaining** [1] - 66:20
**obvious** [1] - 133:6
**Obviously** [1] - 92:21
**obviously** [5] - 79:24, 81:7, 89:21, 100:23, 136:17
**occurred** [4] - 72:23, 83:18, 92:21, 135:17
**Ocean** [1] - 6:13
**ocean** [1] - 60:21
**OCTOBER** [4] - 1:22, 158:3, 159:3, 160:3
**odd** [1] - 140:4
**OF** [3] - 1:3, 1:25, 2:2
**offered** [1] - 143:13
**offhand** [5] - 46:5, 47:2, 70:11, 87:25, 146:2
**Offhand** [1] - 10:22, 70:16
**office** [12] - 20:20, 26:13, 103:12, 103:19, 103:21, 103:22, 104:3, 104:5, 104:8, 129:3, 152:4, 152:14
**officer** [1] - 5:17
**offs** [1] - 135:16
**old** [1] - 13:22
**OLGA** [2] - 157:5, 157:21
**Olga** [1] - 2:5
**Once** [4] - 31:9, 98:24, 106:3, 110:22
**once** [7] - 62:11, 98:18, 100:19, 107:24, 112:7, 130:18, 141:9
**One** [3] - 8:5, 38:24, 117:19
**one** [25] - 2:2, 8:25, 9:14, 14:21, 17:4, 38:24, 54:13, 62:17, 69:13, 76:11, 77:10, 77:11, 77:12, 91:8, 91:19, 97:22, 113:22, 115:25,

123:7, 124:7, 130:15, 141:3,
142:17, 143:5, 146:22
**ones** [5] - 44:8, 44:14,
74:17, 74:21, 119:7
**onward** [1] - 66:12
**open** [5] - 42:18, 48:9, 89:6,
106:23, 136:25
**opened** [1] - 10:3
**opening** [1] - 134:12
**operate** [1] - 20:20
**operated** [4] - 15:22, 17:15,
18:2, 96:23
**operating** [8] - 17:10,
20:16, 20:23, 23:18, 23:24,
25:24, 106:24, 120:21
**operational** [2] - 32:22,
85:14
**Operations** [1] - 100:5
**operations** [3] - 15:17,
17:19, 24:2
**opposed** [1] - 97:9
**Order** [1] - 2:5
**order** [31] - 13:13, 27:7,
28:21, 28:25, 31:6, 31:11,
35:21, 39:13, 48:3, 48:5,
48:14, 53:16, 54:8, 54:11,
54:18, 83:19, 84:23, 85:15,
85:16, 89:7, 89:18, 89:19,
89:24, 90:13, 90:21, 107:5,
115:22, 116:7, 138:2, 138:3,
143:2
**ordered** [5] - 24:17, 29:8,
29:10, 31:12, 46:3
**orders** [34] - 16:10, 24:12,
24:25, 25:14, 25:16, 25:21,
26:10, 26:11, 27:18, 27:23,
29:5, 30:3, 43:18, 43:22,
45:23, 53:10, 53:20, 83:20,
83:24, 83:25, 84:16, 84:24,
86:4, 86:19, 86:20, 86:22,
86:23, 88:21, 113:9, 113:18,
114:8, 114:24, 115:19,
145:20
**ordinary** [5] - 73:19, 75:7,
76:3, 132:10, 132:12
**organizational** [1] - 35:7
**origin** [1] - 60:5
**original** [1] - 14:11
**OS** [1] - 147:22
**otherwise** [1] - 130:4
**out-of-pocket** [1] - 39:8
**outcome** [1] - 157:16
**outside** [2] - 48:4, 130:12
**outstanding** [1] - 39:17
**overleveraged** [1] - 43:5
**overnight** [2] - 41:19, 93:24
**overreacted** [1] - 147:13
**overreacting** [1] - 147:17
**overseas** [2] - 67:4, 91:11
**oversee** [1] - 72:21

**owed** [1] - 39:17
**own** [1] - 91:9
**owned** [11] - 18:14, 18:15,
19:16, 20:18, 21:15, 23:19,
25:24, 34:8, 34:15, 109:7,
144:14
**owner** [4] - 13:12, 13:22,
35:17, 48:19
**owners** [3] - 15:18, 17:5,
17:8
**ownership** [18] - 9:8, 9:20,
10:2, 10:7, 10:25, 16:21,
16:24, 17:2, 22:18, 35:12,
35:14, 48:16, 99:10, 115:2,
115:9, 115:11, 123:18,
123:25
**owns** [1] - 16:25

## P

**p.m** [2] - 119:23, 130:7
**P.M** [2] - 1:23, 155:8
**Pacific** [2] - 60:8, 60:13
**pack** [1] - 49:2
**packet** [1] - 127:3
**packets** [1] - 119:11
**Page** [13] - 55:19, 64:8,
99:4, 100:21, 104:15, 106:2,
106:4, 112:11, 112:12,
119:21, 124:25, 131:14
**page** [23] - 3:25, 50:17,
52:22, 56:3, 56:10, 59:9,
101:14, 104:14, 105:11,
107:3, 107:15, 107:22,
108:10, 109:9, 112:8,
133:13, 141:11, 141:15,
143:7, 146:18, 154:15
**PAGE** [2] - 156:5, 156:11,
158:6, 159:6, 160:6
**pages** [2] - 63:16, 100:17,
118:7
**paid** [20] - 30:23, 42:19,
47:19, 47:22, 48:8, 48:13,
80:4, 92:23, 96:16, 99:20,
99:23, 99:25, 103:15, 104:6,
104:20, 109:2, 111:7,
111:15, 111:16, 117:3
**pant** [1] - 70:20
**pants** [3] - 64:11, 66:8,
84:13
**paper** [3] - 57:23, 58:2, 58:8
**paragraph** [4] - 51:23,
77:23, 78:18, 87:9
**Paragraph** [11] - 52:3,
77:21, 78:19, 81:15, 82:4,
82:14, 83:11, 84:15, 85:6,
93:10, 103:18
**parallel** [2] - 124:3, 124:9
**paraphrase** [1] - 78:20

