```
 1                                                    177

 2    UNITED STATES DISTRICT COURT

 3    SOUTHERN DISTRICT OF NEW YORK

 4    -------------------------------------------x

 5    FASHION LEAF GARMENT CO., LTD. And
      CTR HOLDINGS, LLC,
 6
                              Plaintiffs,
 7
                 -against-    C.A. No.
 8                            19-cv-03381-ALC-BM

 9    RINGER JEANS, LLC, RINGER JEANS APPAREL, LLC,
      RINGER JEANS, LLC, NEW AGE BRANDING, LLC,
10    E-Z APPAREL, LLC, ESSENTIALS NEW YORK, LLC,
      ESSENTIALS NEW YORK APPAREL, LLC,
11    LIMITED FASHIONS, LLC, GABRIEL ZEITOUNI
      and CHARLES AZRAK,
12
                              Defendants.
13    -------------------------------------------x
14
      ANHUI GARMENTS IMPORT & EXPORT CO., LTD.,
15
                              Intervenor Plaintiff,
16
                 -against-
17
      NEW AGE BRANDING LLC and LIMITED FASHIONS, LLC
18
                              Intervenor Defendants.
19    -------------------------------------------x
20
21                            ZOOM TELECONFERENCE

22                            OCTOBER 20, 2022

23                            2:10 P.M.

24

25         CONTINUED EXAMINATION OF CHARLES AZRAK
```

**ON TIME COURT REPORTING**
**516-535-3939**

178

1

2     **CONTINUED EXAMINATION FROM OCTOBER 14,**

3     **2022 OF CHARLES AZRAK,** one of the Defendants

4     in the above-entitled action, held at the

5     above date and time, pursuant to Order, taken

6     before Olga Raptis, a Reporter and Notary

7     Public of the State of New York.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                                                         179
 2     A P P E A R A N C E S:
 3
 4        HOGAN & CASSELL, LLP.
 5             Attorneys for Defendant
 6             500 North Broadway
 7             Suite 153
 8             Jericho, New York 11753
 9        BY:  MICHAEL CASSELL, ESQ.
10
11
12        GOLDBERG, WEPRIN, FINKEL, GOLDSTEIN, LLP
13             Attorneys for Defendants and
14             Intervenor Defendants
15             1501 Broadway
16             Suite 22
17             New York, New York 10036
18        BY:  KEVIN J. NASH, ESQ.
19
20
21
22
23
24
25     (Continued on next page.)
```

```
 1                                                      180

 2    (Appearances continued:)

 3

 4      KING & WOOD MALLESONS

 5           Attorneys for Intervenor Plaintiff

 6           500 Fifth Avenue

 7           Suite 50

 8           New York, NY 10036

 9      BY:  VINCENT FILARDO, JR., ESQ.

10           CHARLES WIZENFELD, ESQ.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                                            181

 2              S T I P U L A T I O N S

 3

 4         IT IS HEREBY STIPULATED AND AGREED

 5    by and between the attorneys for the

 6    respective parties herein, that filing,

 7    sealing and certification be and the

 8    same are hereby waived.

 9

10         IT IS FURTHER STIPULATED AND AGREED

11    that all objections, except as to the

12    form of the question shall be reserved

13    to the time of the trial.

14

15         IT IS FURTHER STIPULATED AND AGREED

16    that the within deposition may be signed

17    and sworn to before any officer authorized

18    to administer an oath, with the same force

19    and effect as if signed and sworn to before

20    the Court.

21

22         That a copy of this examination shall

23    not be furnished without charge to the

24    attorney representing the witness

25    testifying herein.
```

```
 1                                                    182
 2   C H A R L E S     A Z R A K,
 3                 the witness herein, having been
 4                 previously duly sworn by a Notary
 5                 Public of the State of New York,
 6                 was examined and testified as
 7                 follows:
 8   BY THE REPORTER:
 9        Q.    Please state your name for the
10   record.
11        A.    Charles Azrak.
12        Q.    Please state your address for the
13   record.
14        A.    1888 Ocean Parkway, Brooklyn,
15   New York 11223.
16                 MR. CASSELL:  Welcome back.
17                 Today I'm going to follow up
18            mainly along the same lines that we
19            left off last week which is asking
20            you questions about documents.
21                 So, I'm going to place
22            documents on my screen.  If for
23            some reason you can't read or can't
24            see them, please ask me to make it
25            bigger and we will see how this
```

```
1                      Charles Azrak              183
2              process works.  And let's get
3              started.  I'm going to share my
4              screen.
5    CONTINUED EXAMINATION BY
6    MR. CASSELL:
7        Q.    The first document I'm going to be
8    asking you questions on is a document that
9    was previously marked at a prior deposition.
10             It was Lauren DesLauriers'
11   deposition, which I know I'm butchering her
12   name.  But it's D-E-S-L-A-U-R --
13                  MR. NASH:  DesLauriers.
14                  MR. CASSELL:  Thank you.
15                  THE WITNESS:  DesLauriers.
16                  MR. NASH:  What is that,
17             Charles?
18                  THE WITNESS:  DesLauriers.
19   BY MR. CASSELL:
20       Q.    Even better.
21             D-E-S-L-A-U-R-I-E-R-S and it was
22   Exhibit C and it's a chain of e-mails.  And
23   first e-mail is February 13th.
24             Once again, it's a lot trickier
25   than if we are in person, but I'm going to
```

```
 1                    Charles Azrak              184
 2     see if you can look at this and tell me --
 3     actually the first e-mail is February 11th,
 4     we discussed this already?
 5                 I'm just going to go through this
 6     for context.  Correct me if I'm wrong, but my
 7     recollection is we discussed this February
 8     12th e-mail and we also discussed this
 9     February 12th e-mail from Nathan Alderson.
10                 Do you remember discussing this at
11     your prior deposition?
12          A.   Yes, I do.
13          Q.   We have an e-mail here from Nathan
14     on February 13, 2019, to Lauren.
15                 Have you seen this e-mail before?
16          A.   I don't recall reading the exact
17     e-mail, but I'm sure I have.
18          Q.   Do you have any reason to doubt
19     that you received this e-mail on February 13,
20     2019?
21          A.   No.
22          Q.   Do you know where Lauren was
23     located?  It says "hope you enjoyed your snow
24     days."
25          A.   You mean physically?
```

```
 1                    Charles Azrak              185
 2         Q.    Physically, yes.
 3                    MR. NASH:  We took her
 4               deposition, Mike.  You missed it.
 5         A.    She lives in Massachusetts.
 6                    MR. CASSELL:  I did read it.
 7               I missed it personally, but I did
 8               read it.
 9    BY MR. CASSELL:
10         Q.    There's a Section A here about
11    basically looking at certain items and it
12    refers to the issues with one specific QC
13    team working in the utility jacket finishing
14    lines.
15               Do you know what Nathan's referring
16    to here?
17         A.    Yes.
18               I think he's referencing the prior
19    e-mail that we received from Zoey where she
20    referenced the one item in the colors first
21    that had the problems.  And then she came
22    back later with a much longer list.  But I
23    believe when he did this it was from that
24    initial information.
25         Q.    And then it says in Section B, it
```

*Charles Azrak*                    186

1    says "To play it safe we would rather pull

2    back out of all our ship through said QC

3    lines."

4              Did you discuss this with Nathan

5    before you sent out this e-mail?

6         A.    Yes.

7         Q.    Did anyone disagree with the

8    proposal that T.J. Maxx to pull back all the

9    goods?

10        A.    No.  This is only referring to one

11   QC line and one factory.  We were trying to

12   limit the issue just to that factory, but

13   they declined this offer, T.J. Maxx.

14        Q.    And going down to 1A, it says "We

15   offer the choice of RTV -- that's return to

16   vendor, correct?

17        A.    Correct.

18        Q.    "For significant markdowns we paid

19   at Ringer's expense."

20              What did T.J. Maxx -- we went

21   through some of this before, but just in

22   context, what did T.J. Maxx eventually do?

23        A.    So T.J. Maxx chose to cancel all

24   products regardless of the factory, be it the

*Charles Azrak*                    187

1
2   utility jacket, pants, vests.  They really
3   just took a -- they literally canceled every
4   single item on order regardless of where it
5   came from.  They returned everything that was
6   not physically on their sales floor, that was
7   the RTV.  And they also took a significant
8   markdown, so I guess a discount on what we
9   owed them so they can discount and liquidate
10  what was already on their floor.
11       Q.   Do you know what percentage of the
12  goods was on the floor versus in the
13  warehouse?
14       A.   No.  There is no way for me to
15  tell.  The only thing that we can determine
16  is how much was returned and then how much
17  the markdown was.  But beyond that, there is
18  not much.
19       Q.   Just going to the last paragraph on
20  this page, it's Page 2 of the exhibit, it
21  says -- and I'm paraphrasing it -- Ringer is
22  fully behind the product so much so that any
23  item submitted to RTV will be exported and
24  disposed of at the factory's expense in Asia.
25            Was that actually ever done?

*Charles Azrak*                    188

```
 1                    Charles Azrak          188
 2        A.    No.
 3        Q.    Let's go up to the first page of
 4   Exhibit C and this is a February 18, 2019
 5   e-mail.
 6              Have you seen this e-mail?  It's
 7   from you, did you send this e-mail?
 8        A.    Yes, okay.  Yeah, it makes sense.
 9        Q.    What is the LA facility?
10        A.    The warehouse.
11        Q.    That is where the goods were
12   shipped from Asia?  That's where they go?
13        A.    Yes.  They deliver it to a
14   warehouse which was, at that time, only
15   located in California, in LA California.
16        Q.    Did you actually go out there or
17   did someone else go to the LA facility?
18        A.    I didn't.  Nathan, Jamie and Eko
19   did.
20        Q.    Do you know if Gabe went to the
21   facility?
22        A.    He was supposed to.  I do not
23   believe he actually made it out.  I think he
24   ended up staying behind.
25        Q.    I'm going to ask you questions now
```

*Charles Azrak*                    189

1    for the record, this is a document that was

2    marked as Exhibit H at Lauren DesLauriers'

3    deposition.  It's a two-page document and it

4    was marked as Exhibit H.

5            This document here, just to put it

6    in context, is a February 12th e-mail that

7    starts on the bottom of page 1 into Page 2

8    which we've discussed before.  So I'm not

9    going to ask you about that.

10           What I'm going to ask you is about

11   on Page 1, this February 13th e-mail.

12           Have you seen this e-mail before,

13   it's 4:49 p.m.?

14      A.   I don't recall it.  I would have to

15   assume I'm on it, so I did see it, but I

16   don't recall the exact e-mail, per se.

17      Q.   Just reading these e-mails in

18   context, it appears that, if I understand

19   correctly, that Ringer Jeans was trying to

20   basically "negotiate" with T.J. Maxx and

21   T.J. Maxx just said we're sending everything

22   back.

23           What do you recall about that?

24      A.   We were trying to limit the issue

25

*Charles Azrak*                    190

1
2      just to the one utility jacket item, even
3      though it would have been, it still would've
4      been a large amount of money out, at least we
5      were able to kind of put it in a vacuum and
6      leave it there and keep the rest of the
7      business and goods flowing.  But they would
8      not go for that type of resolution.
9          Q.   It refers to 87,451 units.
10              Do you know what percentage of all
11     the units that was?
12         A.   I don't.
13         Q.   And there's an e-mail, going to the
14     top of this page, from you to Alex on
15     February 14, 2019.
16              Do you recall sending this e-mail?
17         A.   Yes, I think I do remember sending
18     that.  Yes.
19         Q.   Do you know if Alex responded to
20     the e-mail?
21         A.   He came to town, if I'm not
22     mistaken, after all this and we were in
23     constant contact over, him and Gabe were
24     speaking every morning while this was going
25     on.

*Charles Azrak*                          191

1

2    Q.    I think you testified about that at

3    your last deposition, so I'll move on.

4          I'm going to go to the next

5    document.  This is a document that was marked

6    by your attorney as Exhibit 10.  It's a

7    four-page document and it's entitled -- for

8    the purposes of the marking -- it's entitled

9    Winners.

10         I'm going to scroll through it.

11         Have you seen any of this four-page

12   e-mail before?

13   A.    I mean, it was so long I don't

14   recall it.  But, again, I am on it, so I must

15   have been aware of it.

16   Q.    There's an e-mail starting at the

17   last page.  The last page is blank.  Starting

18   on Page 3.  There's an e-mail from Nathan to

19   you and to Zoey dated March 7, 2019.  It

20   refers to Winners POs back in.

21         Do you know what that, the use of

22   the word "Winners" there, do you know why

23   that is used?

24   A.    Yes.  Winners is a different

25   customer.  Winners is a Canadian-based

*Charles Azrak*                              192

1    customer.

2        Q.    The reference to Winners has

3    nothing to do with basic T.J. Maxx.

4        A.    They are owned by T.J. Maxx, but

5    they're a separate Canadian-based entity.

6    They had a separate unaffiliated business

7    with them.  If I remember correctly, I

8    believe they all did the bottoms.

9        Q.    Was Ringers Jeans still doing

10   business with Fashion Leaf up through March

11   of 2019?

12       A.    This is us telling them that

13   Winners will reinstate the orders.  So I

14   guess we were just salvage the order over

15   here.

16       Q.    The order reference here, is that

17   some of the order of the merchandise that

18   went to T.J. Maxx?

19       A.    It could be similar shorts that

20   were on order for T.J. Maxx when Winners

21   would place their buys like separately on

22   their own as if it's like on a cut-up basis

23   because we have to ship them straight from

24   China.  It's a completely different set up

*Charles Azrak*                    193

1

2   than most any other customer.  They would

3   have their own buy basically that we would

4   put in.

5       Q.   Were there any issues with the

6   goods shipped to Winners as far as the

7   quality or defects?

8       A.   I don't know if these actually

9   went.  Honestly, I don't recall.

10      Q.   Let's go up to the first page of

11  the document.  That is an e-mail from you to

12  Zoey.

13           Do you recall sending this e-mail?

14  It's dated March 19, 2019?

15      A.   I don't recall it and I don't doubt

16  that I sent it.

17      Q.   It refers to you on the first line

18  that "you took my employees off this e-mail."

19           What employees, were you the

20  employer at that point, by March 19, 2019?

21      A.   No, but I meant like my underlings,

22  my team.

23      Q.   And then it refers to, a few

24  paragraphs down, to the firing line

25  employees.

*Charles Azrak*                                   194

Do you know who those people were?

A.    Yes, no I think that's actually
true.  It was Eko, it was Holiday, it was
Adrian, it was Sarah, it was Rebecca -- if
I'm not mistaken it was Rebecca, I believe.
It was Alexandria.

Yes, yes.  We let go of everybody
really because the Tencel program didn't mean
anything.

Q.    Just so I'm clear, it's Ringer
Jeans' position that these nine employees
were let go specifically because of these
issues with these products in the lawsuit?

A.    Because of the loss of business
which was, I guess, in direct reasoning of
this issue.

Q.    Do you know if at this time Fashion
Leaf was requesting payment from Ringer Jeans
for those goods?

A.    Requesting?

I mean, I would have to assume that
they were.  I don't know per se if they were,
but I would assume so.

Q.    Do you have remember having any

*Charles Azrak*                    195

1
2    discussion with Alex Zhao about -- meaning
3    after, starting from March 1, 2019 forward,
4    did you have any discussion with Alex about
5    his request for payment for the shipments?
6              I guess I'm just trying to, to make
7    it simpler, I'm trying to differentiate if
8    there were such conversations would it be
9    between you and Alex or between Dave and Alex
10   is what I'm really trying to get at?
11        A.   So at this -- mainly Gabe or David
12   and Alex.  It doesn't mean that I would not
13   be involved or also be involved in the
14   conversation, but they were the owners that
15   controlled.
16        Q.   Let's go to the next document, and
17   the next document is another document that
18   was marked by your attorney as Exhibit 15
19   and, it says, (As Read) "Ringer Jeans, LLC
20   account register."
21             The way it was marked by attorney,
22   I guess it was a little bit possibly out of
23   context.
24             Who created this document?
25        A.   It's generated straight from our

```
 1                   Charles Azrak              196
 2    accounting system.
 3         Q.    And it was generated on August 20th?
 4         A.    I guess, yes, when we had to
 5    present it.
 6         Q.    What does this document actually
 7    show?
 8               It says, "Alex China."
 9               Who is Alex China?  Is that Fashion
10    Leaf?
11         A.    Yes, I believe this is the money
12    that Mr. Zhao paid into the company to
13    purchase shares of ownership.  That this is
14    the breakdown.
15         Q.    This is the breakdown as far as
16    Alex's claim for purchase into Ringer Jeans
17    Apparel which we discussed at your last
18    deposition?
19         A.    Yes.
20         Q.    Going onto the next exhibit.
21               MR. CASSELL:  I'm going to
22               have to mark this one.  I think
23               we're up to 13.
24                  This will be Exhibit 13.
25               It's a twenty-page document.  It's
```

```
1                       Charles Azrak              197
2               dated April 15, 2019.  It's from
3               the Mazzola law firm and it's to
4               Limited Fashions.
5                       (Mazzola law firm document
6                       dated April 15, 2018 was
7                       marked as Plaintiffs' Azrak
8                       Exhibit 13, for
9                       identification, as of this
10                      date.)
11     BY MR. CASSELL:
12          Q.    Have you seen this first page
13     before?
14                      (Whereupon, Plaintiff's
15                      Exhibit 13 was shown on the screen.)
16          A.    I believe I've seen it.
17          Q.    Do you know when you first saw it?
18          A.    I do not recall exactly, but I'm
19     sure I've seen it at some point.
20          Q.    The letter is written on behalf of
21     Jiangsu Mana Company, J-I-A-N-G-S-U, Mana
22     Company.
23                 Were you familiar with that company
24     before this letter was sent?
25          A.    No.
```

*Charles Azrak*                                    198

1

2       Q.    Did you have discussion with

3  anybody, other than your attorney, about this

4  letter?

5       A.    Gabe.

6       Q.    What did you discuss with Gabe

7  about this letter?

8       A.    I think we established for whatever

9  reason that we knew that it was associated

10 with Fashion Leaf and nothing, that was it I

11 believe, that I remember.

12      Q.    Did you form a belief that the

13 monies referenced here would be part of the

14 purchase orders that went to T.J. Maxx?

15      A.    There's no way to tell because

16 everything that we purchased from Fashion

17 Leaf.  I don't know who subcontracted, if he

18 re-contracted.

19            Yeah, no way to really tell.

20      Q.    There's documents attached to it.

21            Do you remember receiving these

22 documents that are attached here?

23            Do you remember looking at these

24 documents that are attached to the letter?

25      A.    I believe I did.

```
 1                    Charles Azrak           199
 2         Q.    Was any monies ever paid to Jiangsu
 3    Mana Company in response to this letter?
 4         A.    No.
 5         Q.    Do you know if you had any
 6    discussions with this attorney?  When I say
 7    "you," I mean you or anyone on behalf of
 8    Ringer Jeans with this attorney?
 9         A.    I don't believe so.
10         Q.    Do you know if anyone on behalf of
11    Limited Fashions had any discussions with
12    this Mazzola law firm?
13         A.    No.
14         Q.    To your knowledge, if I understand
15    correctly, basically there was no response to
16    this letter.
17               Is your understanding?
18         A.    Correct.
19         Q.    Do know if this attorney or Jiangsu
20    Mana did anything to further its claim here?
21         A.    No, I don't.
22         Q.    If they brought a lawsuit against
23    Limited Fashions you would know about it,
24    right?
25         A.    I am unaware of any lawsuit.
```

*Charles Azrak*                          200

1

2          Q.    If there was a lawsuit, do you

3    think you would know about it?

4          A.    I would assume so.

5          Q.    Let's go onto the next document.

6    It's a similar letter.  I going to the next

7    document.  This is a letter, I believe, is

8    written by your attorney.

9                     MR. CASSELL:  So let's mark

10                this.

11                     This will be Exhibit 14 for

12                the record.  It's an April 15, 2019

13                letter from Stephen Gerber to Alex

14                Zhao.

15                     (An April 15, 2019 letter

16                     was marked as Plaintiffs'

17                     Azrak Exhibit 14, for

18                     identification, as of this

19                     date.)

20    BY MR. CASSELL:

21          Q.    Have you seen this letter before?

22                     (Whereupon, Plaintiff's

23                     Exhibit 14 was shown on the screen.)

24          A.    Yes.

25          Q.    And Mr. Gerber was Ringer Jeans'

*Charles Azrak*                              201

1    attorney at the time?

2        A.    For this, yes.

3        Q.    He was authorized to send a letter

4    to Mr. Zhao?

5        A.    Yes, sir.

6        Q.    Did you have any discussion with

7    Alex Zhao in response to this letter?

8        A.    Directly.

9        Q.    Let's start directly first.

10        A.    I do not believe so.

11        Q.    How about indirectly?

12        A.    No, I do not believe so.

13                    MR. CASSELL:  We are up to

14              Exhibit 15, for the record.

15                    Exhibit 15 is a one-page

16              e-mail.  It's one page, it has two

17              e-mails but I'm only going to ask

18              you questions about this e-mail

19              dated March 27, 2019.

20                    (An e-mail dated 03/27/2019

21                    was marked as Plaintiffs'

22                    Azrak Exhibit 15, for

23                    identification, as of this

24                    date.)

```
 1                    Charles Azrak              202
 2    BY MR. CASSELL:
 3         Q.    I would like you to take a look at
 4    that e-mail.
 5                      (Whereupon, Plaintiff's
 6                 Exhibit 15 was shown on the screen.)
 7         A.    Uh-huh (affirmative).
 8         Q.    And there's a reference here that
 9    Alex is claiming that he is owed a lot of
10    monies and if Gabe is not going to pay for
11    the products he should return the products.
12                 Did you have any discussions with
13    Gabe about this e-mail?
14         A.    Not that I recall.
15         Q.    Were you involved in any
16    discussions at all about the concept of
17    returning the products to Fashion Leaf?
18         A.    Yes, I wanted to.  However, we were
19    deemed unallowed to do so.
20         Q.    You discussed that last time.
21                 Is that due to licensing issue?
22         A.    Licensing issues and UCC filing
23    lien by our lender on sitting inventory.
24                      MR. CASSELL:  On to the next
25                 document.
```

```
 1                    Charles Azrak          203
 2                    I only have four documents
 3           left.
 4                    Moving this along, this
 5           document will be 16 and it's
 6           referred to as a liquidation
 7           analysis.
 8                    (Liquidation analysis was
 9                    marked as Plaintiffs' Azrak
10                    Exhibit 16, for
11                    identification, as of this
12                    date.)
13    BY MR. CASSELL:
14        Q.   This is a little tricky because
15    it's got the columns and I can expand the
16    columns if you need, but I think get the gist
17    of what's on my screen.
18                    If you want, I can expand any
19    column, make it bigger.
20                    (Whereupon, Plaintiff's
21                    Exhibit 16 was shown on the screen.)
22        A.   No, no, it's fine.
23        Q.   Exhibit 16 is what is referred to
24    as a liquidation analysis.
25                    Did you have any role in creating
```

```
 1                    Charles Azrak            204
 2    this document?
 3         A.    Yes.
 4         Q.    What role did you have in creating
 5    the document?
 6         A.    It was pulled from our system.  I
 7    reviewed and forwarded it.
 8         Q.    I'm going to make some of the
 9    columns bigger on my end because I want to
10    ask you about each column.
11              Some of this is self-explanatory,
12    but I appreciate it just for the record.
13              So, what is Exhibit A?  It says,
14    "customer."
15              Is that what that is?
16         A.    Yes.
17         Q.    Is that the location where some of
18    the goods that were returned by T.J. Maxx
19    were eventually sold?
20         A.    Not necessarily.
21              Well, yeah, a combination of what
22    was returned and what was sitting in our
23    warehouse.  Yes.
24         Q.    Just so we are clear, these do all
25    pertain to the goods that were provided by
```

*Charles Azrak*                        205

1
2    Fashion Leaf that are the subject of this
3    litigation?
4          A.    Correct.
5          Q.    So Burlington, if I go through the
6    list, there was 59,000 goods sold to
7    Burlington?
8          A.    Yes.
9          Q.    Now these are all the store names,
10   Gordmans, Pegasus, Ross -- those are all the
11   stores where the goods went?
12         A.    Correct.
13         Q.    And there's some quantity of goods
14   that were sold as 179,046?
15         A.    Correct.
16         Q.    What is T-T-L, L-D-P?  It's total
17   something?
18         A.    That's the total cost of the
19   product per the invoice value from the
20   factory, from the maker.
21         Q.    Just so I'm clear, none of this was
22   actually paid to Fashion Leaf, correct?
23         A.    It is in the soup of what was paid
24   or not paid.  So, I mean, it depends how you
25   want to think of it.  That's just the costs.

*Charles Azrak*                                206

1    Doesn't mean it was paid for.

2         Q.    So now I'm confused.

3               You said it was in the soup of what

4    was paid and what was not paid.

5               I thought Fashion Leaf was not paid

6    anything for these products?

7         A.    No.

8               For example, I'm saying I can't

9    tell you off of this if this was something

10   received in -- like if some of this was

11   received in August or if was received in

12   January.  August was probably paid for.  I'm

13   just trying to be a little bit, I guess,

14   specific.

15        Q.    Do you know, sitting here today,

16   what percentage of the 2.471 million was

17   actually paid to Fashion Leaf?

18        A.    It's impossible to tell.  I know we

19   owed, when it was all said and done, owed at

20   cost value approximately $3 million, maybe I

21   think more even.  So if you want to say this

22   was unpaid, I guess a large portion of it

23   would have to be unpaid just by arithmetic.

24        Q.    Let me just complete the picture.

25

**ON TIME COURT REPORTING**
**516-535-3939**

*Charles Azrak*                    207

1
2          You kind of answered so let me just
3     turn it around.
4          The fact that it's listed here and
5     LDP column, just so we're clear, does not
6     necessarily mean that Ringer Jeans actually
7     paid for it, that's just what the invoice
8     amount was?
9          A.   Correct.
10         Q.   Let's go to the next column.  I
11    guess this is self-explanatory.
12         This one you actually sold the
13    goods for?
14         A.   Yes.
15         Q.   And the third column, they're all
16    red, meaning the invoice -- taking the
17    invoice minus what it was sold for, these are
18    all negatives other than this one $90,
19    correct?
20         A.   Correct.
21         Q.   So if the invoices were all paid in
22    full, Ringer Jeans would have lost $1.2 million
23    on these goods?
24         A.   On these goods, yes.
25         Q.   What is L-D-P again, I'm sorry?

*Charles Azrak*                           208

1

2        A.     Landed Duty Paid, that's just the

3   final price delivered to the warehouse.

4        Q.     The next column, G, is average sell

5   price?

6        A.     Yes.

7        Q.     And then H is original sell price?

8        A.     Yes.  That was contracted with

9   T.J. Maxx for those items.

10        Q.     I don't want to put words in your

11   mouth, but it seems to me that of all the

12   figures here, the most important figure for

13   calculating "damages" is this 1.201,826.48?

14        A.     I don't think so.

15        Q.     What would be the most important to

16   you?

17        A.     Column H.  That's what my original

18   sell price was.

19        Q.     Because that's lost profit?

20        A.     Yes.

21        Q.     But that wasn't totaled.  Is the

22   reason why that wasn't totaled?

23        A.     No reason.  We could total it.

24   It's just a formula.

25        Q.     So H is the lost profit on each of

*Charles Azrak*                    209

1
2     the goods if they're actually sold?
3          A.    Yes.  You would just deduct the
4     cost, the average LDP from the original sell
5     price and multiply it by the units.
6          Q.    Let's stop and make it simple, just
7     for the record.
8                Let's start with the jacket, $21,
9     what is the profit on that?
10         A.    So the profit on that would have
11    been $4.27 each.
12         Q.    H minus F?
13         A.    Exactly.
14         Q.    Same as this one.
15               So the next one is 8.50, so it's
16    like a $1.52 on the shorts?
17         A.    Exactly.
18         Q.    Times the quantity which is column
19    B?
20         A.    Exactly.
21         Q.    And that you're claiming is the
22    damages to Ringer Jeans?
23         A.    That would be my -- that would be
24    how I would look at my total damage here in
25    regard to this.

