| CUSTOMER/CAT | Sum of Qty | TTL LDP | TTL SALE | PROFIT | AVE LDP | AVE SELL | ORIG SELL |
|---|---|---|---|---|---|---|---|
| **Burlington** | 59,030 | $ 702,043.80 | $ 365,941.10 | **(336,102.70)** | $ 11.89 | $ 6.20 | |
| JACKET | 25,788 | $ 431,470.80 | $ 191,436.00 | (240,034.80) | $ 16.73 | $ 7.42 | $ 21.00 |
| SHORT | 25,158 | $ 175,603.00 | $ 146,331.70 | (29,271.30) | $ 6.98 | $ 5.82 | $ 8.50 |
| VEST | 8,084 | $ 94,970.00 | $ 28,173.40 | (66,796.60) | $ 11.75 | $ 3.49 | $ 16.50 |
| **Gordmans** | 9,465 | $ 150,493.20 | $ 95,250.00 | **(55,243.20)** | $ 15.90 | $ 10.06 | |
| JACKET | 9,465 | $ 150,493.20 | $ 95,250.00 | (55,243.20) | $ 15.90 | $ 10.06 | $ 21.00 |
| **Pegasus Trucking** | 36,610 | $ 595,076.90 | $ 223,260.00 | **(371,816.90)** | $ 16.25 | $ 6.10 | |
| JACKET | 36,610 | $ 595,076.90 | $ 223,260.00 | (371,816.90) | $ 16.25 | $ 6.10 | $ 21.00 |
| **Ross** | 31,684 | $ 438,634.40 | $ 247,338.00 | **(191,296.40)** | $ 13.84 | $ 7.81 | |
| JACKET | 13,657 | $ 237,092.60 | $ 122,913.00 | (114,179.60) | $ 17.36 | $ 9.00 | $ 21.00 |
| PANT | 10,109 | $ 102,267.80 | $ 72,563.00 | (29,704.80) | $ 10.12 | $ 7.18 | $ 11.50 |
| SHORT | 610 | $ 4,270.00 | $ 4,360.00 | 90.00 | $ 7.00 | $ 7.15 | $ 8.50 |
| VEST | 7,308 | $ 95,004.00 | $ 47,502.00 | (47,502.00) | $ 13.00 | $ 6.50 | $ 16.50 |
| **Stage Stores** | 8,040 | $ 119,411.40 | $ 79,728.00 | **(39,683.40)** | $ 14.85 | $ 9.92 | |
| JACKET | 6,540 | $ 101,861.40 | $ 66,978.00 | (34,883.40) | $ 15.58 | $ 10.24 | $ 21.00 |
| VEST | 1,500 | $ 17,550.00 | $ 12,750.00 | (4,800.00) | $ 11.70 | $ 8.50 | $ 16.50 |
| **SW GROUP RETAIL LLC.** | 648 | $ 10,094.40 | $ 6,480.00 | **(3,614.40)** | $ 15.58 | $ 10.00 | |
| JACKET | 648 | $ 10,094.40 | $ 6,480.00 | (3,614.40) | $ 15.58 | $ 10.00 | $ 21.00 |
| **T&E STORES INC** | 377 | $ 6,409.00 | $ 2,639.00 | **(3,770.00)** | $ 17.00 | $ 7.00 | |
| JACKET | 377 | $ 6,409.00 | $ 2,639.00 | (3,770.00) | $ 17.00 | $ 7.00 | $ 21.00 |
| **Winners/CM WMI** | 31,938 | $ 431,212.68 | $ 235,582.40 | **(195,630.28)** | $ 13.50 | $ 7.38 | |
| JACKET | 19,952 | $ 317,429.90 | $ 155,056.35 | (162,373.55) | $ 15.91 | $ 7.77 | $ 21.00 |
| PANT | 9,639 | $ 97,403.18 | $ 67,348.05 | (30,055.13) | $ 10.11 | $ 6.99 | $ 11.50 |
| SHORT | 2,337 | $ 16,251.00 | $ 13,128.00 | (3,123.00) | $ 6.95 | $ 5.62 | $ 8.50 |
| VEST | 10 | $ 128.60 | $ 50.00 | (78.60) | $ 12.86 | $ 5.00 | $ 16.50 |
| **WISH** | 540 | $ 9,180.00 | $ 6,750.00 | **(2,430.00)** | $ 17.00 | $ 12.50 | |
| JACKET | 540 | $ 9,180.00 | $ 6,750.00 | (2,430.00) | $ 17.00 | $ 12.50 | $ 21.00 |
| **Zulily, Inc.** | 714 | $ 9,109.20 | $ 6,870.00 | **(2,239.20)** | $ 12.76 | $ 9.62 | |
| JACKET | 624 | $ 8,299.20 | $ 6,240.00 | (2,059.20) | $ 13.30 | $ 10.00 | $ 21.00 |
| PANT | 90 | $ 810.00 | $ 630.00 | (180.00) | $ 9.00 | $ 7.00 | $ 11.50 |
| **Grand Total** | 179,046 | $ 2,471,664.98 | $ 1,269,838.50 | **(1,201,826.48)** | $ 13.80 | $ 7.09 | |

**EXHIBIT**

Plaintiffs' 16 10/20/2022 OR

exhibitsticker.com