UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x

FASHION LEAF GARMENT CO. LTD.
and CTR Holdings LLC,

                Plaintiffs,

             -against-

ESSENTIALS NEW YORK APPAREL,
LLC. ET AL.,

              Defendants.

----------------------------------------------------------- x

         **19-cv-3381 (ALC)(BCM)**

         <u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the submissions regarding Intervenor Plaintiff Anhui Garments Import & Export Co., Ltd.'s request for a pre-motion conference for an anticipated motion for summary judgment and a motion for sanctions. (ECF Nos. 230, 232.)  Intervenor Plaintiff's request for a pre-motion conference at ECF No. 230 is **GRANTED**.  The Court shall hold a telephonic pre-motion conference on **June 20, 2023** at **3:00 P.M**.  The parties shall contact the Court at **1-888-363-4749** (Access Code: **3768660**).

**SO ORDERED.**

Dated:   **June 5, 2023**
        **New York, New York**

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**