UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

FASHION LEAF GARMENT CO. LTD.
and CTR Holdings LLC,

              Plaintiffs,

             -against-

ESSENTIALS NEW YORK APPAREL,
LLC. ET AL.,

              Defendants.

------------------------------------------------------------ x

19-cv-3381 (ALC)(BCM)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    As stated on the record at the June 20, 2023 conference, the parties shall file a joint status report regarding the status of settlement negotiations by **July 6, 2023**.

**SO ORDERED.**

Dated:   June 22, 2023
            New York, New York

                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**