KING & WOOD MALLESONS

October 19, 2023
Honorable Andrew L. Carter, Jr.
U.S. District Court Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Fashion Leaf Garment Co., Ltd. et al v. Ringer Jeans LLC et al.*; Case No. 19-cv-03381-ALC-BCM

Dear Judge Carter:

Pursuant to the Court's September 19, 2023 memo endorsement (D.I. 250) of the parties' September 15, 2023 joint status letter (D.I. 249), Intervenor Plaintiff Anhui Garments Import & Export Co., Ltd. ("Anhui") and Intervenor Defendants Ringer Jeans LLC ("RJ"), New Age Branding LLC ("New Age"), and Limited Fashions, LLC ("Limited Fashions") (collectively, "Defendants") hereby submit this joint status letter outlining the progress of settlement discussions.

On September 21, 2023, Anhui countersigned the settlement agreement, thus finalizing execution of the settlement agreement. Anhui's counsel provided a copy of the countersigned settlement agreement to Defendants' counsel that same day. Defendants thereafter provided Anhui with signed and notarized copies of the agreed upon confession of judgment documents on October 2, 2023.

Pursuant to the terms of the executed settlement agreement, Defendants were required to make a first settlement payment to Anhui by September 30, 2023. Defendants were unable to make the requisite payment and are thus in default of the settlement agreement. Per an agreement between counsel, Anhui served a notice of default on Defendants via their counsel on October 12, 2023. Pursuant to the settlement agreement, Defendants have 30 days to cure such default.

If Defendants are unable to cure the default by the October 30, 2023 deadline, Anhui intends to submit an application to the Court to enter judgment in the amount specified in the settlement agreement as supported by the confessions of judgment executed by Defendants.

Respectfully submitted,

King & Wood Mallesons LLP

By: *<u>/s/ Charles Wizenfeld</u>*
Vincent Filardo, Jr.
Charles Wizenfeld
500 Fifth Avenue, 50th Floor
New York, NY 10110
Telephone: (212) 319-4755
*Attorneys for Intervenor Plaintiff*




GOLDBERG WEPRIN FINKEL GOLDSTEIN

By: *J. Ted Donovan*
Joseph Ted Donovan
1501 Broadway, 22nd Floor
New York, NY 10036
Telephone: (212) 221-5700
Fax: (212) 221-6532
*Attorneys for Defendants and Intervenor Defendants*