**KING & WOOD MALLESONS**

October 30, 2023
Honorable Andrew L. Carter, Jr.
U.S. District Court Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *Fashion Leaf Garment Co., Ltd. et al v. Ringer Jeans LLC et al.*; Case No. 19-cv-03381-ALC-BCM

Dear Judge Carter:

Pursuant to the Court's October 24, 2023 memo endorsement (D.I. 252) of the parties' October 19, 2023 joint status letter (D.I. 251), Intervenor Plaintiff Anhui Garments Import & Export Co., Ltd. ("Anhui") and Intervenor Defendants Ringer Jeans LLC ("RJ"), New Age Branding LLC ("New Age"), and Limited Fashions, LLC ("Limited Fashions") (collectively, "Defendants") hereby submit this joint status letter.

The deadline for Defendants to cure their default is today. Defendants' counsel has confirmed that Defendants will not be able to make the first settlement payment to cure the default.

Accordingly, Anhui intends to shortly submit an application to this Court to enter judgment for Anhui in the amount specified in the settlement agreement as supported by the confessions of judgment recently executed by Defendants.

Respectfully submitted,

King & Wood Mallesons LLP

By: _/s/ Charles Wizenfeld_
Vincent Filardo, Jr.
Charles Wizenfeld
500 Fifth Avenue, 50th Floor
New York, NY 10110
Telephone: (212) 319-4755
*Attorneys for Intervenor Plaintiff*

GOLDBERG WEPRIN FINKEL GOLDSTEIN

By: _/s/ J. Ted Donovan_
Joseph Ted Donovan
1501 Broadway, 22nd Floor
New York, NY 10036
Telephone: (212) 221-5700
Fax: (212) 221-6532
*Attorneys for Defendants and Intervenor Defendants*

1