UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FASHION LEAF GARMENT CO., LTD. and CTR HOLDINGS LLC,<br><br>   Plaintiffs,<br><br>   v.<br><br>RINGER JEANS LLC, RINGER JEANS APPAREL LLC, RINGERJEANS LLC, NEW AGE BRANDING LLC, E-Z APPAREL, LLC, ESSENTIALS NEW YORK LLC, ESSENTIALS NEW YORK APPAREL, LLC, LIMITED FASHIONS, LLC, GABRIEL ZEITOUNI and CHARLES AZRAK,<br><br>   Defendants.<br>------------------------------------------------------------------<br>ANHUI GARMENTS IMPORT & EXPORT CO., LTD.,<br><br>   Intervenor Plaintiff,<br><br>   v.<br><br>NEW AGE BRANDING LLC, LIMITED FASHIONS, LLC, and RINGER JEANS LLC<br><br>   Intervenor Defendants. | C.A. No. 19-cv-03381-ALC-BCM<br><br>[PROPOSED] JUDGMENT |

   **WHEREAS,** Intervenor Plaintiff Anhui Garments Import & Export Co., Ltd. ("Anhui") and Defendants Ringer Jeans LLC ("RJ"), New Age Branding LLC ("New Age"), and Limited Fashions, LLC ("Limited Fashions") (RJ, New Age, and Limited Fashions collectively, the "Settling Defendants") entered into a Confidential Settlement Agreement and Release ("Settlement Agreement") on September 21, 2023;

1

**WHEREAS,** the Settling Defendants have defaulted in making the settlement payments to Anhui in accordance with the Settlement Agreement and have confirmed that they will be unable to cure the default;

**WHEREAS,** each of the Settling Defendants executed an Affidavit for Judgment by Confession on October 2, 2023 in favor of Anhui;

**WHEREAS,** having reviewed and considered Anhui's request for entry of judgment, which is supported by the Declaration of Chares Wizenfeld dated November 20, 2023 and the exhibits thereto;

**IT IS HEREBY ORDRED, ADJUDICATED AND DECREED** that judgment is hereby entered in favor of Intervenor Plaintiff Anhui Garments Import & Export Co., Ltd. and against Defendants Ringer Jeans LLC, New Age Branding LLC, and Limited Fashions, LLC in the sum of One Million Three Hundred and Six Thousand Sixty-Six Dollars and Sixty Cents ($1,306,066.60) and that Anhui shall have execution therefor; and

**IT IS HEREBY FURTHER ORDRED, ADJUDICATED AND DECREED** that Anhui's claims against Defendants Ringer Jeans LLC, New Age Branding LLC, and Limited Fashions, LLC are dismissed with prejudice upon the entry of judgment in favor of Anhui.

Judgment Entered this 29 day of November, 2023

_____
U.S. District Judge Hon. Andrew L. Carter, Jr.