USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/13/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FASHION LEAF GARMENT CO. LTD, et al.,

        Plaintiffs,

    -against-

RINGER JEANS LLC, et al.,

        Defendants.

---

19-CV-03381 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      As a precondition to the settlement conference scheduled for December 19, 2024, the Court directed the parties to conduct at least one "good-faith settlement discussion, in person or by telephone," and required that each party "convey to each opposing party at least one good-faith settlement demand or offer[.]" (Dkt. 260) at ¶ 2 (specifying that "[p]ast settlement negotiations may not be relied upon to satisfy this requirement."). The Court has received and reviewed the parties' confidential settlement letters. There is no indication in those letters that the parties have complied with the requirements.

      Consequently, the parties must meet and confer in **real time** (*i.e.*, in person or by telephone), exchange at least one good-faith settlement demand or offer, and, no later than **December 17, 2024**, **at 5:00 p.m.**, submit a joint confidential settlement update letter to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, marked "Confidential Material for Use Only at Settlement Conference." The letter must briefly describe the parties' settlement negotiations to date, including the date and time of the parties' last good-faith, real-time, settlement discussion, and the terms of each party's most recent demand or offer.

      Judge Moses normally holds only one settlement conference per case. Consequently, the parties are required to demonstrate, prior to the conference, that they have meaningfully initiated the negotiation process, and that the conference is likely to be fruitful.

Dated: New York, New York
       December 13, 2024

                                 **SO ORDERED.**

                                 _____
                                 **BARBARA MOSES**
                                 **United States Magistrate Judge**