UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **FASJION LEAF GARMET CO. LTD and CTR HOLDINGS LLC,** | |
| Plaintiffs, | 1:19-cv-03381 (ALC)(BCM) |
| -against- | **ORDER OF DISCONTINUANCE** |
| **ESSENTIAL NEW YORK APPAREL, LLC, et al.,** | |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:  December 20, 2024
        New York, New York

                                                        *[signature]*
                                                        _____
                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**