**parcel** [1] - 87:8
**Parkway** [1] - 6:13
**part** [7] - 53:13, 61:25,
63:24, 79:10, 87:8, 91:18,
146:21
**partial** [1] - 44:8
**partially** [1] - 50:14
**parties** [2] - 5:6, 157:14
**partner** [1] - 96:4
**Partners** [1] - 9:14
**partnership** [5] - 13:13,
14:5, 14:22, 103:4, 105:23
**party** [2] - 29:22, 31:7
**party's** [1] - 8:8
**passed** [1] - 74:15
**past** [1] - 33:10
**Past** [1] - 33:12
**pay** [11] - 31:2, 31:4, 38:19,
39:7, 41:13, 44:3, 48:24,
90:21, 92:18, 111:14, 148:7
**paying** [4] - 91:16, 105:13,
148:5, 148:8
**payment** [9] - 48:16, 48:21,
107:23, 108:5, 108:14,
108:23, 110:23, 111:6,
116:20
**payments** [2] - 44:8, 108:9
**PDF** [1] - 26:14
**peeling** [1] - 136:20
**pending** [1] - 7:13
**people** [21] - 19:9, 50:23,
75:15, 75:17, 83:7, 85:14,
85:16, 85:18, 97:24, 104:6,
123:12, 123:14, 123:17,
123:19, 124:3, 125:6,
125:10, 125:18, 144:14,
147:10
**per** [7] - 19:16, 57:20,
77:10, 77:12, 96:15, 97:21,
104:16
**percent** [13] - 9:10, 9:22,
9:23, 42:18, 42:21, 43:12,
66:13, 94:5, 111:24, 134:19,
134:20, 139:23, 141:3
**percentage** [7] - 22:9,
111:22, 134:9, 134:22,
135:12, 135:25, 145:14
**percentages** [1] - 99:15
**perfect** [1] - 76:2
**period** [7] - 21:3, 21:7,
83:14, 104:24, 119:17,
128:18, 131:12
**permissible** [1] - 92:5
**person** [5] - 50:2, 117:23,
123:8, 125:20, 139:13
**personal** [2] - 39:16, 40:14
**personally** [2] - 102:7,
102:8
**persons** [1] - 67:18
**perspective** [1] - 140:17

**phone** [6] - 121:23, 122:6,
122:8, 122:10, 122:13, 127:6
**phones** [1] - 50:24
**phonetic** [2] - 9:14, 90:13
**photographs** [1] - 119:7
**photos** [1] - 121:20
**physical** [2] - 104:4, 104:7
**picked** [1] - 30:10
**picks** [1] - 30:19
**pickup** [1] - 31:12
**picture** [2] - 29:13, 127:2
**pictures** [1] - 128:9
**pieces** [3] - 69:5, 87:22,
87:23
**place** [3] - 17:21, 93:6,
136:22
**placed** [1] - 114:25
**plaintiff** [1] - 150:3
**Plaintiff** [2] - 1:15, 4:5
**plaintiffs** [1] - 6:17
**Plaintiffs** [1] - 1:6
**Plaintiffs'** [2] - 49:21, 63:9
**PLAINTIFFS'** [1] - 156:11
**plan** [1] - 129:8
**planned** [1] - 27:8
**pleaded** [1] - 126:16
**pleadings** [1] - 49:5
**plug** [1] - 127:16
**plus** [4] - 27:10, 43:12,
71:5, 75:22
**pocket** [1] - 39:8
**point** [35] - 11:25, 12:4,
21:2, 26:18, 27:22, 30:8,
32:5, 34:7, 34:23, 39:20,
43:7, 52:5, 61:21, 65:10,
68:10, 74:19, 75:9, 84:3,
84:9, 91:3, 109:4, 109:13,
109:20, 115:13, 116:19,
117:25, 122:21, 123:6,
123:8, 133:7, 137:22,
138:12, 139:25, 141:5,
145:23
**points** [1] - 95:13
**poll** [1] - 26:13
**polled** [1] - 44:22
**poor** [1] - 126:12
**populates** [1] - 52:20
**portion** [1] - 38:14
**POs** [2] - 48:8, 53:9
**position** [5] - 33:24, 34:24,
43:5, 114:22
**possible** [3] - 58:14, 58:16,
149:12
**Possibly** [1] - 106:20
**possibly** [1] - 97:18
**potential** [2] - 14:9, 103:3
**PP** [10] - 68:19, 68:22,
69:10, 73:16, 73:19, 73:22,
73:23, 75:5, 75:12, 75:24

**PPs** [1] - 73:6
**pre** [4] - 112:7, 131:10, 139:5, 139:7
**pre-mark** [1] - 139:5
**pre-marked** [3] - 112:7, 131:10, 139:7
**premises** [3] - 83:2, 127:13, 127:15
**preproduction** [1] - 68:22
**present** [2] - 84:8, 85:17
**presently** [5] - 7:18, 9:8, 13:4, 20:15, 152:8
**pressured** [2] - 35:20, 35:21
**pretty** [2] - 94:20, 109:22
**prevent** [1] - 143:10
**previously** [1] - 107:16
**price** [10] - 80:8, 80:11, 80:13, 81:11, 87:17, 92:3, 141:5, 143:15, 146:12, 148:3
**primarily** [3] - 11:18, 19:19, 19:21
**primary** [3] - 12:13, 12:20, 12:21
**prime** [1] - 43:11
**principal** [2] - 17:20, 95:21
**probe** [1] - 37:14
**problem** [6] - 37:15, 94:8, 105:13, 111:19, 132:13, 132:15
**problems** [7] - 48:7, 119:15, 121:18, 128:7, 136:11, 136:13, 141:3
**proceed** [1] - 68:25
**process** [14] - 29:5, 29:13, 30:16, 68:10, 68:22, 71:22, 72:3, 72:11, 72:15, 73:10, 91:18, 116:19, 137:6, 137:14
**produce** [1] - 91:22
**produced** [3] - 69:5, 69:8, 76:21
**produces** [1] - 91:21
**producing** [2] - 30:25, 67:17
**product** [9] - 45:4, 66:3, 67:9, 67:12, 72:14, 72:22, 83:16, 90:12, 143:18
**production** [12] - 68:16, 68:25, 69:2, 69:6, 73:10, 73:13, 76:12, 77:15, 82:24, 102:5, 110:18, 131:25
**products** [10] - 19:11, 67:4, 67:5, 83:12, 88:25, 89:4, 89:5, 89:10, 118:19, 118:22
**profit** [10] - 81:2, 81:3, 86:2, 86:6, 86:21, 86:23, 86:25, 88:23, 94:10, 94:13
**profits** [1] - 93:21
**program** [6] - 27:8, 27:11, 79:11, 86:24, 87:3, 129:19