```
1                    Charles Azrak          210
2                    MR. CASSELL:  Let's go on to
3              the next exhibit which we are going
4              to mark as 17 which is also a
5              spreadsheet.
6                    (Spreadsheet was marked as
7                    Plaintiffs' Azrak Exhibit
8                    17, for identification, as
9                    of this date.)
10                   (Whereupon, Plaintiff's
11             Exhibit 17 was shown on the screen.)
12        A.    I'm sorry, Mr. Cassell, it shrunk.
13    Everything shrunk.
14                  Is that something that was done
15    your side or something I did?
16    BY MR. CASSELL:
17        Q.    I don't know.  I'm moving onto the
18    next exhibit.  So, this is 17.
19                  It's a little different that this
20    format, the way it is, it's more in portrait
21    format than landscape, so it might be hard to
22    read.  It is a different spreadsheet, that's
23    why.  I don't know if you can read this one
24    on your screen.  Let me see.
25                    MR. FILARDO:  I can read it
```

*Charles Azrak*                       211

```
 1                  fine, Mike.  I can read it fine.
 2                  Nothing shrunk.
 3                       It might have been something
 4                  that Charles did.
 5       A.    I can see it.  I just enlarged the
 6  picture.  I can see it now.
 7  BY MR. CASSELL:
 8       Q.    We're looking at Exhibit 17 which
 9  is also an Excel document that has, looks
10  like about 94 rows on it and columns going up
11  to F on the main document.  There's some
12  miscellaneous stuff in other columns.
13                  Who created this spreadsheet?
14       A.    This is a running document.  This
15  must have been initially created by someone
16  at TJX.
17       Q.    You think it was provided to you
18  from T.J. Maxx or TJX?
19       A.    I have to be honest, seeing it out
20  of context I can't -- I mean I definitely
21  didn't generate it.  I don't know if --
22       Q.    It says, sorry, it says "Nathan
23  copy RTV info."
24                  Does that help at all?
```

*Charles Azrak*                    212

1

2      A.    It could be something that Nathan

3  put together in regard to the information he

4  received from them.

5      Q.    Have you seen this spreadsheet

6  before now?

7      A.    Looks vaguely familiar.  I honestly

8  do not recall the context of when we received

9  it or pushed it or anything.  I mean...

10     Q.    In looking at this, is it your best

11 -- and you don't have to agree with me -- but

12 is it your best understanding that this was

13 something that was provided by TJX as to a

14 listing of the RTV items?

15     A.    I honestly do not want to lie

16 especially since I'm under oath, I can't

17 recall if this is exactly what was provided

18 by them.

19     Q.    Let's move onto the next document.

20           This is a document that was also

21 previously marked at a deposition of

22 Civitella, C-I-V-I-T-E-L-L-A.  Another

23 deposition I wasn't at, but I did get the

24 transcript.

25           And this was marked as Exhibit D?

*Charles Azrak*                        213

1
2              The handwriting on the first page,
3     do you know whose handwriting that is?
4          A.    No, sir.
5          Q.    And it says, (As Read) "Schedule of
6     T.J. Maxx returned merchandise to Ringer
7     Jeans," and then there's a spreadsheet that
8     is printed out.
9              Have you seen this document before?
10         A.    Isn't this what we just reviewed.
11         Q.    Maybe.  I'm not sure.  It may be
12    just a printout of what you provided?
13         A.    I believe this is that chart that
14    we looked at before which showed the total,
15    remember the LDP and the sell price and the
16    original sell.  I think this is the same
17    thing just printed out in a different format.
18         Q.    Let's move on.
19                   MR. CASSELL:  18.  This and
20                   one more, so we're almost done on
21                   my end.
22                   I'm putting before the
23                   witness what has been marked as
24                   Exhibit 18.  It's a fourteen-page
25                   document and it was produced by

```
 1                    Charles Azrak              214

 2              plaintiffs to use at a mediation.

 3                      (A fourteen-page mediation

 4                      document was marked as

 5                      Plaintiffs' Azrak Exhibit

 6                      18, for identification, as

 7                      of this date.)

 8    BY MR. CASSELL:

 9        Q.    There's a document attached to it

10    as part of Exhibit 18.  It's section Exhibit

11    A and it attaches a declaration of conformity

12    of clothing textiles from export.

13              Have you seen these types, there's

14    a bunch of them, have you seen these types of

15    declarations before?

16        A.    No, I've never seen that.  I've

17    never seen an inspection like if that's what

18    it's supposed to be.

19        Q.    There's a reference to a bunch of

20    purchase orders and it says, in Section 2,

21    that all of the products have been inspected

22    and pass international universal standards

23    AQL2.5.

24              I think I asked you this before,

25    but just to be clear, do you know what AQL2.5
```

*Charles Azrak*                              215

1   is?

2        A.    I believe AQL2.5 is something,

3   again I'm not very good at that type of

4   stuff.

5              I believe it's the stitches, the

6   amount of stitches per inch when it's sewn or

7   something like that, if I'm not mistaken.

8        Q.    Do you know if there's any type of

9   course of product in the industry where if

10  goods pass AQL2.5 then it has some level of

11  significance as to whether or not they could

12  be returned?

13       A.    Certain customers designate an AQL

14  level of what's mandatory if you're going to

15  ship goods to them.  We never had such

16  mandatory issues and really that is not, if

17  I'm correct with what they're referring to in

18  the AQL2.5, that has nothing to do with the

19  issues we have had.

20       Q.    Why is that?

21       A.    Because our quality issues had to

22  do with discoloration, ripping, pilling,

23  crooked sewing, loose threads, uncut threads;

24  nothing really to do with the quality of the

```
 1                    Charles Azrak            216
 2    stitching.
 3                    MR. CASSELL:  I'm down to my
 4               last exhibit which I believe is 19.
 5                    This Exhibit 19, for the
 6               record, says Membership Interest
 7               Purchase Agreement entered into on
 8               March 13, 2019 and it's six pages.
 9                    (Membership Interest
10                    Purchase Agreement
11                    03/13/2019 was marked as
12                    Plaintiffs' Azrak Exhibit
13                    19, for identification, as
14                    of this date.)
15    BY MR. CASSELL:
16         Q.    Have you seen this document before?
17         A.    Yes.
18         Q.    And is that your signature on Page
19    6 of the document?
20         A.    Yes.
21         Q.    And that your wife's signature?
22         A.    Yes.
23         Q.    Gabriel's signature and his wife's
24    signature?
25         A.    Yes.
```

*Charles Azrak*                217

1
2        MR. CASSELL:  I don't have
3    any further questions.
4        I may ask you more questions
5    after Vincent asks you questions.
6        I appreciate your time.
7        MR. NASH:  Mike, two-minute
8    break for coffee and then we'll
9    pick up?
10       MR. FILARDO:  Sounds good,
11   Kevin.
12       Good afternoon, Mr. Nash
13   [sic].
14       My name is Vincent Filardo.
15   I'm with Kim Wood & Mallesons --
16       MR. NASH:  I'm not the
17   witness, Vincent.
18       He's in my office.  He's
19   using my computer, but his name is
20   Azrak.
21       MR. FILARDO:  Oh, I am
22   sorry.  That confused me.  Sorry,
23   Charles.
24       THE WITNESS:  That's fine.
25       MR. NASH:  We're going to

*Charles Azrak*                                218

1    cancel the deposition because

2    you're, obviously, not prepared.

3         MR. FILARDO:  Good

4    afternoon, Mr. Azrak.

5         THE WITNESS:  How are you?

6    Thank you.

7         MR. FILARDO:  I apologize.

8    I got thrown by looking at

9    Mr. Nash's name on the bottom of

10   the screen.

11        MR. NASH:  He's on my

12   computer.

13        THE WITNESS:  No need for an

14   apology.

15        MR. FILARDO:  I work with

16   Anhui Garments, and we are the

17   intervener plaintiff in this

18   action.

19        I think it's important also

20   to point out that the intervener

21   defendants in this action are New

22   Age Branding and Limited Fashions,

23   at least for the time being.

24        There are some questions I'm

*Charles Azrak*                    219

1   going to want to ask you about

2   those entities given some of the

3   testimony you provided last Friday.

4           I think the first place for

5   us to start would be to look at a

6   document.  I'm just going to try to

7   share my screen now.

8           MR. NASH:  Have you sent

9   these over, Vince?

10          MR. FILARDO:  Yes, I did, on

11  Friday.

12          So the court reporter should

13  have them.  If the court reporter

14  does not have them, let me know and

15  I'll ask Charles to send them over

16  to everyone.

17          So, let's take a look at

18  this first document --

19          MR. CASSELL:  Vince, just

20  one more thing just for the record

21  so we're clear, your exhibits have

22  already -- the reason why I started

23  at Exhibit 11 was specifically

24  because your exhibits we already

```
 1                    Charles Azrak           220
 2          have as 1 through 10.
 3                    MR. FILARDO:  Thank you.
 4                    MR. NASH:  Can you send this
 5          over?
 6                    I didn't see it, but I'll
 7          look again.
 8                    Who sent it, Vince?
 9                    MR. FILARDO:  I think it was
10          Charles or our legal assistant,
11          Fernando Lee.
12                    MR. NASH:  Okay.  I'll look
13          for it.
14                    MR. FILARDO:  Charles, if
15          you're on --
16                    MR. WIZENFELD:  I'm on.  I
17          got it.
18                    MR. FILARDO:  So everybody
19          can get on the same page.
20  EXAMINATION BY
21  MR. FILARDO:
22      Q.   I'm just going to scroll through
23  this quick so you can take a look at it.
24            You can see that this is titled,
25  Anhui Garments Import & Export Co., Limited
```

```
 1                        Charles Azrak              221
 2      30B6 Notice of the Deposition to New Age
 3      Branding, LLC and Limited Fashions, LLC?
 4              Do you see that on this document?
 5      A.    I'm sorry.  I don't see a document.
 6      Q.    This document that I'm scrolling,
 7      can you see it?
 8      A.    Yes, sir.
 9              MR. FILARDO:  Before we get
10              going on this, let me just ask the
11              court reporter to mark this as --
12              MR. NASH:  It's marked.
13      BY MR. FILARDO:
14      Q.    Do you see this document is
15      entitled Anhui Garments Incorporated for
16      Company Limited 30B6 Notice of Deposition of
17      New Age Branding LLC and Limited Fashions
18      LLC.
19              Do you see that, sir?
20      A.    Yes, sir.
21      Q.    Have you seen this document prior
22      to today?  I'm going to scroll through it
23      just so you can take a quick look at it.
24              What's most important is that first
25      page and this page that's coming up right
```

*Charles Azrak*                              222

1
2     about here, topics where you have a list of

3     19 topics, 20, oh going on 20, 33 topics?

4              Have you seen any of this document

5     prior to today?

6         A.    This is a copy of the lawsuit,

7     right.

8         Q.    No.  This is what's known as a 30B6

9     Deposition Notice.  That's what it's known

10    as.  It's basically a corporate deposition

11    notice.

12        A.    Honestly, I do not recall seeing

13    it, but I think I must have.  That's a weird

14    answer.

15        Q.    I'll take the answer.

16             Do you understand that you're here

17    today to testify on behalf of New Age

18    Branding and Limited Fashions as their

19    corporate representative?

20        A.    I can ask my attorney how to answer --

21             MR. NASH:  Let's not beat

22             around the bush.

23             These companies, I don't

24             know how they got in the lawsuit.

25             And so he's here on behalf of them

1                          *Charles Azrak*              223
2                    and he's really here on behalf of
3                    Ringer.  I.
4                         Don't know if your claim is
5                    going to be that Ringer is the real
6                    defendant or not.
7                         But as he previously
8                    testified, these companies didn't
9                    buy goods and there's some type of
10                   question as to how they got into
11                   the invoices and the lawsuit.
12                        Having said that, he is just
13                   familiar with these companies as
14                   anybody else.
15   BY MR. FILARDO:
16        Q.   Would it be correct for me to say
17   that, Mr. Azrak, you are here testifying on
18   behalf of Ringer Jeans and you have knowledge
19   of these companies, New Age Branding and
20   Limited Fashions?
21        A.   Yes.
22        Q.   We will get to these topics as we
23   go forward, but I do want to ask a couple of
24   questions about New Age Branding and Limited
25   Fashions project based upon your testimony

```
 1                  Charles Azrak           224
 2      last Friday and basically upon what your
 3      counsel had just stated on the record.
 4              Do you recall testifying last
 5      Friday that you stated New Age Branding was
 6      an inactive company as early as 2011 I
 7      believe you stated?
 8          A.    2011 or 2012, around the time
 9      frame, yes.
10          Q.    Was it your testimony that it was
11      either you or your brother along with your
12      father who were the owners of New Age
13      Branding?
14          A.    That is my recollection, yes.
15          Q.    Do you have any further
16      recollection as to whether or not it was you
17      or your brother that was the owner with your
18      father in New Age Branding?
19          A.    I believe, again I believe it was
20      my brother and not me, only because I never
21      actually worked for the company.
22              But with the way at that time that
23      we were splitting up our businesses, we all
24      had stakes and shares together.  This is in
25      the mid, from like 2005 through 2010.
```

1                    *Charles Azrak*                    225
2           Q.    With respect to Limited Fashions,
3      do you recall testifying also last Friday
4      that Limited Fashions had been inactive since
5      approximately the same period of time, 2011
6      or 2012?
7           A.    Yes, sir.
8           Q.    Was it your testimony too that it
9      was you and your father that you believed
10     were the owner of Limited Fashions?
11          A.    I believe it was me and my father
12     me and my brother as well.
13          Q.    So it's your testimony that you
14     were not an owner of either of these
15     entities, New Age Branding or Limited
16     Fashions?
17          A.    Not a sole owner, an owner.
18          Q.    Please explain what you mean by
19     that.
20          A.    Oh, I'm sorry.  So, in regard to
21     Limited Fashions, I believe I was an owner.
22     For New Age Branding, I am not certain.
23          Q.    How about your brother, was he also
24     an owner in Limited Fashions?
25          A.    I believe so, yes.

```
 1                    Charles Azrak           226
 2        Q.   So three of you in Limited Fashions
 3   and perhaps just your father and brother in
 4   New Age, but you are not certain.
 5             Is that your testimony?
 6        A.   I'm not certain of the corporate
 7   structure.
 8        Q.   I believe it was also your
 9   testimony that at some point in time, Alex
10   Zhao had asked Ringer Jeans to use other
11   companies as part of, to issue POs related
12   to, let's call it, this order that was made
13   and the garments that are at issue in this
14   lawsuit?
15        A.   He had asked myself and Mr. James
16   Zeitouni, who was the owner at that time, if
17   we had other entities, that we had so he can
18   try to gain or I guess access his necessary
19   credit insurance that he needed which is why
20   you see New Age Branding, Limited Fashions
21   and I believe even Easy Apparel which is
22   Mr. Gabe Zeitouni's company.
23        Q.   That occurred in or about late
24   2018?
25        A.   Around that timeframe would make
```

*Charles Azrak*                    227

1    sense.

2         Q.    I believe it was also your

3    testimony last Friday that you, as an

4    individual perhaps along with your wife, did

5    not purchase Ringer Jeans until in or about

6    March or April of 2019 although there may

7    have been a backdating until January of 2019;

8    is that correct?

9         A.    That's correct.

10                   MR. NASH:  Objection.

11                   I think his testimony was it

12              was effective as of the first of

13              the year.

14                   MR. FILARDO:  That's fine.

15                   I'll take the correction on

16              that and the answer to that

17              correction as well.

18         Q.    Can you explain to me if you were

19    not an owner in Ringer Jeans in 2018, why

20    would two companies that were owned by

21    members of your family, including you with

22    respect to at least one of them, was used as

23    part of this deal for Ringer Jeans?

24         A.    Firstly, the purchase orders that

*Charles Azrak*                                    228

1

2  are in question were originally issued by

3  Ringer Jeans to Fashion Leaf from our

4  accounting system, from our typical inventory

5  system as we do with anybody.

6          If I recall properly, we were later

7  asked by Mr. Zhao to resend those purchase

8  orders in an Excel format which we did.  Our

9  understanding was that it was simply some

10  internal issue for Mr. Zhao in order to gain

11  credit insurance, but the complete and full

12  understanding of all parties involved was

13  that the goods were contracted by Ringer

14  Jeans to be delivered to Ringer Jeans as they

15  were invoiced to Ringer Jeans and paid by

16  Ringer Jeans.

17      Q.    Thank you for that reply, but it

18  doesn't answer my question.

19      A.    I'm sorry.

20      Q.    My question is, this all occurs in

21  2018 before you purchase Ringer Jeans, but

22  yet two entities owned by your father and

23  brother, and at least one of which is owned

24  by you, are used and part of this

25  transaction.

```
  1                  Charles Azrak            229
  2              Why was that?
  3          A.    Because I was a high-ranking member
  4      of the company and we were asked -- actually
  5      Mr. Zeitouni also asked me and we didn't see
  6      any downside or wrongdoing.  Mr. Zhao
  7      explained it was just for his credit
  8      insurance purposes.  I honestly did not see
  9      any issue with it at the time.
 10          Q.    Did you or your brother or your
 11      father get any compensation for doing this?
 12          A.    No.
 13          Q.    Is it your testimony that you did
 14      this as a favor for Mr. Zeitouni?
 15              MR. NASH:  Objection.
 16      BY MR. FILARDO:
 17          Q.    You can answer the question.
 18          A.    I feel like it's more a favor for
 19      Mr. Zhao.
 20          Q.    What did you get in return for
 21      doing this?  What did you, your brother, your
 22      father get in return for this --
 23              MR. NASH:  Objection.
 24              Asked and answered.
 25              But you can say again.
```

*Charles Azrak*                                    230

1
2          A.     Nothing.
3     BY MR. FILARDO:
4          Q.     Absolutely nothing?
5          A.     Nothing.
6          Q.     Did you ask for anything in return
7     for this assistance?
8          A.     No.  We did not think we were
9     really providing anything.
10         Q.     Next exhibit.  Let's see if I can
11    get the next exhibit to come up.
12                Let's take a look at what is
13    Exhibit 2 here.  It's called a Supplemental
14    Responses to Defendant, of Intervening
15    Defendants to Anhui Garments Import & Export
16    Companies First Set of Interrogatories.
17                Do you recognize this document?
18         A.     Yes.
19         Q.     If you look at the first line, it
20    says, (As Read) "Charles Azrak declares the
21    following under penalty of perjury."
22                Do you see that?
23         A.     Yes.
24         Q.     And if you look at the last page,
25    there's an electronic signature.

*Charles Azrak*                    231

1

2          Is that your electronic signature?

3     A.    Yes.

4     Q.    Let's go back up to Rog 1.

5          These are your responses; is that

6   correct?

7     A.    Yes, sir.

8     Q.    Do you recall providing these

9   responses to your counsel?

10    A.    A long time ago, yes.

11    Q.    If you look at the response to Rog

12  1, it's an interrogatory that asks for the

13  legal and factual basis for the intervener

14  defendants, affirmative defenses and their

15  answer to these complaint and intervention.

16          In your response you state, (As

17  Read), "We have since identified certain

18  documents mentioning Anhui including bills of

19  lading indicating that Anhui supplied certain

20  goods."

21          Do you see that?

22    A.    Yes.

23    Q.    Are these the documents that were

24  in Ringer's possession before Fashion Leaf

25  initially filed this lawsuit?

*Charles Azrak*                    232

1

2        A.    Yes.

3        Q.    Let's go to Exhibit 3.  This is

4   Exhibit 3.  It's an e-mail with attachments.

5             The subject is 212 CTNS shipment

6   from Fashion to prompt PO -- and then there's

7   a number an ETA, et cetera.

8             Do you recognize this e-mail?

9        A.    Not this specific one, but I

10   understand what it is.  And I see that I was

11   on it, yes.

12        Q.    It's an e-mail that is dated

13   December 17, 2018, correct?

14        A.    Correct.

15        Q.    Did your company or did Ringer

16   Jeans receive this e-mail from Fashion Leaf

17   when the goods were shipped?

18        A.    It appears so, yes.

19        Q.    Let's take a look at the attachment

20   that's -- there's four attachments here, but

21   let's look at the attachment that's titled

22   HBLSHFY.  It's the only one that's a PDF.

23   And this will be Exhibit 4, by the way.  I

24   think I had it in the folder as Exhibit 4.

25             Do you recognize this document?

1                      *Charles Azrak*            233
2          A.     Again, not this specific, but this
3     is a Bill of Lading.
4          Q.     The top left identifies a shipper;
5     is that correct?
6          A.     Correct.
7          Q.     And in that box is Anhui Garments?
8          A.     Correct.
9          Q.     It also says principal or seller in
10    that box, correct?  If you look at shipper
11    and then in parenthesis after, it says,
12    principal or seller?
13         A.     Yes, sorry.  It's a little blurry,
14    but yes, I see it.
15         Q.     That identifies Anhui Garments in
16    that box, correct?
17         A.     Correct.
18         Q.     If you look down a couple of boxes
19    below, you see a box that identifies Fashion
20    Leaf as a consignee or notified party,
21    intermediary consignee.
22                Do you see that?
23         A.     Yes.
24         Q.     Do you see the consignee box?
25                What does that mean?

```
 1                        Charles Azrak                   234
 2                   MR. NASH:  Do you want him
 3              to read it or to explain what a
 4              consignee is as a matter of law?  I
 5              don't understand the question.
 6         Q.    Consignee box, what does it mean
 7    when there's a name in the consignee box?
 8                   MR. NASH:  Objection.
 9         Q.    You can answer the question.
10              If you don't understand it, let me
11    know and I'll try to explain my point?
12         A.    No, no.  I do so.  A consignee when
13    working on a landed duty paid or actually for
14    that matter, with any terms, who has, I don't
15    want to say title, but it's who is allowed to
16    have possession of the merchandise once it's
17    released from customs.
18         Q.    So this document identifies Anhui
19    as a seller, identifies Fashion Leaf as an
20    intermediate consignee and then it also
21    identifies New Age Branding LLC as well.
22              What is New Age Branding identified
23    as?
24         A.    Consignee.
25         Q.    This Bill of Lading is basically,
```

1                    *Charles Azrak*              235

2     with respect to the goods that are identified

3     here, it shows that Anhui sold those through

4     Fashion Leaf ultimately to New Age Branding;

5     is that correct?

6                    MR. NASH:  Objection.

7                    It's a Bill of Lading.

8                    That's all it is.

9     BY MR. FILARDO:

10         Q.    You can answer the question.

11         A.    It's a Bill of Lading.

12               So based on this, it's my

13    understanding he's 100 percent correct, which

14    I believe it is.  Anhui would be the shipper,

15    the notified party of when the goods arrive

16    goes to Fashion Leaf, Fashion Leaf is then

17    the consignee with the ultimate delivery and

18    possession of the goods to be passed to

19    New Age Branding.

20         Q.    Is this an example of one of the

21    documents that you identified in your answers

22    of that interrogatory that it identified

23    Anhui supplied certain goods in this action?

24               Is this one of the documents that

25    you were referring to in that interrogatory

*Charles Azrak*                          236

1
2    response?

3         A.    It would be, yes.

4         Q.    In response to this interrogatory,

5    which basically is asking for the basis for

6    intervener defendants' assertion that Anhui

7    breached certain expressed or implied

8    warranties.

9              You say, (As Read) "Assuming Anhui

10   supplied goods to defendants, each time goods

11   were supplied by Anhui there was an expressed

12   and implied warranty that the goods were

13   properly manufactured according to

14   specifications."

15             Do you see that?

16        A.    Yeah, I see that.

17        Q.    Can you point to any documents or

18   other evidence that demonstrate an express

19   warranty provided by Anhui to any of the

20   intervening defendants or even to Ringer

21   Jeans?

22        A.    I'm sorry.  I'm not sure I

23   understand the question.

24        Q.    An expressed warranty is typically

25   a written agreement providing for a warranty.

1                        *Charles Azrak*                    237

2                Do you understand that?

3        A.    Like such a, like a purchase order?

4    Is that what that's considered.

5        Q.    No.

6                Expressed warranty is actually a

7    statement of warranty.  So it makes something

8    like that may be included in another document

9    or it may exist in a separate document

10   altogether.

11               What I'm asking you is if you are

12   aware of any evidence, because none has been

13   produced in this action, but if you're aware

14   as you're sitting here today of any evidence

15   that shows an expressive warranty provided by

16   Anhui to any of the defendants here, whether

17   they're intervener defendants, New Age

18   Branding, Limited Fashions or whether it's

19   Ringers Jeans?  Are you aware of any?

20                    MR. NASH:  Objection to the

21               thing.

22                    Let me state my objection.

23                    You're assuming that only an

24               expressed warranty can be in

25               writing.  There's testimony that

*Charles Azrak*                    238

1
2          warranties and specifications were
3          known and made to Zhao.  Zhao was
4          the contact person for these
5          shipments.
6                At the time in question,
7          nobody even knew of Anhui so you're
8          asking him an improper question.
9                MR. FILARDO:  A simple
10         objection is fine.
11               If I need the basis for your
12         objection, I'll ask you for it.
13         That mischaracterized my question --
14               MR. NASH:  My objection is
15         there's no foundation here.
16               You're asking him, assuming
17         they made the goods or --
18               MR. FILARDO:  I didn't say
19         any such thing.
20    BY MR. FILARDO:
21         Q.   All I said is as you're sitting
22    here today, can you identify any evidence of
23    an expressed warranty given by Anhui to any
24    of the defendants?  It's a simple question?
25         A.   I don't believe Anhui had any

```
 1                    Charles Azrak              239
 2     direct communication with any of the
 3     defendants.
 4               So my answer on that basis would
 5     have to be no.
 6          Q.   Are you aware of any evidence of an
 7     implied warranty being given by Anhui to any
 8     of the defendants?
 9                    MR. NASH:  Objection.
10                    Calls for a legal
11                    conclusion.
12     BY MR. FILARDO:
13          Q.   You can answer the question.
14               I'm asking for factual evidence.
15          A.   Sure.  I don't know if this answers
16     the question.
17               Under my understanding of the
18     question, my answer would be yes for the
19     reason that we were made to believe that
20     Anhui was, in fact, a sister company owned
21     also by the ownership of Fashion Leaf.
22          Q.   So your testimony is that the
23     evidence that you have with respect to
24     implied warranty is your belief that Anhui
25     was a sister company of Fashion Leaf; is that
```

*Charles Azrak*                     240

```
 1
 2    correct?
 3         A.    Yes.  We were told that Anhui was
 4    also Mr. Zhao's company.  Yes.
 5         Q.    Anything else?  Any other evidence
 6    other than that?
 7         A.    No.
 8         Q.    What specifications with respect to
 9    these goods, if any, did the defendant, any
10    of the defendants, provide to Anhui regarding
11    the standard of quality of garments?
12         A.    All of our purchase orders,
13    firstly, state that they all need a top of
14    production approval which most did not have
15    prior to shipping that came through Fashion
16    Leaf or any other subcontractor affiliate.
17              Secondly, all required a quality
18    control sign off and approval from our
19    office, which as I mentioned previously were
20    kicked off premises whenever they were trying
21    to conduct such quality control.
22         Q.    So those are the specifications
23    with respect to the quality of garments that
24    are relevant here in this action?
25         A.    Aside from anything that's
```

1                    *Charles Azrak*              241

2       industry-standard and common sense such as

3       holes in fabric or fabric defects or lopsided

4       stitching, which is, like I said, an

5       industry-standard, common sense rule of

6       making a garment.

7            Q.    I'm not referring to the alleged

8       defects.

9                  I'm referring to a document or a

10      statement that was provided to Anhui that

11      details the specifications related to quality

12      control for the garments that were to be

13      produced.

14           A.    Other than what is in our purchase

15      order and our comments during the sampling

16      stage.

17           Q.    Were those provided directly to

18      Anhui?

19           A.    No, sir.

20           Q.    Do you know if Fashion Leaf

21      provided Anhui with any specifications that

22      it might have received from Ringer Jeans?

23           A.    Honestly, there is no way for me to

24      know.

25           Q.    How about TJX, did TJX require a

*Charles Azrak*                    242

1

2      specific quality standard from Ringer Jeans?

3           A.    Aside for that bulk production is

4      representative of samples that they've seen

5      previously without a glaring industry

6      stranded defect.

7           Q.    When you say "industry standard"

8      what do you mean by that?

9           A.    I mean common sense.  A hole, or if

10     all the sizes fit the same and there is no

11     proper grading from one size to another, if

12     the color is off, if the color has shading

13     issues.  It's not a private label program

14     that requires their sign off and their

15     guidelines for every single item that we do,

16     it just has to be representative of what they

17     had seen and industry-standard quality, like

18     I said, not having a significant issue.

19          Q.    So there was no technical

20     specification that was provided to Ringer

21     Jeans that said prepare these garments

22     pursuant to this specification?  There wasn't

23     any such document, is that what you're

24     telling me?

25          A.    The only document that can be

**ON TIME COURT REPORTING**
**516-535-3939**

*Charles Azrak*                    243

1

2   construed that way would be our approval

3   and/or comments of pre-production samples

4   provided previously by the supplier.

5       Q.    So, everything was based upon a

6   pre-production sample that gets approved?

7   Everything else is supposed to look like it

8   is what your testifying; is that correct?

9       A.    Correct.

10      Q.    Does everyone in the industry

11  require the same standard of quality?  Every

12  store that you going to sell to, do they

13  require the same standard of quality?

14      A.    I wouldn't say every store needs

15  the same form of quality.  The same store can

16  require different levels of quality from

17  their suppliers, from the wholesalers

18  regarding the price point that they are

19  actually paying for it.  More expensive items

20  require a greater level of quality.

21          But I can say that most retailers,

22  if not all, agree on certain things that are

23  not up to quality.  I think it goes to the

24  negative rather than the positive.

25      Q.    You testified over the past few

*Charles Azrak*                            244

1    sessions that Ringer Jeans was able to sell,

2    and we're going to go through this in some

3    detail, but was able to sell some of the

4    garments to other buyers, Ross stores for

5    example.

6            Those are the same garments that

7    TJX would not expect this; isn't that

8    correct?

9        A.    That's correct.

10       Q.    So Ross had a different standard

11   for what it was going to purchase than what

12   TJX already purchased; is that correct?

13       A.    Can I answer that question with a

14   little bit of --

15           MR. NASH:  Yes, you can

16           answer it any way you need to

17           answer it.

18           MR. FILARDO:  Absolutely.

19       A.    Ross Stores was willing to accept

20   that at the price that we offered it, which

21   was I believe approximately to them, and

22   again I'm working blindly, about one-third of

23   the price that TJX paid for it.  At that

24   price, yes, they were willing to take it.