**programs** [1] - 84:20
**projection** [3] - 84:20, 84:21, 87:6
**Prompt** [3] - 29:25, 30:4, 30:6
**pronouns** [2] - 25:17, 25:23
**properly** [3] - 84:24, 121:22, 127:22
**property** [2] - 18:25, 19:2
**proprietary** [1] - 19:14
**protected** [1] - 85:2
**protection** [1] - 86:3
**proto** [2] - 72:5, 74:2
**proto-sample** [2] - 72:5, 74:2
**prototype** [5] - 69:12, 71:14, 72:6, 73:5, 73:21
**prove** [1] - 78:22
**proven** [1] - 90:25
**provide** [3] - 26:20, 52:9, 132:16
**provided** [17] - 45:10, 47:12, 51:20, 52:10, 53:5, 54:6, 68:14, 68:23, 69:10, 71:15, 73:17, 75:11, 79:24, 85:21, 96:10, 118:23, 146:3
**providing** [3] - 64:3, 85:7, 85:11
**Public** [3] - 2:6, 6:4, 157:5
**PUBLIC** [1] - 155:18
**pull** [4] - 64:23, 69:4, 127:15, 146:3
**pulled** [3] - 8:8, 8:13, 58:22
**pulls** [1] - 91:25
**purchase** [50] - 14:14, 24:12, 24:25, 25:14, 25:16, 25:21, 26:9, 26:11, 27:10, 27:18, 27:23, 29:5, 30:3, 35:4, 36:4, 38:7, 43:18, 43:22, 45:22, 45:23, 48:3, 48:5, 48:14, 53:9, 53:16, 53:20, 54:8, 54:11, 54:18, 61:10, 61:15, 62:3, 66:25, 86:4, 86:20, 86:23, 89:6, 95:7, 95:12, 95:25, 99:16, 113:18, 114:7, 115:19, 115:22, 116:7, 133:8, 138:2, 138:3, 145:20
**purchased** [8] - 10:8, 34:25, 35:2, 36:9, 36:10, 80:15, 80:25, 137:10
**purchaser** [1] - 53:17
**purchases** [6] - 16:11, 35:11, 48:5, 98:9, 99:8, 123:10
**purchasing** [6] - 36:7, 36:22, 36:25, 37:19, 64:10, 66:22
**purposes** [2] - 31:4, 114:8
**pursuant** [2] - 2:4, 108:5

**put** [14] - 62:5, 94:25, 95:21, 100:15, 106:22, 108:2, 116:22, 117:9, 118:20, 122:3, 132:23, 137:19, 141:22, 142:18
**putting** [4] - 50:17, 95:10, 98:18, 107:13

## Q

**QC** [2] - 132:14, 140:14
**quality** [14] - 56:5, 61:9, 61:12, 73:12, 73:15, 74:7, 74:25, 75:5, 82:24, 83:7, 126:12, 127:9, 127:12, 127:19
**quantified** [3] - 45:8, 84:17, 94:7
**quantify** [2] - 46:24, 87:21
**quantity** [5] - 26:24, 44:19, 76:20, 135:17, 142:15
**quarter** [4] - 26:19, 26:25, 45:24, 118:24
**questions** [11] - 51:17, 61:24, 107:25, 112:11, 131:22, 139:9, 141:19, 142:19, 142:21, 143:3, 154:10
**quickly** [2] - 36:11, 138:17
**quite** [2] - 70:11, 76:14
**quote** [1] - 117:13
**quote/unquote** [1] - 15:24

## R

**raise** [1] - 143:2
**raised** [1] - 61:21
**ran** [2] - 123:10, 124:7
**range** [1] - 139:20
**Raptis** [1] - 2:5
**RAPTIS** [2] - 157:5, 157:21
**rarely** [1] - 54:9
**rate** [1] - 43:9
**re** [1] - 95:8
**re-mark** [1] - 95:8
**reach** [2] - 27:13, 31:10
**read** [12] - 50:10, 50:11, 50:13, 61:11, 78:19, 82:15, 104:22, 108:13, 131:24, 138:19, 140:24, 141:12
**reading** [3] - 112:16, 138:17, 138:24
**real** [1] - 43:25
**Really** [1] - 151:10
**really** [24] - 10:3, 22:17, 25:6, 41:16, 47:16, 47:17, 48:14, 55:15, 56:5, 62:11, 65:8, 75:21, 76:12, 78:16,

97:11, 98:7, 98:8, 105:9, 114:18, 129:10, 132:12, 133:4, 136:8
**reason** [5] - 44:23, 50:9, 83:5, 99:5, 151:21
**reasons** [1] - 37:3
**receipt** [1] - 110:23
**receivable** [4] - 42:14, 42:19, 45:2, 85:16
**receive** [5] - 28:24, 75:14, 90:12, 111:25, 140:18
**received** [6] - 47:11, 54:21, 54:22, 71:25, 76:16, 87:18
**receiving** [2] - 76:8, 81:18, 139:16
**receivings** [1] - 52:19
**recess** [2] - 49:10, 107:11
**recollection** [3] - 15:10, 37:8, 112:14
**record** [7] - 6:9, 6:12, 15:5, 51:11, 63:13, 133:14, 157:11
**recoup** [1] - 92:24
**rectify** [1] - 122:22
**reduced** [4] - 48:23, 59:13
**reduction** [1] - 47:10
**reference** [18] - 55:17, 89:12, 90:15, 99:4, 103:18, 104:14, 104:15, 104:16, 107:22, 108:11, 110:3, 110:9, 110:25, 112:19, 112:24, 131:23, 146:19, 147:3
**referenced** [7] - 55:10, 81:15, 87:7, 87:9, 113:17, 140:10, 147:9
**references** [3] - 82:4, 93:10, 133:17
**referencing** [2] - 138:16, 138:18
**referring** [2] - 78:24, 139:19
**refers** [1] - 103:23
**refuse** [1] - 83:15
**refused** [2] - 82:18, 83:11
**regard** [2] - 105:3, 115:23
**regarding** [3] - 24:5, 32:16, 119:15
**regardless** [2] - 89:7, 92:19
**regular** [2] - 51:2, 80:8
**reinstated** [2] - 39:21, 39:25
**reject** [1] - 127:8
**related** [7] - 37:20, 40:25, 97:18, 108:7, 115:20, 157:14
**relating** [2] - 14:19, 99:7
**relationship** [11] - 23:3, 27:4, 30:21, 48:10, 79:7, 83:4, 83:6, 93:22, 98:10, 102:6, 109:25
**religious** [1] - 151:21
**relocating** [1] - 103:19