```
 1                    Charles Azrak              245
 2   BY MR. FILARDO:
 3        Q.    Let's go to Exhibit 5.
 4              What we're going to turn to now,
 5   Mr. Azrak, is what happened to the garments
 6   after they were returned by TJX to Ringer
 7   Jeans.
 8              Those garments were kept in a
 9   warehouse in California; is that correct?
10        A.    Yes, that's correct.
11        Q.    Do you recall that following this
12   litigation, counsel to Anhui conducted an
13   inspection of that warehouse premises and the
14   garments that were kept on that premises?
15        A.    I do.
16        Q.    This is Exhibit 5, is entitled the
17   Statement Regarding Inspection of Goods.
18              Do you see that?
19        A.    Yes.
20        Q.    Did you write the statement
21   yourself?
22        A.    I wrote this with counsel.
23        Q.    With counsel, is that what you
24   said?
25        A.    Yes, sir.
```

*Charles Azrak*                                246

1

2        Q.    Do you stand by everything that you

3    said in the statement as being correct?

4        A.    Yes.

5        Q.    In the last paragraph you indicate

6    that some of the garments were returned or

7    refused by TJX were ultimately sold by

8    Ringer, correct?

9        A.    Correct.

10       Q.    Above in, I think it's the third

11   paragraph you state that there are

12   approximately 50,000 units in storage?

13       A.    Remaining, correct.

14       Q.    Before Ringer sold any of the

15   garments that were returned by TJX, how many

16   units were in the warehouse that were

17   returned by TJX?

18       A.    Actually, just doing math, would be

19   the units that are remaining now in addition

20   to the units that we showed as part of the

21   liquidation in the previous spreadsheet.  I

22   don't recall it offhand, but I would assume

23   adding those together would bring you to the

24   figure.

25       Q.    That's what I'm going to try to

```
 1                    Charles Azrak           247
 2    figure out in a moment.  We take a look at
 3    the spreadsheet that you prepared.  I thought
 4    you might know this generally.
 5              Did T.J. Maxx end up paying
 6    anything to Ringer Jeans for the garments
 7    that were refused or returned?
 8        A.    Units returned, no.  It was a full
 9    return.  All the orders that were canceled,
10    obviously, no.
11              For the merchandise that they did
12    not return, they took a deduction against it
13    and paid the balance.  They took a deduction
14    of, I believe five to $600,000.
15        Q.    Let's go to Exhibit 6 which is the
16    liquidation analysis with detail.
17              Do you recognize this document?  I
18    think we've been through it a couple times.
19    There's three different tabs, so three
20    different pages to it.  I'm going to stay on
21    this first tab that's on the screen right now
22    for a little bit.
23              If you look at 145, in Column F, it
24    says "last invoice date."
25              What does that mean?
```

```
 1                    Charles Azrak              248
 2         A.    I believe that would be the last --
 3    I believe that would be the invoice date to
 4    the customer, I believe.
 5         Q.    Is that not the last date that the
 6    inventory was in the warehouse because this
 7    is a liquidation analysis?
 8         A.    I'm sorry.
 9               What do you mean "the last day was
10    in the warehouse"?  I'm sorry.
11         Q.    The date that it was sold, in
12    essence.
13         A.    Either the last day it was in the
14    warehouse or when the inventory was corrected
15    and units were removed from it.
16         Q.    That's kind of the same thing,
17    right?
18         A.    In theory, in theory, yes.
19         Q.    Let me ask this question then it
20    maybe makes it a little bit clearer for you.
21               If you look at column -- Row 145
22    and you look at Column F, it says August 19,
23    2019, correct?
24         A.    Yes, sir.
25         Q.    And that was after the litigation
```

*Charles Azrak*                    249

 1
 2    started, right?
 3          A.    Yes, sir.
 4          Q.    Let's take a look at Row 21 of the
 5    same column.
 6                If we look at that one, it says the
 7    last invoice there is September 13, 2021,
 8    correct?
 9          A.    Yes, sir.
10          Q.    Column G on -- it says QTY, I think
11    it means --
12          A.    It's quantity.
13          Q.    It's quantity, right?
14          A.    Yes, sir.
15          Q.    That's what I wanted to make sure
16    that it was quantity.
17                And that's meaning the number of
18    units or liquidated?
19          A.    Yes, sir.
20          Q.    If we look from Row 21 to 76 on
21    column G and it looks like, if you look at
22    76, it says Burlington total there, right, on
23    column G.
24                It's about 59,030 units, correct?
25          A.    Correct.

*Charles Azrak*                    250

1
2        Q.    So September 13th was one day
3    before Anhui conducted its inspection of the
4    warehouse, correct?
5        A.    I guess so, okay.
6        Q.    Is it true that if Anhui had been
7    there the day before, on September 13th, that
8    it would've been able to inspect these
9    50,000+ documents; is that true?
10       A.    No, not necessarily in this case.
11       Q.    Why not?
12       A.    Because the warehouse at this time
13   was moving from one location to the other.
14             So what we did was the orders that
15   we had prior, say a month in advance, they
16   would have us issue pick-ins to pick out all
17   that merchandise to leave behind and
18   basically call in for the customers to pick
19   them up and transfer all the remaining
20   inventory to the new location.
21       Q.    I'm just looking right now at this
22   Burlington sale --
23       A.    Exactly, exactly.
24       Q.    Every date in Column F is
25   09/13/2021?

```
 1                     Charles Azrak          251
 2        A.    Correct.
 3        Q.    If that's the date that they were
 4   sold or moved out of the warehouse, why
 5   wouldn't we have been able to see them before
 6   they were moved out?
 7        A.    Because these would have been on
 8   allocation from weeks prior.
 9        Q.    Where would they be?
10        A.    In this case, they were allocated
11   at the original facility and then everything
12   was moved --
13        Q.    Where is the original facility?
14        A.    Sorry.
15        Q.    Where is the original facility?
16        A.    I'm trying to remember.  It's the
17   same warehouse ownership, I believe the
18   original location was in Chino, California
19   and they moved to Ontario.  I don't recall.
20   They moved multiple times in the last few
21   years.
22        Q.    I do remember we went to Ontario.
23        A.    So that was probably the newer
24   facility.  I believe the older one was in
25   Ontario, I'm sorry, in China, I'm trying to
```

*Charles Azrak*                    252

1  remember.

2      Q.   So that all happened within a span

3  of a day or two, that these things were sold

4  and the warehouse moved?

5      A.   No, it was prepared weeks in

6  advance.

7      Q.   But this Column F indicates that it

8  did not leave the warehouse until 9/13?

9      A.   That the customer did not actually

10 pick it up, yes, that's correct.

11     Q.   So it was still there at the

12 warehouse on 09/13?

13                 MR. NASH:  Objection.

14                 Which warehouse?  He said

15            one's in Chino, one's in Ontario.

16 BY MR. FILARDO:

17     Q.   Mr. Azrak, which warehouse were

18 they when they were picked up?

19     A.   My understanding, the way I

20 remember it, was the original facility.

21 Everything else weeks prior was moved to the

22 new facility except if they were on

23 allocation status.

24     Q.   If we had been made aware of this

*Charles Azrak*                        253

1   existence of this warehouse in Chino and had

2   shown up the day before, we could've seen

3   these garments at the warehouse in Chino and

4   inspected them before they were shipped out?

5        A.   Yes.  I mean, physically, yes.

6        Q.   Let's look at Row 114 on the same

7   sheet.  And this is a Ross column.

8             If we look at F, that date there is

9   September 27th.

10            Do you see that?

11       A.   Yes.

12       Q.   This is about two weeks after the

13  warehouse inspection was conducted, correct?

14       A.   Right.

15            You said it was on the 14th,

16  correct?

17       Q.   Yes.

18       A.   Yes, yes.

19       Q.   In your statement that we looked at

20  before of September 15th, you said there were

21  50,000 units still in the warehouse; isn't

22  that correct?

23       A.   Correct.

24       Q.   It looks like on this particular

```
 1                    Charles Azrak              254
 2      date, which is September 27th, Ringer Jeans
 3      sold nearly 32,000 units to Ross Stores.
 4               You can see that in row 144,
 5      31,000, I think it's 8 and change, so nearly
 6      32,000 units; is that correct?
 7          A.    Not the verbiage side.  We did not
 8      sell it on that date, it shipped out on that
 9      date.
10          Q.    Shipped out on that date.
11               Does that mean that if you had
12      50,000 at the time we were doing the
13      inspection, approximately, and you sold or
14      shipped out 32,000 a few weeks later, that
15      that's about 18,000 garments left in the
16      warehouse?
17          A.    No, no.
18          Q.    Why not?
19          A.    Because when something is allocated
20      at the warehouse level it is picked, it is
21      shrink wrapped, it is moved, it goes on the
22      loading dock and it awaits the truck.
23               For a customer like Ross, there's
24      typically a three-week shipping window,
25      typically.
```

*Charles Azrak*                    255

1
2          Every customer is a little bit

3    different, but since we are discussing Ross,

4    so those goods would be out of the warehouse

5    as inventory.  Once it gets allocated and

6    shrink wrapped and moved, it's out of the

7    inventory.

8          Q.    Maybe we're just kind of talking

9    sideways a little bit here.

10          Your statement which you issued

11    while we were doing the inspection was that

12    there was about 50,000 units left in the

13    warehouse, right?

14          A.    Correct.

15          Q.    A few weeks later you have these

16    32,000 units ready to go to Ross, they're

17    going to leave the warehouse, if it's shrink

18    wrapped and done, whatever.  That's two weeks

19    later they're leaving the warehouse.

20          After they leave the warehouse, is

21    what I'm asking you, after these things leave

22    the warehouse on the 27th, there's how many

23    -- if you took 50,000 and subtracted this, it

24    would seem to be that there would be 18,000

25    garments left in the warehouse that weren't

*Charles Azrak*                                    256

1    shipped out?

2           A.    No, and it's not that your math is

3    wrong obviously, it's just the verbiage of

4    the business.  Anything on pick status -- so

5    these 32,000 were already removed from the

6    inventory.  Even until this moment, I still

7    have that 50,000.

8           Q.    That, I don't understand.

9           Why is there, what's the -- so the

10   50,000 was distinct from this 32,000 or

11   anything else that you shipped that you

12   liquidated here in this document?

13          A.    Yes, actually.  I believe that

14   actually is the case.  I'm just trying to

15   look at the dates here, except for maybe the

16   120s, yes.  Yes.

17          Q.    So is it your testimony today that

18   there's 50,000 garments still in that

19   warehouse?

20          A.    Not exactly 50,000, but

21   50-some-odd-thousand, yes.

22          Q.    Roughly 50-some-odd-thousand?

23          A.    Yes.

24          And it's no longer, just to be

*Charles Azrak*                257

1
2    clear, they moved again actually to a new
3    location.  It's the same ownership, but again
4    they moved physically again.
5         Q.    Let's go to Page 3 which is the
6    third tab on the bottom of the same document.
7              I think we've had some testimony
8    about this, but I just want to clear up a few
9    things.
10             This is part of the liquidation
11   analysis; is that correct?
12        A.    Yes, sir.
13        Q.    If you look at the column D, TTL
14   sale, can you again tell me what TTL sale
15   means in your own words?
16        A.    Yes.  That's the total sales value
17   that was sold to those customers for these
18   items.
19        Q.    Liquidation value for the items?
20        A.    Yes, sir.
21        Q.    If you look at the grand total
22   there, it's 1.2 million -- 1,269,838.50; is
23   that correct?
24        A.    Correct.
25        Q.    So that's the amount you have

*Charles Azrak*                    258

1
2      gotten from liquidating the items identified
3      in the spreadsheet; is that correct?
4           A.   Yes, sir.
5           Q.   And the total number of items that
6      were liquidated, is that found in column B,
7      grand total, 179,046 units?
8           A.   Yes, sir.
9           Q.   Is that to this date or have you
10     sold any after the date that this document
11     was produced or created?
12          A.   I don't believe so.
13          Q.   So there's been no further
14     liquidation since this document was created?
15          A.   Again, I don't want to state
16     certainly to the affirmative, but I don't
17     believe so.
18          Q.   If you wanted to figure out whether
19     that was the case, how would you do it?
20          A.   I would just run the inventory and
21     get the full balance by style and color.
22               MR. FILARDO:  Kevin, why
23               don't we do that and get this up to
24               date so we know exactly how many
25               are left --

1                    *Charles Azrak*          259
2                    MR. NASH:  What are you
3          asking for?
4                    MR. FILARDO:  This document
5          up to date.
6                    MR. NASH:  In terms of what?
7                    MR. FILARDO:  Everything.
8                    MR. NASH:  How is it not
9          up-to-date?
10                   MR. FILARDO:  The testimony
11         was just that he is not sure
12         whether or not there were further
13         sales since this was prepared, but
14         all he needs to do is run it again.
15                   MR. NASH:  The testimony has
16         been very consistent, about 50,000
17         units.
18                   So you want to see between
19         when this liquidation whether there
20         was any additional sales to any of
21         the store or any other stores?
22                   MR. FILARDO:  Correct.
23                   The same information, but
24         just refreshed to date.
25                      -oOo-

```
 1                    Charles Azrak              260
 2    BY MR. FILARDO:
 3         Q.    Out of this 1 million, $1,269
 4    million, did Ringer pay any portion of that
 5    amount to Fashion Leaf?
 6         A.    No.
 7         Q.    I already know the answer to this,
 8    but I'll ask you, did Ringer pay any portion
 9    of that amount to Anhui?
10         A.    No.
11         Q.    Did Ringer pay any other party a
12    portion of the amount you sold the garments
13    for?
14         A.    No.
15         Q.    Just so I understand this, Ringer
16    took possession of garments that Fashion Leaf
17    delivered to it, those garments are
18    manufactured by a number of parties, a number
19    of other --
20              MR. NASH:  Are you
21         testifying?  Is there a question
22         here, Vince?
23              MR. FILARDO:  It's coming.
24              Give me some time.
25              MR. NASH:  That's not how it
```

```
 1                    Charles Azrak          261
 2          works.
 3                  You got to ask a single
 4          question.  If you're testifying,
 5          you can testify.
 6                  MR. FILARDO:  Kevin, it's my
 7          deposition.  I'll ask the question --
 8                  MR. NASH:  But you got to
 9          ask the proper question.
10                  MR. FILARDO:  Yes, yes, just
11          wait.  When I'm done, you can
12          object.
13                  MR. NASH:  Okay.
14    BY MR. FILARDO:
15      Q.    So let me start over.  I just want
16    to understand your testimony and then the
17    question will be there right at the end.  I
18    just want to make sure I've got it right.
19                  Ringer took possession of these
20    garments that were delivered to it by Fashion
21    Leaf.  Those garments were manufactured by a
22    number of different parties, including Anhui?
23                  And Ringer did not pay any of those
24    parties; is that correct?
25                  MR. NASH:  Objection.
```

```
 1                    Charles Azrak              262
 2                    Can we break the question
 3              down into its components?
 4   BY MR. FILARDO:
 5       Q.   You can answer.  If you can't
 6   answer, let me know that you can't answer.
 7                    But you're the one testifying, not
 8   your counsel.
 9       A.   I guess the question is, just to
10   make sure I understand, saying it was
11   liquidated for $1.2 million, right, these
12   goods here and none of that $1.2 million was
13   forwarded to the suppliers?
14       Q.   Yes, that's the question.
15       A.   No, it was not, does not account
16   for the damages we had.  But no, it was not.
17       Q.   Where is the money that you
18   collected after liquidating this inventory
19   being kept?
20       A.   It goes to my factor.
21       Q.   Did it all go to the factor?
22       A.   Yes, on what was paid.
23       Q.   On what was paid?
24       A.   Yes.
25       Q.   So the 1.26 and change was paid all
```

*Charles Azrak*                               263

1
2    to the factor?
3         A.    Yes, except for the Pegasus
4    Trucking amount of 223,000, as well as Stage
5    Stores for the 80,000 and Gordmans who's the
6    same company, they all filed Chapter 11.  And
7    Stage Stores I believe the entirety was not
8    paid.  Gordmans I believe was collected, and
9    Pegasus Trucking I believe 150,000 of it was
10   left unpaid.
11        Q.    This document does not actually
12   reflect collected amounts?
13        A.    That is correct.
14        Q.    Of those items that you just
15   testified about, are those the only
16   uncollected amounts reflected in this
17   document?
18        A.    I believe so, yes, aside from small
19   typical deductions in our industry.
20        Q.    Like what?
21        A.    Any time someone pays a bill they
22   will deduct a certain, they will deduct 1
23   percent, we did not get this in the carton,
24   or some customers take a certain percentage
25   for their warehouse fee upon receiving it.

*Charles Azrak*                       264

1
2    But those are all minor and standard.
3         Q.    Had those other monies been
4    collected, would they have gone to the factor
5    as well?
6         A.    Yes, sir.
7         Q.    Let's go back to the Rog responses
8    which is Exhibit 2.  Rog 6 on mitigation
9    efforts.
10              If you look at your response there,
11   you say that we mitigated our damages by
12   retaining the damaged goods so we can
13   liquidate them for more than Fashion Leaf was
14   offering as a credit.
15              And you say later on "Moreover, we
16   have been unable to effectuate substantial
17   sales because our factor has placed a lien on
18   the inventory?
19              Do you see that?
20        A.    Yes.
21        Q.    You do not consider the 1.27
22   million you liquidated to be substantial
23   sales?
24        A.    No.  It doesn't even cover the
25   deductions that I got from T.J. Maxx.

*Charles Azrak*                    265

1
2        Q.    It's not a substantial sale, $1.27
3    million?
4                    MR. NASH:  Objection.
5                    Asked and answered.
6        Q.    You can answer the question.
7        A.    Relatively, no.
8        Q.    You say you were shut out of the
9    market, but isn't Ross Stores part of the
10    market?
11        A.    Yes.
12        Q.    So you were not shut out of the
13    market then, Ross Stores bought --
14                    MR. NASH:  Objection.
15        Q.    Is that correct?  The garments?
16        A.    They bought an $18 item for $6.
17    That's not a business.
18        Q.    They're part of the market, right?
19                    MR. NASH:  Objection.
20                    Asked and answered.
21        Q.    You can answer?
22        A.    They were retailers, so yes.
23                    MR. NASH:  The market is $18
24                a unit --
25                    MR. FILARDO:  Kevin, you're

```
 1                    Charles Azrak                266
 2            not testifying today.
 3                    MR. NASH:  You're not asking
 4            a precise question.  So when you
 5            ask a precise question --
 6                    MR. FILARDO:  You can
 7            object.
 8                    I'm not interested in
 9            arguing with you.  I'd like to get
10            through this.  It's already
11            4 o'clock.  I don't you want to go
12            6:00.
13      BY MR. FILARDO:
14         Q.    How does the lien that your factor
15      placed on the goods impact your ability to
16      sell them?
17         A.    Because the way the factoring
18      relationship works is they extend you a
19      certain amount of lending against owned
20      inventory that they have a lien on.  So that
21      was already part of our borrowing base.  The
22      liquidation price, in many cases, would not
23      cover that same amount.  It would leave us
24      insolvent or further insolvent.
25         Q.    Just to go back one step, can you
```

*Charles Azrak*                          267

```
 1   tell me when this money was paid to the
 2   factor?
 3
 4        A.    I do not know.
 5              Typically, it would be between 60
 6   and 90 days after the shipment date.
 7        Q.    Do you have records of that, of it
 8   being paid to the factor, give the timing of
 9   it?
10              MR. NASH:  When you say
11              "pay," are you asking the client,
12              the customer pay directly or what
13              are you asking, Vince?  Most
14              factors collect direct.  So what
15              are you asking him?
16              MR. FILARDO:  Mr. Azrak's
17              testimony was that the money from
18              the liquidation was paid to the
19              factor.  So that's what I'm asking.
20   BY MR. FILARDO:
21        Q.    When was it paid?
22        A.    It can be gathered.
23              MR. FILARDO:  Can you gather
24              that information?  I would like to
25              know.  We had a contradictory
```

*Charles Azrak*                    268

2          testimony here or answers from your
3          factor on this.
4     A.    Sure.
5  BY MR. FILARDO:
6     Q.    I'd like to know when it was paid
7  and it's best to have it from documents,
8  quite frankly.
9     A.    Sure.
10    Q.    Let's go back to the lien.
11          If there was not a lien on the
12  goods, could you have sold the garments
13  quicker?
14    A.    No.
15          The reason for the lien and the
16  loan and thus the selling price that we would
17  have generated, we were losing availability
18  with every sale that we made.  And because of
19  the initial deductions, we were already
20  upside down without a factor.
21    Q.    So without the lien could you have
22  sold these garments for a higher price?
23    A.    No.  The lien does not affect the
24  value of the goods to another purchaser.  It
25  makes it basically unreasonable and not

*Charles Azrak*                    269

productive for us to sell it because of that

lien and the loan extended against it.

     Q.    When you liquidated these goods,

did you get authority from the factor that

allowed you to make these sales?

     A.    We do not require authority to sell

it.  We just can't remove their merchandise

without their approval.

     Q.    So once you sold it, you had to

seek their approval to ship the goods to the

purchasers?

     A.    We have to apply for credit

insurance and see that is an improved

customers for them before we ship it.

     Q.    Did the factor approve all of these

sales, all these liquidations that were

referenced in the last exhibit?

     A.    The approved the customer on it,

yes.  But in terms of, they do not ask, for

instance, what merchandise you're

specifically selling them.  They do not get

involved in that level.

     Q.    What do they ask for?

     A.    How much do you plan to ship to

1                    *Charles Azrak*                    270

2     this customer because if it is not an

3     insurable customer for them, they won't

4     include it as part of their borrowing base

5     that they're extending to you.

6          Q.   All of the customer that were

7     referenced on the liquidation exhibit,

8     analysis exhibit, all of those were approved

9     by the factor?

10         A.   National Stores which is listed

11    under Pegasus Trucking actually was not.  I

12    shipped them at my own risk.

13         Q.   So you shipped them even though

14    they were subject to the factor's lien?

15         A.   Yes.

16         Q.   Is this the same process you would

17    be taking if you had continued to sell the

18    garments that are stored in the warehouse?

19    So this is going back to what we need further

20    information on is whether or not you have

21    sold more garments after the date, the

22    preparation of this exhibit?

23              This is the same process you would

24    be undergoing if you needed to sell more

25    garments or you wanted to sell more garments?

```
 1                    Charles Azrak              271
 2         A.    Yes.  It's the typical selling
 3    process, yes.
 4         Q.    Exhibit 7, Rog 21.  If we look at
 5    Rog 21, in your response you say, (As Read),
 6    "However, since the factor has a lien on all
 7    inventory, all goods are identified to the
 8    factor upon receipt and the factor's approval
 9    is required prior to shipment of the goods to
10    the customers so that the factor can keep
11    track of the inventory"?
12         A.    Correct.
13         Q.    Is this what you were trying to
14    testify to previously?
15         A.    That's correct.  We assigned our
16    inventory by item to them at the end of each
17    month with a total value and all of our
18    receivables are pledged to them as well.
19         Q.    So this interrogatory had to do
20    with your allegations of 50,000 units of
21    allegedly defective garments?
22               Before this lawsuit began, did you
23    ever, meaning Ringer Jeans or any of the
24    defendants, ever provide notice to Anhui that
25    any garments it manufactured were defected?
```

```
1                    Charles Azrak            272
2                    MR. NASH:  Objection.
3                    There is no foundation that
4             they knew about Anhui at the time.
5    BY MR. FILARDO:
6         Q.   You can answer the question.
7                    MR. FILARDO:  I'll show that
8             they know about them in a little
9             while.
10                   MR. NASH:  Please do.
11   BY MR. FILARDO:
12        Q.   You can answer the question.
13        A.   We were made to believe that Anhui
14   and Fashion Leaf were one in the same.  So I
15   did not even know who to contact from Anhui.
16        Q.   So you did not give any notice to
17   Anhui, is that your testimony?
18        A.   Yeah.
19                   No, I do not believe we did.  I
20   don't remember communicating from Anhui at all.
21        Q.   Did you ever provide any notice to
22   Fashion Leaf that any garment manufactured by
23   Anhui was defective?
24        A.   We did not know the difference of
25   what was made by whom.
```

1                    *Charles Azrak*              273

2          Q.    So that's a no in response to that

3     question, correct?

4          A.    Specifically, no.

5          Q.    Did Ringer Jeans do any quality

6     inspection of the garments after receiving

7     them and before providing them to TJX?

8          A.    No.

9          Q.    Did Ringer Jeans or any of the

10    defendants even look at the garments after

11    they were received at the warehouse and

12    before they were shipped to TJX?

13         A.    Typically, no.

14         Q.    In this particular case, is it also

15    a no?

16         A.    I would believe no.

17         Q.    Before providing the garments to

18    TJX, did Ringer ever attempt to reject or

19    return any of them to Fashion Leaf or any of

20    the other manufacturers as being defective of

21    substandard?

22                    MR. NASH:  Objection.

23                    No foundation.

24    BY MR. FILARDO:

25         Q.    You can answer.