173

**remain** [1] - 12:13
**remainder** [1] - 12:18
**remaining** [2] - 86:14, 87:20
**remark** [1] - 98:19
**remember** [23] - 62:9, 73:14, 75:4, 75:23, 81:18, 82:10, 82:11, 82:13, 94:9, 97:11, 105:7, 106:21, 108:21, 121:22, 121:24, 122:8, 122:9, 125:14, 130:5, 130:16, 130:17, 139:16, 139:25
**remittances** [1] - 85:22
**remove** [1] - 91:14
**removed** [1] - 41:7
**reopening** [1] - 136:6
**repackaging** [1] - 136:7
**rephrase** [1] - 7:7
**replace** [5] - 38:11, 39:8, 39:14, 89:24, 90:20
**replaced** [1] - 41:4
**replenishment** [8] - 27:8, 27:11, 79:11, 84:21, 86:3, 86:10, 86:24, 87:2
**reported** [2] - 15:18, 35:14
**Reporter** [1] - 2:5
**REPORTER** [1] - 6:7
**reporter** [3] - 6:23, 124:12, 124:15
**reporting** [2] - 35:12, 123:18
**reports** [1] - 140:14
**representative** [1] - 77:13
**representatives** [6] - 72:24, 72:25, 82:23, 103:24, 104:3, 127:12
**representing** [1] - 5:24
**request** [1] - 117:3
**requested** [3] - 27:23, 27:24, 28:7
**requirement** [2] - 57:11, 57:21
**resell** [1] - 135:13
**reserved** [1] - 5:12
**respective** [1] - 5:6
**responded** [2] - 142:23, 143:3
**response** [2] - 133:23, 143:4
**responsible** [2] - 30:25, 31:5
**result** [1] - 41:13
**resupply** [1] - 46:11
**retail** [3] - 80:18, 80:19, 81:11
**retailed** [1] - 80:21
**retailer** [1] - 19:13
**return** [17] - 42:25, 44:17, 44:24, 45:20, 134:18, 135:5,

141:20, 141:24, 142:14, 142:16, 143:11, 145:10, 145:16, 145:19, 145:21, 146:11
**returned** [19] - 44:10, 44:14, 44:20, 46:7, 46:15, 46:19, 47:6, 47:20, 59:11, 74:21, 79:5, 143:19, 143:24, 144:4, 144:6, 145:23, 145:25, 146:10, 147:15
**returns** [2] - 45:8, 45:15
**review** [3] - 75:8, 150:8, 150:11
**reviewing** [1] - 73:4
**reviews** [1] - 71:19
**RINGER** [6] - 1:9, 1:9, 158:2, 159:2, 160:2
**Ringer** [144] - 9:13, 10:7, 10:8, 10:10, 10:13, 10:21, 11:2, 11:13, 12:13, 12:19, 13:5, 13:9, 13:10, 13:12, 13:19, 13:23, 14:3, 14:4, 14:10, 14:19, 14:25, 15:3, 15:8, 15:15, 15:19, 15:23, 16:15, 17:24, 18:6, 18:22, 19:10, 20:21, 20:24, 21:10, 21:25, 25:20, 26:19, 26:23, 27:13, 27:15, 27:17, 28:24, 29:8, 29:11, 31:13, 31:19, 32:8, 33:17, 33:24, 34:9, 34:15, 34:21, 34:24, 35:17, 40:25, 41:12, 42:2, 44:3, 45:22, 46:19, 47:11, 48:5, 48:16, 48:19, 51:25, 52:8, 53:13, 62:12, 62:15, 62:20, 64:11, 64:15, 65:10, 66:16, 66:19, 67:7, 67:11, 67:18, 71:15, 71:20, 72:20, 75:11, 75:15, 76:5, 80:4, 81:2, 82:19, 83:12, 83:15, 84:15, 85:10, 85:13, 88:13, 89:7, 89:18, 89:20, 95:22, 96:11, 96:14, 96:18, 97:4, 97:8, 97:9, 97:14, 98:22, 100:2, 100:3, 101:7, 101:9, 103:22, 104:2, 105:23, 108:7, 108:14, 109:3, 109:5, 111:3, 111:14, 113:13, 113:24, 114:4, 114:14, 114:22, 115:7, 118:2, 120:6, 120:11, 120:14, 121:10, 121:17, 123:11, 123:20, 126:6, 126:8, 126:13, 127:7, 127:15, 128:6, 132:17, 133:8, 135:24, 140:17, 143:10, 144:6
**RJ** [4] - 9:15, 9:17, 9:21, 10:2
**role** [15] - 14:24, 15:2, 15:15, 63:23, 64:3, 66:16,

66:20, 73:4, 73:8, 85:7, 85:11, 95:23, 98:13, 106:13, 106:18
**roles** [1] - 125:12
**Ross** [6] - 12:21, 13:2, 13:6, 19:22, 19:24, 20:3
**round** [1] - 73:22
**row** [1] - 92:12
**royalties** [1] - 92:17
**RTV** [4] - 42:25, 44:16, 141:20, 142:10
**running** [3] - 15:9, 94:12, 105:3