```
1                    Charles Azrak              274
2         A.    We did not know that there was
3    substandard at the time until TJX complained.
4         Q.    So the answer is no to that
5    question?
6         A.    No.
7                    MR. NASH:  Objection.
8                    That's his answer.
9    BY MR. FILARDO:
10        Q.    Can you repeat your answer?
11        A.    I'm sorry?
12        Q.    The question is before providing
13   the garments to TJX, did you ever attempt to
14   return or reject any of the garments to
15   Fashion Leaf or any of the other
16   manufacturers because they were defective of
17   substandard?
18                    MR. NASH:  Objection.
19                    You can answer as best as
20            you understand it.
21        A.    We were unaware of the issue at the
22   time, so no.
23   BY MR. FILARDO:
24        Q.    Do you recognize this document?
25        A.    This looks like it's an accounts
```

**516-535-3939**

*Charles Azrak*                                275

1    payable from our system.

2         Q.    There is no date on this document

3    anywhere.  I don't see one.

4         Do you see it?

5         A.    It's the way the system is and I

6    know it's awful.  It gives you an aging, but

7    it doesn't give you a specific date unless

8    you drill down into the system itself.  A

9    little strange.

10        Q.    But on the face of this document,

11   we can't tell what time period any of this

12   data is reflecting from; is that correct?

13        A.    Other than it's more than 90 days

14   later than it was generated, no.

15        Q.    Let's just go through the columns

16   real quick so I understand what this means.

17   Vendor, that means, does that mean the

18   seller?

19        A.    Correct.

20        Q.    Invoice number/CM number is that

21   literally the invoice of the seller, the

22   seller's invoice number?

23        A.    I think I mentioned it last time.

24        When we receive goods into

25

*Charles Azrak*                         276

1   inventory, we categorize them by the carton

2   counts which you can then cross reference

3   with the supplier's invoice number.  So that

4   is how we typically do it.

5              To be totally honest, these were

6   all done prior, you know, with the prior

7   ownership, so I do not know if the numbers

8   after the cartons that you see there are the

9   invoice numbers or not.

10       Q.   Certainly, the column heading says

11  invoice event/CM number, right?

12       A.   Correct.

13       Q.   It looks like some of the other

14  columns that go from C, D, F -- C, D, E and F

15  are basically 0 to 30, 31 to 60 and 61 to 90

16  and over 90, those are days I would assume,

17  correct?

18       A.   Correct.

19       Q.   So an attempt to age the invoices,

20  would that be fair to say?

21       A.   Correct.

22       Q.   Most of these entries are over 90

23  days; is that correct?

24       A.   To Anhui they all are.

*Charles Azrak*                                    277

1

2        Q.    I'm talking generally, not even

3   pointing to Anhui yet.

4        A.    Oh, okay, yes.

5        Q.    So the amount due, is that the

6   amount of the invoice that is booked, that's

7   indicated?

8        A.    Yes, the remaining balance.

9        Q.    Just generally speaking, this

10  document it shows that Ringer Jeans when it

11  receives an invoice from a particular vendor

12  and enters it its system and then it somehow

13  calculates the time of not only what's due on

14  the invoice but when it's due and even it's

15  past due?  Is that what the object of this

16  document is?

17                  MR. NASH:  Objection.

18                  Do you understand the

19          question?

20       A.    Yes, it ages the invoice.

21  BY MR. FILARDO:

22       Q.    I apologize for the imperfect

23  question, but really I think what I'm going

24  to is when Ringer Jeans gets an invoice from

25  a vendor, it books it into its system and

```
 1                    Charles Azrak              278
 2     this document is basically a report of the
 3     booking of those invoices?
 4          A.   Yes.
 5          Q.   Again, there's no dates here so we
 6     can't tell when these things were entered; is
 7     that correct?
 8          A.   On this report, no.
 9          Q.   Obviously, Anhui is listed here
10     amongst some other entities, but Aloha
11     Holding Corporations, do you know who they
12     are?
13          A.   Yes.
14          Q.   Who are they?
15          A.   Aloha Holdings is a China-based
16     agent who lives in Philadelphia.
17          Q.   Do they manufacture any of the
18     garments at issue in this lawsuit?
19          A.   That's a good question, I don't
20     know.  The merchandise here is for something
21     else.  I know the owner personally and he
22     claims that he was hurt by the owner of
23     Fashion Leaf.  I'm unclear if he made any of
24     the items associated with this specific
25     lawsuit though.
```

```
 1                    Charles Azrak              279
 2        Q.    The reason I'm asking, obviously,
 3   names could be in alphabetical order and
 4   maybe that's the case here.  You got a couple
 5   of As, including Anhui and then you go to
 6   Beijing, right.  And then you're down to
 7   another Chinese name that begins with a C and
 8   D.
 9             So I'm wondering if the reason this
10   particular report was generated was because,
11   Fashion Leaf is also included here, is
12   because these were the vendors that provided
13   garments to Ringer Jeans in relation to this
14   lawsuit?
15                  MR. NASH:  Objection.
16        A.    No.
17        Q.    How were these particular vendors
18   selected when you prepared this?
19        A.    This is the full accounts payable
20   of all monies owed to any vendor for any
21   reason.
22        Q.    That's helpful.
23             So many of these vendors might not
24   even be involved in this set of facts here?
25        A.    Many of these vendors aren't
```

```
 1                    Charles Azrak              280
 2    manufacturers.  There's truckers in here.
 3    There's attorneys in here.  This is the
 4    entire accounts payable.
 5         Q.    Thank you.  That answered the
 6    question.  Let's go to Exhibits 9 and 10.
 7    We'll start with 9.  This is an e-mail dated
 8    January 16, 2019.
 9              Do you know who Eko Wang is?
10         A.    Yes.  She was an employee of Ringer
11    Jeans.
12         Q.    Zoey Wang, who is she?
13         A.    Zoey Wang was our merchandiser, our
14    point person at Fashion Leaf.
15         Q.    Alex Zhao?
16         A.    Yes, sir.
17         Q.    Obviously, you're here copied,
18    Charles Azrak; is that correct?
19         A.    Yes.
20         Q.    As well as some other people from
21    Fashion Leaf.
22              Do you recognize this e-mail?
23         A.    This specific e-mail, no.  But I
24    believe I provided it, so obviously yes, I'm
25    on it.
```

*Charles Azrak*                    281

1

2      Q.    This is about changing POs in or

3    about January 16, 2019.

4           Do you see that?

5      A.    Yes.

6      Q.    You were asked to change a PO to

7    the vendor to be issued by Anhui Garments to

8    Limited Fashions LLC; is that correct?

9      A.    Yes.

10     Q.    And Ringer Jeans did that; is that

11   correct?

12     A.    I mean, would assume so.

13     Q.    If you go back up, see attachment

14   with below instruction to reissue to your

15   factory, Eko?

16     A.    From Eko, yes.

17     Q.    That's your person?

18     A.    Eko is in our employee, yes.

19     Q.    So she is confirming then that the

20   PO was changed?

21     A.    Yes.

22     Q.    That was in January, early January

23   or mid-January of 2019, correct?

24     A.    Yes.

25     Q.    At least of that date, Ringer Jeans

1                          *Charles Azrak*              282

2     knew who Anhui was; isn't that correct?

3          A.    No.

4          Q.    Do you know when you told, issued a

5     new name that there's going to be a different

6     entity that you issue the PO too?

7          A.    Different entity.  We didn't know

8     it was a different supplier.

9          Q.    Don't you issue POs to suppliers?

10         A.    Yes, but --

11                    MR. NASH:  Objection.

12                    He's testified.  Just

13                    testify again, Charles, your

14                    understanding of the relationship

15                    between Anhui and Zhao.

16         A.    We were advised that this was also

17    one of Mr. Zhao's companies.  We were not

18    aware that it was a different ownership,

19    different company altogether until after the

20    entire issue arose.

21    BY MR. FILARDO:

22         Q.    Who advised you of that?

23         A.    Mr. Zhao.  Actually wait.  I'm

24    sorry.

25                    Can I reclarify that?

*Charles Azrak*                           283

1
2      Q.     Absolutely.
3      A.     Mr. Zhao said it to myself and
4  Mr. Zeitouni as well as more so to David
5  Zeitouni who was more or less the CFO of the
6  company and instructed when to make payments
7  to the Anhui account rather through the
8  Fashion Leaf account and vice versa.
9      Q.     Mr. Zhao told you and others that
10  he owned Anhui?
11      A.     Yes.  That was one of his
12  companies, yes.
13      Q.     Let's go to Exhibit 10.
14             It is going to be a similar e-mail
15  and a similar line of questioning.  This is
16  an e-mail, this is November 13, 2018,
17  significantly earlier than the last one, at
18  least a few months, at least.  It's from Eko
19  Wang again.  You're copied on it.
20             Do you recognize this e-mail?
21      A.     Recognize, no, but I see it.
22      Q.     Do you see where there's POs being
23  changed again?
24      A.     Yes.
25      Q.     Where the updating vendor, Anhui

*Charles Azrak*                    284

1   
2   Garment issued by Limited Fashions, LLC.

3            Do you see that?

4        A.   Yes.

5        Q.   If you scroll down a little bit you

6   see the request in this e-mail on

7   November 13th from Zoey to Eko?

8        A.   Yes.

9        Q.   When you received this request you

10  believed that Anhui was just another one of

11  Alex Zhao's companies.

12            Is that your testimony?

13       A.   Yes, which is not uncommon when

14  working with training companies in Asia.

15       Q.   Can you explain that?

16       A.   Sure.

17            Many trading companies, many

18  agents, however people refer to them, a lot

19  of them have multiple different companies and

20  training companies that they operate through.

21       Q.   How long had you worked with Alex

22  Zhao or Ringer Jeans worked with Alex Zhao?

23       A.   It would be honestly the first

24  purchase order that we placed with him.  It

25  would be the beginning of 2018 offhand I

```
 1                    Charles Azrak              285
 2   believe.
 3        Q.   At that time when you first started
 4   working with Alex Zhao, did he use any other
 5   trading companies other than Fashion Leaf?
 6        A.   I honestly couldn't tell you for
 7   sure.
 8        Q.   Do you recall dealing with Alex
 9   Zhao in any company that wasn't called
10   Fashion Leaf?
11        A.   I mean, we worked with the same
12   team and the same people at Fashion Leaf
13   regardless of it was Anhui or not.  So the
14   truth is, we never dealt at all with anyone
15   else.  I couldn't tell you for certain.
16                    MR. FILARDO:  Let's take a
17              break now.
18                    (Whereupon, a brief recess
19              was taken at this time.)
20   BY MR. FILARDO:
21        Q.   Mike can you pull up Exhibit 1?
22   Can you scroll down to the section where it
23   has topics?  Before your deposition, did you
24   review these topics with your counsel, just
25   yes or no?  I don't want to know what you
```

```
1                    Charles Azrak              286
2    said to him or what you discussed?  There's
3    many, many, there's I think 31?
4         A.    I mean, so yes.
5         Q.    You're prepared to testify on these
6    topics today?  Keep scrolling, I guess, Mike.
7         A.    Yeah, sure, okay.
8         Q.    What did you do to prepare to
9    testify on these topics?
10        A.    Remembered, looked back on notes on
11   certain things.
12        Q.    Search the records of Ringer Jeans?
13        A.    You mean the financial records.
14        Q.    Every record that would be relevant
15   to these topics?
16        A.    I mean, as best I could.
17        Q.    Yes or no, did you do it?
18        A.    Yes.
19        Q.    How about for New Age Branding, did
20   you search their records?
21        A.    There are no records to search.
22        Q.    Limited Fashions, same answer?
23        A.    Yes.
24        Q.    Topic number 29, can you identify
25   any -- how long did you spend in preparation
```

*Charles Azrak*                     287

1    for your deposition which would include these

2    topics, preparation to testify on these

3    topics?

4         A.    I mean, I've reviewed it multiple

5    times in the past.  I guess a few hours.

6         Q.    So, you spent a few hours searching

7    records to familiarize yourself with

8    information that would help you testify on

9    the subjects of these topics?

10        A.    Honestly in regard to Anhui,

11   there's not much records really to review.

12        Q.    The records to review are with

13   respect to these topics.  Some may refer to

14   Anhui --

15                    MR. NASH:  Vincent, I would

16                    say he's one of the most prepared

17                    witnesses I've seen.  You know the

18                    problem here.  He dealt with

19                    Fashion Leaf and no Anhui.

20   BY MR. FILARDO:

21        Q.    I just want an answer, how many

22   hours, how many days, whatever?

23        A.    I mean, most recently a few hours

24   just last week before my last deposition --

*Charles Azrak*                        288

1
2    I'm sorry, before we started the depositions.
3    But I'm living this for a year, so.
4        Q.    I'm asking because when I showed
5    you this document originally you didn't see
6    it, you never it before.  That's what you
7    told me --
8                    MR. NASH:  That's not what
9            he said.
10                   He thought that was part of
11           the lawsuit and he's not a lawyer
12           so he didn't make a connection
13           between the complaint which kind of
14           looks like this and the deposition
15           notices and the interrogatory
16           answers.  From a language
17           perspective it looks the same.
18                   Why don't you just ask him
19           questions?
20                   MR. FILARDO:  I have been.
21                   You just interrupted.
22                   MR. NASH:  Ask him questions.
23    BY MR. FILARDO:
24        Q.    Did you read every one of these
25    topics and prepare to answer every one of

```
1                    Charles Azrak              289
2      these topics before showing up for your
3      deposition today?
4           A.    I'm prepared the best I can be.
5           Q.    Did you read every one of these
6      topics and know what they say --
7                      MR. NASH:  Objection.
8                      He answered the question.
9                      Next question.
10                     MR. FILARDO:  Do not
11              interrupt me again.
12                     MR. NASH:  You --
13                     MR. FILARDO:  Do not
14              interrupt me again, man.
15                     Don't do it.
16      BY MR. FILARDO:
17           Q.    Answer the question.
18                     MR. NASH:  Don't tell me
19              what to do and what not to do.
20                     MR. FILARDO:  I just did.
21                     MR. NASH:  If you have
22              anything else, he'd be happy to
23              answer your questions --
24      BY MR. FILARDO:
25           Q.    Answer the question.
```

1                    *Charles Azrak*                    290

2                   Do you need me to repeat the

3      question, Mr. Azrak?

4          A.    No.

5          Q.    Okay.  Then let me have an answer

6      please.

7          A.    Yes.

8          Q.    You read every one of these topics

9      and you're prepared to answer them before you

10     started your deposition today?

11         A.    Yes.

12         Q.    That's your testimony under oath?

13         A.    Yes.

14         Q.    Topic 29, tell me the nonparties in

15     the action who are likely to possess

16     knowledge of the allegations in Anhui's

17     complaints and intervention and/or your

18     allegations with respect to your permanent

19     defenses?

20         A.    Okay.

21               So when it says "parties," is that

22     entities or is that individual people.

23         Q.    There's instruction that go along

24     with this --

25               MR. NASH:  This is nonsense.

```
 1                    Charles Azrak              291
 2    BY MR. FILARDO:
 3         Q.    Party, it's an individual or a
 4    corporation entity --
 5                    MR. NASH:  This is silly.
 6                    What is your question?
 7                    That's a topic.
 8    BY MR. FILARDO:
 9         Q.    Identify any nonparty who is likely
10    to possess knowledge of the allegations in
11    Anhui's complaint and/or in your allegations
12    in your affirmative defenses and
13    counterclaims?
14                    MR. NASH:  We took three
15                 depositions of nonparty, maybe four --
16                    MR. FILARDO:  Kevin, stop.
17                    I asked a question.  I'd
18                 like an answer.
19         A.    You want me to name them?
20    BY MR. FILARDO:
21         Q.    Yes, I want you to name them.
22                 You just told me you spent a lot of
23    time prepared to answer this --
24                    MR. NASH:  He's the only one
25                 that can pronounce the woman's
```

*Charles Azrak*                   292

1        name.
2                But go ahead.
3        A.    Lauren DesLauriers, Arlene Langone,
4   Joseph Vitela, David Zeitouni, Nathan
5   Alderson, Joy Tina, Eko Wang, Alex Zhao who I
6   don't believe is a party technically, Zoey
7   Wang, Walden -- who I don't even know his
8   last name because he never listed it, the
9   employee at Fashion Leaf, Jimmy Schwartz of
10  Merchant Financial, Scott Adler of Merchant
11  Financial, Mi Young Ko, Maurice Catton.
12       Q.    You're listing a lot of people, and
13  I appreciate that, but you are also supposed
14  to tell me, identify the knowledge they're
15  likely to possess?
16                MR. NASH:  He can do that
17                also.
18  BY MR. FILARDO:
19       Q.    Let's do it.
20       A.    Okay.  So Joseph Vitela who I
21  believe was actually deposed is aware of the
22  quality issue with the customer as well as
23  the deductions taken by the customer and the
24  returns.

*Charles Azrak*                    293

1

2      Q.    Where does Joseph Vitela work, who

3  does he work for?

4      A.    Merchant Financial, my factor.

5      Q.    He is aware of all of these issues

6  with respect to the quality of the goods and

7  returns?

8      A.    He's aware of the quality issue

9  with the goods, the returns and the

10  deductions, yes.  He should be, yes.

11            Jimmy Schwartz is who he reports

12  to, is also aware.  Scott Adler is who he

13  reports to who is also aware.  Dave Zeitouni,

14  as I mentioned before, was the CFO of the

15  company at the time, so he was very well

16  aware.  Morris Catton, I think we spoke about

17  him in the previous deposition.  He was a

18  conduit of Alex Zhao.  He is well aware of

19  the quality issues and any issues that we've

20  had.

21      Q.    Who does Morris Catton work for?

22      A.    I believe himself.  I believe he is

23  an independent agent, but he was placed with

24  us at this time as kind of a go between by

25  Mr. Zhao.

*Charles Azrak*                    294

1

2       Q.    Okay.

3       A.    Lauren DesLauriers, I mentioned she

4  was the buyer that we referenced before.  Joy

5  Tina is a quality control manager within

6  T.J. Maxx.  She was the one that put together

7  that PowerPoint presentation that we

8  previously reviewed showing the defects.

9              Eko Wang was our imports and data

10  entry manager.  We saw her name previously on

11  those last e-mails.  Nathan Alderson was the

12  COO.  He was who basically managed the

13  relationship with the customer along with me,

14  so he was very well aware.  Mi Young Ko was

15  our internal designer and merchandiser who

16  worked day in and day out with the Fashion

17  Leaf team.  She was the one who was

18  responsible for commenting and stuff of the

19  like on sampling.  She was well aware of the

20  issue.

21      Q.    Is she still with Ringer Jeans?

22      A.    Mi Young Ko is.

23              Arlene Langone was the general

24  merchandise manager above Lauren DesLauriers.

25  She came to our office and helped us to

*Charles Azrak*                    295

1   negotiate the final settlement return and
2   deduction, so she was well aware.
3        Q.    Typically, when I mean nonparty, I
4   don't mean employees of the company.  I mean
5   unrelated parties to this lawsuit.
6             It could be individuals, they could
7   be corporations, nonparties.
8             Certainly, a few of these that you
9   named are nonparties, but if that helps you
10  to focus your thoughts?
11            MR. NASH:  Just because you
12            call them nonparties, I don't
13            necessarily call them nonparties.
14            He gave you a very, very
15            cohesive answer.  We've had
16            discovery of the T.J. Maxx people.
17            You have discovery of the factors.
18            Obviously --
19            MR. FILARDO:  Those people I
20            obviously know about.  I want the
21            ones I don't know about.
22            MR. NASH:  This is kind of
23            the last day of discovery.  We kind
24            of know everybody we need to know

1                  *Charles Azrak*              296

2              about.

3   BY MR. FILARDO:

4        Q.    Is there anyone else that you can

5   think of, Mr. Azrak, then we'll move on?

6        A.    Bibi Couwalen (phonetic) who was a

7   worker at the warehouse, who helped pull the

8   goods for inspection.

9              When Anhui came, I believe Robaldo

10  (phonetic) Lopez, also works at the

11  warehouse, did the same.  So he is aware

12  obviously.

13             Other customers are aware like my

14  buyer from Ross Stores is aware, my buyer

15  from Pegasus was aware.

16       Q.    Who is the buyer from Ross Stores?

17       A.    At this time, I believe it was

18  Kelly Olsen, I believe.

19       Q.    How about the Pegasus?

20       A.    It was David Terzi.

21       Q.    They still work for those stores?

22       A.    I don't believe so.  Pegasus is out

23  of business.

24       Q.    What about Ross?

25       A.    No, I do not believe she is there

*Charles Azrak*                297

1  anymore.

2       Q.    Do you know where she went?

3       A.    I don't.

4       Q.    Is there anybody else who is

5  handling Ringer Jeans' account for Ross

6  Stores?

7       A.    Not for this category.  We work

8  with Sarah Gaffney, who is the denim buyer

9  because we're not, that's the only category

10 we are in now.

11      Q.    Anybody else you can think of?

12      A.    Lin Lee is also very well aware.

13      Q.    Who is she?

14      A.    It's a man actually.  He's the

15 owner of Aloha Fashion that we saw before.

16 He was made aware by Mr. Zhao of the issues.

17 I know he knows because he asks me from time

18 to time.

19      Q.    Was he one of the manufacturers of

20 the goods at issue in this lawsuit?

21      A.    I do not believe so.

22      Q.    What connection does he have to

23 this lawsuit?

24      A.    He was an acquaintance of Mr. Zhao,

*Charles Azrak*                    298

1

2  and he was subcontracted certain products by

3  Mr. Zhao.  But it was nothing associated from

4  my end with anything here.  I believe there

5  were other goods from other companies that he

6  was tied up in.

7       Q.   Why was he given privy to the

8  knowledge of this lawsuit?

9       A.   Mr. Zhao told him.  I don't know.

10 I believe they were personal friends at the

11 time.

12      Q.   Can you think of anyone else?  If

13 you can't think of anyone else, just say so.

14      A.   My accountants, obviously they see

15 everything on my financial side.

16      Q.   Again, this has to do with the

17 specific allegations in your complaint,

18 irrelevant to the factual allegations in your

19 complaints.

20           So your accountant, you know,

21 that's not something that --

22                MR. NASH:  Objection.

23                I mean, the accountant speak

24           to damages.  You're asking him

25           every possible party.  He has

```
 1                    Charles Azrak              299
 2                spent, according to my calculation,
 3                about sixteen minutes going over
 4                this.  I think it's very
 5                comprehensive.  Ask him another
 6                question.
 7    BY MR. FILARDO:
 8         Q.    Let's move on.
 9                Mike, scroll up to topic number 1
10    and we will work our way down. Let me see if
11    there's anything here that I think that
12    Mr. Azrak hasn't had the opportunity to
13    testify on.
14                Number 4, Mr. Azrak, did you review
15    the invoices that were identified in
16    Paragraphs 21 and 26 of Anhui's complaint and
17    intervention in this action?
18         A.    Yes.
19         Q.    Are those invoices the same ones
20    that were booked in the document we saw, the
21    Ringer Jeans, the summary report that you
22    produced in this action?
23         A.    So we do not match exactly.
24    There's a discrepancy.  We show we owe less
25    than what the complaint shows.
```

*Charles Azrak*                    300

1
2      Q.   So not all of them were booked, is
3   that what your testimony is?
4              MR. NASH:  Objection.
5      A.   Not booked or miscategorized or
6   maybe incorrect.
7              MR. FILARDO:  Keep
8              scrolling, Mike, please.  Keep
9              scrolling.  Stop for a second.
10             Okay, go ahead.  Stop.  Keep going.
11             Keep going.  Keep going.  Looks
12             like we're getting to the end.
13             Keep going.  That's it.  Okay.
14                 I think covered in sum and
15             substance most of these topics.  So
16             let me take a break.  I'm going to
17             confer with Charles, and I'll be
18             right back and let you know if we
19             are good to go for good.  Two
20             minutes.
21                 (Whereupon, a brief recess
22             was taken at this time.)
23             MR. FILARDO:  If Mr. Cassell
24             has nothing further, then I think
25             we're done.