---

**S**

**safe** [1] - 71:10, 152:6
**safely** [1] - 106:9
**sale** [2] - 38:3, 38:4
**sales** [18] - 10:12, 10:18, 10:20, 11:5, 11:9, 16:10, 35:11, 77:24, 78:12, 88:23, 92:14, 92:19, 92:24, 94:11, 98:5, 98:9, 123:10
**Sam's** [5] - 89:14, 89:15, 89:17, 90:8, 90:11
**sample** [21] - 68:22, 68:23, 69:2, 69:3, 69:12, 69:14, 72:5, 72:6, 73:5, 73:25, 74:2, 77:13, 110:5, 110:15, 118:10, 118:11, 118:12, 118:13, 118:14, 118:15
**samples** [22] - 68:9, 68:14, 68:20, 69:9, 69:20, 70:8, 71:15, 72:10, 72:21, 73:17, 73:21, 73:22, 74:18, 75:10, 76:5, 76:9, 76:11, 76:13, 77:7, 77:8, 110:16, 110:17
**sampling** [1] - 135:24
**sat** [4] - 45:7, 52:6, 54:25, 145:8
**satisfactory** [3] - 132:17, 140:20, 140:22
**satisfy** [1] - 116:7
**save** [1] - 139:5
**saw** [3] - 61:18, 147:21, 147:23
**scale** [3] - 72:16, 135:6, 136:6
**schedule** [1] - 31:11
**school** [2] - 33:20, 33:22
**scope** [5] - 43:13, 43:18, 43:23, 48:4, 142:18
**screen** [2] - 50:13, 82:16
**scroll** [3] - 109:9, 118:5, 121:19, 133:12, 133:22
**scrolling** [4] - 55:25, 56:2, 141:8, 141:10
**Scrolling** [1] - 56:9

**se** [3] - 19:16, 96:15, 97:12
**sealing** [1] - 5:7
**seams** [1] - 126:25
**Second** [4] - 49:19, 51:12, 156:12, 156:13
**second** [4] - 44:15, 49:5, 49:14, 50:18, 59:9, 62:17, 108:10, 131:23
**Seconded** [2] - 63:6, 63:14
**section** [3] - 99:5, 99:6, 99:7
**Section** [1] - 99:6
**see** [37] - 12:10, 26:7, 50:3, 50:19, 50:25, 51:8, 52:3, 52:25, 53:9, 56:7, 56:10, 56:15, 58:5, 99:8, 100:22, 102:2, 105:10, 108:16, 114:11, 116:4, 117:20, 117:23, 118:6, 118:8, 125:4, 128:13, 129:6, 133:22, 136:9, 138:11, 138:19, 146:25, 147:2, 149:15
**seeing** [5] - 62:8, 62:24, 95:18, 122:4, 130:5
**seem** [1] - 36:3
**segregated** [1] - 133:24
**sell** [9] - 67:6, 67:12, 67:22, 83:12, 83:15, 90:5, 91:9, 135:9, 135:16
**sell-offs** [1] - 135:16
**selling** [8] - 80:12, 90:6, 135:21, 143:16, 143:19, 144:2, 144:3, 147:23
**Selvo** [1] - 9:14
**Send** [1] - 149:24
**send** [7] - 68:4, 72:20, 76:5, 92:8, 150:12, 153:24
**sending** [2] - 91:4, 112:17
**sense** [2] - 15:12, 146:14
**sent** [14] - 24:6, 26:4, 29:15, 30:10, 48:22, 57:7, 68:9, 72:22, 73:9, 79:16, 128:9, 133:2, 144:18, 147:9
**separate** [4] - 19:17, 54:13, 62:4, 120:19
**served** [1] - 115:14
**server** [1] - 101:12
**set** [5] - 18:20, 19:9, 108:18, 120:18, 157:9
**seven** [1] - 112:8
**seven-page** [1] - 112:8
**seventy** [1] - 72:13
**seventy-five** [1] - 72:13
**sewed** [1] - 136:19
**sewing** [3] - 132:11, 136:15
**shall** [3] - 5:12, 5:22, 127:17
**share** [2] - 21:11, 21:21
**shares** [1] - 99:16
**shift** [1] - 117:11

**ship** [3] - 67:9, 86:20, 91:10
**shipment** [6] - 54:21, 54:24, 55:16, 56:24, 60:12, 86:22
**shipments** [3] - 54:12, 127:16, 127:21
**shipped** [10] - 29:20, 30:4, 30:9, 54:4, 54:11, 59:12, 127:8, 134:14, 138:18, 138:22
**shipper** [2] - 53:6, 55:15
**shipping** [1] - 84:12
**shirt** [1] - 57:16
**shoe** [1] - 57:8
**shopping** [1] - 70:14
**shortfall** [1] - 43:7
**shorts** [2] - 64:11, 70:23
**show** [1] - 95:16
**showed** [1] - 85:22
**Shume** [1] - 90:13
**side** [6] - 55:17, 67:16, 102:24, 103:9, 106:4, 124:8
**sign** [2] - 39:12, 63:19
**signed** [4] - 5:16, 5:19, 37:6, 96:6
**significant** [1] - 79:23
**signoff** [1] - 68:24
**signoffs** [1] - 82:25
**signs** [1] - 71:20
**Simchat** [1] - 151:7
**simpler** [1] - 16:13
**simply** [1] - 139:13
**single** [2] - 89:6, 136:6
**Sinosure** [9] - 112:24, 113:5, 113:10, 113:21, 113:22, 114:3, 115:25, 116:7
**SINOSURE** [1] - 112:25
**sister** [1] - 144:13
**sit** [1] - 153:10
**Sitting** [2] - 45:14, 88:5
**sitting** [3] - 28:3, 28:6, 47:18
**situation** [4] - 35:25, 122:23, 123:3, 140:4
**sixty** [1] - 72:11
**size** [1] - 57:19
**sizing** [1] - 69:15
**sliding** [1] - 72:16
**small** [9] - 9:3, 9:4, 34:14, 50:5, 50:11, 126:21, 142:8, 144:11, 145:14
**smaller** [3] - 50:8, 57:17, 100:19
**Society** [2] - 22:7, 22:9
**sold** [21] - 19:18, 20:4, 30:9, 31:9, 37:25, 47:6, 47:9, 48:22, 51:25, 74:22, 79:22, 80:2, 80:5, 80:16, 80:25, 81:6, 81:7, 81:12, 87:17, 128:5