```
 1                    Charles Azrak              301
 2                 MR. CASSELL:  We're done.
 3                 MR. FILARDO:  Thank you very
 4          much for your time.
 5                        -o0o-
 6                 (Whereupon, the examination
 7          of CHARLES AZRAK was concluded at
 8          4:53 P.M.)
 9
10
11                 _____
12                      CHARLES AZRAK
13
14
15   Subscribed and sworn to
     before me this _____ day
16   of _____, 2022.
17
18   _____
19   NOTARY PUBLIC
20
21
22
23
24
25
```

1                                                    302

2

3                         I N D E X

4

5    WITNESS              EXAMINATION BY           PAGE

6    CHARLES AZRAK

7                    MR. CASSELL              183

8                    MR. FILARDO              220

9

10

11                      EXHIBITS

12   PLAINTIFFS'                              PAGE

13   13        Letter dated 04/15/2019        197
               written on behalf of
14             Jiangsu Mana Company/
               Mazzola law firm
15
     14        04/15/2019 letter from         200
16             Stephen Gerber to Alex Zhao

17   15        E-mail dated 03/27/2019        201

18   16        Liquidation analysis           203

19   17        Excel spreadsheet              210

20   18        Fourteen-page document         214
               Produced by plaintiffs to
21             use at a mediation

22   19        Membership interest            216
               purchase agreement
23             Entered into on 03/13/2019

24

25

**ON TIME COURT REPORTING**
**516-535-3939**

303

REQUESTS FOR PRODUCTION

DESCRIPTION                                    PAGE

When liquidation money was paid to      267

the factor

304

C E R T I F I C A T E

I, OLGA RAPTIS, a Notary Public within
and for the State of New York, do hereby
certify:

That the witness(es) whose testimony
is hereinbefore set forth was duly sworn by
me, and the foregoing transcript is a true
record of the testimony given by such
witness(es).

I further certify that I am not
related to any of the parties to this action
by blood or marriage, and that I am in no way
interested in the outcome of this matter.

*Olga Raptis*

_____

OLGA RAPTIS

*ERRATA SHEET*

305

CASE:        FASHION LEAF GARMENT v. RINGER JEANS

DATE:        OCTOBER 20, 2022

WITNESS:   CHARLES AZRAK


PAGE      LINE      CORRECTION

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

*ERRATA SHEET*