**someone** [8] - 42:5, 64:16, 71:19, 102:7, 106:19, 118:25, 120:25, 125:17
**Sometimes** [2] - 72:14, 73:25
**sometimes** [2] - 74:2, 108:2
**somewhere** [1] - 31:25
**son** [1] - 124:19
**Sorry** [2] - 29:17, 144:16
**sorry** [36] - 12:5, 25:17, 25:19, 25:22, 38:21, 40:9, 45:25, 57:25, 60:10, 60:23, 74:10, 78:17, 79:14, 81:22, 81:24, 84:5, 86:10, 86:11, 86:12, 86:18, 88:9, 88:10, 113:7, 123:15, 124:13, 124:18, 124:21, 128:12, 130:14, 140:25, 147:6
**sort** [13] - 12:10, 39:3, 61:22, 77:14, 77:21, 87:12, 93:13, 97:8, 97:25, 109:14, 115:5, 117:13, 133:6
**sound** [1] - 78:14
**sounds** [2] - 69:19, 98:5
**soup** [1] - 47:14
**sourcing** [1] - 102:5
**SOUTHERN** [1] - 1:3
**span** [1] - 109:24
**special** [1] - 119:19
**specialty** [1] - 142:8
**specific** [15] - 19:13, 27:14, 36:18, 48:13, 53:25, 54:7, 54:10, 55:11, 57:21, 62:25, 65:20, 68:7, 76:7, 78:17, 112:17
**specifically** [8] - 16:7, 20:9, 24:16, 43:17, 43:21, 95:23, 125:12, 129:21
**specifications** [1] - 69:16
**speculating** [1] - 94:2
**spell** [2] - 124:11, 124:14
**spoken** [5] - 33:9, 127:5, 129:16, 130:12, 135:4
**spot** [4] - 134:12, 136:4, 147:9, 147:12
**spread** [1] - 111:24
**square** [2] - 57:14
**stage** [8] - 73:19, 73:20, 73:24, 75:5, 75:12, 75:24, 76:4, 76:6
**standard** [8] - 67:15, 69:7, 74:8, 74:15, 81:13, 134:23, 135:7, 147:24
**standards** [2] - 135:18, 135:20
**standing** [1] - 102:6
**stands** [1] - 92:16
**star** [2] - 101:15, 106:4
**Star** [1] - 101:21
**start** [11] - 13:13, 31:20,

37:4, 68:25, 110:2, 117:12, 150:8, 152:5, 152:19, 152:22, 152:25
**started** [9] - 25:15, 27:21, 31:16, 37:12, 83:24, 83:25, 84:12, 134:11, 134:12
**starting** [3] - 25:20, 112:9, 153:12
**starts** [3] - 64:8, 107:2, 119:22
**State** [3] - 2:6, 6:5, 157:6
**state** [3] - 6:8, 6:11, 63:17
**statement** [1] - 56:15
**States** [5] - 31:3, 32:17, 32:20, 100:14, 130:16
**STATES** [1] - 1:2
**stating** [1] - 141:2
**status** [2] - 150:16, 150:20
**stayed** [1] - 151:12
**step** [2] - 69:15, 86:15
**steps** [2] - 68:21, 143:9
**steward** [1] - 104:3
**still** [23] - 12:22, 12:23, 18:15, 20:16, 20:18, 32:22, 35:5, 46:23, 55:25, 64:19, 88:5, 88:13, 90:25, 92:9, 92:20, 101:11, 102:21, 112:2, 133:14, 137:16, 140:21, 145:24, 148:25
**STIPULATED** [3] - 5:4, 5:10, 5:15
**stitches** [1] - 136:21
**stitching** [3] - 74:12, 75:3, 136:22
**stood** [1] - 100:12
**stopping** [1] - 146:20
**store** [6] - 58:6, 90:24, 127:23, 127:25, 128:4, 146:22
**Stores** [1] - 12:21
**stores** [12] - 13:3, 13:7, 19:5, 19:7, 19:22, 19:24, 20:3, 47:7, 135:17, 142:7, 146:20, 146:24
**strange** [1] - 8:15
**Street** [3] - 21:4, 21:8, 128:3
**Strike** [2] - 130:14
**structure** [1] - 23:19
**stuff** [1] - 154:11
**style** [5] - 76:21, 76:24, 134:6, 138:5, 143:5
**styles** [13] - 70:5, 70:8, 70:17, 70:20, 70:21, 70:23, 71:5, 71:11, 71:14, 73:16, 75:10, 76:20, 77:18
**Styles** [1] - 70:7
**styling** [1] - 68:24
**subcontract** [1] - 132:9
**subject** [1] - 91:13

**submit** [1] - 69:6
**submitted** [1] - 52:12
**Subscribed** [1] - 155:14
**subsequent** [1] - 134:4
**subsequently** [1] - 46:22
**substandard** [2] - 78:22, 143:18
**successful** [1] - 147:21
**successor** [1] - 8:14
**sudden** [1] - 140:7
**suggest** [1] - 150:18
**Suite** [3] - 3:7, 3:16, 4:7
**supervise** [1] - 132:14
**supplied** [2] - 60:2, 88:3
**supplier** [12] - 26:15, 30:23, 53:6, 53:19, 54:6, 57:22, 67:12, 67:17, 69:3, 87:19, 90:21, 116:21
**supplier's** [1] - 54:22
**suppliers** [6] - 26:5, 67:4, 67:14, 88:20, 113:8, 118:17
**supplies** [1] - 72:18
**supply** [2] - 47:3, 73:12
**supposed** [7] - 14:24, 15:8, 59:23, 69:4, 77:14, 100:6, 127:19
**surcharge** [1] - 90:21
**surface** [1] - 149:14
**suspected** [1] - 8:13
**switched** [2] - 101:4, 119:2
**sworn** [5] - 5:17, 5:19, 6:4, 155:14, 157:9
**system** [3] - 26:12, 26:13, 52:20

### T

**T-shirt** [1] - 57:16
**T.J** [68] - 11:19, 11:20, 11:24, 12:13, 19:11, 19:16, 19:25, 24:6, 26:20, 42:25, 44:10, 44:16, 44:25, 45:15, 46:6, 47:10, 48:23, 59:11, 64:9, 66:18, 67:23, 67:25, 74:22, 78:10, 78:16, 79:4, 79:12, 79:16, 80:20, 80:22, 81:7, 81:21, 81:25, 82:6, 83:11, 83:14, 83:19, 83:24, 84:11, 84:19, 85:21, 87:3, 88:20, 93:23, 94:12, 110:17, 111:16, 117:25, 118:23, 119:12, 119:15, 120:4, 120:5, 124:5, 126:13, 127:6, 128:2, 128:6, 134:18, 134:22, 135:5, 140:6, 142:2, 142:10, 143:23, 147:13, 148:4, 148:8
**tabs** [1] - 91:25
**Tahari** [6] - 65:13, 65:16,