```
                                                    306
CASE:        FASHION LEAF GARMENT v. RINGER JEANS

DATE:        OCTOBER 20, 2022

WITNESS:  CHARLES AZRAK


PAGE    LINE      CORRECTION
_____   _____     _____
_____   _____     _____
_____   _____     _____
_____   _____     _____
_____   _____     _____
_____   _____     _____
_____   _____     _____
_____   _____     _____
_____   _____     _____
_____   _____     _____
_____   _____     _____
_____   _____     _____
_____   _____     _____
_____   _____     _____
_____   _____     _____
_____   _____     _____
_____   _____     _____
_____   _____     _____
_____   _____     _____
```

**ON TIME COURT REPORTING**
**516-535-3939**

307

## $

**$1,269** [1] - 260:3
**$1.27** [1] - 265:2
**$1.52** [1] - 209:16
**$18** [2] - 265:16, 265:23
**$21** [1] - 209:8
**$4.27** [1] - 209:11
**$6** [1] - 265:16
**$600,000** [1] - 247:14
**$90** [1] - 207:18

## 0

**0** [1] - 276:16
**03/13/2019** [2] - 216:11, 302:23
**03/27/2019** [2] - 201:21, 302:17
**04/15/2019** [1] - 302:13, 302:15
**09/13** [1] - 252:13
**09/13/2021** [1] - 250:25

## 1

**1** [10] - 189:8, 189:12, 195:3, 220:2, 231:4, 231:12, 260:3, 263:22, 285:21, 299:9
**1,269,838.50** [1] - 257:22
**1.2** [4] - 207:22, 257:22, 262:11, 262:12
**1.201,826.48** [1] - 208:13
**1.26** [1] - 262:25
**1.27** [1] - 264:21
**10** [4] - 191:6, 220:2, 280:6, 283:13
**100** [1] - 235:13
**10036** [2] - 179:17, 180:8
**11** [2] - 219:24, 263:6
**11223** [1] - 182:15
**114** [1] - 253:7
**11753** [1] - 179:8
**11th** [1] - 184:3
**120s** [1] - 256:17
**12th** [3] - 184:8, 184:9, 189:7
**13** [10] - 184:14, 184:19, 196:23, 196:24, 197:8, 197:15, 216:8, 249:7, 283:16, 302:13
**13th** [5] - 183:23, 189:12, 250:2, 250:7, 284:7
**14** [6] - 178:2, 190:15, 200:11, 200:17, 200:23, 302:15
**144** [1] - 254:4

**145** [2] - 247:23, 248:21
**14th** [1] - 253:16
**15** [10] - 195:18, 197:2, 197:6, 200:12, 200:15, 201:15, 201:16, 201:23, 202:6, 302:17
**150,000** [1] - 263:9
**1501** [1] - 179:15
**153** [1] - 179:7
**15th** [1] - 253:21
**16** [7] - 203:5, 203:10, 203:21, 203:23, 280:8, 281:3, 302:18
**17** [7] - 210:4, 210:8, 210:11, 210:18, 211:9, 232:13, 302:19
**179,046** [2] - 205:14, 258:7
**18** [6] - 188:4, 213:19, 213:24, 214:6, 214:10, 302:20
**18,000** [2] - 254:15, 255:24
**183** [1] - 302:7
**1888** [1] - 182:14
**19** [8] - 193:14, 193:20, 216:4, 216:5, 216:13, 222:3, 248:22, 302:22
**19-cv-03381-ALC-BM** [1] - 177:8
**197** [1] - 302:13
**1A** [1] - 186:15

## 2

**2** [5] - 187:20, 189:8, 214:20, 230:13, 264:8
**2.471** [1] - 206:17
**20** [5] - 177:22, 222:3, 305:3, 306:3
**200** [1] - 302:15
**2005** [1] - 224:25
**201** [1] - 302:17
**2010** [1] - 224:25
**2011** [3] - 224:6, 224:8, 225:5
**2012** [2] - 224:8, 225:6
**2018** [7] - 197:6, 226:24, 227:20, 228:21, 232:13, 283:16, 284:25
**2019** [20] - 184:14, 184:20, 188:4, 190:15, 191:19, 192:12, 193:14, 193:20, 195:3, 197:2, 200:12, 200:15, 201:20, 216:8, 227:7, 227:8, 248:23, 280:8, 281:3, 281:23
**2021** [1] - 249:7
**2022** [5] - 177:22, 178:3, 301:15, 305:3, 306:3
**203** [1] - 302:18

**20th** [1] - 196:3
**21** [5] - 249:4, 249:20, 271:4, 271:5, 299:16
**210** [1] - 302:19
**212** [1] - 232:5
**214** [1] - 302:20
**216** [1] - 302:22
**22** [1] - 179:16
**220** [1] - 302:8
**223,000** [1] - 263:4
**26** [1] - 299:16
**267** [1] - 303:5
**27** [1] - 201:20
**27th** [3] - 253:10, 254:2, 255:22
**29** [2] - 286:24, 290:14
**2:10** [1] - 177:23

## 3

**3** [5] - 191:18, 206:21, 232:3, 232:4, 257:5
**30** [1] - 276:16
**30B6** [3] - 221:2, 221:16, 222:8
**31** [2] - 276:16, 286:3
**31,000** [1] - 254:5
**32,000** [6] - 254:3, 254:6, 254:14, 255:16, 256:6, 256:11
**33** [1] - 222:3

## 4

**4** [4] - 232:23, 232:24, 266:11, 299:14
**4:49** [1] - 189:14
**4:53** [1] - 301:8

## 5

**5** [2] - 245:3, 245:16
**50** [1] - 180:7
**50,000** [12] - 246:12, 250:9, 253:22, 254:12, 255:12, 255:23, 256:8, 256:11, 256:19, 256:21, 259:16, 271:20
**50-some-odd-thousand** [2] - 256:22, 256:23
**500** [2] - 179:6, 180:6
**59,000** [1] - 205:6
**59,030** [1] - 249:24

## 6

**6** [3] - 216:19, 247:15,

264:8
**60** [2] - 267:5, 276:16
**61** [1] - 276:16
**6:00** [1] - 266:12

## 7

**7** [2] - 191:19, 271:4
**76** [2] - 249:20, 249:22

## 8

**8** [1] - 254:5
**8.50** [1] - 209:15
**80,000** [1] - 263:5
**87,451** [1] - 190:9

## 9

**9** [2] - 280:6, 280:7
**9/13** [1] - 252:9
**90** [5] - 267:6, 275:14, 276:16, 276:17, 276:23
**94** [1] - 211:11

## A

**ability** [1] - 266:15
**able** [5] - 190:5, 244:2, 244:4, 250:8, 251:5
**above-entitled** [1] - 178:4
**Absolutely** [3] - 230:4, 244:19, 283:2
**accept** [1] - 244:20
**access** [1] - 226:18
**according** [2] - 236:13, 299:2
**account** [5] - 195:20, 262:15, 283:7, 283:8, 297:6
**accountant** [2] - 298:20, 298:23
**accountants** [1] - 298:14
**accounting** [2] - 196:2, 228:4
**accounts** [3] - 274:25, 279:19, 280:4
**acquaintance** [1] - 297:25
**action** [10] - 178:4, 218:19, 218:22, 235:23, 237:13, 240:24, 290:15, 299:17, 299:22, 304:14
**adding** [1] - 246:23
**addition** [1] - 246:19
**additional** [1] - 259:20
**address** [1] - 182:12
**Adler** [2] - 292:11, 293:12
**administer** [1] - 181:18

308

**Adrian** [1] - 194:5
**advance** [2] - 250:15, 252:7
**advised** [2] - 282:16, 282:22
**affect** [1] - 268:23
**affiliate** [1] - 240:16
**affirmative)** [1] - 202:7
**afternoon** [2] - 217:12, 218:5
**age** [1] - 276:20
**Age** [19] - 218:23, 221:2, 221:17, 222:17, 223:19, 223:24, 224:5, 224:12, 224:18, 225:15, 225:22, 226:4, 226:20, 234:21, 234:22, 235:4, 235:19, 237:17, 286:19
**AGE** [2] - 177:9, 177:17
**agent** [2] - 278:16, 293:23
**agents** [1] - 284:18
**ages** [1] - 277:20
**aging** [1] - 275:7
**ago** [1] - 231:10
**agree** [2] - 212:11, 243:22
**AGREED** [3] - 181:4, 181:10, 181:15
**agreement** [2] - 236:25, 302:22
**Agreement** [2] - 216:7, 216:10
**ahead** [2] - 292:3, 300:10
**Alderson** [3] - 184:9, 292:6, 294:11
**Alex** [22] - 190:14, 190:19, 195:2, 195:4, 195:9, 195:12, 196:8, 196:9, 200:13, 201:8, 202:9, 226:9, 280:15, 284:11, 284:21, 284:22, 285:4, 285:8, 292:6, 293:18, 302:16
**Alex's** [1] - 196:16
**Alexandria** [1] - 194:7
**allegations** [7] - 271:20, 290:16, 290:18, 291:10, 291:11, 298:17, 298:18
**alleged** [1] - 241:7
**allegedly** [1] - 271:21
**allocated** [3] - 251:10, 254:19, 255:5
**allocation** [2] - 251:8, 252:24
**allowed** [2] - 234:15, 269:6
**almost** [1] - 213:20
**Aloha** [3] - 278:10, 278:15, 297:16
**alphabetical** [1] - 279:3
**altogether** [2] - 237:10, 282:19
**amount** [12] - 190:4, 207:8, 215:7, 257:25, 260:5, 260:9,

260:12, 263:4, 266:19, 266:23, 277:5, 277:6
**amounts** [2] - 263:12, 263:16
**analysis** [8] - 203:7, 203:8, 203:24, 247:16, 248:7, 257:11, 270:8, 302:18
**AND** [3] - 181:4, 181:10, 181:15
**ANHUI** [1] - 177:14
**Anhui** [56] - 217:17, 220:25, 221:15, 230:15, 231:18, 231:19, 233:7, 233:15, 234:18, 235:3, 235:14, 235:23, 236:6, 236:9, 236:11, 236:19, 237:16, 238:7, 238:23, 238:25, 239:7, 239:20, 239:24, 240:3, 240:10, 241:10, 241:18, 241:21, 245:12, 250:3, 250:6, 260:9, 261:22, 271:24, 272:4, 272:13, 272:15, 272:17, 272:20, 272:23, 276:25, 277:3, 278:9, 279:5, 281:7, 282:2, 282:15, 283:7, 283:10, 283:25, 284:10, 285:13, 287:11, 287:15, 287:20, 296:9
**Anhui's** [3] - 290:16, 291:11, 299:16
**answer** [37] - 222:14, 222:15, 222:20, 227:17, 228:18, 229:17, 231:15, 234:9, 235:10, 239:4, 239:13, 239:18, 244:14, 244:17, 244:18, 260:7, 262:5, 262:6, 265:6, 265:21, 272:6, 272:12, 273:25, 274:4, 274:8, 274:10, 274:19, 286:22, 287:22, 288:25, 289:23, 290:5, 290:9, 291:18, 291:23, 295:16
**Answer** [2] - 289:17, 289:25
**answered** [2] - 207:2, 229:24, 265:5, 265:20, 280:5, 289:8
**answers** [4] - 235:21, 239:15, 268:2, 288:16
**apologize** [2] - 218:8, 277:22
**apology** [1] - 218:15
**Apparel** [2] - 196:17, 226:21
**APPAREL** [3] - 177:9, 177:10, 177:10
**Appearances** [1] - 180:2
**apply** [1] - 269:13

**appreciate** [3] - 204:12, 217:6, 292:14
**approval** [6] - 240:14, 240:18, 243:2, 269:9, 269:11, 271:8
**approve** [1] - 269:16
**approved** [3] - 243:6, 269:19, 270:8
**April** [5] - 197:2, 197:6, 200:12, 200:15, 227:7
**AQL** [1] - 215:14
**AQL2.5** [5] - 214:23, 214:25, 215:3, 215:11, 215:19
**arguing** [1] - 266:9
**arithmetic** [1] - 206:24
**Arlene** [2] - 292:4, 294:23
**arose** [1] - 282:20
**arrive** [1] - 235:15
**Asia** [3] - 187:24, 188:12, 284:14
**Aside** [2] - 240:25, 242:3
**aside** [1] - 263:18
**assertion** [1] - 236:6
**assigned** [1] - 271:15
**assistance** [1] - 230:7
**assistant** [1] - 220:10
**associated** [3] - 198:9, 278:24, 298:3
**assume** [7] - 189:16, 194:22, 194:24, 200:4, 246:22, 276:17, 281:12
**Assuming** [1] - 236:9
**assuming** [2] - 237:23, 238:16
**attached** [4] - 198:20, 198:22, 198:24, 214:9
**attaches** [1] - 214:11
**attachment** [1] - 232:19, 232:21, 281:13
**attachments** [2] - 232:4, 232:20
**attempt** [3] - 273:18, 274:13, 276:20
**attorney** [11] - 181:24, 191:6, 195:18, 195:21, 198:3, 199:6, 199:8, 199:19, 200:8, 201:2, 222:20
**Attorneys** [3] - 179:5, 179:13, 180:5
**attorneys** [2] - 181:5, 280:3
**August** [4] - 196:3, 206:12, 206:13, 248:22
**authority** [2] - 269:5, 269:7
**authorized** [2] - 181:17, 201:4
**availability** [1] - 268:17
**Avenue** [1] - 180:6
**average** [2] - 208:4, 209:4
**awaits** [1] - 254:22

**aware** [23] - 191:15, 237:12, 237:13, 237:19, 239:6, 252:25, 282:18, 292:22, 293:5, 293:8, 293:12, 293:13, 293:16, 293:18, 294:14, 294:19, 295:3, 296:11, 296:13, 296:14, 296:15, 297:13, 297:17
**awful** [1] - 275:7
**AZRAK** [8] - 177:11, 177:25, 178:3, 301:7, 301:12, 302:6, 305:4, 306:4
**Azrak** [19] - 182:11, 197:7, 200:17, 201:23, 203:9, 210:7, 214:5, 216:12, 217:20, 218:5, 223:17, 230:20, 245:5, 252:18, 280:18, 290:3, 296:5, 299:12, 299:14
**Azrak's** [1] - 267:16

**B**

**backdating** [1] - 227:8
**balance** [3] - 247:13, 258:21, 277:8
**base** [2] - 266:21, 270:4
**based** [6] - 191:25, 192:6, 223:25, 235:12, 243:5, 278:15
**basic** [1] - 192:4
**basis** [5] - 192:23, 231:13, 236:5, 238:11, 239:4
**beat** [1] - 222:21
**began** [1] - 271:22
**beginning** [1] - 284:25
**begins** [1] - 279:7
**behalf** [8] - 197:20, 199:7, 199:10, 222:17, 222:25, 223:2, 223:18, 302:13
**behind** [3] - 187:22, 188:24, 250:17
**Beijing** [1] - 279:6
**belief** [2] - 198:12, 239:24
**below** [2] - 233:19, 281:14
**best** [6] - 212:10, 212:12, 268:7, 274:19, 286:16, 289:4
**better** [1] - 183:20
**between** [8] - 181:5, 195:9, 259:18, 267:5, 282:15, 288:13, 293:24
**beyond** [1] - 187:17
**Bibi** [1] - 296:6
**bigger** [3] - 182:25, 203:19, 204:9
**Bill** [4] - 233:3, 234:25, 235:7, 235:11
**bill** [1] - 263:21
**bills** [1] - 231:18

**bit** [8] - 195:22, 206:14, 244:15, 247:22, 248:20, 255:2, 255:9, 284:5
**blank** [1] - 191:17
**blindly** [1] - 244:23
**blood** [1] - 304:15
**blurry** [1] - 233:13
**booked** [4] - 277:6, 299:20, 300:2, 300:5
**booking** [1] - 278:3
**books** [1] - 277:25
**borrowing** [2] - 266:21, 270:4
**bottom** [3] - 189:8, 218:10, 257:6
**bottoms** [1] - 192:9
**bought** [2] - 265:13, 265:16
**box** [7] - 233:7, 233:10, 233:16, 233:19, 233:24, 234:6, 234:7
**boxes** [1] - 233:18
**Branding** [18] - 218:23, 221:3, 221:17, 222:18, 223:19, 223:24, 224:5, 224:13, 224:18, 225:15, 225:22, 226:20, 234:21, 234:22, 235:4, 235:19, 237:18, 286:19
**BRANDING** [2] - 177:9, 177:17
**breached** [1] - 236:7
**break** [4] - 217:8, 262:2, 285:17, 300:16
**breakdown** [2] - 196:14, 196:15
**brief** [2] - 285:18, 300:21
**bring** [1] - 246:23
**Broadway** [2] - 179:6, 179:15
**Brooklyn** [1] - 182:14
**brother** [9] - 224:11, 224:17, 224:20, 225:12, 225:23, 226:3, 228:23, 229:10, 229:21
**brought** [1] - 199:22
**bulk** [1] - 242:3
**bunch** [2] - 214:14, 214:19
**Burlington** [4] - 205:5, 205:7, 249:22, 250:22
**bush** [1] - 222:22
**business** [7] - 190:7, 192:7, 192:11, 194:15, 256:5, 265:17, 296:23
**businesses** [1] - 224:23
**butchering** [1] - 183:11
**buy** [2] - 193:3, 223:9
**buyer** [5] - 294:4, 296:14, 296:16, 297:9
**buyers** [1] - 244:5
**buys** [1] - 192:22

**BY** [50] - 179:9, 179:18, 180:9, 182:8, 183:5, 183:19, 185:9, 197:11, 200:20, 202:2, 203:13, 210:16, 211:8, 214:8, 216:15, 220:20, 221:13, 223:15, 229:16, 230:3, 235:9, 238:20, 239:12, 245:2, 252:17, 260:2, 261:14, 262:4, 266:13, 267:20, 268:5, 272:5, 272:11, 273:24, 274:9, 274:23, 277:21, 282:21, 285:20, 287:21, 288:23, 289:16, 289:24, 291:2, 291:8, 291:20, 292:19, 296:3, 299:7, 302:5

**C**

**C-I-V-I-T-E-L-L-A** [1] - 212:22
**C.A** [1] - 177:7
**calculates** [1] - 277:13
**calculating** [1] - 208:13
**calculation** [1] - 299:2
**California** [4] - 188:15, 245:9, 251:18
**Canadian** [2] - 191:25, 192:6
**Canadian-based** [2] - 191:25, 192:6
**cancel** [2] - 186:24, 218:2
**canceled** [2] - 187:3, 247:9
**carton** [2] - 263:23, 276:2
**cartons** [1] - 276:9
**CASE** [2] - 305:2, 306:2
**case** [6] - 250:10, 251:10, 256:15, 258:19, 273:14, 279:4
**cases** [1] - 266:22
**CASSELL** [27] - 179:4, 179:9, 182:16, 183:6, 183:14, 183:19, 185:6, 185:9, 196:21, 197:11, 200:9, 200:20, 201:14, 202:2, 202:24, 203:13, 210:2, 210:16, 211:8, 213:19, 214:8, 216:3, 216:15, 217:2, 219:20, 301:2, 302:7
**Cassell** [2] - 210:12, 300:23
**categorize** [1] - 276:2
**category** [2] - 297:8, 297:10
**Catton** [3] - 292:12, 293:16, 293:21
**certain** [15] - 185:11, 225:22, 226:4, 226:6, 231:17, 231:19, 235:23,

236:7, 243:22, 263:22, 263:24, 266:19, 285:15, 286:11, 298:2
**Certain** [1] - 215:14
**certainly** [1] - 258:16
**Certainly** [2] - 276:11, 295:9
**certification** [1] - 181:7
**certify** [2] - 304:7, 304:13
**cetera** [1] - 232:7
**CFO** [2] - 283:5, 293:14
**chain** [1] - 183:22
**change** [3] - 254:5, 262:25, 281:6
**changed** [2] - 281:20, 283:23
**changing** [1] - 281:2
**Chapter** [1] - 263:6
**charge** [1] - 181:23
**CHARLES** [9] - 177:11, 177:25, 178:3, 180:10, 301:7, 301:12, 302:6, 305:4, 306:4
**Charles** [11] - 182:11, 183:17, 211:5, 217:23, 219:16, 220:10, 220:14, 230:20, 280:18, 282:13, 300:17
**chart** [1] - 213:13
**China** [5] - 192:25, 196:8, 196:9, 251:25, 278:15
**China-based** [1] - 278:15
**Chinese** [1] - 279:7
**Chino** [4] - 251:18, 252:16, 253:2, 253:4
**choice** [1] - 186:16
**chose** [1] - 186:24
**Civitella** [1] - 212:22
**claim** [3] - 196:16, 199:20, 223:4
**claiming** [2] - 202:9, 209:21
**claims** [1] - 278:22
**clear** [8] - 194:11, 204:24, 205:21, 207:5, 214:25, 219:22, 257:2, 257:8
**clearer** [1] - 248:20
**client** [1] - 267:11
**clothing** [1] - 214:12
**Co** [1] - 220:25
**CO** [2] - 177:5, 177:14
**coffee** [1] - 217:8
**cohesive** [1] - 295:16
**collect** [1] - 267:14
**collected** [4] - 262:18, 263:8, 263:12, 264:4
**color** [3] - 242:12, 258:21
**colors** [1] - 185:20
**Column** [6] - 208:17, 247:23, 248:22, 249:10, 250:24, 252:8

**column** [15] - 203:19, 204:10, 207:5, 207:10, 207:15, 208:4, 209:18, 248:21, 249:5, 249:21, 249:23, 253:8, 257:13, 258:6, 276:11
**columns** [7] - 203:15, 203:16, 204:9, 211:11, 211:13, 275:16, 276:15
**combination** [1] - 204:21
**coming** [2] - 221:25, 260:23
**commenting** [1] - 294:18
**comments** [2] - 241:15, 243:3
**common** [3] - 241:2, 241:5, 242:9
**communicating** [1] - 272:20
**communication** [1] - 239:2
**Companies** [1] - 230:16
**companies** [15] - 222:23, 223:8, 223:13, 223:19, 226:11, 227:21, 282:17, 283:12, 284:11, 284:14, 284:17, 284:19, 284:20, 285:5, 298:5
**company** [16] - 196:12, 197:23, 224:6, 224:21, 226:22, 229:4, 232:15, 239:20, 239:25, 240:4, 263:6, 282:19, 283:6, 285:9, 293:15, 295:5
**Company** [5] - 197:21, 197:22, 199:3, 221:16, 302:14
**compensation** [1] - 229:11
**complained** [1] - 274:3
**complaint** [6] - 231:15, 288:13, 291:11, 298:17, 299:16, 299:25
**complaints** [2] - 290:17, 298:19
**complete** [2] - 206:25, 228:11
**completely** [1] - 192:25
**components** [1] - 262:3
**comprehensive** [1] - 299:5
**computer** [2] - 217:19, 218:13
**concept** [1] - 202:16
**concluded** [1] - 301:7
**conclusion** [1] - 239:11
**conduct** [1] - 240:21
**conducted** [3] - 245:12, 250:3, 253:14
**conduit** [1] - 293:18
**confer** [1] - 300:17
**confirming** [1] - 281:19
**conformity** [1] - 214:11
**confused** [2] - 206:3,

217:22

**connection** [2] - 288:12, 297:23

**consider** [1] - 264:21
**considered** [1] - 237:4
**consignee** [8] - 233:20, 233:21, 233:24, 234:4, 234:7, 234:12, 234:20, 235:17
**Consignee** [2] - 234:6, 234:24
**consistent** [1] - 259:16
**constant** [1] - 190:23
**construed** [1] - 243:2
**contact** [3] - 190:23, 238:4, 272:15
**context** [7] - 184:6, 186:23, 189:7, 189:19, 195:23, 211:21, 212:8
**CONTINUED** [3] - 177:25, 178:2, 183:5
**Continued** [1] - 179:25
**continued** [2] - 180:2, 270:17
**contracted** [3] - 198:18, 208:8, 228:13
**contradictory** [1] - 267:25
**control** [4] - 240:18, 240:21, 241:12, 294:5
**controlled** [1] - 195:15
**conversation** [1] - 195:14
**conversations** [1] - 195:8
**COO** [1] - 294:12
**copied** [2] - 280:17, 283:19
**copy** [3] - 181:22, 211:24, 222:6
**corporate** [3] - 222:10, 222:19, 226:6
**corporation** [1] - 291:4
**Corporations** [1] - 278:11
**corporations** [1] - 295:8
**correct** [50] - 186:17, 205:22, 207:19, 215:18, 223:16, 227:9, 227:10, 231:6, 232:13, 233:5, 233:10, 233:16, 235:5, 235:13, 240:2, 243:8, 244:9, 244:10, 244:13, 245:9, 245:10, 246:3, 246:8, 246:13, 248:23, 249:8, 249:24, 250:4, 252:11, 253:14, 253:17, 253:23, 254:6, 257:11, 257:23, 258:3, 261:24, 263:13, 265:15, 271:15, 273:3, 275:13, 276:18, 276:24, 278:7, 280:18, 281:8, 281:11, 281:23, 282:2
**Correct** [25] - 184:6, 186:18, 199:18, 205:4,

205:12, 205:15, 207:9, 207:20, 232:14, 233:6, 233:8, 233:17, 243:9, 246:9, 249:25, 251:2, 253:24, 255:14, 257:24, 259:22, 271:12, 275:20, 276:13, 276:19, 276:22
**corrected** [1] - 248:14
**CORRECTION** [2] - 305:6, 306:6
**correction** [2] - 227:16, 227:18
**correctly** [3] - 189:20, 192:8, 199:15
**cost** [3] - 205:18, 206:21, 209:4
**costs** [1] - 205:25
**could've** [1] - 253:3
**counsel** [7] - 224:3, 231:9, 245:12, 245:22, 245:23, 262:8, 285:24
**counterclaims** [1] - 291:13
**counts** [1] - 276:3
**couple** [4] - 223:23, 233:18, 247:18, 279:4
**course** [1] - 215:10
**COURT** [1] - 177:2
**Court** [1] - 181:20
**court** [3] - 219:13, 219:14, 221:11
**Couwalen** [1] - 296:6
**cover** [2] - 264:24, 266:23
**covered** [1] - 300:14
**created** [5] - 195:24, 211:14, 211:16, 258:11, 258:14
**creating** [2] - 203:25, 204:4
**credit** [5] - 226:19, 228:11, 229:7, 264:14, 269:13
**crooked** [1] - 215:24
**cross** [1] - 276:3
**CTNS** [1] - 232:5
**CTR** [1] - 177:5
**customer** [16] - 191:25, 192:2, 193:2, 204:14, 248:4, 252:10, 254:23, 255:2, 267:12, 269:19, 270:2, 270:3, 270:6, 292:23, 292:24, 294:13
**customers** [7] - 215:14, 250:18, 257:17, 263:24, 269:15, 271:10, 296:13
**customs** [1] - 234:17
**cut** [1] - 192:23
**cut-up** [1] - 192:23

## D

**damage** [1] - 209:24

**damaged** [1] - 264:12
**damages** [5] - 208:13, 209:22, 262:16, 264:11, 298:24
**data** [2] - 275:13, 294:9
**date** [30] - 178:5, 197:10, 200:19, 201:25, 203:12, 210:9, 214:7, 216:14, 247:24, 248:3, 248:5, 248:11, 250:24, 251:3, 253:9, 254:2, 254:8, 254:9, 254:10, 258:9, 258:10, 258:24, 259:5, 259:9, 259:24, 267:6, 270:21, 275:3, 275:8, 281:25
**DATE** [2] - 305:3, 306:3
**dated** [10] - 191:19, 193:14, 197:2, 197:6, 201:20, 201:21, 232:12, 280:7, 302:13, 302:17
**dates** [2] - 256:16, 278:5
**Dave** [2] - 195:9, 293:13
**David** [4] - 195:11, 283:4, 292:5, 296:20
**days** [6] - 184:24, 267:6, 275:14, 276:17, 276:24, 287:23
**deal** [1] - 227:24
**dealing** [1] - 285:8
**dealt** [2] - 285:14, 287:19
**December** [1] - 232:13
**declaration** [1] - 214:11
**declarations** [1] - 214:15
**declares** [1] - 230:20
**declined** [1] - 186:14
**deduct** [2] - 209:3, 263:22
**deduction** [3] - 247:12, 247:13, 295:3
**deductions** [5] - 263:19, 264:25, 268:19, 292:24, 293:10
**deemed** [1] - 202:19
**defect** [1] - 242:6
**defected** [1] - 271:25
**defective** [4] - 271:21, 272:23, 273:20, 274:16
**defects** [4] - 193:7, 241:3, 241:8, 294:8
**defendant** [2] - 223:6, 240:9
**Defendant** [2] - 179:5, 230:14
**defendants** [12] - 218:22, 231:14, 236:10, 236:20, 237:16, 237:17, 238:24, 239:3, 239:8, 240:10, 271:24, 273:10
**Defendants** [6] - 177:12, 177:18, 178:3, 179:13, 179:14, 230:15

**defendants'** [1] - 236:6
**defenses** [3] - 231:14, 290:19, 291:12
**definitely** [1] - 211:21
**deliver** [1] - 188:13
**delivered** [4] - 208:3, 228:14, 260:17, 261:20
**delivery** [1] - 235:17
**demonstrate** [1] - 236:18
**denim** [1] - 297:9
**deposed** [1] - 292:22
**Deposition** [3] - 221:2, 221:16, 222:9
**deposition** [20] - 181:16, 183:9, 183:11, 184:11, 185:4, 189:4, 191:3, 196:18, 212:21, 212:23, 218:2, 220:10, 261:7, 285:23, 287:2, 287:25, 288:14, 289:3, 290:10, 293:17
**depositions** [2] - 288:2, 291:15

**DESCRIPTION** [1] - 303:4
**designate** [1] - 215:14
**designer** [1] - 294:15
**DESLAUR** [1] - 183:12
**DesLauriers** [6] - 183:13, 183:15, 183:18, 292:4, 294:3, 294:24
**DESLAURIERS** [1] - 183:21
**DesLauriers'** [2] - 183:10, 189:3
**detail** [2] - 244:4, 247:16
**details** [1] - 241:11
**determine** [1] - 187:15
**difference** [1] - 272:24
**different** [16] - 191:24, 192:25, 210:19, 210:22, 213:17, 243:16, 244:11, 247:19, 247:20, 255:3, 261:22, 282:5, 282:8, 282:18, 282:19, 284:19
**Different** [1] - 282:7
**differentiate** [1] - 195:7
**direct** [3] - 194:16, 239:2, 267:14
**Directly** [1] - 201:9
**directly** [3] - 201:10, 241:17, 267:12
**disagree** [1] - 186:8
**discoloration** [1] - 215:23
**discount** [2] - 187:8, 187:9
**discovery** [3] - 295:17, 295:18, 295:24
**discrepancy** [1] - 299:24
**discuss** [2] - 186:5, 198:6
**discussed** [7] - 184:4, 184:7, 184:8, 189:9, 196:17, 202:20, 286:2
**discussing** [2] - 184:10,

255:3
 **discussion** [4] - 195:2,
195:4, 198:2, 201:7
 **discussions** [4] - 199:6,
199:11, 202:12, 202:16
 **disposed** [1] - 187:24
 **distinct** [1] - 256:11
 **DISTRICT** [2] - 177:2, 177:3
 **dock** [1] - 254:22
 **document** [66] - 183:7,
183:8, 189:2, 189:4, 189:6,
191:5, 191:7, 193:11,
195:16, 195:17, 195:24,
196:6, 196:25, 197:5, 200:5,
200:7, 202:25, 203:5, 204:2,
204:5, 211:10, 211:12,
211:15, 212:19, 212:20,
213:9, 213:25, 214:4, 214:9,
216:16, 216:19, 219:7,
219:19, 221:4, 221:5, 221:6,
221:14, 221:21, 222:4,
230:17, 232:25, 234:18,
237:8, 237:9, 241:9, 242:23,
242:25, 247:17, 256:13,
257:6, 258:10, 258:14,
259:4, 263:11, 263:17,
274:24, 275:3, 275:11,
277:10, 277:16, 278:2,
288:5, 299:20, 302:20
 **documents** [13] - 182:20,
182:22, 198:20, 198:22,
198:24, 203:2, 231:18,
231:23, 235:21, 235:24,
236:17, 250:9, 268:7
 **done** [9] - 187:25, 206:20,
210:14, 213:20, 255:18,
261:11, 276:7, 300:25, 301:2
 **doubt** [2] - 184:18, 193:15
 **down** [11] - 186:15, 193:24,
216:3, 233:18, 262:3,
268:20, 275:9, 279:6, 284:5,
285:22, 299:10
 **downside** [1] - 229:6
 **drill** [1] - 275:9
 **due** [5] - 202:21, 277:5,
277:13, 277:14, 277:15
 **duly** [2] - 182:4, 304:9
 **during** [1] - 241:15
 **Duty** [1] - 208:2
 **duty** [1] - 234:13

## E

 **E-mail** [1] - 302:17
 **e-mail** [42] - 183:23, 184:3,
184:8, 184:9, 184:13,
184:15, 184:17, 184:19,
185:19, 186:6, 188:5, 188:6,
188:7, 189:7, 189:12,

189:13, 189:17, 190:13,
190:16, 190:20, 191:12,
191:16, 191:18, 193:11,
193:13, 193:18, 201:17,
201:19, 201:21, 202:4,
202:13, 232:4, 232:8,
232:12, 232:16, 280:7,
280:22, 280:23, 283:14,
283:16, 283:20, 284:6
 **e-mails** [4] - 183:22,
189:18, 201:18, 294:11
 **early** [4] - 224:6, 281:22
 **Easy** [1] - 226:21
 **effect** [1] - 181:19
 **effective** [1] - 227:13
 **effectuate** [1] - 264:16
 **efforts** [1] - 264:9
 **either** [2] - 224:11, 225:14
 **Either** [1] - 248:13
 **Eko** [10] - 188:18, 194:4,
280:9, 281:15, 281:16,
281:18, 283:18, 284:7,
292:6, 294:9
 **electronic** [2] - 230:25,
231:2
 **employee** [3] - 280:10,
281:18, 292:10
 **employees** [5] - 193:18,
193:19, 193:25, 194:12,
295:5
 **employer** [1] - 193:20
 **end** [7] - 204:9, 213:21,
247:5, 261:17, 271:16,
298:4, 300:12
 **ended** [1] - 188:24
 **enjoyed** [1] - 184:23
 **enlarged** [1] - 211:6
 **entered** [2] - 216:7, 278:6,
302:23
 **enters** [1] - 277:12
 **entire** [2] - 280:4, 282:20
 **entirety** [1] - 263:7
 **entities** [6] - 219:3, 225:15,
226:17, 228:22, 278:10,
290:22
 **entitled** [5] - 178:4, 191:7,
191:8, 221:15, 245:16
 **entity** [4] - 192:6, 282:6,
282:7, 291:4
 **entries** [1] - 276:23
 **entry** [1] - 294:10
 **especially** [1] - 212:16
 **ESQ** [4] - 179:9, 179:18,
180:9, 180:10
 **essence** [1] - 248:12
 **ESSENTIALS** [2] - 177:10,
177:10
 **established** [1] - 198:8
 **et** [1] - 232:7
 **ETA** [1] - 232:7

 **event/CM** [1] - 276:12
 **eventually** [2] - 186:23,
204:19
 **evidence** [8] - 236:18,
237:12, 237:14, 238:22,
239:6, 239:14, 239:23, 240:5
 **exact** [2] - 184:16, 189:17
 **Exactly** [4] - 209:13,
209:17, 209:20, 250:23
 **exactly** [6] - 197:18,
212:17, 250:23, 256:21,
258:24, 299:23
 **examination** [2] - 181:22,
301:6
 **EXAMINATION** [5] -
177:25, 178:2, 183:5,
220:20, 302:5
 **examined** [1] - 182:6
 **example** [3] - 206:9,
235:20, 244:6
 **Excel** [3] - 211:10, 228:8,
302:19
 **except** [4] - 181:11, 252:23,
256:16, 263:3
 **Exhibit** [43] - 183:22, 188:4,
189:3, 189:5, 191:6, 195:18,
196:24, 197:8, 197:15,
200:11, 200:17, 200:23,
201:15, 201:16, 201:23,
202:6, 203:10, 203:21,
203:23, 204:13, 210:7,
210:11, 211:9, 212:25,
213:24, 214:5, 214:10,
216:5, 216:12, 219:24,
230:13, 232:3, 232:4,
232:23, 232:24, 245:3,
245:16, 247:15, 264:8,
271:4, 283:13, 285:21
 **exhibit** [11] - 187:20,
196:20, 210:3, 210:18,
216:4, 230:10, 230:11,
269:18, 270:7, 270:8, 270:22