84:2, 84:13, 110:10, 110:11
**TAHARI** [1] - 65:14
**tail** [1] - 118:18
**tail-end** [1] - 118:18
**tailed** [1] - 12:17
**Tamari** [2] - 65:9, 65:12
**team** [2] - 26:15, 98:15, 147:4
**tear** [1] - 140:9
**technically** [1] - 74:11
**TELECONFERENCE** [1] - 1:21
**ten** [1] - 130:25
**Tencel** [17] - 66:3, 66:6, 66:18, 67:7, 70:18, 70:22, 70:24, 77:3, 80:12, 83:21, 88:19, 89:3, 89:5, 89:10, 118:19, 118:22, 129:19
**TENCEL** [1] - 66:3
**term** [2] - 90:15, 99:8
**terms** [2] - 111:6, 135:16
**terrible** [3] - 152:10, 152:12, 152:24
**territory** [1] - 91:11
**testified** [8] - 6:6, 77:21, 78:5, 78:11, 87:12, 95:19, 126:2, 126:3
**testify** [3] - 7:20, 37:12, 42:6
**testifying** [1] - 5:25
**testimony** [3] - 42:7, 157:8, 157:11
**text** [1] - 144:18
**THE** [15] - 6:7, 7:4, 7:15, 28:12, 28:16, 41:9, 57:25, 58:4, 58:9, 60:10, 70:10, 88:2, 93:17, 144:21, 144:24
**themselves** [1] - 85:12
**theory** [1] - 68:3
**third** [3] - 8:8, 29:22, 31:7
**thirteen** [2] - 71:4, 71:6
**thirty** [1] - 48:11
**thousands** [2] - 145:12, 145:18
**thread** [1] - 140:10
**three** [10] - 9:11, 9:12, 33:12, 55:19, 60:6, 70:19, 75:22, 85:18, 142:20, 147:9
**throughout** [2] - 12:3, 12:14
**throw** [2] - 88:23, 92:20
**Thursday** [6] - 151:2, 152:3, 153:6, 153:18, 153:20, 155:3
**tickets** [1] - 92:4
**tight** [2] - 111:5, 112:20
**time-to-time** [2] - 142:6
**timeframe** [2] - 15:13, 118:23
**timely** [1] - 73:9

**Tina** [1] - 119:12
**today** [8] - 6:19, 20:5, 28:3, 28:6, 45:14, 47:18, 88:5, 112:2
**Today** [1] - 20:25
**together** [8] - 27:9, 34:8, 85:3, 87:7, 89:17, 102:19, 102:22, 137:19
**ton** [3] - 126:23, 136:3, 149:4
**took** [6] - 39:18, 44:25, 94:10, 119:6, 128:9, 143:15
**top** [5] - 13:6, 49:16, 55:19, 69:2, 141:12
**TOP** [11] - 68:19, 69:2, 69:10, 73:22, 73:23, 76:4, 76:6, 76:9, 76:10, 77:7, 77:8
**TOPs** [1] - 73:5
**Torah** [1] - 151:7
**total** [15] - 10:20, 45:15, 45:21, 46:2, 46:7, 46:24, 51:24, 52:7, 56:17, 78:12, 79:4, 109:2, 145:11, 145:16, 146:10
**totality** [1] - 46:3
**touch** [1] - 95:21
**touched** [1] - 109:14
**toward** [1] - 137:13
**towards** [1] - 15:11
**track** [1] - 138:13
**trackable** [1] - 138:15
**tracking** [1] - 55:16
**Trade** [1] - 65:9
**trades** [1] - 142:8
**transacted** [1] - 105:9
**transcript** [1] - 157:10
**transitioned** [1] - 65:24
**travel** [1] - 131:2
**traveled** [1] - 106:9
**Tree** [4] - 32:21, 100:13, 104:25, 105:18
**trial** [1] - 5:13
**tricky** [2] - 139:13, 141:9
**tried** [1] - 52:6
**trip** [1] - 60:7
**trouble** [1] - 121:19
**trucking** [1] - 31:11
**true** [3] - 80:3, 130:13, 157:10
**truly** [1] - 17:25
**trusted** [1] - 127:18
**Truth** [1] - 106:20
**truth** [1] - 140:23
**try** [10] - 25:17, 93:2, 93:4, 113:8, 122:22, 123:2, 129:8, 143:10, 147:20, 150:19
**trying** [7] - 113:16, 122:24, 129:6, 132:23, 133:23, 139:12, 140:16

**Tuesday** [5] - 150:17, 150:23, 151:4, 151:6, 151:16
**tunnel** [2] - 126:23, 140:10
**turn** [3] - 55:9, 60:24, 104:25
**two** [20] - 33:10, 38:23, 39:2, 46:17, 46:18, 49:7, 60:25, 61:2, 70:23, 72:24, 72:25, 82:22, 85:17, 95:24, 104:5, 122:14, 124:2, 125:10, 139:10, 147:10
**two-minute** [1] - 49:7
**TY** [2] - 118:10, 118:12
**type** [10] - 38:2, 53:22, 65:16, 65:20, 67:6, 67:20, 68:2, 68:6, 97:19, 132:23
**types** [4] - 27:14, 58:15, 68:20, 119:11
**Typical** [1] - 81:13
**typical** [3] - 60:7, 60:12, 98:12
**typically** [2] - 72:17, 80:15
**typo** [1] - 65:12

## U

**UCC** [2] - 42:12, 91:13
**unacceptable** [1] - 141:5
**unaware** [2] - 16:7, 114:24
**uncut** [1] - 136:21
**under** [13] - 13:19, 22:10, 58:22, 79:6, 83:21, 83:23, 84:2, 84:13, 93:3, 115:2, 115:9, 115:10, 121:11
**underlining** [1] - 101:14
**underlying** [1] - 136:10
**understandable** [1] - 116:13
**understood** [1] - 116:11
**unfilled** [1] - 148:6
**uniform** [2] - 57:9, 57:19
**unique** [2] - 119:16, 119:18
**UNITED** [1] - 1:2
**United** [5] - 31:3, 32:17, 32:20, 100:14, 130:15
**units** [17] - 31:9, 57:20, 70:5, 133:24, 137:2, 143:15, 145:9, 145:10, 145:11, 145:13, 145:22, 145:24, 146:4, 146:6, 146:7, 146:8, 146:10
**Unless** [2] - 72:18, 111:20
**unless** [1] - 128:11
**Unlike** [1] - 63:17
**unquote** [1] - 117:14
**unrelated** [1] - 113:2
**up** [34] - 15:9, 18:20, 19:9, 30:10, 30:19, 35:8, 39:7, 43:6, 59:4, 64:24, 66:23,