 **EXHIBITS** [1] - 302:11
 **exhibits** [2] - 219:22,
219:25
 **Exhibits** [1] - 280:6
 **exist** [1] - 237:9
 **existence** [1] - 253:2
 **expand** [2] - 203:15, 203:18
 **expect** [1] - 244:8
 **expense** [2] - 186:20,
187:24
 **expensive** [1] - 243:19
 **explain** [5] - 225:18,
227:19, 234:3, 234:11,
284:15
 **explained** [1] - 229:7
 **explanatory** [2] - 204:11,
207:11
 **export** [1] - 214:12

 **EXPORT** [1] - 177:14
 **Export** [2] - 220:25, 230:15
 **exported** [1] - 187:23
 **express** [1] - 236:18
 **expressed** [5] - 236:7,
236:11, 236:24, 237:24,
238:23
 **Expressed** [1] - 237:6
 **expressive** [1] - 237:15
 **extend** [1] - 266:18
 **extended** [1] - 269:3
 **extending** [1] - 270:5
 **EZ** [1] - 177:10

## F

 **fabric** [2] - 241:3
 **face** [1] - 275:11
 **facility** [9] - 188:9, 188:17,
188:21, 251:11, 251:13,
251:15, 251:24, 252:21,
252:23
 **fact** [2] - 207:4, 239:20
 **factor** [19] - 262:20, 262:21,
263:2, 264:4, 264:17,
266:14, 267:3, 267:8,
267:19, 268:3, 268:20,
269:5, 269:16, 270:9, 271:6,
271:8, 271:10, 293:4, 303:6
 **factor's** [2] - 270:14, 271:8
 **factoring** [1] - 266:17
 **factors** [2] - 267:14, 295:18
 **factory** [5] - 186:12, 186:13,
186:25, 205:20, 281:15
 **factory's** [1] - 187:24
 **facts** [1] - 279:24
 **factual** [3] - 231:13, 239:14,
298:18
 **fair** [1] - 276:21
 **familiar** [3] - 197:23, 212:7,
223:13
 **familiarize** [1] - 287:8
 **family** [1] - 227:22
 **far** [2] - 193:6, 196:15
 **FASHION** [3] - 177:5,
305:2, 306:2
 **Fashion** [43] - 192:11,
194:18, 196:9, 198:10,
198:16, 202:17, 205:2,
205:22, 206:6, 206:18,
228:3, 231:24, 232:6,
232:16, 233:19, 234:19,
235:4, 235:16, 239:21,
239:25, 240:15, 241:20,
260:5, 260:16, 261:20,
264:13, 272:14, 272:22,
273:19, 274:15, 278:23,
279:11, 280:14, 280:21,
283:8, 285:5, 285:10,

311

312

285:12, 287:20, 292:10, 294:16, 297:16

**FASHIONS** [2] - 177:11, 177:17

**Fashions** [21] - 197:4, 199:11, 199:23, 218:23, 221:3, 221:17, 222:18, 223:20, 223:25, 225:2, 225:4, 225:10, 225:16, 225:21, 225:24, 226:2, 226:20, 237:18, 281:8, 284:2, 286:22

**father** [8] - 224:12, 224:18, 225:9, 225:11, 226:3, 228:22, 229:11, 229:22

**favor** [2] - 229:14, 229:18

**February** [10] - 183:23, 184:3, 184:7, 184:9, 184:14, 184:19, 188:4, 189:7, 189:12, 190:15

**fee** [1] - 263:25

**Fernando** [1] - 220:11

**few** [11] - 193:23, 243:25, 251:20, 254:14, 255:15, 257:8, 283:18, 287:6, 287:7, 287:24, 295:9

**Fifth** [1] - 180:6

**figure** [4] - 208:12, 246:24, 247:2, 258:18

**figures** [1] - 208:12

**Filardo** [1] - 217:14

**FILARDO** [75] - 180:9, 210:25, 217:10, 217:21, 218:4, 218:8, 218:16, 219:11, 220:3, 220:9, 220:14, 220:18, 220:21, 221:9, 221:13, 223:15, 227:15, 229:16, 230:3, 235:9, 238:9, 238:18, 238:20, 239:12, 244:19, 245:2, 252:17, 258:22, 259:4, 259:7, 259:10, 259:22, 260:2, 260:23, 261:6, 261:10, 261:14, 262:4, 265:25, 266:6, 266:13, 267:16, 267:20, 267:23, 268:5, 272:5, 272:7, 272:11, 273:24, 274:9, 274:23, 277:21, 282:21, 285:16, 285:20, 287:21, 288:20, 288:23, 289:10, 289:13, 289:16, 289:20, 289:24, 291:2, 291:8, 291:16, 291:20, 292:19, 295:20, 296:3, 299:7, 300:7, 300:23, 301:3, 302:8

**filed** [2] - 231:25, 263:6

**filing** [2] - 181:6, 202:22

**final** [2] - 208:3, 295:2

**financial** [2] - 286:13,

298:15

**Financial** [3] - 292:11, 292:12, 293:4

**fine** [6] - 203:22, 211:2, 217:24, 227:15, 238:10

**finishing** [1] - 185:13

**FINKEL** [1] - 179:12

**firing** [1] - 193:24

**firm** [4] - 197:3, 197:5, 199:12, 302:14

**first** [19] - 183:7, 183:23, 184:3, 185:20, 188:3, 193:10, 193:17, 197:12, 197:17, 201:10, 213:2, 219:5, 219:19, 221:24, 227:13, 230:19, 247:21, 284:23, 285:3

**First** [1] - 230:16

**firstly** [1] - 240:13

**Firstly** [1] - 227:25

**fit** [1] - 242:10

**five** [1] - 247:14

**floor** [3] - 187:6, 187:10, 187:12

**flowing** [1] - 190:7

**focus** [1] - 295:11

**folder** [1] - 232:24

**follow** [1] - 182:17

**following** [2] - 230:21, 245:11

**follows** [1] - 182:7

**FOR** [1] - 303:3

**force** [1] - 181:18

**foregoing** [1] - 304:10

**form** [3] - 181:12, 198:12, 243:15

**format** [4] - 210:20, 210:21, 213:17, 228:8

**formula** [1] - 208:24

**forth** [1] - 304:9

**forward** [2] - 195:3, 223:23

**forwarded** [2] - 204:7, 262:13

**foundation** [3] - 238:15, 272:3, 273:23

**four** [5] - 191:7, 191:11, 203:2, 232:20, 291:15

**four-page** [2] - 191:7, 191:11

**fourteen** [2] - 213:24, 214:3

**Fourteen** [1] - 302:20

**fourteen-page** [2] - 213:24, 214:3

**Fourteen-page** [1] - 302:20

**frame** [1] - 224:9

**frankly** [1] - 268:8

**Friday** [6] - 219:4, 219:12, 224:2, 224:5, 225:3, 227:4

**friends** [1] - 298:10

**FROM** [1] - 178:2

**full** [5] - 207:22, 228:11, 247:8, 258:21, 279:19

**fully** [1] - 187:22

**furnished** [1] - 181:23

**FURTHER** [2] - 181:10, 181:15

## G

**Gabe** [8] - 188:20, 190:23, 195:11, 198:5, 198:6, 202:10, 202:13, 226:22

**GABRIEL** [1] - 177:11

**Gabriel's** [1] - 216:23

**Gaffney** [1] - 297:9

**gain** [2] - 226:18, 228:10

**garment** [2] - 241:6, 272:22

**GARMENT** [3] - 177:5, 305:2, 306:2

**Garment** [1] - 284:2

**garments** [38] - 226:13, 240:11, 240:23, 241:12, 242:21, 244:5, 244:7, 245:5, 245:8, 245:14, 246:6, 246:15, 247:6, 253:4, 254:15, 255:25, 256:19, 260:12, 260:16, 260:17, 261:20, 261:21, 265:15, 268:12, 268:22, 270:18, 270:21, 270:25, 271:21, 271:25, 273:6, 273:10, 273:17, 274:13, 274:14, 278:18, 279:13

**Garments** [7] - 218:17, 220:25, 221:15, 230:15, 233:7, 233:15, 281:7

**GARMENTS** [1] - 177:14

**gather** [1] - 267:23

**gathered** [1] - 267:22

**general** [1] - 294:23

**generally** [3] - 247:4, 277:2, 277:9

**generate** [1] - 211:22

**generated** [5] - 195:25, 196:3, 268:17, 275:15, 279:10

**Gerber** [3] - 200:13, 200:25, 302:16

**gist** [1] - 203:16

**given** [5] - 219:3, 238:23, 239:7, 298:7, 304:11

**glaring** [1] - 242:5

**GOLDBERG** [1] - 179:12

**GOLDSTEIN** [1] - 179:12

**goods** [46] - 186:10, 187:12, 188:11, 190:7, 193:6, 194:20, 204:18, 204:25, 205:6, 205:11, 205:13, 207:13, 207:23,

207:24, 209:2, 215:11, 215:16, 223:9, 228:13, 231:20, 232:17, 235:2, 235:15, 235:18, 235:23, 236:10, 236:12, 238:17, 240:9, 255:4, 262:12, 264:12, 266:15, 268:12, 268:24, 269:4, 269:11, 271:7, 271:9, 275:25, 293:6, 293:9, 296:8, 297:21, 298:5

**Goods** [1] - 245:17

**Gordmans** [3] - 205:10, 263:5, 263:8

**grading** [1] - 242:11

**grand** [2] - 257:21, 258:7

**greater** [1] - 243:20

**guess** [14] - 187:8, 192:15, 194:16, 195:6, 195:22, 196:4, 206:14, 206:23, 207:11, 226:18, 250:5, 262:9, 286:6, 287:6

**guidelines** [1] - 242:15

## H

**handling** [1] - 297:6

**handwriting** [2] - 213:2, 213:3

**happy** [1] - 289:22

**hard** [1] - 210:21

**HBLSHFY** [1] - 232:22

**heading** [1] - 276:11

**held** [1] - 178:4

**help** [2] - 211:25, 287:9

**helped** [2] - 294:25, 296:7

**helpful** [1] - 279:22

**helps** [1] - 295:10

**HEREBY** [1] - 181:4

**hereby** [2] - 181:8, 304:6

**herein** [3] - 181:6, 181:25, 182:3

**hereinbefore** [1] - 304:9

**high** [1] - 229:3

**high-ranking** [1] - 229:3

**higher** [1] - 268:22

**himself** [1] - 293:22

**HOGAN** [1] - 179:4

**Holding** [1] - 278:11

**HOLDINGS** [1] - 177:5

**Holdings** [1] - 278:15

**hole** [1] - 242:9

**holes** [1] - 241:3

**Holiday** [1] - 194:4

**honest** [2] - 211:20, 276:6

**Honestly** [4] - 193:9, 222:12, 241:23, 287:11

**honestly** [5] - 212:7, 212:15, 229:8, 284:23, 285:6

**hope** [1] - 184:23

313

**hours** [4] - 287:6, 287:7, 287:23, 287:24
**hurt** [1] - 278:22

**I**

**identification** [7] - 197:9, 200:18, 201:24, 203:11, 210:8, 214:6, 216:13
**identified** [8] - 231:17, 234:22, 235:2, 235:21, 235:22, 258:2, 271:7, 299:15
**identifies** [6] - 233:4, 233:15, 233:19, 234:18, 234:19, 234:21
**identify** [3] - 238:22, 286:24, 292:15
**Identify** [1] - 291:9
**impact** [1] - 266:15
**imperfect** [1] - 277:22
**implied** [4] - 236:7, 236:12, 239:7, 239:24
**IMPORT** [1] - 177:14
**Import** [2] - 220:25, 230:15
**important** [4] - 208:12, 208:15, 218:20, 221:24
**imports** [1] - 294:9
**impossible** [1] - 206:19
**improper** [1] - 238:8
**improved** [1] - 269:14
**inactive** [2] - 224:6, 225:4
**inch** [1] - 215:7
**include** [2] - 270:4, 287:2
**included** [2] - 237:8, 279:11
**including** [4] - 227:22, 231:18, 261:22, 279:5
**Incorporated** [1] - 221:15
**incorrect** [1] - 300:6
**independent** [1] - 293:23
**indicate** [1] - 246:5
**indicated** [1] - 277:7
**indicates** [1] - 252:8
**indicating** [1] - 231:19
**indirectly** [1] - 201:12
**individual** [3] - 227:5, 290:22, 291:3
**individuals** [1] - 295:7
**industry** [8] - 215:10, 241:2, 241:5, 242:5, 242:7, 242:17, 243:10, 263:19
**industry-standard** [3] - 241:2, 241:5, 242:17
**info** [1] - 211:24
**information** [6] - 185:24, 212:3, 259:23, 267:24, 270:20, 287:9
**initial** [2] - 185:24, 268:19
**insolvent** [2] - 266:24
**inspect** [1] - 250:8

**inspected** [2] - 214:21, 253:5
**Inspection** [1] - 245:17
**inspection** [4] - 214:17, 245:13, 250:3, 253:14, 254:13, 255:11, 273:6, 296:8
**instance** [1] - 269:21
**instructed** [1] - 283:6
**instruction** [2] - 281:14, 290:23
**insurable** [1] - 270:3
**insurance** [4] - 226:19, 228:11, 229:8, 269:14
**Interest** [2] - 216:6, 216:9
**interest** [1] - 302:22
**interested** [2] - 266:8, 304:16
**intermediary** [1] - 233:21
**intermediate** [1] - 234:20
**internal** [2] - 228:10, 294:15
**international** [1] - 214:22
**Interrogatories** [1] - 230:16
**interrogatory** [1] - 231:12, 235:22, 235:25, 236:4, 271:19, 288:15
**interrupt** [2] - 289:11, 289:14
**interrupted** [1] - 288:21
**intervener** [5] - 218:18, 218:21, 231:13, 236:6, 237:17
**intervening** [1] - 236:20
**Intervening** [1] - 230:14
**Intervenor** [4] - 177:15, 177:18, 179:14, 180:5
**intervention** [3] - 231:15, 290:17, 299:17
**inventory** [16] - 202:23, 228:4, 248:6, 248:14, 250:20, 255:5, 255:7, 256:7, 258:20, 262:18, 264:18, 266:20, 271:7, 271:11, 271:16, 276:2
**Invoice** [1] - 275:21
**invoice** [17] - 205:19, 207:7, 207:16, 207:17, 247:24, 248:3, 249:7, 275:22, 275:23, 276:4, 276:10, 276:12, 277:6, 277:11, 277:14, 277:20, 277:24
**invoiced** [1] - 228:15
**invoices** [6] - 207:21, 223:11, 276:20, 278:3, 299:15, 299:19
**involved** [6] - 195:13, 202:15, 228:12, 269:23, 279:24
**irrelevant** [1] - 298:18
**IS** [3] - 181:4, 181:10,

181:15
**issue** [19] - 186:13, 189:25, 194:17, 202:21, 226:11, 226:13, 228:10, 229:9, 242:18, 250:16, 274:21, 278:18, 282:6, 282:9, 282:20, 292:23, 293:8, 294:20, 297:21
**issued** [5] - 228:2, 255:10, 281:7, 282:4, 284:2
**issues** [12] - 185:12, 193:5, 194:14, 202:22, 215:17, 215:20, 215:22, 242:13, 293:5, 293:19, 297:17
**IT** [3] - 181:4, 181:10, 181:15
**item** [7] - 185:20, 187:4, 187:23, 190:2, 242:15, 265:16, 271:16
**items** [10] - 185:11, 208:9, 212:14, 243:19, 257:18, 257:19, 258:2, 258:5, 263:14, 278:24
**itself** [1] - 275:9

**J**

**jacket** [4] - 185:13, 187:2, 190:2, 209:8
**James** [1] - 226:15
**Jamie** [1] - 188:18
**January** [7] - 206:13, 227:8, 280:8, 281:3, 281:22, 281:23
**JEANS** [5] - 177:9, 177:9, 305:2, 306:2
**Jeans** [44] - 189:20, 192:10, 194:19, 195:19, 196:16, 199:8, 207:6, 207:22, 209:22, 213:7, 223:18, 226:10, 227:6, 227:20, 227:24, 228:3, 228:14, 228:15, 228:16, 228:21, 232:16, 236:21, 237:19, 241:22, 242:2, 242:21, 244:2, 245:7, 247:6, 254:2, 271:23, 273:5, 273:9, 277:10, 277:24, 279:13, 280:11, 281:10, 281:25, 284:22, 286:12, 294:21, 299:21
**Jeans'** [3] - 194:12, 200:25, 297:6
**Jericho** [1] - 179:8
**Jiangsu** [4] - 197:21, 199:2, 199:19, 302:14
**JIANGSU** [1] - 197:21
**Jimmy** [2] - 292:10, 293:11
**Joseph** [3] - 292:5, 292:21, 293:2

**Joy** [2] - 292:6, 294:4
**JR** [1] - 180:9

**K**

**keep** [2] - 190:6, 271:10
**Keep** [7] - 286:6, 300:7, 300:8, 300:10, 300:11, 300:13
**Kelly** [1] - 296:18
**kept** [3] - 245:8, 245:14, 262:19
**Kevin** [5] - 217:11, 258:22, 261:6, 265:25, 291:16
**KEVIN** [1] - 179:18
**kicked** [1] - 240:20
**Kim** [1] - 217:15
**kind** [8] - 190:5, 207:2, 248:16, 255:8, 288:13, 293:24, 295:23, 295:24
**KING** [1] - 180:4
**knowledge** [6] - 199:14, 223:18, 290:16, 291:10, 292:15, 298:8
**known** [3] - 222:8, 222:9, 238:3
**knows** [1] - 297:18
**Ko** [3] - 292:12, 294:14, 294:22

**L**

**LA** [3] - 188:9, 188:15, 188:17
**label** [1] - 242:13
**lading** [1] - 231:19
**Lading** [4] - 233:3, 234:25, 235:7, 235:11
**Landed** [1] - 208:2
**landed** [1] - 234:13
**landscape** [1] - 210:21
**Langone** [2] - 292:4, 294:23
**language** [1] - 288:16
**large** [2] - 190:4, 206:23
**last** [30] - 182:19, 187:19, 191:3, 191:17, 196:17, 202:20, 216:4, 219:4, 224:2, 224:4, 225:3, 227:4, 230:24, 246:5, 247:24, 248:2, 248:5, 248:9, 248:13, 249:7, 251:20, 269:18, 275:24, 283:17, 287:25, 292:9, 294:11, 295:24
**late** [1] - 226:23
**Lauren** [7] - 183:10, 184:14, 184:22, 189:3, 292:4, 294:3, 294:24

314

**law** [5] - 197:3, 197:5, 199:12, 234:4, 302:14
**lawsuit** [18] - 194:14, 199:22, 199:25, 200:2, 222:6, 222:24, 223:11, 226:14, 231:25, 271:22, 278:18, 278:25, 279:14, 288:11, 295:6, 297:21, 297:24, 298:8
**lawyer** [1] - 288:11
**LDP** [5] - 205:16, 207:5, 207:25, 209:4, 213:15
**Leaf** [41] - 192:11, 194:19, 196:10, 198:10, 198:17, 202:17, 205:2, 205:22, 206:6, 206:18, 228:3, 231:24, 232:16, 233:20, 234:19, 235:4, 235:16, 239:21, 239:25, 240:16, 241:20, 260:5, 260:16, 261:21, 264:13, 272:14, 272:22, 273:19, 274:15, 278:23, 279:11, 280:14, 280:21, 283:8, 285:5, 285:10, 285:12, 287:20, 292:10, 294:17
**LEAF** [3] - 177:5, 305:2, 306:2
**least** [7] - 190:4, 218:24, 227:23, 228:23, 281:25, 283:18
**leave** [7] - 190:6, 250:17, 252:9, 255:17, 255:20, 255:21, 266:23
**leaving** [1] - 255:19
**Lee** [2] - 220:11, 297:13
**left** [8] - 182:19, 203:3, 233:4, 254:15, 255:12, 255:25, 258:25, 263:10
**legal** [3] - 220:10, 231:13, 239:10
**lender** [1] - 202:23
**lending** [1] - 266:19
**less** [2] - 283:5, 299:24
**Letter** [1] - 302:13
**letter** [15] - 197:20, 197:24, 198:4, 198:7, 198:24, 199:3, 199:16, 200:6, 200:7, 200:13, 200:15, 200:21, 201:4, 201:8, 302:15
**level** [5] - 215:11, 215:15, 243:20, 254:20, 269:23
**levels** [1] - 243:16
**licensing** [1] - 202:21
**Licensing** [1] - 202:22
**lie** [1] - 212:15
**lien** [12] - 202:23, 264:17, 266:14, 266:20, 268:10, 268:11, 268:15, 268:21, 268:23, 269:3, 270:14, 271:6

**likely** [3] - 290:15, 291:9, 292:16
**limit** [2] - 186:13, 189:25
**LIMITED** [2] - 177:11, 177:17
**Limited** [23] - 197:4, 199:11, 199:23, 218:23, 220:25, 221:3, 221:16, 221:17, 222:18, 223:20, 223:24, 225:2, 225:4, 225:10, 225:15, 225:21, 225:24, 226:2, 226:20, 237:18, 281:8, 284:2, 286:22
**Lin** [1] - 297:13
**line** [5] - 186:12, 193:17, 193:24, 230:19, 283:15
**LINE** [2] - 305:6, 306:6
**lines** [3] - 182:18, 185:14, 186:4
**liquidate** [2] - 187:9, 264:13
**liquidated** [6] - 249:18, 256:13, 258:6, 262:11, 264:22, 269:4
**liquidating** [2] - 258:2, 262:18
**liquidation** [13] - 203:6, 203:8, 203:24, 246:21, 247:16, 248:7, 257:10, 258:14, 259:19, 266:22, 267:18, 270:7, 303:5
**Liquidation** [2] - 257:19, 302:18
**liquidations** [1] - 269:17
**list** [3] - 185:22, 205:6, 222:2
**listed** [4] - 207:4, 270:10, 278:9, 292:9
**listing** [2] - 212:14, 292:13
**literally** [2] - 187:3, 275:22
**litigation** [3] - 205:3, 245:12, 248:25
**lives** [2] - 185:5, 278:16
**living** [1] - 288:3
**LLC** [19] - 177:5, 177:9, 177:9, 177:10, 177:10, 177:11, 177:17, 195:19, 221:3, 221:17, 221:18, 234:21, 281:8, 284:2
**LLP** [2] - 179:4, 179:12
**loading** [1] - 254:22
**loan** [2] - 268:16, 269:3
**located** [2] - 184:23, 188:15
**location** [5] - 204:17, 250:13, 250:20, 251:18, 257:3
**look** [34] - 184:2, 202:3, 209:24, 219:6, 219:18, 220:7, 220:12, 220:23, 221:23, 230:12, 230:19, 230:24, 231:11, 232:19,

232:21, 233:10, 233:18, 243:7, 247:2, 247:23, 248:21, 248:22, 249:4, 249:6, 249:20, 249:21, 253:7, 253:9, 256:16, 257:13, 257:21, 264:10, 271:4, 273:10
**looked** [3] - 213:14, 253:20, 286:10
**looking** [6] - 185:11, 198:23, 211:9, 212:10, 218:9, 250:21
**looks** [7] - 211:10, 249:21, 253:25, 274:25, 276:14, 288:14, 288:17
**Looks** [2] - 212:7, 300:11
**loose** [1] - 215:24
**Lopez** [1] - 296:10
**lopsided** [1] - 241:3
**losing** [1] - 268:17
**loss** [1] - 194:15
**lost** [3] - 207:22, 208:19, 208:25
**LTD** [2] - 177:5, 177:14

## M

**mail** [43] - 183:23, 184:3, 184:8, 184:9, 184:13, 184:15, 184:17, 184:19, 185:19, 186:6, 188:5, 188:6, 188:7, 189:7, 189:12, 189:13, 189:17, 190:13, 190:16, 190:20, 191:12, 191:16, 191:18, 193:11, 193:13, 193:18, 201:17, 201:19, 201:21, 202:4, 202:13, 232:4, 232:8, 232:12, 232:16, 280:7, 280:22, 280:23, 283:14, 283:16, 283:20, 284:6, 302:17
**mails** [4] - 183:22, 189:18, 201:18, 294:11
**main** [1] - 211:12
**maker** [1] - 205:20
**Mallesons** [1] - 217:15
**MALLESONS** [1] - 180:4
**man** [2] - 289:14, 297:15
**Mana** [5] - 197:21, 199:3, 199:20, 302:14
**managed** [1] - 294:12
**manager** [3] - 294:5, 294:10, 294:24
**mandatory** [2] - 215:15, 215:17
**manufacture** [1] - 278:17
**manufactured** [5] - 236:13, 260:18, 261:21, 271:25,

272:22
**manufacturers** [4] - 273:20, 274:16, 280:2, 297:20
**March** [8] - 191:19, 192:11, 193:14, 193:20, 195:3, 201:20, 216:8, 227:7
**mark** [4] - 196:22, 200:9, 210:4, 221:11
**markdown** [2] - 187:8, 187:17
**markdowns** [1] - 186:19
**marked** [17] - 183:9, 189:3, 189:5, 191:5, 195:18, 195:21, 197:7, 200:16, 201:22, 203:9, 210:6, 212:21, 212:25, 213:23, 214:4, 216:11, 221:12
**market** [5] - 265:9, 265:10, 265:13, 265:18, 265:23
**marking** [1] - 191:8
**marriage** [1] - 304:15
**Massachusetts** [1] - 185:5
**match** [1] - 299:23
**math** [2] - 246:18, 256:3
**matter** [5] - 234:4, 234:14, 304:16
**Maurice** [1] - 292:12
**Maxx** [20] - 186:9, 186:14, 186:21, 186:23, 186:24, 189:21, 189:22, 192:4, 192:5, 192:19, 192:21, 198:14, 204:18, 208:9, 211:19, 213:6, 247:5, 264:25, 294:6, 295:17
**Mazzola** [4] - 197:3, 197:5, 199:12, 302:14
**mean** [31] - 184:25, 191:13, 194:9, 194:22, 195:12, 199:7, 205:24, 206:2, 207:6, 211:21, 225:18, 233:25, 234:6, 242:8, 242:9, 247:25, 248:9, 253:6, 254:11, 275:18, 281:12, 285:11, 286:4, 286:13, 286:16, 287:5, 287:24, 295:4, 295:5, 298:23
**mean..** [1] - 212:9
**meaning** [4] - 195:2, 207:16, 249:17, 271:23
**means** [4] - 249:11, 257:15, 275:17, 275:18
**meant** [1] - 193:21
**mediation** [3] - 214:2, 214:3, 302:21
**member** [1] - 229:3
**members** [1] - 227:22
**Membership** [3] - 216:6, 216:9, 302:22
**mentioned** [4] - 240:19,

275:24, 293:14, 294:3
**mentioning** [1] - 231:18
**merchandise** [9] - 192:18, 213:6, 234:16, 247:11, 250:17, 269:8, 269:21, 278:20, 294:24
**merchandiser** [2] - 280:13, 294:15
**Merchant** [3] - 292:11, 293:4
**Mi** [3] - 292:12, 294:14, 294:22
**MICHAEL** [1] - 179:9
**mid** [2] - 224:25, 281:23
**mid-January** [1] - 281:23
**might** [5] - 210:21, 211:4, 241:22, 247:4, 279:23
**Mike** [7] - 185:4, 211:2, 217:7, 285:21, 286:6, 299:9, 300:8
**million** [10] - 206:17, 206:21, 207:22, 257:22, 260:3, 260:4, 262:11, 262:12, 264:22, 265:3
**minor** [1] - 264:2
**minus** [2] - 207:17, 209:12
**minute** [1] - 217:7
**minutes** [2] - 299:3, 300:20
**miscategorized** [1] - 300:5
**miscellaneous** [1] - 211:13
**mischaracterized** [1] - 238:13
**missed** [2] - 185:4, 185:7
**mistaken** [3] - 190:22, 194:6, 215:8
**mitigated** [1] - 264:11
**mitigation** [1] - 264:8
**moment** [2] - 247:2, 256:7
**money** [6] - 190:4, 196:11, 262:17, 267:2, 267:17, 303:5
**monies** [5] - 198:13, 199:2, 202:10, 264:3, 279:20
**month** [2] - 250:15, 271:17
**months** [1] - 283:18
**Moreover** [1] - 264:15
**morning** [1] - 190:24
**Morris** [2] - 293:16, 293:21
**Most** [2] - 267:13, 276:23
**most** [9] - 193:2, 208:12, 208:15, 221:24, 240:14, 243:21, 287:17, 287:24, 300:15
**mouth** [1] - 208:11
**move** [5] - 191:3, 212:19, 213:18, 296:5, 299:8
**moved** [11] - 251:4, 251:6, 251:12, 251:19, 251:20, 252:5, 252:22, 254:21, 255:6, 257:2, 257:4
**Moving** [1] - 203:4

**moving** [2] - 210:17, 250:13
**MR** [162] - 182:16, 183:6, 183:13, 183:14, 183:16, 183:19, 185:3, 185:6, 185:9, 196:21, 197:11, 200:9, 200:20, 201:14, 202:2, 202:24, 203:13, 210:2, 210:16, 210:25, 211:8, 213:19, 214:8, 216:3, 216:15, 217:2, 217:7, 217:10, 217:16, 217:21, 217:25, 218:4, 218:8, 218:12, 218:16, 218:9, 219:11, 219:20, 220:3, 220:4, 220:9, 220:12, 220:14, 220:16, 220:18, 220:21, 221:9, 221:12, 221:13, 222:21, 223:15, 227:11, 227:15, 229:15, 229:16, 229:23, 230:3, 234:2, 234:8, 235:6, 235:9, 237:20, 238:9, 238:14, 238:18, 238:20, 239:9, 239:12, 244:16, 244:19, 245:2, 252:14, 252:17, 258:22, 259:2, 259:4, 259:6, 259:7, 259:8, 259:10, 259:15, 259:22, 260:2, 260:20, 260:23, 260:25, 261:6, 261:8, 261:10, 261:13, 261:14, 261:25, 262:4, 265:4, 265:14, 265:19, 265:23, 265:25, 266:3, 266:6, 266:13, 267:10, 267:16, 267:20, 267:23, 268:5, 272:2, 272:5, 272:7, 272:10, 272:11, 273:22, 273:24, 274:7, 274:9, 274:18, 274:23, 277:17, 277:21, 279:15, 282:11, 282:21, 285:16, 285:20, 287:16, 287:21, 288:8, 288:20, 288:22, 288:23, 289:7, 289:10, 289:12, 289:13, 289:16, 289:18, 289:20, 289:21, 289:24, 290:25, 291:2, 291:5, 291:8, 291:14, 291:16, 291:20, 291:24, 292:17, 292:19, 295:12, 295:20, 295:23, 296:3, 298:22, 299:7, 300:4, 300:7, 300:23, 301:2, 301:3, 302:7, 302:8
**multiple** [3] - 251:20, 284:19, 287:5
**multiply** [1] - 209:5
**must** [3] - 191:14, 211:16, 222:13

## N

**name** [13] - 182:9, 183:12, 217:14, 217:19, 218:10, 234:7, 279:7, 282:5, 291:19, 291:21, 292:2, 292:9, 294:10
**named** [1] - 295:10
**names** [2] - 205:9, 279:3
**NASH** [63] - 179:18, 183:13, 183:16, 185:3, 217:7, 217:16, 217:25, 218:12, 219:9, 220:4, 220:12, 221:12, 222:21, 227:11, 229:15, 229:23, 234:2, 234:8, 235:6, 237:20, 238:14, 239:9, 244:16, 252:14, 259:2, 259:6, 259:8, 259:15, 260:20, 260:25, 261:8, 261:13, 261:25, 265:4, 265:14, 265:19, 265:23, 266:3, 267:10, 272:2, 272:10, 273:22, 274:7, 274:18, 277:17, 279:15, 282:11, 287:16, 288:8, 288:22, 289:7, 289:12, 289:18, 289:21, 290:25, 291:5, 291:14, 291:24, 292:17, 295:12, 295:23, 298:22, 300:4
**Nash** [1] - 217:12
**Nash's** [1] - 218:10
**Nathan** [9] - 184:9, 184:13, 186:5, 188:18, 191:18, 211:23, 212:2, 292:5, 294:11
**Nathan's** [1] - 185:15
**National** [1] - 270:10
**nearly** [2] - 254:3, 254:5
**necessarily** [4] - 204:20, 207:6, 250:10, 295:14
**necessary** [1] - 226:18
**need** [8] - 203:16, 218:14, 238:11, 240:13, 244:17, 270:19, 290:2, 295:25
**needed** [2] - 226:19, 270:24
**needs** [2] - 243:14, 259:14
**negative** [1] - 243:24
**negatives** [1] - 207:18
**negotiate** [2] - 189:21, 295:2
**never** [7] - 214:16, 214:17, 215:16, 224:20, 285:14, 288:6, 292:9
**New** [27] - 178:7, 179:8, 179:17, 180:8, 182:5, 182:15, 218:22, 221:2, 221:17, 222:17, 223:19, 223:24, 224:5, 224:12, 224:18, 225:15, 225:22, 226:4, 226:20, 234:21,

234:22, 235:4, 235:19, 237:17, 286:19, 304:6
**NEW** [5] - 177:3, 177:9, 177:10, 177:10, 177:17
**new** [4] - 250:20, 252:23, 257:2, 282:5
**newer** [1] - 251:23
**next** [15] - 179:25, 191:4, 195:16, 195:17, 196:20, 200:5, 200:6, 202:24, 207:10, 208:4, 209:15, 210:3, 210:18, 212:19, 230:11
**Next** [2] - 230:10, 289:9
**nine** [1] - 194:12
**nobody** [1] - 238:7
**none** [3] - 205:21, 237:12, 262:12
**nonparties** [5] - 290:14, 295:8, 295:10, 295:13, 295:14
**nonparty** [3] - 291:9, 291:15, 295:4
**nonsense** [1] - 290:25
**North** [1] - 179:6
**NOTARY** [1] - 301:18
**Notary** [3] - 178:6, 182:4, 304:5
**notes** [1] - 286:10
**nothing** [7] - 192:4, 198:10, 215:19, 215:25, 230:4, 298:3, 300:24
**Nothing** [1] - 211:3, 230:2, 230:5
**Notice** [3] - 221:2, 221:16, 222:9
**notice** [4] - 222:11, 271:24, 272:16, 272:21
**notices** [1] - 288:15
**notified** [1] - 233:20, 235:15
**November** [2] - 283:16, 284:7
**number** [12] - 232:7, 249:17, 258:5, 260:18, 261:22, 275:21, 275:23, 276:4, 276:12, 286:24, 299:9
**Number** [1] - 299:14
**number/CM** [1] - 275:21
**numbers** [2] - 276:8, 276:10
**NY** [1] - 180:8

## O

**o'clock** [1] - 266:11
**oath** [3] - 181:18, 212:16, 290:12
**object** [3] - 261:12, 266:7,

277:15
**objection** [4] - 237:22, 238:10, 238:12, 238:14
**Objection** [22] - 227:11, 229:15, 229:23, 234:8, 235:6, 237:20, 239:9, 252:14, 261:25, 265:4, 265:14, 265:19, 272:2, 273:22, 274:7, 274:18, 277:17, 279:15, 282:11, 289:7, 298:22, 300:4
**objections** [1] - 181:11
**Obviously** [2] - 278:9, 295:19
**obviously** [9] - 218:3, 247:10, 256:4, 279:2, 280:17, 280:24, 295:21, 296:12, 298:14
**occurred** [1] - 226:23
**occurs** [1] - 228:20
**Ocean** [1] - 182:14
**OCTOBER** [4] - 177:22, 178:2, 305:3, 306:3
**OF** [3] - 177:3, 177:25, 178:3
**offer** [2] - 186:14, 186:16
**offered** [1] - 244:21
**offering** [1] - 264:14
**offhand** [2] - 246:22, 284:25
**office** [3] - 217:18, 240:19, 294:25
**officer** [1] - 181:17
**older** [1] - 251:24
**Olga** [1] - 178:6
**OLGA** [2] - 304:5, 304:21
**Olsen** [1] - 296:18
**Once** [2] - 183:24, 255:5
**once** [2] - 234:16, 269:10
**one** [45] - 178:3, 185:12, 185:20, 186:11, 186:12, 190:2, 196:22, 201:16, 201:17, 207:12, 207:18, 209:14, 209:15, 210:23, 213:20, 219:21, 227:23, 228:23, 232:9, 232:22, 235:20, 235:24, 242:11, 244:23, 249:6, 250:2, 250:13, 251:24, 262:7, 266:25, 272:14, 275:4, 282:17, 283:11, 283:17, 284:10, 287:17, 288:24, 288:25, 289:5, 290:8, 291:24, 294:6, 294:17, 297:20
**one's** [2] - 252:16
**one-page** [1] - 201:16
**one-third** [1] - 244:23
**ones** [2] - 295:22, 299:19
**Ontario** [4] - 251:19,

251:22, 251:25, 252:16