67:15, 71:8, 81:11, 90:5, 94:13, 96:4, 106:23, 108:18, 113:15, 114:5, 118:7, 120:18, 123:13, 132:24, 134:12, 134:23, 135:7, 136:25, 140:25, 146:5, 147:24, 152:7, 154:4
**upcharged** [2] - 89:14, 90:16
**upset** [1] - 93:5
**upward** [1] - 133:22
**US** [6] - 100:12, 105:2, 128:13, 128:15, 128:18, 131:6
**US-based** [1] - 105:2

## V

**vague** [1] - 93:13
**various** [1] - 44:8
**vendor** [9] - 44:17, 44:20, 60:2, 141:20, 141:24, 142:14, 143:11, 145:10, 145:21
**vendors** [1] - 142:4
**verbal** [1] - 6:24
**version** [1] - 61:9
**versus** [3] - 68:19, 87:17, 118:11
**vest** [1] - 148:6
**vests** [1] - 70:21
**via** [1] - 121:23
**VINCENT** [1] - 4:9
**Vintage** [4] - 9:15, 9:17, 9:21, 10:2
**virtually** [3] - 6:19, 50:2, 107:14

## W

**waived** [1] - 5:8
**Walden** [4] - 125:10, 125:13, 125:17, 126:7
**walk** [1] - 117:17
**walked** [1] - 149:17
**walking** [1] - 117:12
**Wang** [4] - 125:23, 126:4, 126:5, 129:16
**wants** [3] - 26:19, 66:18, 87:3
**warehouse** [12] - 29:22, 29:24, 31:8, 86:14, 90:24, 133:18, 144:7, 144:9, 144:10, 144:11, 144:12, 144:13
**wearing** [1] - 97:8
**Wednesday** [5] - 149:19, 149:22, 151:18, 151:19

**week** [2] - 122:14, 154:4
**Weeks** [3] - 60:9, 60:16, 60:17
**weeks** [2] - 36:12, 60:14
**WEPRIN** [1] - 3:12
**Whereas** [1] - 42:24
**white** [1] - 72:9
**whole** [7] - 35:18, 49:2, 70:3, 70:25, 109:24, 109:25, 132:13
**wholesale** [9] - 9:18, 10:11, 17:14, 18:19, 23:23, 32:24, 42:11, 55:17, 81:7
**wholesaler** [1] - 53:18
**WHS** [1] - 133:17
**wider** [1] - 139:20
**wife** [1] - 9:23
**willing** [1] - 93:7
**wind** [1] - 39:7
**wise** [1] - 142:15
**wish** [1] - 101:22
**witness** [11] - 5:24, 6:3, 8:9, 95:2, 95:10, 98:18, 100:15, 107:14, 107:18, 116:22, 117:9
**WITNESS** [18] - 7:4, 7:15, 28:12, 28:16, 41:9, 57:25, 58:4, 58:9, 60:10, 70:10, 88:2, 93:17, 144:21, 144:24, 156:5, 158:4, 159:4, 160:4
**witness(es** [1] - 157:8
**witness(es)** [1] - 157:12
**WIZENFELD** [1] - 4:10
**woman** [1] - 119:12
**women's** [2] - 53:24, 64:10
**WOOD** [1] - 4:4
**word** [1] - 134:16
**words** [12] - 29:6, 34:11, 50:4, 53:22, 58:13, 59:15, 69:19, 71:23, 75:9, 90:4, 97:6, 134:18
**workaround** [1] - 111:9
**works** [4] - 42:10, 75:12, 116:10, 120:11
**world** [1] - 136:23
**worse** [1] - 148:11
**worth** [3] - 65:5, 65:6, 133:2
**woven** [1] - 66:7
**written** [1] - 84:25

**Y**

**yarmulke** [2] - 151:15, 152:17
**year** [21] - 8:17, 10:4, 12:14, 12:18, 15:11, 31:23, 33:21, 35:14, 37:2, 37:4, 72:17, 85:2, 90:14, 97:13, 97:21, 109:25, 118:12, 118:14, 118:15, 119:3, 131:24
**year's** [1] - 118:13
**years** [7] - 33:10, 33:12, 75:23, 98:8, 109:22, 135:3, 142:20
**YORK** [3] - 1:3, 1:10, 1:10
**York** [19] - 2:7, 3:8, 3:17, 4:8, 6:5, 6:14, 21:4, 21:14, 21:24, 22:4, 22:19, 22:25, 23:9, 34:18, 101:12, 102:24, 102:25, 157:6
**yourself** [2] - 75:14, 78:19

**Z**

**Zeitouni** [28] - 13:24, 14:6, 16:3, 18:14, 18:20, 20:18, 21:16, 32:11, 34:15, 35:21, 35:24, 36:7, 36:22, 37:24, 40:24, 41:7, 95:22, 97:7, 97:22, 102:11, 103:5, 104:24, 105:12, 109:11, 110:4, 122:9, 122:15, 124:10
**ZEITOUNI** [2] - 1:11, 124:16
**Zeitouni's** [2] - 39:9, 39:21
**Zhao** [52] - 13:12, 14:6, 14:9, 16:4, 27:13, 27:22, 28:21, 31:14, 31:20, 32:2, 32:9, 32:10, 32:13, 32:16, 33:2, 33:6, 82:25, 83:6, 95:6, 95:9, 95:21, 96:10, 98:21, 99:15, 100:11, 100:17, 102:7, 102:17, 103:4, 103:9, 104:12, 104:23, 107:17, 108:5, 110:4, 110:21, 112:8, 113:3, 115:2, 115:9, 115:11, 116:10, 116:24, 128:10, 128:12, 128:14, 128:17, 130:20, 131:9, 133:15, 139:7
**Zhao's** [5] - 25:21, 26:15, 30:22, 103:14, 131:10
**zipper** [2] - 91:25
**Zoey** [17] - 125:22, 125:23, 128:10, 129:16, 130:2, 130:11, 130:12, 131:16, 132:4, 132:22, 133:16, 133:25, 137:20, 139:22, 140:2, 142:23, 143:3
**Zoey's** [1] - 143:4
**ZOOM** [1] - 1:21

**ON TIME COURT REPORTING**
**516-535-3939**