**oOo** [1] - 259:25
**operate** [1] - 284:20
**opportunity** [1] - 299:12
**Order** [1] - 178:5
**order** [11] - 187:4, 192:15, 192:17, 192:18, 192:21, 226:12, 228:10, 237:3, 241:15, 279:3, 284:24
**orders** [8] - 192:14, 198:14, 214:20, 227:25, 228:8, 240:12, 247:9, 250:14
**original** [9] - 208:7, 208:17, 209:4, 213:16, 251:11, 251:13, 251:15, 251:18, 252:21
**originally** [2] - 228:2, 288:5
**outcome** [1] - 304:16
**owe** [1] - 299:24
**owed** [5] - 187:9, 202:9, 206:20, 279:20
**own** [4] - 192:23, 193:3, 257:15, 270:12
**owned** [7] - 192:5, 227:21, 228:22, 228:23, 239:20, 266:19, 283:10
**owner** [12] - 224:17, 225:10, 225:14, 225:17, 225:21, 225:24, 226:16, 227:20, 278:21, 278:22, 297:16
**owners** [2] - 195:14, 224:12
**ownership** [6] - 196:13, 239:21, 251:17, 257:3, 276:8, 282:18

---

## P

**p.m** [1] - 189:14
**P.M** [2] - 177:23, 301:8
**page** [23] - 179:25, 187:20, 188:3, 189:4, 189:8, 190:14, 191:7, 191:11, 191:17, 193:10, 196:25, 197:12, 201:16, 201:17, 213:2, 213:24, 214:3, 220:19, 221:25, 230:24, 302:20
**Page** [6] - 187:20, 189:8, 189:12, 191:18, 216:18, 257:5
**PAGE** [5] - 302:5, 302:12, 303:4, 305:6, 306:6
**pages** [2] - 216:8, 247:20
**Paid** [1] - 208:2
**paid** [28] - 186:19, 196:12, 199:2, 205:22, 205:23, 205:24, 206:2, 206:5, 206:6, 206:13, 206:18, 207:7, 207:21, 228:15, 234:13,

244:24, 247:13, 262:22, 262:23, 262:25, 263:8, 267:2, 267:8, 267:18, 267:21, 268:6, 303:5
**pants** [1] - 187:2
**paragraph** [3] - 187:19, 246:5, 246:11
**paragraphs** [1] - 193:24
**Paragraphs** [1] - 299:16
**paraphrasing** [1] - 187:21
**parenthesis** [1] - 233:11
**Parkway** [1] - 182:14
**part** [19] - 198:13, 214:10, 226:11, 227:24, 228:24, 246:20, 257:10, 265:9, 265:18, 266:21, 270:4, 288:10
**particular** [5] - 253:25, 273:14, 277:11, 279:10, 279:17
**parties** [8] - 181:6, 228:12, 260:18, 261:22, 261:24, 290:21, 295:6, 304:14
**party** [5] - 233:20, 235:15, 260:11, 292:7, 298:25
**Party** [1] - 291:3
**pass** [2] - 214:22, 215:11
**passed** [1] - 235:18
**past** [3] - 243:25, 277:15, 287:6
**pay** [7] - 202:10, 260:4, 260:8, 260:11, 261:23, 267:11, 267:12
**payable** [2] - 275:2, 279:19, 280:4
**paying** [2] - 243:19, 247:5
**payment** [2] - 194:19, 195:5
**payments** [1] - 283:6
**pays** [1] - 263:21
**PDF** [1] - 232:22
**Pegasus** [7] - 205:10, 263:3, 263:9, 270:11, 296:15, 296:19, 296:22
**penalty** [1] - 230:21
**people** [8] - 194:2, 280:20, 284:18, 285:12, 290:22, 292:13, 295:17, 295:20
**per** [4] - 189:17, 194:23, 205:19, 215:7
**percent** [2] - 235:13, 263:23
**percentage** [4] - 187:11, 190:10, 206:17, 263:24
**perhaps** [2] - 226:3, 227:5
**period** [2] - 225:5, 275:12
**perjury** [1] - 230:17
**permanent** [1] - 290:18
**person** [4] - 183:25, 238:4, 280:14, 281:17
**personal** [1] - 298:10

**personally** [2] - 185:7, 278:21
**perspective** [1] - 288:17
**pertain** [1] - 204:25
**Philadelphia** [1] - 278:16
**phonetic** [2] - 296:6, 296:10
**physically** [4] - 184:25, 187:6, 253:6, 257:4
**Physically** [1] - 185:2
**pick** [6] - 217:9, 250:16, 250:18, 252:11, 256:5
**pick-ins** [1] - 250:16
**picked** [2] - 252:19, 254:20
**picture** [2] - 206:25, 211:7
**pilling** [1] - 215:23
**place** [3] - 182:21, 192:22, 219:5
**placed** [4] - 264:17, 266:15, 284:24, 293:23
**Plaintiff** [2] - 177:15, 180:5
**plaintiff** [1] - 218:18
**Plaintiff's** [5] - 197:14, 200:22, 202:5, 203:20, 210:10
**Plaintiffs** [1] - 177:6
**plaintiffs** [2] - 214:2, 302:20
**PLAINTIFFS'** [1] - 302:12
**Plaintiffs'** [7] - 197:7, 200:16, 201:22, 203:9, 210:7, 214:5, 216:12
**plan** [1] - 269:25
**play** [1] - 186:2
**pledged** [1] - 271:18
**PO** [4] - 232:6, 281:6, 281:20, 282:6
**point** [8] - 193:20, 197:19, 218:21, 226:9, 234:11, 236:17, 243:18, 280:14
**pointing** [1] - 277:3
**portion** [4] - 206:23, 260:4, 260:8, 260:12
**portrait** [1] - 210:20
**POs** [5] - 191:20, 226:11, 281:2, 282:9, 283:22
**position** [1] - 194:12
**positive** [1] - 243:24
**possess** [3] - 290:15, 291:10, 292:16
**possession** [5] - 231:24, 234:16, 235:18, 260:16, 261:19
**possible** [1] - 298:25
**possibly** [1] - 195:22
**PowerPoint** [1] - 196:6
**pre** [2] - 243:3, 243:6
**pre-production** [2] - 243:3, 243:6
**precise** [2] - 266:4, 266:5

premises [3] - 240:20, 245:13, 245:14

preparation [1] - 270:22, 286:25, 287:3

prepare [3] - 242:21, 286:8, 288:25

prepared [10] - 218:3, 247:3, 252:6, 259:13, 279:18, 286:5, 287:17, 289:4, 290:9, 291:23

present [1] - 196:5

presentation [1] - 294:7

previous [2] - 246:21, 293:17

previously [10] - 182:4, 183:9, 212:21, 223:7, 240:19, 242:5, 243:4, 271:14, 294:8, 294:10

price [13] - 208:3, 208:5, 208:7, 208:18, 209:5, 213:15, 243:18, 244:21, 244:24, 244:25, 266:22, 268:16, 268:22

principal [2] - 233:9, 233:12

printed [2] - 213:8, 213:17

printout [1] - 213:12

private [1] - 242:13

privy [1] - 298:7

problem [1] - 287:19

problems [1] - 185:21

process [4] - 183:2, 270:16, 270:23, 271:3

produced [6] - 213:25, 237:13, 241:13, 258:11, 299:22, 302:20

product [3] - 187:22, 205:19, 215:10

PRODUCTION [1] - 303:3

production [4] - 240:14, 242:3, 243:3, 243:6

productive [1] - 269:2

products [8] - 186:25, 194:14, 202:11, 202:17, 206:7, 214:21, 298:2

profit [4] - 208:19, 208:25, 209:9, 209:10

program [2] - 194:9, 242:13

project [1] - 223:25

prompt [1] - 232:6

pronounce [1] - 291:25

proper [2] - 242:11, 261:9

properly [2] - 228:6, 236:13

proposal [1] - 186:9

provide [3] - 240:10, 271:24, 272:21

provided [15] - 204:25, 211:18, 212:13, 212:17, 213:12, 219:4, 236:19, 237:15, 241:10, 241:17,

241:21, 242:20, 243:4, 279:12, 280:24

providing [6] - 230:9, 231:8, 236:25, 273:7, 273:17, 274:12

PUBLIC [1] - 301:18

Public [3] - 178:7, 182:5, 304:5

pull [4] - 186:2, 186:9, 285:21, 296:7

pulled [1] - 204:6

purchase [14] - 196:13, 196:16, 198:14, 214:20, 227:6, 227:25, 228:7, 228:21, 237:3, 240:12, 241:14, 244:12, 284:24, 302:22

Purchase [2] - 216:7, 216:10

purchased [2] - 198:16, 244:13

purchaser [1] - 268:24

purchasers [1] - 269:12

purposes [2] - 191:8, 229:8

pursuant [2] - 178:5, 242:22

pushed [1] - 212:9

put [6] - 189:6, 190:5, 193:4, 208:10, 212:3, 294:6

putting [1] - 213:22

## Q

QC [3] - 185:12, 186:3, 186:12

QTY [1] - 249:10

quality [22] - 193:7, 215:22, 215:25, 240:11, 240:17, 240:21, 240:23, 241:11, 242:2, 242:17, 243:11, 243:13, 243:15, 243:16, 243:20, 243:23, 273:5, 292:23, 293:6, 293:8, 293:19, 294:5

quantity [5] - 205:13, 209:18, 249:12, 249:13, 249:16

questioning [1] - 283:15

questions [12] - 182:20, 183:8, 188:25, 201:19, 217:3, 217:4, 217:5, 218:25, 223:24, 288:19, 288:22, 289:23

quick [3] - 220:23, 221:23, 275:17

quicker [1] - 268:13

quite [1] - 268:8

## R

ranking [1] - 229:3

RAPTIS [2] - 304:5, 304:21

Raptis [1] - 301:16

rather [3] - 186:2, 243:24, 283:7

re [1] - 198:18

re-contracted [1] - 198:18

read [11] - 182:23, 185:6, 185:8, 210:22, 210:23, 210:25, 211:2, 234:3, 288:24, 289:5, 290:8

Read [6] - 195:19, 213:5, 230:20, 231:17, 236:9, 271:5

reading [2] - 184:16, 189:18

ready [1] - 255:16

real [2] - 223:5, 275:17

really [7] - 187:2, 194:9, 195:10, 198:19, 215:17, 215:25, 223:2, 230:9, 277:23, 287:12

reason [11] - 182:23, 184:18, 198:9, 208:22, 208:23, 219:23, 239:19, 268:15, 279:2, 279:9, 279:21

reasoning [1] - 194:16

Rebecca [2] - 194:5, 194:6

receipt [1] - 271:8

receivables [1] - 271:18

receive [2] - 232:16, 275:25

received [10] - 184:19, 185:19, 206:11, 206:12, 212:4, 212:8, 241:22, 273:11, 284:9

receives [1] - 277:11

receiving [3] - 198:21, 263:25, 273:6

recently [1] - 287:24

recess [2] - 285:18, 300:21

reclarify [1] - 282:25

recognize [2] - 230:17, 232:8, 232:25, 247:17, 274:24, 280:22, 283:20

Recognize [1] - 283:21

recollection [3] - 184:7, 224:14, 224:16

record [12] - 182:10, 182:13, 189:2, 200:12, 201:15, 204:12, 209:7, 216:6, 219:21, 224:3, 286:14, 304:11

records [6] - 267:7, 286:12, 286:13, 286:20, 286:21, 287:8, 287:12, 287:13

red [1] - 207:16

refer [2] - 284:18, 287:14

reference [5] - 192:3,

192:17, 202:8, 214:19, 276:17

referenced [5] - 185:20, 198:13, 269:18, 270:7, 294:4

referencing [1] - 185:18

referred [2] - 203:6, 203:23

referring [6] - 185:15, 186:11, 215:18, 235:25, 241:7, 241:9

refers [5] - 185:12, 190:9, 191:20, 193:17, 193:23

reflect [1] - 263:12

reflected [1] - 263:16

reflecting [1] - 275:13

refreshed [1] - 259:24

refused [2] - 246:7, 247:7

regard [4] - 209:25, 212:3, 225:20, 287:11

Regarding [1] - 245:17

regarding [2] - 240:10, 243:18

regardless [3] - 186:25, 187:4, 285:13

register [1] - 195:20

reinstate [1] - 192:14

reissue [1] - 281:14

reject [2] - 273:18, 274:14

related [3] - 226:11, 241:11, 304:14

relation [1] - 279:13

relationship [3] - 266:18, 282:14, 294:13

Relatively [1] - 265:7

released [1] - 234:17

relevant [2] - 240:24, 286:14

Remaining [1] - 246:13

remaining [3] - 246:19, 250:19, 277:8

remember [13] - 184:10, 190:17, 192:8, 194:25, 198:11, 198:21, 198:23, 213:15, 251:16, 251:22, 252:2, 252:21, 272:20

Remembered [1] - 286:10

remove [1] - 269:8

removed [2] - 248:15, 256:6

repeat [2] - 274:10, 290:2

reply [1] - 228:17

report [4] - 278:2, 278:8, 279:10, 299:21

reporter [3] - 219:13, 219:14, 221:11

Reporter [1] - 178:6

REPORTER [1] - 182:8

reports [2] - 293:11, 293:13

representative [3] - 222:19, 242:4, 242:16

representing [1] - 181:24

request [3] - 195:5, 284:6,

318

284:9
**requesting** [1] - 194:19
**Requesting** [1] - 194:21
**REQUESTS** [1] - 303:3
**require** [6] - 241:25,
243:11, 243:13, 243:16,
243:20, 269:7
**required** [2] - 240:17, 271:9
**requires** [1] - 242:14
**resend** [1] - 228:7
**reserved** [1] - 181:12
**resolution** [1] - 190:8
**respect** [9] - 225:2, 227:23,
235:2, 239:23, 240:8,
240:23, 287:14, 290:18,
293:6
**respective** [1] - 181:6
**responded** [1] - 190:19
**response** [10] - 199:3,
199:15, 201:8, 231:11,
231:16, 236:2, 236:4,
264:10, 271:5, 273:2
**Responses** [1] - 230:14
**responses** [3] - 231:5,
231:9, 264:7
**responsible** [1] - 294:18
**rest** [1] - 190:6
**retailers** [2] - 243:21,
265:22
**retaining** [1] - 264:12
**return** [10] - 186:16, 202:11,
229:20, 229:22, 230:6,
247:9, 247:12, 273:19,
274:14, 295:2
**returned** [12] - 187:5,
187:16, 204:18, 204:22,
213:6, 215:13, 245:6, 246:6,
246:15, 246:17, 247:7, 247:8
**returning** [1] - 202:17
**returns** [3] - 292:25, 293:7,
293:9
**review** [4] - 285:24, 287:12,
287:13, 299:14
**reviewed** [4] - 204:7,
213:10, 287:5, 294:8
**RINGER** [5] - 177:9, 177:9,
305:2, 306:2
**Ringer** [57] - 187:21,
189:20, 194:11, 194:19,
195:19, 196:16, 199:8,
200:25, 207:6, 207:22,
209:22, 213:6, 223:3, 223:5,
223:18, 226:10, 227:6,
227:20, 227:24, 228:3,
228:13, 228:14, 228:15,
228:16, 228:21, 232:15,
236:20, 241:22, 242:2,
242:20, 244:2, 245:6, 246:8,
246:14, 247:6, 254:2, 260:4,
260:8, 260:11, 260:15,

261:19, 261:23, 271:23,
273:5, 273:9, 273:18,
277:10, 277:24, 279:13,
280:10, 281:10, 281:25,
284:22, 286:12, 294:21,
297:6, 299:21
**Ringer's** [2] - 186:20,
231:24
**Ringers** [2] - 192:10,
237:19
**ripping** [1] - 215:23
**risk** [1] - 270:12
**Robaldo** [1] - 296:9
**Rog** [6] - 231:4, 231:11,
264:7, 264:8, 271:4, 271:5
**role** [2] - 203:25, 204:4
**Ross** [15] - 205:10, 244:5,
244:11, 244:20, 253:8,
254:3, 254:23, 255:3,
255:16, 265:9, 265:13,
296:14, 296:16, 296:24,
297:6
**Roughly** [1] - 256:23
**Row** [4] - 248:21, 249:4,
249:20, 253:7
**row** [1] - 254:4
**rows** [1] - 211:11
**RTV** [5] - 186:16, 187:7,
187:23, 211:24, 212:14
**rule** [1] - 241:5
**run** [2] - 258:20, 259:14
**running** [1] - 211:15

## S

**safe** [1] - 186:2
**sale** [5] - 250:22, 257:14,
265:2, 268:18
**sales** [8] - 187:6, 257:16,
259:13, 259:20, 264:17,
264:23, 269:6, 269:17
**salvage** [1] - 192:15
**sample** [1] - 243:6
**samples** [2] - 242:4, 243:3
**sampling** [2] - 241:15,
294:19
**Sarah** [2] - 194:5, 297:9
**saw** [4] - 197:17, 294:10,
297:16, 299:20
**Schedule** [1] - 213:5
**Schwartz** [2] - 292:10,
293:11
**Scott** [2] - 292:11, 293:12
**screen** [12] - 182:22, 183:4,
197:15, 200:23, 202:6,
203:17, 203:21, 210:11,
210:24, 218:11, 219:8,
247:21
**scroll** [6] - 191:10, 220:22,

221:22, 284:5, 285:22, 299:9
**scrolling** [4] - 221:6, 286:6,
300:8, 300:9
**se** [2] - 189:17, 194:23
**sealing** [1] - 181:7
**Search** [1] - 286:12
**search** [2] - 286:20, 286:21
**searching** [1] - 287:7
**second** [1] - 300:9
**Secondly** [1] - 240:17
**section** [2] - 214:10, 285:22
**Section** [3] - 185:10,
185:25, 214:20
**see** [46] - 182:24, 182:25,
184:2, 189:16, 210:24,
211:6, 211:7, 220:6, 220:24,
221:4, 221:5, 221:7, 221:14,
221:19, 226:20, 229:5,
229:8, 230:10, 230:22,
231:21, 232:10, 233:14,
233:19, 233:22, 233:24,
236:15, 236:16, 245:18,
251:5, 253:11, 254:4,
259:18, 264:19, 269:14,
275:4, 275:5, 276:9, 281:4,
281:13, 283:21, 283:22,
284:3, 284:6, 288:5, 298:14,
299:10
**seeing** [2] - 211:20, 222:12
**seek** [1] - 269:11
**seem** [1] - 255:24
**selected** [1] - 279:18
**self** [2] - 204:11, 207:11
**self-explanatory** [2] -
204:11, 207:11
**sell** [16] - 208:4, 208:7,
208:18, 209:4, 213:15,
213:16, 243:12, 244:2,
244:4, 254:8, 266:16, 269:2,
269:7, 270:17, 270:24,
270:25
**seller** [5] - 233:9, 233:12,
234:19, 275:19, 275:22
**seller's** [1] - 275:23
**selling** [3] - 268:16, 269:22,
271:2
**send** [4] - 188:7, 201:4,
219:16, 220:4
**sending** [4] - 189:22,
190:16, 190:17, 193:13
**sense** [5] - 188:8, 227:2,
241:2, 241:5, 242:9
**sent** [5] - 186:6, 193:16,
197:24, 219:9, 220:8
**separate** [3] - 192:6, 192:7,
237:9
**separately** [1] - 192:22
**September** [6] - 249:7,
250:2, 250:7, 253:10,
253:21, 254:2

**sessions** [1] - 244:2
**Set** [1] - 230:16
**set** [3] - 192:25, 279:24,
304:9
**settlement** [1] - 295:2
**sewing** [1] - 215:24
**sewn** [1] - 215:7
**shading** [1] - 242:12
**shall** [2] - 181:12, 181:22
**share** [2] - 183:3, 219:8
**shares** [2] - 196:13, 224:24
**sheet** [1] - 253:8
**ship** [6] - 186:3, 192:24,
215:16, 269:11, 269:15,
269:25
**shipment** [3] - 232:5,
267:6, 271:9
**shipments** [2] - 195:5,
238:5
**shipped** [11] - 188:12,
193:6, 232:17, 253:5, 254:8,
254:14, 256:2, 256:12,
270:12, 270:13, 273:12
**Shipped** [1] - 254:10
**shipper** [2] - 233:4, 233:10,
235:14
**shipping** [2] - 240:15,
254:24
**shorts** [2] - 192:20, 209:16
**show** [3] - 196:7, 272:7,
299:24
**showed** [3] - 213:14,
246:20, 288:4
**showing** [2] - 289:2, 294:8
**shown** [6] - 197:15, 200:23,
202:6, 203:21, 210:11, 253:3
**shows** [4] - 235:3, 237:15,
277:10, 299:25
**shrink** [3] - 254:21, 255:6,
255:17
**shrunk** [3] - 210:12,
210:13, 211:3
**shut** [2] - 265:8, 265:12
**sic]** [1] - 217:13
**side** [3] - 210:15, 254:7,
298:15
**sideways** [1] - 255:9
**sign** [2] - 240:18, 242:14
**signature** [6] - 216:18,
216:21, 216:23, 216:24,
230:25, 231:2
**signed** [2] - 181:16, 181:19
**significance** [1] - 215:12
**significant** [3] - 186:19,
187:7, 242:18
**significantly** [1] - 283:17
**silly** [1] - 291:5
**similar** [4] - 192:20, 200:6,
283:14, 283:15
**simple** [3] - 209:6, 238:9,

319

238:24
**simpler** [1] - 195:7
**simply** [1] - 228:9
**single** [3] - 187:4, 242:15, 261:3
**sister** [2] - 239:20, 239:25
**sitting** [5] - 202:23, 204:22, 206:16, 237:14, 238:21
**six** [1] - 216:8
**sixteen** [1] - 299:3
**size** [1] - 242:11
**sizes** [1] - 242:10
**small** [1] - 263:18
**snow** [1] - 184:23
**sold** [21] - 204:19, 205:6, 205:14, 207:12, 207:17, 209:2, 235:3, 246:7, 246:14, 248:11, 251:4, 252:4, 254:3, 254:13, 257:17, 258:10, 260:12, 268:12, 268:22, 269:10, 270:21
**sole** [1] - 225:17
**someone** [3] - 188:17, 211:16, 263:21
**Sorry** [2] - 217:22, 251:14
**sorry** [15] - 207:25, 210:12, 211:23, 217:22, 221:5, 225:20, 228:19, 233:13, 236:22, 248:8, 248:10, 251:25, 274:11, 282:24, 288:2
**Sounds** [1] - 217:10
**soup** [2] - 205:23, 206:4
**SOUTHERN** [1] - 177:3
**span** [1] - 252:3
**speaking** [2] - 190:24, 277:9
**specific** [9] - 185:12, 206:15, 232:9, 233:2, 242:2, 275:8, 278:24, 280:23, 298:17
**Specifically** [1] - 273:4
**specifically** [3] - 194:13, 219:24, 269:22
**specification** [2] - 242:20, 242:22
**specifications** [6] - 236:14, 238:2, 240:8, 240:22, 241:11, 241:21
**spend** [1] - 286:25
**spent** [3] - 287:7, 291:22, 299:2
**splitting** [1] - 224:23
**spreadsheet** [10] - 210:5, 210:6, 210:22, 211:14, 212:5, 213:7, 246:21, 247:3, 258:3, 302:19
**stage** [1] - 241:16
**Stage** [2] - 263:4, 263:7
**stakes** [1] - 224:24

**stand** [1] - 246:2
**standard** [10] - 240:11, 241:2, 241:5, 242:2, 242:7, 242:17, 243:11, 243:13, 244:11, 264:2
**standards** [1] - 214:22
**start** [5] - 201:10, 209:8, 219:6, 261:15, 280:7
**started** [6] - 183:3, 219:23, 249:2, 285:3, 288:2, 290:10
**starting** [2] - 191:16, 195:3
**Starting** [1] - 191:17
**starts** [1] - 189:8
**state** [7] - 182:9, 182:12, 231:16, 237:22, 240:13, 246:11, 258:15
**State** [3] - 178:7, 182:5, 304:6
**statement** [6] - 237:7, 241:10, 245:20, 246:3, 253:20, 255:10
**Statement** [1] - 245:17
**STATES** [1] - 177:2
**status** [2] - 252:24, 256:5
**stay** [1] - 247:20
**staying** [1] - 188:24
**step** [1] - 266:25
**Stephen** [2] - 200:13, 302:16
**still** [8] - 190:3, 192:10, 252:12, 253:22, 256:7, 256:19, 294:21, 296:21
**STIPULATED** [3] - 181:4, 181:10, 181:15
**stitches** [2] - 215:6, 215:7
**stitching** [2] - 216:2, 241:4
**stop** [2] - 209:6, 291:16
**Stop** [2] - 300:9, 300:10
**storage** [1] - 246:12
**store** [5] - 205:9, 243:12, 243:14, 243:15, 259:21
**stored** [1] - 270:18
**Stores** [10] - 244:20, 254:3, 263:5, 263:7, 265:9, 265:13, 270:10, 296:14, 296:16, 297:7
**stores** [4] - 205:11, 244:5, 259:21, 296:21
**straight** [2] - 192:24, 195:25
**stranded** [1] - 242:6
**strange** [1] - 275:10
**structure** [1] - 226:7
**stuff** [3] - 211:13, 215:5, 294:18
**style** [1] - 258:21
**subcontracted** [2] - 198:17, 298:2
**subcontractor** [1] - 240:16
**subject** [2] - 205:2, 232:5,

270:14
**subjects** [1] - 287:10
**submitted** [1] - 187:23
**Subscribed** [1] - 301:14
**substance** [1] - 300:15
**substandard** [3] - 273:21, 274:3, 274:17
**substantial** [3] - 264:16, 264:22, 265:2
**subtracted** [1] - 255:23
**Suite** [3] - 179:7, 179:16, 180:7
**sum** [1] - 300:14
**summary** [1] - 299:21
**Supplemental** [1] - 230:13
**supplied** [4] - 231:19, 235:23, 236:10, 236:11
**supplier** [2] - 243:4, 282:8
**supplier's** [1] - 276:4
**suppliers** [3] - 243:17, 262:13, 282:9
**supposed** [4] - 188:22, 214:18, 243:7, 292:14
**sworn** [5] - 181:17, 181:19, 182:4, 301:14, 304:9
**system** [9] - 196:2, 204:6, 228:4, 228:5, 275:2, 275:6, 275:9, 277:12, 277:25

**T**

**T.J** [20] - 186:9, 186:14, 186:21, 186:23, 186:24, 189:21, 189:22, 192:4, 192:5, 192:19, 192:21, 198:14, 204:18, 208:9, 211:19, 213:6, 247:5, 264:25, 294:6, 295:17
**tab** [2] - 247:21, 257:6
**tabs** [1] - 247:19
**team** [4] - 185:13, 193:22, 285:12, 294:17
**technical** [1] - 242:19
**technically** [1] - 292:7
**TELECONFERENCE** [1] - 177:21
**Tencel** [1] - 194:9
**terms** [3] - 234:14, 259:6, 269:20
**Terzi** [1] - 296:20
**testified** [6] - 182:6, 191:2, 223:8, 243:25, 263:15, 282:12
**testify** [9] - 222:17, 261:5, 271:14, 282:13, 286:5, 286:9, 287:3, 287:9, 299:13
**testifying** [9] - 181:25, 223:17, 224:4, 225:3, 243:8, 260:21, 261:4, 262:7, 266:2

**testimony** [25] - 219:4, 223:25, 224:10, 225:8, 225:13, 226:5, 226:9, 227:4, 227:12, 229:13, 237:25, 239:22, 256:18, 257:7, 259:10, 259:15, 261:16, 267:17, 268:2, 272:17, 284:12, 290:12, 300:3, 304:8, 304:11
**textiles** [1] - 214:12
**THE** [6] - 182:8, 183:15, 183:18, 217:24, 218:6, 218:14
**theory** [2] - 248:18
**they've** [1] - 242:4
**third** [4] - 207:15, 244:23, 246:10, 257:6
**thoughts** [1] - 295:11
**threads** [2] - 215:24
**three** [5] - 226:2, 247:19, 254:24, 291:14
**three-week** [1] - 254:24
**thrown** [1] - 218:9
**tied** [1] - 298:6
**timeframe** [1] - 226:25
**timing** [1] - 267:8
**Tina** [2] - 292:6, 294:5
**title** [1] - 234:15
**titled** [2] - 220:24, 232:21
**TJX** [17] - 211:17, 211:19, 212:13, 241:25, 244:8, 244:13, 244:24, 245:6, 246:7, 246:15, 246:17, 273:7, 273:12, 273:18, 274:3, 274:13
**Today** [1] - 182:17
**today** [11] - 206:16, 221:22, 222:5, 222:17, 237:14, 238:22, 256:18, 266:2, 286:6, 289:3, 290:10
**together** [4] - 212:3, 224:24, 246:23, 294:6
**took** [10] - 185:3, 187:3, 187:7, 193:18, 247:12, 247:13, 255:23, 260:16, 261:19, 291:14
**top** [3] - 190:14, 233:4, 240:13
**Topic** [2] - 286:24, 290:14
**topic** [2] - 291:7, 299:9
**topics** [18] - 222:2, 222:3, 223:22, 285:23, 285:24, 286:6, 286:9, 286:15, 287:3, 287:4, 287:10, 287:14, 288:25, 289:2, 289:6, 290:8, 300:15
**total** [11] - 205:16, 205:18, 208:23, 209:24, 213:14, 249:22, 257:16, 257:21, 258:5, 258:7, 271:17

320

**totaled** [2] - 208:21, 208:22
**totally** [1] - 276:6
**town** [1] - 190:21
**track** [1] - 271:11
**trading** [2] - 284:17, 285:5
**training** [2] - 284:14, 284:20
**transaction** [1] - 228:25
**transcript** [2] - 212:24, 304:10
**transfer** [1] - 250:19
**trial** [1] - 181:13
**trickier** [1] - 183:24
**tricky** [1] - 203:14
**truck** [1] - 254:22
**truckers** [1] - 280:2
**Trucking** [3] - 263:4, 263:9, 270:11
**true** [4] - 194:4, 250:6, 250:9, 304:10
**truth** [1] - 285:1
**try** [4] - 219:7, 226:18, 234:11, 246:25
**trying** [12] - 186:12, 189:20, 189:25, 195:6, 195:7, 195:10, 206:14, 240:20, 251:16, 251:25, 256:15, 271:13
**TTL** [3] - 205:16, 257:13, 257:14
**turn** [2] - 207:3, 245:4
**twenty** [1] - 196:25
**twenty-page** [1] - 196:25
**Two** [1] - 300:19
**two** [8] - 189:4, 201:17, 217:7, 227:21, 228:22, 252:4, 253:13, 255:18
**two-minute** [1] - 217:7
**two-page** [1] - 189:4
**type** [4] - 190:8, 215:4, 215:9, 223:9
**types** [2] - 214:13, 214:14
**typical** [3] - 228:4, 263:19, 271:2
**typically** [4] - 236:24, 254:24, 254:25, 276:5
**Typically** [3] - 267:5, 273:13, 295:4

## U

**UCC** [1] - 202:22
**ultimate** [1] - 235:17
**ultimately** [2] - 235:4, 246:7
**unable** [1] - 264:16
**unaffiliated** [1] - 192:7
**unallowed** [1] - 202:19
**unaware** [2] - 199:25, 274:21

**unclear** [1] - 278:23
**uncollected** [1] - 263:16
**uncommon** [1] - 284:13
**uncut** [1] - 215:24
**under** [4] - 212:16, 230:21, 270:11, 290:12
**Under** [1] - 239:17
**undergoing** [1] - 270:24
**underlings** [1] - 193:21
**unit** [1] - 265:24
**UNITED** [1] - 177:2
**units** [18] - 190:9, 190:11, 209:5, 246:12, 246:16, 246:19, 246:20, 248:15, 249:18, 249:24, 253:22, 254:3, 254:6, 255:12, 255:16, 258:7, 259:17, 271:20
**Units** [1] - 247:8
**universal** [1] - 214:22
**unless** [1] - 275:8
**unpaid** [3] - 206:23, 206:24, 263:10
**unreasonable** [1] - 268:25
**unrelated** [1] - 295:6
**up** [30] - 182:17, 188:3, 188:24, 192:11, 192:23, 192:25, 193:10, 196:23, 201:14, 211:11, 217:9, 221:25, 224:23, 230:11, 231:4, 243:23, 247:5, 250:19, 252:11, 252:19, 253:3, 257:8, 258:23, 259:5, 259:9, 281:13, 285:21, 289:2, 298:6, 299:9
**up-to-date** [1] - 259:9
**updating** [1] - 283:25
**upside** [1] - 268:20
**utility** [3] - 185:13, 187:2, 190:2

## V

**vacuum** [1] - 190:5
**vaguely** [1] - 212:7
**value** [6] - 205:19, 206:21, 257:16, 257:19, 268:24, 271:17
**vendor** [6] - 186:17, 277:11, 277:25, 279:20, 281:7, 283:25
**Vendor** [1] - 275:18
**vendors** [4] - 279:12, 279:17, 279:23, 279:25
**verbiage** [2] - 254:7, 256:4
**versa** [1] - 283:8
**versus** [1] - 187:12
**vests** [1] - 187:2
**vice** [1] - 283:8

**Vince** [5] - 219:10, 219:20, 220:8, 260:22, 267:13
**VINCENT** [1] - 180:9
**Vincent** [4] - 217:5, 217:14, 217:17, 287:16
**Vitela** [3] - 292:5, 292:21, 293:2

## W

**wait** [2] - 261:11, 282:23
**waived** [1] - 181:8
**Walden** [1] - 292:8
**Wang** [7] - 280:9, 280:12, 280:13, 283:19, 292:6, 292:8, 294:9
**warehouse** [39] - 187:13, 188:10, 188:14, 204:23, 208:3, 245:9, 245:13, 246:16, 248:6, 248:10, 248:14, 250:4, 250:12, 251:4, 251:17, 252:5, 252:9, 252:13, 252:15, 252:18, 253:2, 253:4, 253:14, 253:22, 254:16, 254:20, 255:4, 255:13, 255:17, 255:19, 255:20, 255:22, 255:25, 256:20, 263:25, 270:18, 273:11, 296:7, 296:11
**warranties** [2] - 236:8, 238:2
**warranty** [11] - 236:12, 236:19, 236:24, 236:25, 237:6, 237:7, 237:15, 237:24, 238:23, 239:7, 239:24
**week** [3] - 182:19, 254:24, 287:25
**weeks** [7] - 251:8, 252:6, 252:22, 253:13, 254:14, 255:15, 255:18
**weird** [1] - 222:13
**Welcome** [1] - 182:16
**WEPRIN** [1] - 179:12
**wholesalers** [1] - 243:17
**wife** [1] - 227:5
**wife's** [2] - 216:21, 216:23
**willing** [2] - 244:20, 244:25
**window** [1] - 254:24
**Winners** [9] - 191:9, 191:20, 191:22, 191:24, 191:25, 192:3, 192:14, 192:21, 193:6
**WITNESS** [8] - 183:15, 183:18, 217:24, 218:6, 218:14, 302:5, 305:4, 306:4
**witness** [4] - 181:24, 182:3, 213:23, 217:17

**witness(es** [1] - 304:8
**witness(es)** [1] - 304:12
**witnesses** [1] - 287:18
**WIZENFELD** [2] - 180:10, 220:16
**woman's** [1] - 291:25
**wondering** [1] - 279:9
**Wood** [1] - 217:15
**WOOD** [1] - 180:4
**word** [1] - 191:22
**words** [2] - 208:10, 257:15
**worker** [1] - 296:7
**works** [4] - 183:2, 261:2, 266:18, 296:10
**would've** [2] - 190:3, 250:8
**wrapped** [3] - 254:21, 255:6, 255:18
**write** [1] - 245:20
**writing** [1] - 237:25
**written** [4] - 197:20, 200:8, 236:25, 302:13
**wrongdoing** [1] - 229:6
**wrote** [1] - 245:22

## Y

**year** [2] - 227:14, 288:3
**years** [1] - 251:21
**YORK** [3] - 177:3, 177:10, 177:10
**York** [8] - 178:7, 179:8, 179:17, 180:8, 182:5, 182:15, 304:6
**Young** [3] - 292:12, 294:14, 294:22
**yourself** [2] - 245:21, 287:8

## Z

**Zeitouni** [7] - 226:16, 229:5, 229:14, 283:4, 283:5, 292:5, 293:13
**ZEITOUNI** [1] - 177:11
**Zeitouni's** [1] - 226:22
**Zhao** [29] - 195:2, 196:12, 200:14, 201:5, 201:8, 226:10, 228:7, 228:10, 229:6, 229:19, 238:3, 280:15, 282:15, 282:23, 283:3, 283:9, 284:22, 285:4, 285:9, 292:6, 293:18, 293:25, 297:17, 297:25, 298:3, 298:9, 302:16
**Zhao's** [3] - 240:4, 282:17, 284:11
**Zoey** [7] - 185:19, 191:19, 193:12, 280:12, 280:13, 284:7, 292:7

**ZOOM** [1] - 177:21

321